AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 1 6 0 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__MAR 1 5 2005_____    __John_____
(Date forms issued)              (Signature of Party or their Representative)

                                 _____
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action