IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
NOVOZYMES A/S, )
)
                Plaintiff, )
)
v. ) C.A. No. _____
)
GENENCOR INTERNATIONAL, INC. and )
ENZYME DEVELOPMENT CORPORATION, )
)
                Defendants. )
)
---------------------------------------------------------------x

### PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff Novozymes A/S has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Novozymes A/S.

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Josy W. Ingersoll
                                                Josy W. Ingersoll (# 1088)
                                                Kevin M. Baird (# 4219)
                                                The Brandywine Building, 17th Floor
                                                1000 West Street
                                                Wilmington, Delaware 19801
                                                (302) 571-6600
                                                *Attorneys for Plaintiff Novozymes A/S.*

OF COUNSEL:
Robert C. Sullivan, Jr.
Joseph R. Robinson
Sarah Welbourne
DARBY & DARBY P.C.
805 Third Avenue
New York, New York 10022
(212) 527-7700

Dated: March 15, 2005