IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVOZYMES A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-160-KAJ |
| | ) | |
| GENENCOR INTERNATIONAL, INC. and | ) | |
| ENZYME DEVELOPMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the time within which Genencor International, Inc. and Enzyme Development Corporation may answer, plead or otherwise respond to the complaint in the above-captioned action is hereby extended to and including Friday, May 6, 2005.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP        MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Kevin M. Baird (#4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1;9801
(302) 571-6600
  Attorneys for Plaintiff

/s/ Donald E. Reid
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 575-7219
  Attorneys for Defendants

SO ORDERED this _____ day of April, 2005.

_____
J.