IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>Defendants. | C.A. No. 05-160-KAJ |

### RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Enzyme Development Corporation certifies Enzyme Development Corporation is a privately-held Delaware Corporation with no publicly traded holders of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid

Donald E. Reid (Del. Bar No. 1058)
Jason A. Cincilla (Del. Bar No. 4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone: 302.575-7219
  Attorneys for Defendant
  Enzyme Development Corporation

OF COUNSEL:

JONES DAY
Kenneth R. Adamo (*Pro Hac Vice* pending)
Tharan Gregory Lanier (*Pro Hac Vice* pending)
Thomas E. Friebel (*Pro Hac Vice* pending)
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

May 6, 2005

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 6th day of May, 2005 a copy of a Rule 7.1 Statement was served electronically on the following counsel of record:

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

_____
Donald E. Reid (#1058)