# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

May 13, 2005

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street - 17th Fl.
Wilmington, DE   19801

Donald E. Reid, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street - 18th Fl.
Wilmington, DE   19801

Re:   Novozymes A/S v. Genencor International, Inc., et al.
        Civil Action No. 05-160-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court