IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>             Plaintiff,<br><br>    v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>             Defendants. | C.A. No. 05-160-KAJ |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kenneth R. Adamo, Thomas E. Friebel, Margaret B. Brivanlou, Tharan Gregory Lanier and Jane L. Froyd of Jones Day, 2882 San Hill Road, Suite 240, Menlo Park, CA 94025 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid
_____
Donald E. Reid (Del. Bar No. 1058)
Jason A. Cincilla (Del. Bar No. 4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone: 302.575-7219
  Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motions for admission *pro hac vice* are granted.

May ___, 2005

_____
United States District Court Judge

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois, Ohio, Texas and USPTO, the U.S. Supreme Court, U.S. Court of Appeals, 7th Circuit, U.S. Court of Customs and Patent Appeals, U.S. Court of Appeals, 3rd Circuit, U.S. Court of Appeals, Federal Circuit, U.S. Court of Appeals, 6th Circuit, U.S. Court of Appeals, 5th Circuit, Northern District of Illinois, Northern District of Ohio, Eastern District of Michigan, Northern District of Texas, Southern District of Texas, Western District of Texas, Eastern District of Wisconsin, Eastern District of Texas, District of Colorado, and Appellate Division of Supreme Court, New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: May 17, 2005

Kenneth R. Adamo
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, State of New York and USPTO, the U.S. Supreme Court, Southern District of New York and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

May, 13, 2005

Thomas E. Friebel
Jones Day
222 East 41st Street
New York, NY 10017
(212) 326-3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and USPTO, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: May 17, 2005

_____
Margaret B. Brivanlou
Jones Day
222 East 41st Street
New York, NY 10017
(212) 326-3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the U.S. Tax Court, U.S. Court of Appeals, 9th Circuit, Northern District of California, Central District of California, Eastern District of California, Southern District of California and Eastern District of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

May 17, 2005

Tharan Gregory Lanier
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025-7064
(650) 739-3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the State of Illinois, the Northern District of Illinois, Central District of Illinois, and Northern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

May 16, 2005

*[signature]*
Jane L. Froyd
Jones Day
2882 San Hill Road, Suite 240
Menlo Park, CA 94025
(650) 739-3939

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 23rd day of May, 2005, a copy of a Motion and Order for Admissions *Pro Hac Vice* was served electronically on the following counsel of record:

>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

_____
Donald E. Reid (#1058)