IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
|                Plaintiff, | ) |
| v. | ) C.A. No. 05-160 (KAJ) |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | ) |
|                Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert Schaffer, Robert C. Sullivan, Jr., Joseph R. Robinson, Kevin L. Reiner, Steven E. Lipman and Samuel S. Woodley to represent Novozymes A/S in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per submission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Glenn C. Mandalas

Josy W. Ingersoll (# 1088)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: May 31, 2005

WP3:1116532.1  064080.1001

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Robert Schaffer, Robert C. Sullivan, Jr., Joseph R. Robinson, Kevin L. Reiner, Steven E. Lipman and Samuel S. Woodley, is granted.

Date: _____, 2005

_____
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiffs,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>Defendants | Civil Action No. 05-160 (KAJ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert Schaffer, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Robert Schaffer

Date: 25 May 2005

Robert Schaffer
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

{W:\03776\6003018000\00440378.DOC }

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants | Civil Action No. 05-160 (KAJ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I, Robert C. Sullivan, Jr., certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Robert C. Sullivan, Jr._____

Date: _May 25, 2005_____

Robert C. Sullivan, Jr.
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants | Civil Action No. 05-160 (KAJ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I, Joseph R. Robinson, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/25/05

Joseph R. Robinson
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants | **Civil Action No. 05-160 (KAJ)** |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I, Kevin L. Reiner, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Kevin L. Reiner_

Date: 5/26/05

Kevin L. Reiner
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiffs,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants | Civil Action No. 05-160 (KAJ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I, Steven E. Lipman, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/26/05

Steven E. Lipman
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

{W:\03776\6003018000\00440375.DOC }

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiffs,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants | Civil Action No. 05-160 (KAJ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Samuel S. Woodley, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: *Samuel S. Woodley*

Date: May 25, 2005

Samuel S. Woodley
Darby & Darby P.C.
805 Third Avenue
New York, New York  10022
212-527-7700
212-527-7701 (fax)

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on May 31, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Donald E. Reid, Esquire
>Jason Cincilla, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on May 31, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Kenneth Adamo, Esquire
>Thomas Friebel, Esquire
>Tharan, Lanier, Esquire
>JONES DAY
>2882 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>/s/ Glenn C. Mandalas
>
>Josy W. Ingersoll (# 1088)
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>*Attorneys for Novozymes A/S*