IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-160-KAJ |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this **16th** day of **June, 2005**,

IT IS ORDERED that the Rule 16 scheduling conference presently set for **June 21, 2005 at 430 p.m.** is hereby rescheduled to **June 30, 2005 at 11:00 a.m.**

Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE