IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>     Plaintiff<br><br> v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION<br><br>     Defendants | C.A. No. 05-160-KAJ |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Richard H. Morse (No. 531)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilimington, Delaware 19801
(302) 571-6600

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley

**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

*Attorneys for Plaintiff*
*Novozymes A/S*

Dated:  June 22, 2005

Plaintiff Novozymes A/S ("Novozymes") respectfully moves, through counsel, pursuant to Fed. R. Civ. P. 65(a), for an order preliminarily enjoining defendants, Genencor International, Inc. and Enzyme Development Corporation (collectively "Genencor" or "Defendants") from manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the Spezyme Ethyl alpha-amylase enzyme product, and / or any other product that infringes United States Patent No. 6,867,031 ("the '031 patent").

The grounds for this motion are set forth fully in Novozymes' opening brief and supporting papers that are being filed contemporaneously herewith. In view of the fact that the parties have not yet entered into a protective order, Novozymes' opening brief and supporting papers are being filed under seal pursuant to Local Rule 26.2 in order to limit the disclosure of confidential information in those papers.

WHEREFORE, Novozymes respectfully requests that the Court enter the attached order granting its motion for a preliminary injunction.

Respectfully submitted,

Dated    June 22, 2005

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilimington, Delaware 19801
(302) 571-6600

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

*Attorneys for Plaintiff*
*Novozymes A/S*

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on June 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> Jason Cincilla, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

> YOUNG CONAWAY
> STARGATT & TAYLOR, LLP
>
> /s/ Richard H. Morse
> Richard H. Morse (# 531)
> Josy W. Ingersoll (# 1088)
> Karen E. Keller (# 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> rmorse@ycst.com
>
> *Attorneys for Novozymes A/S*