**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVOZYMES A/S,<br><br>                    Plaintiff<br><br>          v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION<br><br>                    Defendants | C.A. No. 05-160-KAJ |

## [PROPOSED] ORDER

At Wilmington, Delaware this _____ day of _____ ,2005, having considered Plaintiff Novozymes A/S's motion for a preliminary injunction, and the parties' arguments, papers and evidence thereon, IT IS HEREBY ORDERED that Plaintiff's motion is granted as follows:

1.      Pursuant to Fed. R. Civ. P. 65(a), Defendants Genencor International, Inc. and Enzyme Development Corporation (collectively "Genencor" or "Defendants"), and their respective officers, directors, agents, servants, employees, and attorneys, and all other persons and entities in active concert or participation with them, having received notice of the entry of this Order, shall be and are hereby preliminarily enjoined and restrained, during the pendency of the above action, from engaging in any of the following activity:

2.      From manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the Spezyme Ethyl alpha-amylase enzyme product, and / or any other product that infringes United States Patent No. 6,867,031 ("the '031 patent");

3.      From inducing others to manufacture, use, offer for sale, or sell in the United States, or import into the United States, the Spezyme Ethyl alpha-amylase enzyme product, and / or any other product that infringes the '031 patent; and

1

4.    From engaging in any other conduct, or inducing others to engage in the same, that infringes the '031 patent.


**SO ORDERED**

_____
Hon. Kent A. Jordan
United States District Judge


**SUBMITTED BY**:

Richard H. Morse (No. 531)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600


**OF COUNSEL**

Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Attorneys for Plaintiff
Novozymes A/S