# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 575 7219
302 425 3001 Fax
dreid@mnat.com

June 23, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

   Re: Novozymes A/S v. Genencor International, Inc., et al.
     C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

  I am local counsel for Genencor International, Inc. ("Genencor") in this matter and I would like to briefly respond to Mr. Morse's letter to Your Honor today requesting a scheduling teleconference.

  The complaint in this case was filed three months ago on March 15, 2005.  By agreement of counsel, Genencor's answer to the complaint was filed on May 6, 2005 and an initial scheduling teleconference was set by the Court for June 21, 2005.  At the parties joint request, that conference was postponed until next week, June 30, 2005 at 11:00 a.m.  Yesterday, prior to the late-night filing of the preliminary injunction motion, counsel for the parties had discussed having a meet and confer tomorrow morning for the purpose of discussing general scheduling proposals.

  Under the circumstances, Genencor respectfully submits that the parties should go forward with their meet and confer tomorrow and discuss the issues relating to the scheduling of the preliminary injunction motion as well as general scheduling issues.  All of those matters can then be addressed at the currently-scheduled teleconference with Your Honor on June 30, 2005.

           Respectfully yours,

           /s/ Donald E. Reid

           Donald E. Reid (#1058)

DER/amr
cc: Peter T. Dalleo, Clerk  (By Hand)
   Richard H. Morse, Esquire (By E-Filing)