IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL INC. ) | |
| AND ) | |
| ENZYME DEVELOPMENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED SCHEDULING ORDER RE
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Novozymes A/S ("Novozymes"), Genencor International Inc. ("Genencor), and Enzyme Development Corporation ("EDC") (collectively, "the parties") hereby agree that the following Stipulated Scheduling Order ("this Order") be entered to govern proceedings related to plaintiff Novozymes' motion for preliminary injunction filed June 22, 2004 ("PI Motion").

IT IS HEREBY STIPULATED BY THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1.  Briefing Schedule: Genencor's and EDC's opposition shall be filed and served on or by September 16, 2005. Novzyme's reply shall be filed and served on or by September 30, 2005.

2.  Hearing: The parties jointly request a hearing on the PI Motion in the first week of October 2005. The hearing shall be held October __-__, 2005, commencing at _____.

3. Discovery:

a. Limits on Discovery: All discovery in this action is stayed until the hearing on the PI Motion except for that discovery specifically related to the PI Motion, which shall be conducted as set forth below. All discovery taken related to the PI Motion shall count against applicable limits on discovery (*e.g.*, deposition hours); taking the deposition of an expert in connection with the PI Motion shall not bar subsequent deposition of that expert should that expert later serve a report as provided in the overall case schedule.

b. Written Discovery and Document Production: The parties shall serve written discovery relating to the PI Motion on or by July 1, 2005. Novozymes' responses, including production of documents, to such discovery shall be served on or by July 15, 2005. Genencor's and EDC's responses, including production of documents, shall be served on or by July 22, 2005.

c. Depositions: Depositions by Genencor and EDC of Novozymes' witnesses and/or third parties relating to the PI Motion shall be taken during the period July 15-August 31. Depositions by Novozymes of Genencor's and/or EDC's witnesses relating to the PI motion shall be taken during the period September 16-September 30. The parties shall work together to schedule depositions at mutually convenient locations and on a mutually convenient schedule, identifying party-related deponents (including experts) by letter or email in lieu of formal notices; the parties shall identify deponents as early as possible, without waiving the right to add to or amend their lists of deponents to

reflect information received in discovery.

RESPECTFULLY SUBMITTED UPON AGREEMENT AND STIPULATION:

| NOVOZYMES A/S | GENENCOR INTERNATIONAL INC. AND ENZYME DEVELOPMENT CORPORATION |
|---|---|
| By its attorneys: | By its attorneys: |

/s/ Karen E. Keller

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (# 1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

__/s/ Donald E. Reid_____
MORRIS NICHOLS ARSHT & TUNNELL
Donald E. Reid (No. 1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7219
dreid@mnat.com

SO ORDERED on this _____ day of _____, 2005.

_____
Kent Jordan
United States District Court Judge