125. "Diversifying Carotenoid Biosynthetic Pathways by Laboratory Evolution," D. Umeno, A. V. Tobias and F. H. Arnold, *Microbiol. Mol. Biology Rev.* **69**, 51-78 (2005).

126. "Why High-Error-Rate Random Mutagenesis Libraries are Highly Enriched in Functional and Improved Proteins," D. A. Drummond, B. Iverson, G. Georgiou, and F. H. Arnold, *J. Mol. Biol.* In press.

127. "A Dual Selection Module for Directed Evolution of Genetic Circuits.," Y. Yokobayashi and F. H. Arnold, *Natural Computing*, in press.

128. "Enantioselective Epoxidation of Linear Terminal Alkenes with Engineering Cytochromes P450 BM-3," T. Kubo, M. W. Peters, P. Meinhold, F. H. Arnold, submitted.

129. "Protein-Surfactant Film Voltammetry of Wild Type and Mutant Cytochrome P450 BM3," A. K. Udit, N. Hindoyan, M. G. Hill, F. H. Arnold and H. B. Gray, *Inorganic Chemistry*, in press.

130. "Programmed Pattern Formation using a Synthetic Band-Detect Gene Network," S. Basu, Y. Gerchman, C. Collins, F. H. Arnold, R. Weiss, *Nature* **434**, 1130-1134 (2005).

131. "Thermodynamic Prediction of Protein Neutrality," J. D. Bloom, J. J. Silberg, C. O. Wilke, D. A. Drummond, C. Adami, F. H. Arnold, *Proc. Natl. Acad. Sci.* **102,** 606-611 (2005).

132. "Long-term Monitoring of Bacterial Undergoing Programmed Oscillations in a Microchemostat," F. Balagadde, L. You, C. L. Hansen, F. H. Arnold, S. R. quake, *Science*, in press.

133. "On the Conservative Nature of Intragenic Recombination," D. A. Drummond, J. J. Silberg, M. M. Meyer, C. O. Wilke, F. H. Arnold, *Proc. Natl. Acad. Sci.*,**102**, 5380-5385 (2005).

134. "Stereoselective Hydroxylation of an Achiral Cyclopentanecarboxylic Acid Derivative Using Engineered P450s BM-3," Munzer, D. F., P. Meinhold, M. W. Peters, S. Feichtenhofer, Herfried Griengl, F. H. Arnold, A. Glieder, A. de Raadt, *Chem. Comm.* **20**, 2597-2599 (2005).

135. "Direct Conversion of Ethane to Ethanol by an Engineered Cytochrome P450," P. M. Meinhold, M. P. Peters, M. M. Y. Chen, K. Takahashi, F. H. Arnold, submitted.

136. "*In vitro* Creation of a Protein Family," C. R. Otey, J. B. Endelman, M. Landwehr, K. Hiraga, J. D. Bloom, F. H. Arnold, submitted.

137. "Inferring Interactions from an Alignment of Folded and Unfolded Protein Sequences," J. B. Endelman, J. D. Bloom, C. R. Otey, M. Landwehr, F. H. Arnold, submitted.

**Books Edited:**

*Advances in Protein Chemistry,* v. 55, F. H. Arnold, Ed. "Evolutionary Protein Design," Academic Press, 2001.

*Methods in Molecular Biology*, vol. 230, "Directed Enzyme Evolution: Screening and Selection Methods," F. H. Arnold and G. Georgiou, Eds., Humana Press, Totowa, New Jersey, 2003.

*Methods in Molecular Biology,* vol. 231, "Directed Evolution Library Creation: Methods and Protocols," F. H. Arnold and G. Georgiou, Eds., Humana Press, Totowa, New Jersey, 2003.

**Book Chapters, Reviews, Commentaries, Editorials**

1. "A Rational Approach to the Scale-Up of Affinity Chromatography," F. H. Arnold, J. J. Chalmers, M. S. Saunders, M. S. Croughan, H. W. Blanch, and C. R. Wilke, In: *Purification of Fermentation*

*Products: Applications to Large-Scale Processes*, D. LeRoith, J. Shiloach and T. J. Leahy (Eds.), Chapter 7, *ACS Symposium Series* No. 271, 113-122 (1985).

2. "Structure and Function in Nucleic Acids: Mutagenesis," I. Tinoco, Jr., S. Wolk, F. H. Arnold and F. Aboul-ela, In *Structure and Dynamics of Biopolymers*, C. Nicolini, Ed., Martinuis Nijhoff, pp. 92-111 (1987).

3. "Novel Metal Affinity Protein Separations," S.-S. Suh, G. E. Wuenschell, M. E. Van Dam, S. Plunkett and F. H. Arnold, In: *Protein Purification: From Molecular Mechanisms to Large-Scale Processes*, M. R. Ladisch, R. C. Willson, C. C. Painton and S. E. Builder (Eds.), Chapter 10, *ACS Symposium Series* No. 427, 139-149 (1990).

4. "Enzyme Engineering for Non-Aqueous Solvents," F. H. Arnold, *Trends Biotechnol.* **8**, 244-249 (1990).

5. "Enzyme Design for Nonaqueous Solvents," J. Hwang and F. H. Arnold, In: *Applied Biocatalysis*, H. W. Blanch and D. S. Clark (Eds.), Marcel Dekker, Vol. 1, Chapter 2, pp. 53-86 (1991).

6. "Metal-Affinity Separations: A New Dimension in Protein Bioprocessing," F. H. Arnold, *Bio/Technology* **9**, 151-156 (1991).

7. "Novel Metal-Affinity Adsorbents Prepared by Template Polymerization," S. D. Plunkett, P. K. Dhal and F. H. Arnold, *in "Harnessing Biotechnology for the 21st Century,"* M. R. Ladisch and A. Bose, Ed., American Chemical Society, 1992, pp. 244-247.

8. "Recombinant Protein Stabilization Through Engineered Metal-Chelating Sites," P. Umaña, J. T. Kellis, Jr. and F. H. Arnold, In: *Biocatalyst Design for Stability and Specificity*, M. E. Himmel and G. Georgiou (Eds.), Chapter 7, *ACS Symp.Ser. No.* 516, 102-108 (1993).

9. "Engineering Nonaqueous Solvent-Compatible Enzymes," F. H. Arnold, K. Chen, C. Economou, W. Chen, P. Martinez, K. P. Yoon and M. Van Dam, In: *Biocatalyst Design for Stability and Specificity*, M. E. Himmel and G. Georgiou (Eds.), Chapter 8, *ACS Symp. Ser. No.* 516, 109-113 (1993).

10. Edited issue of <u>Methods, A Companion to Methods in Enzymology</u> (Eds. J. N. Abelson and M. I. Simon) on Metal-Affinity Separations (Vol. 4, 1992).

11. "Engineering Proteins for Nonnatural Environments," F. H. Arnold, invited review for *FASEB Journal* **7**, 744-749 (1993).

12. "Protein Engineering for Unusual Environments," F. H. Arnold, invited review for *Current Opinion in Biotechnology* **4**, 450-455 (1993).

13. "Metal-Affinity Partitioning," B. H. Chung, D. Bailey and F. H. Arnold, *Methods in Enzymology* **228**, 167-179 (1994).

14. "Template-Mediated Synthesis," S. Plunkett and F. H. Arnold, Yearbook of Science and Technology, McGraw-Hill, 1994, p. 71-73.

15. "Metal-Mediated Protein Stabilization," F. H. Arnold, *Trends in Biotechnology* **12**, 189-192 (1994).

16. "Molecular Imprinting: Selective Materials for Separations, Sensors and Catalysis," V. Sundaresan and F. H. Arnold, invited review for *Current Opinion in Biotechnology* **6**, 218-224 (1995).

17. "Multipoint Binding and Heterogeneity in Immobilized Metal-Affinity Chromatography," R. D. Johnson and F. H. Arnold, *Biotechnology & Bioengineering* **48**, 437-443 (1995).

18. "Selective Ligand-Exchange Adsorbents Prepared by Template Polymerization, V. Sundaresan, P. K. Dhal, S. D. Plunkett and F. H. Arnold, *Biotechnology & Bioengineering*, **48**, 431-436 (1995).

19. "Directed Evolution: Creating Biocatalysts for the Future," F. H. Arnold, *Chemical Engineering Science* **51**, 5091-5102 (1996).

20. "Strategy for the Directed Evolution of a Peptide Ligase," H. Zhao, L. You and F. H. Arnold, Proceedings of the 13th Enzyme Engineering Conference, *Annals of the N.Y. Acad. Sci.* **799**, 1-6 (1996).

21. "Optimizing Industrial Enzymes by Directed Evolution, F. H. Arnold and J. C. Moore, *Advances in Biochemical Engineering* **58**, 1-14 (1997).

22. "Engineering New Functions and Altering Existing Functions," Z. Shao and F. H. Arnold, *Current Opinion in Structural Biology* **6**, 513-518 (1996).

23. "Combinatorial Protein Design: Strategies for Screening Protein Libraries." H. Zhao and F. H. Arnold, invited review for *Current Opinion in Structural Biology* **7**, 480-485 (1997)

24. "Directed Evolution of Enzyme Catalysts," O. Kuchner and F. H. Arnold, *Trends in Biotechnology* **15**, 523-530 (1997).

French translation:

24a. "L'evolution dirigee des enzymes," O. Kuchner and F. H. Arnold, *Biofutur, le Technoscope*, Cahier No 109, Vol. 185, 1999.

25. "Chiral Ligand Exchange Adsorbents for Amines and Underivatized Amino Acids: 'Bait-and-Switch' Molecular Imprinting," F. H. Arnold, S. Striegler and V. Sundaresan, in "Molecular and Ionic Recognition with Imprinted Polymers," Eds. R. A. Bartsch and M. Maeda, *ACS Symposium Ser.* **703**, 109-118 (1998).

26. "Combinatorial Protein Design by *in vitro* DNA Recombination (DNA Shuffling)" L. Giver and F. H. Arnold, *Current Opinion in Chemical Biology* **2**, 335-338 (1998).

27. "Enzyme Engineering Reaches the Boiling Point," F. H. Arnold, *Proc. Natl. Acad. Sci. USA* **95**, 2035-2036 (1998).

28. "When Blind is Better: Protein Design by Evolution," F. H. Arnold, *Nature Biotechnology* **16**, 617-618 (1998).

29. "Methods for Optimizing Industrial Enzymes by Directed Evolution," Huimin Zhao, Jeffrey C. Moore, Alex A. Volkov, and Frances H. Arnold, in *Manual of Industrial Microbiology and Biotechnology*, 2nd Ed., (A. L. Demain and J. E. Davies, Eds), pp. 597-604, ASM Press, Washington, D.C. (1999).

30. "Directed Evolution of Mesophilic Enzymes into Their Thermophilic Counterparts," F. H. Arnold, L. Giver, A. Gershenson, H. Zhao, K. Miyazaki, *Annals NY Acad. Sci.* **870**, 400-403 (1999).

31. "Directed Enzyme Evolution," F. H. Arnold and Patrick Wintrode, in *Encyclopedia of Bioprocess Technology*, M. C. Flickinger and S. W. Drew, Eds., Wiley, Vol. 2. 1999.

32. "Directed Evolution of Biocatalysts," A. Volkov and F. H. Arnold, *Current Opinion in Chemical Biology* **3**, 54-59 (1999).

33. "Directed Evolution of Industrial Enzymes," C. Schmidt-Dannert and F. H. Arnold, *Trends in Biotechnology*, **17**, 135-136 (1999).

34. "Engineering a Revolution," J. Affholter and F. H. Arnold, *Chemistry in Britain*, **35**, 48-51 (1999).

35. "Engineering a Revolution," J. Affholter and F. H. Arnold, *CHEMTECH* **29**(9), 34-39 (1999).

36. "Unnatural Selection: Molecular Sex for Fun and Profit," F. H. Arnold, *Engineering & Science*, No. 1/2, pp. 40-50, 1999.

37. "Enzyme Stabilization by Directed evolution," A. Gershenson and F. H. Arnold, *Genetic Engineering Principles and Methods*, Vol. **22**, 55-76, Plenum Press, 2000.

38. "Itching for New Strategies in Protein Engineering," S. W. Michnick and F. H. Arnold, *Nature Biotechnology* **17**, 1159-1160,1999.

39. "Temperature Adaptation of Enzymes: Lessons from Laboratory Evolution," P. Wintrode and F. H. Arnold, in Advances in Protein Chemistry, Evolutionary Approaches to Protein Design, Ed. F. H. Arnold, Academic Press, Vol. 55, 161-226, (2001).

40. "Designed Evolution of Enzymatic Properties," I. P. Petrounia and F. H. Arnold, *Curr. Opin. Biotechnol.* **11**(4) 325-330 (2000).

41. "*In vitro* DNA recombination," K. Miyazaki and F. H. Arnold, in *Phage Display: A Practical Approach*, T. Clackson and H. Lowman, Eds., Oxford University Press, in press (2003).

42. "Enzyme Engineering by Directed Evolution," O. May, C. Voigt, and F. H. Arnold, in *Enzyme Catalysis in Organic Synthesis*, K. H. Drauz and H. Waldmann, Eds., Vol. 1, pp. 95-138, Wiley-VCH, 2002.

43. "How Enzymes Adapt: Lessons from Laboratory Evolution," F. H. Arnold, P. C. Wintrode, K. Miyazaki and A. Gershenson, *Trends Biochemical Sciences* **26**, 100-106 (2001).

44. "Combinatorial and Computational Challenges for Biocatalyst Design," F. H. Arnold, *Nature* 409, 253-257 (2001).

45. "Directed Protein Evolution," K. M. Mayer and F. H. Arnold, in *Encyclopedia of Evolution*, M. Pagel, Ed., pp. 268-271, Oxford University Press, NY, 2002.

46. "Staggered Extension Process (StEP) *in vitro* Recombination," A. Aguinaldo and F. H. Arnold, in *PCR Cloning Protocols*, v. 192, 235-239, Eds. B. Chan, H. Janes, Humana Press, 2002.

47. "Exploring the Diversity of Heme Enzymes through Directed Evolution," P. C. Cirino and F. H. Arnold, in *Directed Molecular Evolution of Proteins*, S. Brakmann and K. Johnsson (Eds.), Wiley-VCH, Germany, Vol. 10, pp. 215-243, 2002.

48. "Directed Enzyme Evolution," E. T. Farinas, T. Buelter, F. H. Arnold, *Curr. Opin. Biotechnol.*, **12**, 545-551 (2002).

49. "Protein Engineering of Oxygenases for Biocatalysis", P. C. Cirino and F. H. Arnold, *Curr. Opin. Chem. Biol.* **6**, 130-135 (2002).

50. "Engineering Proteins that Bind, Move, Make and Break DNA," C. Collins, Y. Yokobayashi, D. Umeno and F. H. Arnold, *Curr. Opin. Biotechnol.* **14**, 371-378 (2003).

51. "Chemistry and Biotechnology: A Productive Union Meets New Challenges," *Curr. Opin. Chem. Biol.* **14**, 567-568 (2003).

52. "In vitro DNA Recombination," K. Miyazaki and F. H. Arnold, in *Phage Display: A Practical Approach*, T. Clackson and H. Lowman, Eds., pp. 43-60, Oxford University Press, NY (2004).

53. "SCHEMA-guided Protein Recombination," J. J. Silberg, J. B. Endelman, C. A. Voigt, F. H. Arnold, *Methods in Enzymology* **388**, 35-42 (2004).

54. "Evolving Strategies for Enzyme Engineering," J. Bloom, P. Meinhold, F. H. Arnold, *Curr. Opin. Structural Biol.*, in press.

**Patents, Patents Pending and Provisional Patent Applications**

1. U.S. Patent 5,283,339. "Immobilized Metal Aqueous Two-Phase Extraction and Precipitation." (1994).

2. U.S. Patent 5,310,648. "Composition of Matter Comprising an Imprinted Matrix Exhibiting Selective Binding Interactions through Chelated Metals" (1994).

3. U.S. Patent 5,316,935. "Subtilisin Variants Suitable for Hydrolysis and Synthesis in Organic Media" (1994).

4. U.S. Patent 5,616,790. "Lipid-Based Metal Sensor" (1997).

5. U.S. Patent 5,741,691. "Para-Nitrobenzyl Esterases with Enhanced Activity in Aqueous and Nonaqueous Media" (1998).

6. U.S. Patent 5,786,428. "Adsorbents for Amino Acid and Peptide Separation" (1998).

7. U.S. Patent 5,837,202. "Metal Chelating Lipids which are Useful as Sensors in Fluorometric Methods for the Detection of Metal Ions" (1998).

8. U.S. Patent 5,906,930. "Para-Nitrobenzyl esterase with Enhanced Activity in Aqueous and Nonaqueous Media" (1999).

9. U.S. Patent 5,945,325. "Thermally Stable Para-Nitrobenzyl Esterases" (1999).

10. U.S. Patent 6,073,637. "Sensors for Sugars and other Metal Binding Analytes" (2000).

11. U.S. Patent 6,153,410, "Recombination of Polynucleotide Sequences using Random or Defined Primers" (2000).

12. U.S. Patent 6,177,263, "Recombination of Polynucleotide Sequences using Random or Defined Primers" (2001).

13. U.S. Patent 6,391,988 "Recombination of Polynucleotide Sequences using Random or Defined Primers" (2002).

14. U.S. Patent 6,361,988, "ECB deacylase mutants" (2002).

15. U. S. Patent 6,540,895 "Microfabricated Cell Sorter for Chemical and Biological Materials" (2003).

16. "Oxygenase Enzymes and Screening Method" (patent pending).

17. U.S. Patent 6,524,837, "Hydantoinase variants with improved properties and their use for the production of amino acids" (2003).

18. U.S. Patent 6,537,746 "Methods for Creating Polynucleotide and Polypeptide Sequences" (2003). US 2004/0180340 A1 September 16, 2004

19. "Method for Creating Hybrid Protein Sequences with Matched Terminal Ends" (patent pending).

20. "Calculating Crossover Points for Gene Recombination and Hybrid Protein Creation" (patent pending).

# EXHIBIT 2

Innovative by Nature

# SPEZYME® ETHYL

### *High Performance Alpha-Amylase for Fuel Ethanol Processes*

## *Product Information*

### DESCRIPTION

SPEZYME® ETHYL enzyme contains a thermostable starch-hydrolyzing α-amylase with excellent stability at low pH that is derived from a genetically modified strain of *Geobacillus stearothermophilus*. The endo-amylase in SPEZYME® ETHYL enzyme randomly hydrolyzes α-1,4-glucosidic bonds to quickly reduce the viscosity of gelatinized starch or grain mash, producing soluble dextrins and saccharides under a variety of process conditions.

### TYPICAL CHARACTERISTICS

| | |
|---|---|
| *Activity:* | 6,700 - 7,300 AAU/g |
| *Appearance:* | Clear brown liquid |
| *pH:* | 5.0 - 6.5 |
| *Specific gravity:* | 1.18 - 1.22 g/ml |

**Unit Definition**

The activity of SPEZYME® ETHYL is expressed in Alpha Amylase Units (AAU). Enzyme activity is determined by the rate of starch hydrolysis, as reflected in the rate of decrease in iodine-staining capacity. One AAU unit of bacterial α-amylase activity is the amount of enzyme required to hydrolyze 10 mg of starch per minute under specified conditions. A detailed assay method is available upon request.

### PERFORMANCE BENEFITS

SPEZYME® ETHYL provides the following benefits to (fuel) ethanol producers:

- Quick viscosity breakdown allowing for improved mash handling and higher solids throughput
- Excellent performance with no added calcium under most conditions
- Stability at lower pH
- Flexibility in process control

### APPLICATION RECOMMENDATIONS

SPEZYME® ETHYL enzyme is a robust product designed for processes that require thermostable α-amylase.

| RECOMMENDED CONDITIONS | |
|---|---|
| pH | 5.4 - 5.8 |
| Dry Substance | 25 - 38% w/w |
| Slurry Treatment (Dry Mill) | Warm: 60 - 69°C |
| | Hot: 83 - 89°C<br>Can also be used for extended time periods (1.6 hours) at above temperatures with no jet or high temperature liquefaction system |
| Liquefaction | Cook: 105 - 110°C for 5 - 7 minutes |
| | Conversion<br>85°C for 90 - 120 minutes (Wet Mill)<br>83 - 89°C for 90 - 120 minutes (Dry Mill) |
| SPEZYME® ETHYL Dosage | Please contact your Genencor Technical Representative for recommendations specific to your liquefaction process |

### DOSAGE GUIDELINES

The optimal usage level of SPEZYME® ETHYL enzyme in liquefaction depends upon processing parameters such as type of raw material, viscosity, processing time, pH, temperature and DS (Dry Substance). A minimum SPEZYME® ETHYL enzyme starting dosage of 0.2 to 0.4 kg/MT DS (0.02 to 0.04% w/w) is recommended for wet milled starch and a starting dosage of 0.4 to 0.6 kg/MT DS (0.04 to 0.06% w/w) is recommended for dry milled corn mash under most conditions.

**Properties of Liquefied Starch**

SPEZYME® ETHYL reduces viscosity of grain mashes while producing soluble dextrins comparable to those produced by other high temperature α-amylases. SPEZYME® ETHYL performs equally well at low pH on mashes from different sources.

Effect of Temperature and pH on DE Development

Genencor International

# EXHIBIT 3

# SPEZYME® ETHYL AMINO ACID SEQUENCE

```
  1 AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT SRSDVGYGVY
 61 DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA DVVFDHKGGA DGTEWVDAVE
121 VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT YSSFKWRWYH FDGVDWDESR KLSRIYKFIG
181 KAWDWEVDTE NGNYDYLMYA DLDMDHPEVV TELKNWGKWY VNTTNIDGFR LDAVKHIKFS
241 FFPDWLSYVR SQTGKPLFTV GEYWSYDINK LHNYITKTNG TMSLFDAPLH NKFYTASKSG
301 GAFDMRTLMT NTLMKDQPTL AVTFVDNHDT EPGQALQSWV DPWFKPLAYA FILTRQEGYP
361 CVFYGDYYGI PQYNIPSLKS KIDPLLIARR DYAYGTQHDY LDHSDIIGWT REGVTEKPGS
421 GLAALITDGP GGSKWMYVGK QHAGKVFYDL TGNRSDTVTI NSDGWGEFKV NGGSVSVWVP
481 RKTT
```

# Exhibit 4