# GAP ALIGNMENT:
## SEQ ID NO:3 to Spezyme Ethyl (New Matrix)

```
GAP of: NewB.pep   check: 1170   from: 1 to: 514

WPDEF Seq ID Nos 3, translated by ThreeToOne
none

 to: SPEZE.pep   check: 525   from: 1 to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

Symbol comparison table: blosum62.cmp CompCheck: 1102
BLOSUM62 amino acid substitution matrix.
Reference: Henikoff, S. and Henikoff, J. G. (1992). Amino acid
           substitution matrices from protein blocks.  Proc. Natl. Acad.
           Sci. USA 89: 10915-10919.

        Gap Weight:        8    Average Match:    2.778
     Length Weight:        2    Average Mismatch: -2.248

           Quality:     2635            Length:     514
             Ratio:    5.444              Gaps:       1
Percent Similarity:   98.967    Percent Identity:  98.967

       Match display thresholds for the alignment(s):
                  | = IDENTITY
                  : = 2
                  . = 1

NewB.pep x SPEZE.pep       June 3, 2005 11:04  ..


    1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT  50
      |||||||||||||||||||||||||||||||||||||||||||||||||
    1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT  50

   51 SRSDVGYGVYDLYDLGEFNQKGAVRTKYGTKAQYLQAIQAAHAAGMQVYA 100
      |||||||||||||||||||||||| ||||||||||||||||||||||||
   51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

  101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150
      |||||||||||||||||||||||||||||||||||||||||||||||||
  101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

  151 YSSFKWRWYHFDGVDWDESRKLSRIYKFRGIGKAWDWEVDTENGNYDYLM 200
      |||||||||||||||||||||||||||||||  ||||||||||||||||
  151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

  201 YADLDMDHPEVVTELKSWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSD 250
      ||||||||||||||||.||||||||||||||||||||||||||||||||
  199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248

  251 VRSQTGKPLFTVGEYWSYDINKLHNYIMKTNGTMSLFDAPLHNKFYTASK 300
```

GAP Alignment:
SEQ ID NO:3 to Spezyme Ethyl
(New Matrix)

```
        ||||||||||||||||||||||||||||| |||||||||||||||||||||
    249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

    301 SGGTFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 350
        ||| |||||||||||||||||||||||||||||||||||||||||||||
    299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

    351 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 400
        |||||||||||||||||||||||||||||||||||||||||||||||||
    349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

    401 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 450
        |||||||||||||||||||||||||||||||||||||||||||||||||
    399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

    451 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVSTIAWSITTRPWT 500
        |||||||||||||||||||||||||||||||||||||||
    449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

# EXHIBIT 9

## GAP ALIGNMENT:
### Sequence 3 (Figure 1) to Spezyme Ethyl (Old Matrix)

```
GAP of: NewA.pep   check: 754   from: 1   to: 514

WPDEF A.        Figure 1, sequence 3

to: SPEZE.pep   check: 525   from: 1   to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

Symbol comparison table: oldpep.cmp CompCheck: 2543
Dayhoff table (Schwartz, R. M. and Dayhoff, M. O. [1979] in Atlas of
Protein Sequence and Structure, Dayhoff, M. O. Ed, pp. 353-358, National
Biomedical Research Foundation, Washington D.C.) rescaled by dividing
each value by the sum of its row and column, and normalizing to a mean
of 0 and standard deviation of 1.0. The value for FY (Phe-Tyr) = RW =
1.425.  Perfect matches are set to 1.5 and no matches on any row are . . .

        Gap Weight:      30      Average Match:     5.402
     Length Weight:       3      Average Mismatch: -3.964

           Quality:    7203              Length:      514
             Ratio:  14.882                Gaps:        1
Percent Similarity:  99.793    Percent Identity:   99.587

        Match display thresholds for the alignment(s):
                       | = IDENTITY
                       : = 4
                       . = 1


NewA.pep x SPEZE.pep       June 3, 2005 11:06  ..



     1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt 50
       |||||||||||||||||||||||||||||||||||||||||||||||||
     1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

    51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
       |||||||||||||||||||||||||||||||||||||||||||||||||
    51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

   101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
       |||||||||||||||||||||||||||||||||||||||||||||||||
   101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

   151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
       |||||||||||||||||||||||||||||||  ||||||||||||||||
   151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

   201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
       |||||||||||||||||||||||||||||||||||||||||||||||||
   199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248
```

GAP Alignment:
Sequence 3 (Figure 1) to Spezyme Ethyl
(Old Matrix)

```
251 vrsqtgkplftvgeywsydinklhnyitktdgtmslfdaplhnkfytask 300
    ||||||||||||||||||||||||||:|||||||||||||||||||||||
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla 350
    ||||||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh 400
    ||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 dyldhsdiigwtreggtekpgsglaalitdgpggskwmyvgkqhagkvfy 450
    |||||||||||||.||||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvstiarpittrpwt 500
    |||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

# EXHIBIT 10

## GAP ALIGNMENT:
### Sequence 3 (Figure 1) to Spezyme Ethyl (New Matrix)

```
GAP of: NewA.pep   check: 754   from: 1  to: 514

WPDEF A.       Figure 1, sequence 3

 to: SPEZE.pep  check: 525   from: 1  to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

Symbol comparison table: blosum62.cmp CompCheck: 1102
BLOSUM62 amino acid substitution matrix.
Reference: Henikoff, S. and Henikoff, J. G. (1992). Amino acid
           substitution matrices from protein blocks.  Proc. Natl. Acad.
           Sci. USA 89: 10915-10919.

         Gap Weight:       8      Average Match:    2.778
      Length Weight:       2      Average Mismatch: -2.248

            Quality:    2653              Length:     514
              Ratio:   5.481                Gaps:       1
 Percent Similarity: 99.587    Percent Identity: 99.587

        Match display thresholds for the alignment(s):
                   | = IDENTITY
                   : = 2
                   . = 1

NewA.pep x SPEZE.pep      June 3, 2005 11:03  ..


     1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt 50
       |||||||||||||||||||||||||||||||||||||||||||||||||
     1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

    51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
       |||||||||||||||||||||||||||||||||||||||||||||||||
    51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

   101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
       |||||||||||||||||||||||||||||||||||||||||||||||||
   101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

   151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
       |||||||||||||||||||||||||||||  ||||||||||||||||||
   151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

   201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
       |||||||||||||||||||||||||||||||||||||||||||||||||
   199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248

   251 vrsqtgkplftvgeywsydinklhnyitktdgtmslfdaplhnkfytask 300
       ||||||||||||||||||||||||||||||.|||||||||||||||||||
```

GAP Alignment:
Sequence 3 (Figure 1) to Spezyme Ethyl
(New Matrix)

```
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla 350
    |||||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh 400
    |||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 dyldhsdiigwtreggtekpgsglaalitdgpggskwmyvgkqhagkvfy 450
    ||||||||||||| |||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvstiarpittrpwt 500
    |||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

# EXHIBIT 11

## Alpha-Amylase Alignments

```
Spezyme      AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT  50
SEQ ID NO:3  AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT  50
Figure 1     AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT  50
ATCC 31,195  AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT  50


Spezyme      SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA 100
SEQ ID NO:3  SRSDVGYGVY DLYDLGEFNQ KGAVRTKYGT KAQYLQAIQA AHAAGMQVYA 100
Figure 1     SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA 100
ATCC 31,195  SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA 100


Spezyme      DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT 150
SEQ ID NO:3  DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT 150
Figure 1     DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT 150
ATCC 31,195  DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT 150


Spezyme      YSSFKWRWYH FDGVDWDESR KLSRIYKF** IGKAWDWEVD TENGNYDYLM 198
SEQ ID NO:3  YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM 200
Figure 1     YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM 200
ATCC 31,195  YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM 200


Spezyme      YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY 248
SEQ ID NO:3  YADLDMDHPE VVTELKSWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSD 250
Figure 1     YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY 250
ATCC 31,195  YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY 250


Spezyme      VRSQTGKPLF TVGEYWSYDI NKLHNYITKT NGTMSLFDAP LHNKFYTASK 298
SEQ ID NO:3  VRSQTGKPLF TVGEYWSYDI NKLHNYIMKT NGTMSLFDAP LHNKFYTASK 300
Figure 1     VRSQTGKPLF TVGEYWSYDI NKLHNYITKT DGTMSLFDAP LHNKFYTASK 300
ATCC 31,195  VRSQTGKPLF TVGEYWSYDI NKLHNYITKT NGTMSLFDAP LHNKFYTASK 300
```

Alpha-Amylase Alignments
Page 2 of 2

```
Spezyme       SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA  348
SEQ ID NO:3   SGGTFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA  350
Figure 1      SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA  350
ATCC 31,195   SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA  350


Spezyme       YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH  398
SEQ ID NO:3   YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH  400
Figure 1      YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH  400
ATCC 31,195   YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH  400


Spezyme       DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY  448
SEQ ID NO:3   DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY  450
Figure 1      DYLDHSDIIG WTREGGTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY  450
ATCC 31,195   DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY  450


Spezyme       DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTT              484
SEQ ID NO:3   DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVSTI AWSITTRPWT  500
Figure 1      DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVSTI ARPITTRPWT  500
ATCC 31,195   DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVST            489


Spezyme
SEQ ID NO:3   DEFVRWTEPR LVAW                                      514
Figure 1      GEFVRWTEPR LVAW                                      514
ATCC 31,195
```