# EXHIBIT  1

John Rickert Devereux
49 Chequamegon Bay Drive
Madison, Wisconsin, 53719
(608) 277-9203
john.devereux@pobox.com

## EDUCATION

| B.A. | University of Wisconsin-Madison | 1970 | History |
| M.S. | University of Wisconsin-Madison | 1981 | Botany |
| Ph.D. | University of Wisconsin-Madison | 1988 | Computational Genetics |

## PROFESSIONAL EXPERIENCE

1997-2000, President and Chief Scientific Officer, Genetics Computer Group, Inc. (GCG), a wholly owned subsidary of Oxford Molecular Group, PLC.

1990-1997, President and Founder, Genetics Computer Group, Inc. (GCG).

1985-1989, Assistant Director, University of Wisconsin Biotechnology Center.

1977-1985, Project Coordinator, University of Wisconsin Department of Genetics.

## ACADEMIC SERVICE (1990s only)

Ad hoc DOE review panels for the Human Genome Program (3 times)
Ad hoc NIH review panels for the Human Genome Program (5 times)
NIH/DOE Human Genome Joint Informatics Task Force (1989-91)
NIH/DOE Human Genome DNA Sequencing Working Group (1990-92)
National Center for Biotechnology Information (NCBI)
    Board of Scientific Councilors (BOSC) (1990-94)

## HONORS

EMBL Sabbatical Fellowship (1984)
EMBO Lectureship (1985)
EMBO Lectureship (1989)

PUBLICATIONS

1. Smithies, O., Engels, W.R., Devereux, J.R., Slightom, J.L., and Shen, S. (1981). Base substitutions, length differences and DNA strand asymmetries in the human G-Gamma and A-Gamma fetal globin gene region, *Cell* **26**, 345-353. (Published together with:)

2. Shen, S., Slightom, J.L., and Smithies, O. (1981). A history of the human fetal globin gene duplication, *Cell* **26**, 191-203.)

3. Squires, C.H., DeFelice, M., Devereux, J., and Calvo, J.M. (1983). Molecular structure of ilvIH and its evolutionary relationship to ilvG in Escherichia coli K12, *Nucleic Acids Research* **11(15)**, 5299-5311.

4. Pedersen, K., Devereux, J., Wilson, D.R., Sheldon, E., and Larkins, B.A. (1982). Cloning and sequence analysis reveal structural variation among related Zein genes in maize, *Cell* **29**, 1015-1026.

5. Devereux, J., Haeberli, P., and Smithies, O. (1984). A Comprehensive Set of Sequence Analysis Programs for the VAX, *Nucleic Acids Research* **12(1)**, 387-395. *

6. Gribskov, M., Devereux, J., and Burgess, R.R. (1984). The codon preference plot: Graphic analysis of protein coding sequences and prediction of gene expression, *Nucleic Acids Research* **12(1)**, 539-549.

7. Gribskov, M., Burgess, R.R., and Devereux, J. (1986). PEPPLOT, a protein secondary structure analysis program for the UWGCG Sequence Analysis Software Package, *Nucleic Acids Research* **14(1)**, 327-334.

8. Devereux, J. (1988). A rapid method for identifying sequences in large nucleotide sequence databases, a doctoral thesis available from University Microfilms Inc., Ann Arbor, Michigan, USA.

9. Gribskov, M., Devereux, J.; editors, (1991). *A Sequence Analysis Primer*, Stockton Press, New York, NY, USA.

10. Devereux, J. (1995). *The GCG Sequence Analysis Software Package, Version 8.0*, Genetics Computer Group, Inc., University Research Park, 575 Science Drive, Madison, Wisconsin, USA, 53711. **

11. Devereux, J. (1995). *The GCG Procedure Library, Version 8.0*, Genetics Computer Group, Inc., University Research Park, 575 Science Drive, Madison, Wisconsin, USA, 53711.

* According to Guardian Unlimited (guardian.co.uk, Sept 25, 2003), the online version of the *Manchester Guardian*, this paper was then the fifth most-cited paper in all of science.

** The Wisconsin Package™ had eight major releases with Devereux as the senior author: Version 1.0, March, 1983, Version 2.0, June, 1984, Version 3.0, June, 1985, Version 4.0, June, 1986, Version 5.0, June, 1987, Version 6.0, June, 1989, Version 7.0, June, 1991. After 1995, others at GCG were more central to the enhancing and updating this venerable software package.

# EXHIBIT   2

## SPEZYME® ETHYL AMINO ACID SEQUENCE

```
  1 AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT SRSDVGYGVY

 61 DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA DVVFDHKGGA DGTEWVDAVE

121 VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT YSSFKWRWYH FDGVDWDESR KLSRIYKFIG

181 KAWDWEVDTE NGNYDYLMYA DLDMDHPEVV TELKNWGKWY VNTTNIDGFR LDAVKHIKFS

241 FFPDWLSYVR SQTGKPLFTV GEYWSYDINK LHNYITKTNG TMSLFDAPLH NKFYTASKSG

301 GAFDMRTLMT NTLMKDQPTL AVTFVDNHDT EPGQALQSWV DPWFKPLAYA FILTRQEGYP

361 CVFYGDYYGI PQYNIPSLKS KIDPLLIARR DYAYGTQHDY LDHSDIIGWT REGVTEKPGS

421 GLAALITDGP GGSKWMYVGK QHAGKVFYDL TGNRSDTVTI NSDGWGEFKV NGGSVSVWVP

481 RKTT
```

# EXHIBIT  3

## GAP ALIGNMENT:
## SEQ ID NO:3 to Spezyme Ethyl (Old Matrix)

```
GAP of: NewB.pep   check: 1170  from: 1  to: 514

WPDEF Seq ID Nos 3, translated by ThreeToOne
none


 to: SPEZE.pep   check: 525  from: 1  to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None


 Symbol comparison table: oldpep.cmp CompCheck: 2543
Dayhoff table (Schwartz, R. M. and Dayhoff, M. O. [1979] in Atlas of
Protein Sequence and Structure, Dayhoff, M. O. Ed, pp. 353-358, National
Biomedical Research Foundation, Washington D.C.) rescaled by dividing
each value by the sum of its row and column, and normalizing to a mean
of 0 and standard deviation of 1.0.  The value for FY (Phe-Tyr) = RW =
1.425.  Perfect matches are set to 1.5 and no matches on any row are . . .


        Gap Weight:      30      Average Match:  5.402
     Length Weight:       3   Average Mismatch: -3.964


         Quality:  7155          Length:     514
           Ratio: 14.783           Gaps:       1
Percent Similarity: 99.380   Percent Identity: 98.967


       Match display thresholds for the alignment(s):
                    | = IDENTITY
                    : =    4
                    . =    1


NewB.pep x SPEZE.pep       June 3, 2005 11:08  ..


        .         .         .         .         .
  1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50
    |||||||||||||||||||||||||||||||||||||||||||||||||
  1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

        .         .         .         .         .
 51 SRSDVGYGVYDLYDLGEFNQKGAVRTKYGTKAQYLQAIQAAHAAGMQVYA 100
    |||||||||||||||||||||||||:||||||||||||||||||||||||
 51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

        .         .         .         .         .
101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150
    |||||||||||||||||||||||||||||||||||||||||||||||||
101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

        .         .         .         .         .
151 YSSFKWRWYHFDGVDWDESRKLSRIYKFRGIGKAWDWEVDTENGNYDYLM 200
    ||||||||||||||||||||||||||||   |||||||||||||||||||
151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

        .         .         .         .         .
201 YADLDMDHPEVVTELKSWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSD 250
    |||||||||||||||.||||||||||||||||||||||||||||||||||
199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248
```

GAP Alignment:
SEQ ID NO:3 to Spezyme Ethyl
(Old Matrix)

```
251 VRSQTGKPLFTVGEYWSYDINKLHNYIMKTNGTMSLFDAPLHNKFYTASK 300
    |||||||||||||||||||||||||||| |||||||||||||||||||||
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 SGGTFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 350
    |||:||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 400
    ||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 450
    ||||||||||||||||||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVSTIAWSITTRPWT 500
    |||||||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

Exhibit 4

## GAP ALIGNMENT:
## SEQ ID NO:3 to Spezyme Ethyl (New Matrix)

```
GAP of: NewB.pep   check: 1170   from: 1 to: 514

WPDEF Seq ID Nos 3, translated by ThreeToOne
none

 to: SPEZE.pep   check: 525   from: 1 to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

 Symbol comparison table: blosum62.cmp CompCheck: 1102
BLOSUM62 amino acid substitution matrix.
Reference: Henikoff, S. and Henikoff, J. G. (1992). Amino acid
          substitution matrices from protein blocks.  Proc. Natl. Acad.
          Sci. USA 89: 10915-10919.

         Gap Weight:       8     Average Match:  2.778
      Length Weight:       2     Average Mismatch: -2.248

           Quality:  2635           Length:    514
             Ratio:  5.444            Gaps:      1
 Percent Similarity: 98.967   Percent Identity: 98.967

       Match display thresholds for the alignment(s):
                  | = IDENTITY
                  : = 2
                  . = 1

NewB.pep x SPEZE.pep      June 3, 2005 11:04  ..


   1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50
     |||||||||||||||||||||||||||||||||||||||||||||||||
   1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

  51 SRSDVGYGVYDLYDLGEFNQKGAVRTKYGTKAQYLQAIQAAHAAGMQVYA 100
     |||||||||||||||||||||||| ||||||||||||||||||||||||
  51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

 101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150
     |||||||||||||||||||||||||||||||||||||||||||||||||
 101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

 151 YSSFKWRWYHFDGVDWDESRKLSRIYKFRGIGKAWDWEVDTENGNYDYLM 200
     |||||||||||||||||||||||||||| |||||||||||||||||||
 151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

 201 YADLDMDHPEVVTELKSWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSD 250
     ||||||||||||||||||||||.||||||||||||||||||||||||||
 199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248

 251 VRSQTGKPLFTVGEYWSYDINKLHNYIMKTNGTMSLFDAPLHNKFYTASK 300
```

1/2

GAP Alignment:
SEQ ID NO:3 to Spezyme Ethyl
(New Matrix)

```
        |||||||||||||||||||||||||||||| |||||||||||||||||||||||||
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298


301 SGGTFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 350
        |||  ||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348


351 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 400
        ||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398


401 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 450
        ||||||||||||||||||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448


451 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVSTIAWSITTRPWT 500
        ||||||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

2/2

# EXHIBIT 5

## GAP ALIGNMENT:
### Sequence 3 (Figure 1) to Spezyme Ethyl (Old Matrix)


```
   GAP of: NewA.pep   check: 754  from: 1  to: 514

WPDEF A.         Figure 1, sequence 3

  to: SPEZE.pep   check: 525  from: 1  to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None


  Symbol comparison table: oldpep.cmp CompCheck: 2543
Dayhoff table (Schwartz, R. M. and Dayhoff, M. O. [1979] in Atlas of
Protein Sequence and Structure, Dayhoff, M. O. Ed, pp. 353-358, National
Biomedical Research Foundation, Washington D.C.) rescaled by dividing
each value by the sum of its row and column, and normalizing to a mean
of 0 and standard deviation of 1.0.  The value for FY (Phe-Tyr) = RW =
1.425.  Perfect matches are set to 1.5 and no matches on any row are . . .


        Gap Weight:      30      Average Match:  5.402
     Length Weight:       3   Average Mismatch: -3.964


          Quality:  7203           Length:     514
            Ratio: 14.882            Gaps:       1
Percent Similarity: 99.793    Percent Identity: 99.587


      Match display thresholds for the alignment(s):
                  | = IDENTITY
                  : =    4
                  . =    1


NewA.pep x SPEZE.pep        June 3, 2005 11:06  ..



        .         .         .         .         .
   1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt 50
     |||||||||||||||||||||||||||||||||||||||||||||||||
   1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

        .         .         .         .         .
  51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
     |||||||||||||||||||||||||||||||||||||||||||||||||
  51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

        .         .         .         .         .
 101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
     |||||||||||||||||||||||||||||||||||||||||||||||||
 101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

        .         .         .         .         .
 151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
     |||||||||||||||||||||||||||| ||||||||||||||||||||
 151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

        .         .         .         .         .
 201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
     |||||||||||||||||||||||||||||||||||||||||||||||||
 199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248
        .         .         .         .         .
```


1/2

GAP Alignment:
Sequence 3 (Figure 1) to Spezyme Ethyl
(Old Matrix)

```
251 vrsqtgkplftvgeywsydinklhnyitktdgtmslfdaplhnkfytask 300
    |||||||||||||||||||||||||||||||:|||||||||||||||||||
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla 350
    ||||||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh 400
    ||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 dyldhsdiigwtreggtekpgsglaalitdgpggskwmyvgkqhagkvfy 450
    ||||||||||||||·|||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvstiarpittrpwt 500
    |||||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

# EXHIBIT 6

## GAP ALIGNMENT:
### Sequence 3 (Figure 1) to Spezyme Ethyl (New Matrix)

```
GAP of: NewA.pep   check: 754   from: 1  to: 514

WPDEF A.          Figure 1, sequence 3

to: SPEZE.pep   check: 525   from: 1  to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None


 Symbol comparison table: blosum62.cmp CompCheck: 1102
BLOSUM62 amino acid substitution matrix.
Reference: Henikoff, S. and Henikoff, J. G. (1992). Amino acid
          substitution matrices from protein blocks.  Proc. Natl. Acad.
          Sci. USA 89: 10915-10919.


        Gap Weight:       8      Average Match:  2.778
     Length Weight:       2   Average Mismatch: -2.248


          Quality:  2653          Length:     514
            Ratio:  5.481           Gaps:       1
Percent Similarity: 99.587   Percent Identity: 99.587


      Match display thresholds for the alignment(s):
                  | = IDENTITY
                  : =    2
                  . =    1


NewA.pep x SPEZE.pep       June 3, 2005 11:03  ..



  1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt 50
    |||||||||||||||||||||||||||||||||||||||||||||||||||
  1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

 51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
    |||||||||||||||||||||||||||||||||||||||||||||||||||
 51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
    |||||||||||||||||||||||||||||||||||||||||||||||||||
101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
    |||||||||||||||||||||||||||||||   |||||||||||||||||
151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
    |||||||||||||||||||||||||||||||||||||||||||||||||||
199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248

251 vrsqtgkplftvgeywsydinklhnyitktdgtmslfdaplhnkfytask 300
    |||||||||||||||||||||||||||||||||.|||||||||||||||||
```

1/2

GAP Alignment:
Sequence 3 (Figure 1) to Spezyme Ethyl
(New Matrix)

```
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla 350
    |||||||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh 400
    |||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 dyldhsdiigwtreggtekpgsglaalitdgpggskwmyvgkqhagkvfy 450
    |||||||||||||| ||||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvstiarpittrpwt 500
    ||||||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.............. 484
```

2/2