# EXHIBIT 7

# ATCC 31,195 ALPHA-AMYLASE AMINO ACID SEQUENCE

```
  1 aapfngtmmq yfewylpddg tlwtkvanea nnlsslgita lwlppaykgt srsdvgygvy
 61 dlydlgefnq kgtvrtkygt kaqylqaiqa ahaagmqvya dvvfdhkgga dgtewvdave
121 vnpsdrnqei sgtyqiqawt kfdfpgrgnt yssfkwrwyh fdgvdwdesr klsriykfrg
181 igkawdwevd tengnydylm yadldmdhpe vvtelknwgk wyvnttnidg frldavkhik
241 fsffpdwlsy vrsqtgkplf tvgeywsydi nklhnyitkt ngtmslfdap lhnkfytask
301 sggafdmrtl mtntlmkdqp tlavtfvdnh dtepgqalqs wvdpwfkpla yafiltrqeg
361 ypcvfygdyy gipqynipsl kskidpllia rrdyaygtqh dyldhsdiig wtregvtekp
421 gsglaalitd gpggskwmyv gkqhagkvfy dltgnrsdtv tinsdgwgef kvnggsvsvw
481 vprkttvst
```

# EXHIBIT 8

# GAP ALIGNMENT:
## ATCC 31,195 Alpha-Amylase to Spezyme Ethyl (Old Matrix)

```
GAP of: NewC.pep   check: 5818   from: 1   to: 489

WPDEF ATCC 31,195 ALPHA-AMYLASE AMINO ACID SEQUENCE
None

  to: SPEZE.pep   check: 525   from: 1   to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

Symbol comparison table: oldpep.cmp CompCheck: 2543
Dayhoff table (Schwartz, R. M. and Dayhoff, M. O. [1979] in Atlas of
Protein Sequence and Structure, Dayhoff, M. O. Ed, pp. 353-358, National
Biomedical Research Foundation, Washington D.C.) rescaled by dividing
each value by the sum of its row and column, and normalizing to a mean
of 0 and standard deviation of 1.0.  The value for FY (Phe-Tyr) = RW =
1.425.  Perfect matches are set to 1.5 and no matches on any row are . . .

       Gap Weight:       30      Average Match:    5.402
    Length Weight:        3      Average Mismatch: -3.964

          Quality:     7224              Length:     489
            Ratio:   14.926                Gaps:       1
Percent Similarity: 100.000    Percent Identity: 100.000

     Match display thresholds for the alignment(s):
               | = IDENTITY
               : = 4
               . = 1

NewC.pep x SPEZE.pep      June 11, 2005 12:05  ..


    1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt 50
      |||||||||||||||||||||||||||||||||||||||||||||||||
    1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT 50

   51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
      |||||||||||||||||||||||||||||||||||||||||||||||||
   51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

  101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
      |||||||||||||||||||||||||||||||||||||||||||||||||
  101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

  151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
      ||||||||||||||||||||||||||||||  |||||||||||||||||
  151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

  201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
      |||||||||||||||||||||||||||||||||||||||||||||||||
  199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248
```

GAP Alignment:
ATCC 31,195 Alpha-Amylase to Spezyme Ethyl
(Old Matrix)

```
251 vrsqtgkplftvgeywsydinklhnyitktngtmslfdaplhnkfytask 300
    ||||||||||||||||||||||||||||||||||||||||||||||||||
249 VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK 298

301 sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla 350
    ||||||||||||||||||||||||||||||||||||||||||||||||||
299 SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA 348

351 yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh 400
    ||||||||||||||||||||||||||||||||||||||||||||||||||
349 YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH 398

401 dyldhsdiigwtregvtekpgsglaalitdgpggskwmyvgkqhagkvfy 450
    ||||||||||||||||||||||||||||||||||||||||||||||||||
399 DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY 448

451 dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvst 489
    |||||||||||||||||||||||||||||||||||||
449 DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT... 484
```

# EXHIBIT 9

# GAP ALIGNMENT:
## ATCC 31,195 Alpha-Amylase to Spezyme Ethyl (New Matrix)

```
GAP of: NewC.pep  check: 5818  from: 1  to: 489

WPDEF ATCC 31,195 ALPHA-AMYLASE AMINO ACID SEQUENCE
None

 to: SPEZE.pep  check: 525  from: 1  to: 484

WPDEF SPEZYME® ETHYL AMINO ACID SEQUENCE
None

 Symbol comparison table: blosum62.cmp CompCheck: 1102
BLOSUM62 amino acid substitution matrix.
Reference: Henikoff, S. and Henikoff, J. G. (1992). Amino acid
           substitution matrices from protein blocks.  Proc. Natl. Acad.
           Sci. USA 89: 10915-10919.

         Gap Weight:         8      Average Match:   2.778
      Length Weight:         2      Average Mismatch: -2.248

            Quality:      2665         Length:        489
              Ratio:     5.506           Gaps:          1
 Percent Similarity: 100.000    Percent Identity: 100.000

         Match display thresholds for the alignment(s):
                   | = IDENTITY
                   : = 2
                   . = 1

NewC.pep x SPEZE.pep       June 11, 2005 12:01  ..


    1 aapfngtmmqyfewylpddgtlwtkvaneannlsslgitalwlppaykgt  50
      |||||||||||||||||||||||||||||||||||||||||||||||||
    1 AAPFNGTMMQYFEWYLPDDGTLWTKVANEANNLSSLGITALWLPPAYKGT  50

   51 srsdvgygvydlydlgefnqkgtvrtkygtkaqylqaiqaahaagmqvya 100
      |||||||||||||||||||||||||||||||||||||||||||||||||
   51 SRSDVGYGVYDLYDLGEFNQKGTVRTKYGTKAQYLQAIQAAHAAGMQVYA 100

  101 dvvfdhkggadgtewvdavevnpsdrnqeisgtyqiqawtkfdfpgrgnt 150
      |||||||||||||||||||||||||||||||||||||||||||||||||
  101 DVVFDHKGGADGTEWVDAVEVNPSDRNQEISGTYQIQAWTKFDFPGRGNT 150

  151 yssfkwrwyhfdgvdwdesrklsriykfrgigkawdwevdtengnydylm 200
      ||||||||||||||||||||||||||||||  |||||||||||||||||
  151 YSSFKWRWYHFDGVDWDESRKLSRIYKF..IGKAWDWEVDTENGNYDYLM 198

  201 yadldmdhpevvtelknwgkwyvnttnidgfrldavkhikfsffpdwlsy 250
      |||||||||||||||||||||||||||||||||||||||||||||||||
  199 YADLDMDHPEVVTELKNWGKWYVNTTNIDGFRLDAVKHIKFSFFPDWLSY 248

  251 vrsqtgkplftvgeywsydinklhnyitktngtmslfdaplhnkfytask 300
```

GAP Alignment:
ATCC 31,195 Alpha-Amylase to Spezyme Ethyl
(New Matrix)

```
          |||||||||||||||||||||||||||||||||||||||||||||||||
249  VRSQTGKPLFTVGEYWSYDINKLHNYITKTNGTMSLFDAPLHNKFYTASK  298

301  sggafdmrtlmtntlmkdqptlavtfvdnhdtepgqalqswvdpwfkpla  350
          |||||||||||||||||||||||||||||||||||||||||||||||||
299  SGGAFDMRTLMTNTLMKDQPTLAVTFVDNHDTEPGQALQSWVDPWFKPLA  348

351  yafiltrqegypcvfygdyygipqynipslkskidplliarrdyaygtqh  400
          |||||||||||||||||||||||||||||||||||||||||||||||||
349  YAFILTRQEGYPCVFYGDYYGIPQYNIPSLKSKIDPLLIARRDYAYGTQH  398

401  dyldhsdiigwtregvtekpgsglaalitdgpggskwmyvgkqhagkvfy  450
          |||||||||||||||||||||||||||||||||||||||||||||||||
399  DYLDHSDIIGWTREGVTEKPGSGLAALITDGPGGSKWMYVGKQHAGKVFY  448

451  dltgnrsdtvtinsdgwgefkvnggsvsvwvprkttvst  489
          |||||||||||||||||||||||||||||||||
449  DLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT...  484
```

# EXHIBIT 10

## Alpha-Amylase Alignments

```
Spezyme        AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT    50
SEQ ID NO:3    AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT    50
Figure 1       AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT    50
ATCC 31,195    AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT    50


Spezyme        SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA   100
SEQ ID NO:3    SRSDVGYGVY DLYDLGEFNQ KGAVRTKYGT KAQYLQAIQA AHAAGMQVYA   100
Figure 1       SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA   100
ATCC 31,195    SRSDVGYGVY DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA   100


Spezyme        DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT   150
SEQ ID NO:3    DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT   150
Figure 1       DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT   150
ATCC 31,195    DVVFDHKGGA DGTEWVDAVE VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT   150


Spezyme        YSSFKWRWYH FDGVDWDESR KLSRIYKF** IGKAWDWEVD TENGNYDYLM   198
SEQ ID NO:3    YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM   200
Figure 1       YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM   200
ATCC 31,195    YSSFKWRWYH FDGVDWDESR KLSRIYKFRG IGKAWDWEVD TENGNYDYLM   200


Spezyme        YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY   248
SEQ ID NO:3    YADLDMDHPE VVTELKSWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSD   250
Figure 1       YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY   250
ATCC 31,195    YADLDMDHPE VVTELKNWGK WYVNTTNIDG FRLDAVKHIK FSFFPDWLSY   250


Spezyme        VRSQTGKPLF TVGEYWSYDI NKLHNYITKT NGTMSLFDAP LHNKFYTASK   298
SEQ ID NO:3    VRSQTGKPLF TVGEYWSYDI NKLHNYIMKT NGTMSLFDAP LHNKFYTASK   300
Figure 1       VRSQTGKPLF TVGEYWSYDI NKLHNYITKT DGTMSLFDAP LHNKFYTASK   300
ATCC 31,195    VRSQTGKPLF TVGEYWSYDI NKLHNYITKT NGTMSLFDAP LHNKFYTASK   300
```

```
Spezyme        SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA   348
SEQ ID NO:3    SGGTFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA   350
Figure 1       SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA   350
ATCC 31,195    SGGAFDMRTL MTNTLMKDQP TLAVTFVDNH DTEPGQALQS WVDPWFKPLA   350


Spezyme        YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH   398
SEQ ID NO:3    YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH   400
Figure 1       YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH   400
ATCC 31,195    YAFILTRQEG YPCVFYGDYY GIPQYNIPSL KSKIDPLLIA RRDYAYGTQH   400


Spezyme        DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY   448
SEQ ID NO:3    DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY   450
Figure 1       DYLDHSDIIG WTREGGTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY   450
ATCC 31,195    DYLDHSDIIG WTREGVTEKP GSGLAALITD GPGGSKWMYV GKQHAGKVFY   450


Spezyme        DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTT                  484
SEQ ID NO:3    DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVSTI AWSITTRPWT   500
Figure 1       DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVSTI ARPITTRPWT   500
ATCC 31,195    DLTGNRSDTV TINSDGWGEF KVNGGSVSVW VPRKTTVST              486


Spezyme
SEQ ID NO:3    DEFVRWTEPR LVAW                                         514
Figure 1       GEFVRWTEPR LVAW                                         514
ATCC 31,195
```

# EXHIBIT D