# PUBLIC VERSION -- REDACTED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVOZYMES A/S, | \| | |
| Plaintiff, | \| | C.A. No. 05-160-KAJ |
| v. | \| | |
| GENENCOR INTERNATIONAL, INC. and | \| | |
| ENZYME DEVELOPMENT CORPORATION, | \| | |
| | \| | |
| Defendants. | \| | |

### DECLARATION OF GREGORY K. LeFEBVRE

I, Gregory K. LeFebvre, do hereby declare as follows:

1.     I make this declaration in support of the Motion of Novozymes A/S for a Preliminary Injunction.  I have personal knowledge of the facts set forth herein and if called to testify, I could and would truthfully testify to them.

2.     I am currently an employee of Novozymes of North America, Inc. ("Novozymes" may refer to either Novozymes A/S or to Novozymes of North America, Inc., as the case may be).  My current job title is Senior Marketing Manager of Ethanol Industries, where I am responsible for global marketing of enzyme products and services to the ethanol industries.  I have been an employee of Novozymes since 1984.  During my employment at Novozymes I have held positions as Assistant Chemist, Chemist, Group Leader, Market Development Manager of the Foods Group, Regional Marketing Manager of Cereal Foods, Regional Marketing Manager of the Brewing and Juice Industries, and Regional Marketing Manager of the Starch and Fuel Ethanol Industries.  In the course of my employment at Novozymes, I have been

# PUBLIC VERSION -- REDACTED

involved in and directed work in marketing and technical support activities in the above-mentioned markets..

3.      My educational background includes a 1983 B.S. in Biochemistry from Sacred Heart University, Fairfield, Connecticut, and a 1998 M.B.A. from the University of Connecticut, Storrs, Connecticut.

4.      Alpha-amylases are useful in a variety of commercial applications that involve the processing of starches -- especially in the fuel ethanol industry, where ethanol fuel is produced from starch crops such as corn, barley, and wheat. Alpha-amylase enzymes are used in this particular industry to liquefy and reduce viscosity of the starch feedstocks, thereby facilitating their processing in the manufacturing plant. In a subsequent step, another industrial enzyme, gluco-amylase (one of which is also made by Novozymes), is used to convert the liquefied starch into fermentable sugars (*e.g.*, glucose). Yeast then converts the sugars into ethanol.

5.      Novozymes produces and sells several enzyme products in the United States which are important to the fuel ethanol industry. Novozymes' Liquozyme® SC and Termamyl® are each alpha-amylase products which reduce starch viscosity by breaking complex starches into small molecules. Novozymes' Spirizyme® Fuel products are gluco-amylases which convert the less viscous, smaller liquefied starches to even smaller glucose molecules which yeast ferment into ethanol. Before Genencor introduced its infringing Spezyme® Ethyl alpha-amylase enzyme product in 2004, these Novozymes' enzyme products had gained wide-market acceptance. Novozymes also produces and sells its patented Termamyl SC alpha-amylase product to the food and beverage industry. It is used to break down starches into smaller sugars in this industry, as well

# PUBLIC VERSION -- REDACTED

6.    Absent immediate injunctive relief to return to the *status quo*, Novozymes will suffer irreparable harm.  In particular, the unabated marketing and sales of Genencor's infringing alpha-amylase enzyme product have already caused, and will likely continue to cause, (i) irreversible alteration of relevant market conditions to the significant detriment of Novozymes; (ii) Novozymes' significant loss of market share, goodwill, and customers, as well as the loss of its related convoyed sales of gluco-amylase enzyme products; and (iii) Novozymes' loss of a large annual supply agreement, expected to be awarded in just four months from now (in October 2005), covering a collective of domestic plants ████████████████████████ ██████████████████████, that will not reopen until October 2006.  None of these losses, and certainly not the cumulative affect of the losses, can be adequately compensated by money damages.

7.    Genencor is establishing itself as a supplier of a competing alpha-amylase enzyme only by infringing Novozymes' '031 patent.  If Genencor is permitted to continue this activity, post-litigation market conditions will change so significantly that the market will not readily return to pre-infringement conditions.  In addition, the longer that present Novozymes customers can purchase infringing alpha-amylase enzyme products from Genencor, the more difficult it will be for Novozymes to re-establish its pre-infringement market conditions once Genencor's product is permanently enjoined at the conclusion of this litigation.

8.    Genencor's continued infringement will also detrimentally affect Novozymes' pre-infringement reputation.

9.    In the absence of a preliminary injunction and return to the *status quo*, it is also likely that more customers will begin to use or switch to Genencor's "me-too" infringing product.  If Genencor is permitted to sell its infringing enzyme until a permanent injunction is

# PUBLIC VERSION -- REDACTED

granted after a full trial, it will be very difficult to return the market to pre-infringement conditions where Novozymes enjoyed a good reputation as a reliable industrial enzyme supplier in general, and a reliable alpha-amylase industrial enzyme supplier in particular.

10.    Requiring Genencor customers to switch to Novozymes' enzyme product after imposition of permanent injunctive relief will quite likely result in resentment towards Novozymes, because such a switch will likely impose additional costs to the customer. Because Genencor's enzymes are used in industrial processes that are developed, tested, and scaled-up before they are actually "qualified" by the customer for commercial use, the substitution of one supplier's enzyme for another's requires testing and adjusting of the process (different supplier's enzymes may differ to some degree in properties or strengths). Thus, an enzyme user must spend time and money testing and adjusting his process to accommodate a change in suppliers.

11.    Enzyme users who purchase Genencor's infringing product will return to Novozymes' products (i) only if necessary, (ii) only with resentment and resistance, and (iii) only at real costs. The resulting damage to Novozymes' goodwill cannot be adequately compensated by an award of money damages at the conclusion of trial.

12.    Novozymes has been forced ███████████████████████████████████ ███████████████████████████████████ to compete with Genencor's infringing product. Novozymes remains under constant price pressure from its customers who have been offered the infringing Spezyme Ethyl alpha-amylase product. Damages resulting from this price erosion are incalculable because their effects could last for decades, especially where Novozymes' customers are resistant to any subsequent rise in the price of the alpha-amylase product.

- 4 -

# PUBLIC VERSION -- REDACTED

13.    Price pressure from Genencor has translated into non-compensable lost market share where Novozymes' customers have opted to purchase the infringing Genencor product instead of the product offered by Novozymes.

14.    Before Genencor entered the market in April 2004, Novozymes had about ███ percent (by sales) of the United States fuel ethanol alpha-amylase market.  Since Genencor entered the market, the market share for Liquozyme SC ████████████████████████ ███████████████████████████████████████████████████ ████████████ because of Genencor's infringing activities.    This trend promises to worsen as long as Genencor's infringing Spezyme Ethyl alpha-amylase product remains on the market. This loss of market share and corresponding price erosion, translates into a significant, immeasurable, and non-compensable loss to Novozymes.

15.    Novozymes' damages are further non-compensable because its lost customers and market share extend beyond the alpha-amylase market.

16.    Commercial enzyme users, at times, purchase several different types of enzymes, rather than a single enzyme.  Customers may also prefer to purchase their enzyme needs from as few suppliers as possible to concentrate their buying power and receive the best pricing, supply, and service.

17.    It is common in the relevant market here that, when a customer shifts its purchases of one enzyme product from one supplier to another, the purchaser will also seek to shift its purchases of other enzyme products to that new supplier.  ████████████████ ███████████████████████████████████████████████████ ██████████████████████████████████, unless  defendants' infringing activities are stopped immediately and the previous *status quo* is maintained.

# PUBLIC VERSION -- REDACTED

18.    Because of Genencor's infringing sales of Spezyme® Ethyl, Novozymes has suffered a loss in market share, not just of its Liquozyme SC and Termamyl alpha-amylase enzyme products, but also for its convoyed gluco-amylase enzyme sales.

19.    Both of Novozymes's alpha-amylase enzyme product lines, Liquozyme SC and Termamyl, were established product lines in the fuel ethanol and starch processing industries prior to the commencement of Genencor's infringing sales. Every day that Genencor is allowed to offer its infringing product, Novozymes suffers irreparable harm that undermines these established product lines.

20.    I believe that Genencor will not suffer any significant undue hardship if preliminarily enjoined from infringing Novozymes' '031 patent. Genencor sells another alpha-amylase enzyme product (called Spezyme® Fred), and it sells many other enzyme products as well. If preliminarily enjoined, Genencor will still have other remaining non-infringing enzyme product lines to sell.

21.    Novozymes is an international leader in the research, development, and marketing of commercial enzymes. In 1979, Novozymes opened a manufacturing facility in Franklinton, North Carolina. Since 1990, Novozymes has spent over $150,000,000 on plant expansions at that facility. It is now the largest manufacturing plant for industrial enzymes in the United States.

22.    Novozymes presently plans ███████████████████████████. Its Franklinton facility includes a research laboratory and a pilot plant, where new enzymes and uses for enzymes are discovered and developed. Much of this research is directed at solving problems brought to Novozymes by customers.

# PUBLIC VERSION -- REDACTED

23.    Novozymes has built a reputation through innovation and has protected its innovations through patents. If Novozymes could not protect its proprietary technology in the U.S. through patents, it would not have invested as heavily in its research or facilities in the U.S. and will not continue to invest in this manner.

24.    Franklinton consists mainly of farms and small businesses. Novozymes is Franklinton's largest employer, and most of Franklinton's businesses depend in some part on Novozymes and its employees.

25.    Genencor has begun to sell an infringing food grade Spezyme Ethyl product to the food and beverage industry outside of the United States, and has begun sampling it to this industry in the United States. I believe it is likely that Genencor will soon begin U.S. sales of its food grade infringing product. Novozymes presently sells its patented Termamyl SC alpha-amylase product to this industry. I believe further that Genencor's sales of Spezyme Ethyl to the U.S. food and beverage industry will cause irreparable harm to Novozymes in yet another segment of the commercial enzyme business.

26.    There is a significant likelihood that, if Genencor's patent infringement is not preliminarily enjoined, Novozymes will likely continue to suffer irreversible and unfairly precipitated price reductions and loss of market share, not just for its Liquozymes SC alpha-amylase enzyme product, but also for its convoyed sales of related gluco-amylase enzyme products as well. These products are functionally related because Novozymes' gluco-amylase product is used in a subsequent process step to the use of Novozymes' alpha-amylase product in the making of ethanol.

27.    The reduced demand caused by the attendant loss of all such sales could require Novozymes to reduce operations at its sole U.S. plant, based in Franklinton, North Carolina, that

# PUBLIC VERSION -- REDACTED

domestically produces its Liquozymes SC product, where Novozymes is the largest employer (about 400 jobs) and driver of the local economy.

28.    Genencor remained on the market even after it learned that Novozymes' allowed patent application (which led to the '031 patent) would cover Genencor's alpha-amylase enzyme product upon issuance of the patent. This was so because on September 29, 2001 Novozymes voluntarily gave Genencor a copy of the allowed patent claims from the application in the hope that Genencor would see the fruitlessness of continuing to sell its product.

29.    I am not aware of any critical public interest that would be injured by Novozymes' grant of the requested preliminary relief. However, the public interest of the people in Franklinton, North Carolina, may be adversely affected if the preliminary injunction is not granted. In particular, although the Franklinton plant makes both alpha-amylase and gluco-amylase enzyme products and only about ██% of the plant is devoted solely to alpha-amylase production, the continued loss of Novozymes' business (and profits) for both product lines could adversely affect employment opportunities at the plant.

30.    Further declarant saith not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  __June 22, 2005_____                    __/s/_____

                                                                            Gregory K. LeFebvre

**EXHIBIT E**



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
    p.    cm.
    ISBN 0-87779-508-8. — ISBN 0-87779-509-6 (indexed). — ISBN 0-87779-510-X (deluxe)
    1.  English language—Dictionaries.  I. Merriam-Webster, Inc.
  PE1628.W5638  1991
  423—dc20                                  90-47350
                                              CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

434445RMcN91

Case 1:05-cv-00160-KAJ-MPT    Document 26-11    Filed 06/29/2005    Page 11 of 26



making a useful or adequate return — **par·a·sit·ic** \ˌpar-ə-ˈsit-ik\ *also* **par·a·sit·i·cal** \-ˈsit-i-kəl\ *or* **par·a·sit·i·cal·ly** \-i-k(ə-)lē\ *adv*
**PARASITE, SYCOPHANT, TOADY, LEECH, SPONGE** mean an obsequious flatterer or self-seeker. **PARASITE** applies to one who clings to a person of wealth, power, or influence or is useless to society; **SYCOPHANT** adds to this a strong suggestion of fawning, flattery, or adulation; **TOADY** emphasizes the servility and snobbery of the self-seeker; **LEECH** stresses persistence in clinging to or bleeding another for one's own advantage; **SPONGE** stresses the parasitic laziness, dependence, and opportunism of the cadger.

**par·a·sit·i·cal** \ˌpar-ə-ˈsit-ə-ˈsīd-ˈl\ *adj* (1892) : destructive to parasites
**par·a·si·ti·cide** \-ˌsīd\ *n* [L. *parasitus* + E -*cide*] (1864) : a parasiticidal agent

**par·a·sit·ism** \ˈpar-ə-ˌsīt-ˌiz-əm, -sīt-ˌiz-\ *n* (1611) : 1 : the behavior of a parasite  2 : an intimate association between organisms of two or more kinds; *esp* : one in which a parasite obtains benefits from a host which it usu. injures  3 : PARASITOSIS

**par·a·si·tize** \-ˌsīt-ˌīz, -sə-ˌtīz\ *vt* -**tized**; -**tiz·ing** (1890) : to infest or live on or with as a parasite — **par·a·sit·iz·a·tion** \ˌpar-ə-ˌsit-ə-ˈzā-shən, -sīt-\ *n*

**par·a·si·tol·o·gy** \ˌpar-ə-ˌsī-ˈtäl-ə-jē, -ˌsīt-ˈäl-\ *n* [L *parasitus* + ISV -*logy*] (1882) : a branch of biology dealing with parasites and parasitism *esp.* among animals — **par·a·si·to·log·i·cal** \-ˌsī-tə-ˈläj-i-kəl, -ˌsīt-ˈäl-\ *also* **par·a·si·to·log·ic** \-ik\ *adj* — **par·a·si·to·log·i·cal·ly** \-i-k(ə-)lē\ *adv* — **par·a·si·tol·o·gist** \-ˈsī-ˈtäl-ə-jəst, -ˌsīt-ˈäl-\ *n*

**par·a·sit·o·sis** \ˌpar-ə-ˌsī-ˈtō-səs, -sīt-ˈō-\ *n* [NL] (ca. 1899) : infestation with or disease caused by parasites

**par·a·sol** \ˈpar-ə-ˌsȯl, -ˌsäl\ *n* [F. fr. OIt *parasole*, fr. *parare* to shield + *sole* sun, fr. L *sol* — more at PARAPET, SOLAR] (1660) : a lightweight umbrella used as a sunshade *esp*. by women

**par·a·sym·pa·thet·ic** \ˌpar-ə-ˌsim-pə-ˈthet-ik\ *adj* [ISV] (1905) : of, relating to, acting on the parasympathetic nervous system

**parasympathetic n** (1925) : 1 : a parasympathetic nerve  2 : PARASYMPATHETIC NERVOUS SYSTEM

**parasympathetic nervous system** *n* (ca. 1934) : the part of the autonomic nervous system that contains chiefly cholinergic fibers, that tends to induce secretion, to increase the tone and contractility of smooth muscle, and to cause the dilatation of blood vessels, and that consists of a cranial and a sacral part — compare SYMPATHETIC NERVOUS SYSTEM

**par·a·sym·pa·tho·mi·met·ic** \ˌpar-ə-ˌsim-pə-(ˌ)thō-mī-ˈmet-ik, -mə-\ *adj* [ISV] (1942) : simulating parasympathetic nervous action in physiological effect

**par·a·syn·the·sis** \ˌpar-ə-ˈsin(t)-thə-səs\ *n* [NL] (1862) : the formation of words by adding a derivative ending and prefixing a particle (as in *denationalize*) — **par·a·syn·thet·ic** \-sin-ˈthet-ik\ *adj*

**par·a·tax·is** \ˌpar-ə-ˈtak-sis\ *also* **par·a·tec·ti·cal** \-ti-kəl\ *adj* (1871) : of or relating to parataxis — **par·a·tac·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**par·a·taxis** \ˌpar-ə-ˈtak-səs\ *n* [NL, fr. Gk *parataxis*, act of placing side by side, fr. *paratassein* to place side by side, fr. *para-* + *tassein* to arrange — more at TACTICS] (1842) : the placing of clauses or phrases one after another without coordinating or subordinating connectives

**par·a·thi·on** \ˌpar-ə-ˈthī-ˌän, -ˌan\ *n* [*para-* + *thiophosphate* + -*on*] (1947) : an extremely toxic insecticide $C_{10}H_{14}NO_5PS$

**par·a·thor·mone** \ˌpar-ə-ˈthȯr-ˌmōn, -mən\ *n* [fr. *Parathormone*, a trademark] (1925) : a hormone of the parathyroid gland that is concerned *esp.* with calcium utilization in the body — called also *parathyroid hormone*

**para·thy·roid** \-ˈthī-ˌrȯid\ *n* (1897) : PARATHYROID GLAND
**parathyroid** *adj* [ISV] (1902) : of, relating to, or produced by the parathyroid glands

**para·thy·roid·ec·to·my** \-ˌrȯid-ˈek-tə-mē\ *n, pl* -**mies** (1903) : excision of the parathyroid glands — **para·thy·roid·ec·to·mized** \-ˌmīzd\ *adj*

**parathyroid gland n** [ISV] (ca. 1903) : any of usu. four small endocrine glands that are adjacent to or embedded in the thyroid gland and produce a hormone concerned with calcium metabolism

**para·troop·er** \ˈpar-ə-ˌtrü-pər\ *n* (1927) : a member of the paratroops
**para·troops** \-ˌtrüps\ *n pl* [*para-*] (1940) : troops trained and equipped to parachute from an airplane — **paratroop** \-ˌtrüp\ *adj*

**para·ty·phoid** \ˌpar-ə-ˈtī-ˌfȯid, -ˈtī-ˌ\ *adj* [ISV] (1903) : 1 : resembling typhoid fever  2 : of or relating to paratyphoid or its causative organism — **paratyphoid** *n*

**paratyphoid fever** *n* (1903) : a salmonellosis that resembles typhoid fever but is commonly contracted by eating contaminated food — called also *paratyphoid fever*

**par·a·vane** \ˈpar-ə-ˌvān\ *n* (1919) : a torpedo-shaped protective device with serrate teeth in its forward end used underwater by a ship in mined areas to sever the moorings of mines

**par·boil** \ˈpär-ˌbȯil\ *vt* [ME *parboilen*, fr. *parboilen* to boil thoroughly, fr. MF *parboillir*, fr. LL *perbullire*, fr. L *per-* thoroughly (fr. *perbullire*) + *bullire* to boil, fr. *bulla* bubble — more at FOIL] (15c) : to boil briefly as a preliminary or incomplete cooking procedure

**par·buck·le** \ˈpär-ˌbək-əl\ *n* [origin unknown] (1626) : 1 : a purchase for hoisting or lowering a cylindrical object by making fast the middle of a long rope aloft and looping both ends around the object which rests in the loops and roll in them as the ends are hauled up or paid out  2 : a double sling made of a single rope (as a noose) **par·buckle** *vt* -**buck·led**; -**buck·ling** \-k(ə-)liŋ\ (1831) : to hoist or lower by means of a parbuckle



parbuckle 1

**par·cel** \ˈpär-səl\ *n* [ME, fr. MF, fr. (assumed) VL *particella*, fr. L *particula* small part — more at PARTICLE] (14c) : 1 : FRAGMENT, PORTION  2 : a tract or plot of land  3 : a company, collection, or group of persons, animals, or things : LOT ⟨the

whole story was a ~ of lies⟩  4 : a : a wrapped bundle : PACKAGE  b : a unit of salable merchandise  5 : PARCELING 2
**parcel** *adv, archaic* (15c) : PARTLY
**parcel** *adj* (15c) : PART-TIME, PARTIAL
**parcel** *vt* -**celed** *or* -**celled**; -**cel·ing** *or* -**cel·ling** \ˈpär-s(ə-)liŋ\ (1584) : 1 : to divide into parts : DISTRIBUTE — often used with *out*  2 : a : to make up into a parcel : WRAP  b : to cover (as a rope) with strips of canvas

**parcel·ing** *or* **par·cel·ling** *n* (1584) : 1 : a : the act of dividing and distributing in portions  b : the act of wrapping into bundles  2 : a : the act of covering a caulked seam with canvas and then tarring it  b : tarred strips of canvas wound about a rope to exclude moisture

**parcel post n** (1887) : 1 : a mail service handling parcels  2 : packages handled by parcel post

**parcel post zone n** (ca. 1923) : ZONE 5b

**par·ce·nary** \ˈpärs-nə-rē, -ˈn-ə-rē\ *n* [AF *parcenarie*, fr. OF *parçonerie*, fr. *parçon* portion, fr. L *partition*—*partiō* partition] (1544) : COPARCENARY 1

**par·ce·ner** \ˈpärs-nər, -ˈn-ə-\ *n* [AF, fr. OF *parçonier*, fr. *parçon*] (1574) : COPARCENER

**parch** \ˈpärch\ *vb* [ME *parchen*] *vi* (14c) : 1 : to toast under dry heat  2 : to shrivel with heat  3 : to dry or shrivel with cold ~ *vi* : to become dry or scorched

**parched** \ˈpärcht\ *adj* (ca. 1552) : deprived of natural moisture; *also* : THIRSTY

**Par·chee·si** \pär-ˈchē-zē, pər-\ *or* **Par·chi·si** \-sē\, *trademark* — used for a board game adapted from pachisi

**parch·ment** \ˈpärch-mənt\ *n* [ME *parchemin*, fr. MF, modif. of L *pergamena*, fr. Gk *pergamēnē*, fr. fem. of *Pergamēnos* of Pergamum, fr. *Pergamum* Pergamum] (14c) : 1 : the skin of a sheep or goat prepared for writing *on*  2 : strong, tough, and often somewhat translucent paper made to resemble parchment  3 : a parchment manuscript; *also* : an academic diploma.

**pard** \ˈpärd\ *n* [ME *parde*, fr. MF, fr. L *pardus*, fr. Gk *pardos*] (14c) : LEOPARD

**pard** *n* [short for *pardner*] *chiefly dial* (1850) : PARTNER, CHUM

**par·die** *or* **par·dy** *or* **par·dy** \pär-ˈdē, ˈpär-\ *interj* [ME *pardee*, fr. OF *par Dé* by God] *archaic* (13c) — used as a mild oath

**par·don** \ˈpärd-ən\ *n, chiefly dial* (ca. 1795) : PARTNER, CHUM

**par·don** \ˈpärd-ən\ *n* (13c) : 1 : INDULGENCE  2 : the excusing of an offense without exacting a penalty  3 : a : a release from the legal penalties of an offense  b : an official warrant of remission of penalty  4 : excuse or forgiveness for a fault, offense, or discourtesy

**pardon** *vt* -**doned**; -**don·ing** \ˈpärd-niŋ, -ˈn-iŋ\ *vt* [ME *pardonen*, fr. MF *pardoner*, fr. LL *perdonare* to grant freely, fr. L *per-* thoroughly + *donare* to give — more at PARDON, DONATION] (15c) : 1 a : to absolve from the consequences of a fault or crime  b : to allow (an offense) to pass without punishment : FORGIVE  c : to relieve of a penalty improperly assessed  2 : TOLERATE  syn see EXCUSE

**par·don·able** \ˈpärd-nə-bəl, -ˈn-ə-bəl\ *adj* (15c8) : admitting of being pardoned : EXCUSABLE ⟨~ offenses⟩ — **par·don·able·ness** *n* — **par·don·ably** \-blē\ *adv*

**par·don·er** \ˈpärd-nər, -ˈn-ər\ *n* (14c) : 1 : a medieval preacher delegated to raise money for religious works by soliciting offerings and granting indulgences  2 : one that pardons

**pare** \ˈpa(ə)r, ˈpe(ə)r\ *vt* **pared**; **par·ing** [ME *paren*, fr. MF *parer* to prepare, trim, fr. L *parare* to prepare, acquire; akin to OE *fēarr* bull, ox, L *parere* to give birth to, produce] (14c) : 1 : to trim off an outside excess, or irregular part of ⟨~ apples⟩ ⟨*paring his nails*⟩  2 : to diminish or reduce by or as if by degrees (as by *paring* expenses) — **par·er** *n*

**par·e·gor·ic** \ˌpar-ə-ˈgȯr-ik, -ˈgär-, -ˈgär-\ *n* [F *parégorique* mitigating pain, fr. LL *paregoricus*, fr. Gk *parēgorikos*, fr. *parēgorein* to talk over, soothe, fr. *para-* + *agora* assembly — more at GREGARIOUS] (ca. 1704) : camphorated tincture of opium used *esp.* to relieve pain

**pa·ren·chy·ma** \pə-ˈreŋ-kə-mə\ *n* [NL, fr. Gk, visceral flesh, fr. *parenchein* to pour in beside, fr. *para-* + *en-* in- + *chein* to pour — more at FOUND] (1651) : 1 : a : tissue of higher plants that consists of thin-walled living photosynthetic or storage cells capable of division even when mature and that makes up much of the substance of leaves and roots, the pulp of fruits, and parts of stems and supporting structures  2 : the essential and distinctive tissue of an organ or an abnormal growth as distinguished from its supportive framework — **pa·ren·chy·ma·tous** \ˌpar-ən-ˈkim-ət-əs, -ˈkīm-\ *or* **pa·ren·chy·mal** \pə-ˈreŋ-kə-məl, ˌpar-ən-ˈkī\ *adj*

**par·ent** \ˈpar-ənt, ˈper-\ *n* [ME, fr. MF, fr. L *parent-, parens*, fr. prp. of *parere* to give birth to] (15c) : 1 : one that begets or brings forth offspring  2 : a : an animal or plant that is regarded in relation to its offspring  b : the material or source from which something is derived — **parent** *adj* — **par·en·tal** \pə-ˈrent-ˈl\ *adj* — **par·en·tal·ly** \-ˈl-ē\ *adv*

**parent n** (1963) : to be or act as the parent of : ORIGINATE, PRODUCE
**par·ent·age** \ˈpar-ənt-ij, ˈper-\ *n* [ME, fr. MF, fr. *parent*] (15c) : 1 : descent from parents or ancestors : LINEAGE ⟨a person of noble ~⟩  b : DERIVATION, ORIGIN ⟨the ballads about them are of common ~ —G. B. Johnson⟩  2 : the standing or position of a parent : PARENTHOOD

**parental generation** *n* (ca. 1920) : a generation of individuals of distinctively different genotypes that are crossed to produce hybrids

**par·en·ter·al** \pa-ˈrent-ə-rəl\ *adj* [ISV *para-* + *enteral*] (ca. 1910) : situated or occurring outside the intestines; *esp.* : introduced otherwise than by way of the intestines — **par·en·ter·al·ly** \-rə-lē\ *adv*

**par·en·the·sis** \pə-ˈren(t)-thə-səs\ *n, pl* -**the·ses** \-ˌsēz\ [LL, fr. Gk, lit., act of inserting, fr. *parentithenai* to insert, fr. *para-* + *en-* in- + *tithenai* to place — more at DO] (1568) : 1 : a : an amplifying or explanatory word, phrase, or sentence inserted in a passage from which it is usu. set off by punctuation  b : a remark or passage that departs from the theme of a discourse : DIGRESSION  2 : INTERLUDE, INTERVAL  3 : one or both of the curved marks ( ) used in writing and printing to enclose a parenthetic expression or to group a symbolic unit in a logical or mathematical expression — **pa·ren·thet·ic** \ˌpar-ən-ˈthet-ik\ *or* **par·en·thet·i·cal** \-i-kəl\ *adj* — **par·en·thet·i·cal·ly** \-i-k(ə-)lē\ *adv*

\ə\ abut \ˈə, ˌə\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision \ə, k, ᵊ, œ, ü, œ̄, ue̅\ *see* Guide to Pronunciation

**1304**   Vanir • variocoupler

**Va·nir** \'vän-i(ə)r\ *n pl* [ON] : a race of Norse gods who become united with the Aesir

**van·ish** \'van-ish\ *vb* [ME *vanishen*, fr. MF *evaniss-* stem of *evanir*, fr. (assumed) VL *exvanire*, alter. of L *evanescere* to dissipate like vapor, vanish, fr. *e-* + *vanescere* to vanish, fr. *vanus* empty] *vi* (14c) **1** : to pass quickly from sight **:** DISAPPEAR **2** : to pass completely from existence **3** : to assume the value zero ~ *vt* : to cause to disappear — **van·ish·er** *n*

**vanishing cream** *n* (1922) : a cosmetic preparation that is less oily than cold cream and is used chiefly as a foundation for face powder

**van·ish·ing·ly** \-iŋ-lē\ *adv* (1870) : so as to be almost nonexistent or invisible (the difference is ~ small)

**vanishing point** *n* (ca. 1797) **1** : a point at which receding parallel lines seem to meet when represented in linear perspective **2** : a point at which something disappears or ceases to exist

**van·i·ty** \'van-ət-ē\ *n, pl* **-ties** [ME *vanite*, fr. OF *vanité*, fr. L *vanitat-, vanitas* quality of being empty or vain, fr. *vanus* empty, vain — more at WANE] (13c) **1** : something that is vain, empty, or valueless **2** : the quality or fact of being vain **3** : inflated pride in oneself or one's appearance **:** CONCEIT **4** : a fashionable trifle or knickknack **5** *a* : COMPACT *b* : a small case or handbag for toilet articles used by women **6** : DRESSING TABLE

**vanity fair** *n, often cap V&F* [*Vanity-Fair*, a fair held in the frivolous town of Vanity in *Pilgrim's Progress* (1678) by John Bunyan] (1816) : a scene or place characterized by frivolity and ostentation

**vanity plate** *n* (1966) : a license plate bearing letters or numbers designated by the owner of the vehicle

**vanity press** *n* (1950) : a publishing house that publishes books at the author's expense — called also *vanity publisher*

**van·ner** \'van-ər\ *n* (1927) : a person who owns a van

**van·pool** \'van-,pül\ *n* (*van → car pool*) (ca. 1974) : an arrangement by which a group of people commute to work in a van — **van·pool·ing** *n*

**van·quish** \'vaŋ-kwish, 'van-\ *vt* [ME *venquishen*, fr. MF *vainquis*, preterit of *vaintre* to conquer, fr. L *vincere* — more at VICTOR] (14c) **1** : to overcome in battle **:** subdue completely **2** : to defeat in a conflict or contest **3** : to gain mastery over (an emotion, passion, or temptation) *syn* see CONQUER — **van·quish·able** \-kwish-ə-bəl\ *adj* — **van·quish·er** *n*

**van·tage** \'vant-ij\ *n* [ME, fr. AF, fr. OF *avantage* — more at ADVANTAGE] (14c) **1** *archaic* : BENEFIT, GAIN **2** : superiority in a contest **3** : a position giving a strategic advantage, commanding perspective, or comprehensive view **4** : ADVANTAGE **4** — to the **vantage** *obs* : in addition

**vantage point** *n* (1865) : a position or standpoint from which something is viewed or considered; *esp* : POINT OF VIEW

**van·ward** \'van-wərd\ *adj* (1820) : located in the vanguard **:** ADVANCED

**~van·ward** *adv* (1827) : to or toward the vanguard **:** FORWARD

**va·pid** \'vap-əd, 'vā-pəd\ *adj* [L *vapidus* flat tasting; akin to L *vappa* vapid wine and prob. to L *vapor* steam] (ca. 1656) : lacking liveliness, tang, briskness, or force **:** FLAT, UNINTERESTING *syn* see INSIPID — **va·pid·ly** *adv* — **va·pid·ness** *n*

**va·pid·i·ty** \va-'pid-ət-ē, vā-, -ə-, *n, pl* **-ties** (ca. 1721) **1** : the quality or state of being vapid **2** : something vapid

**va·por** \'vā-pər\ *n* [ME *vapour*, fr. MF *vapeur*, fr. L *vapor* steam, vapor] (14c) **1** *a* : diffused matter (as smoke or fog) suspended floating in the air and impairing its transparency **b** : a substance in the gaseous state as distinguished from the liquid or solid state **c** : a substance (as gasoline, alcohol, mercury, or benzoin) vaporized for industrial, therapeutic, or military uses; *also* : a mixture (as the explosive mixture in an internal-combustion engine) of such a vapor with air **2** *a* : something insubstantial or transitory **:** PHANTASM **b** : a foolish or fanciful idea **3** *pl, archaic* : exhalations of bodily organs (as the stomach) held to affect the physical or mental condition **b** : a depressed or hysterical nervous condition

**~vapor** *vi* **va·pored; va·por·ing** \-p(ə-)riŋ\ (15c) **1** : to rise or pass off in vapor **b** : to emit vapor **2** : to indulge in bragging, blustering, or idle talk — **va·por·er** \-pər-ər\ *n*

**vapor barrier** *n* (ca. 1941) : a layer of material (as roofing paper or polyethylene film) used to retard or prevent the absorption of moisture into a construction (as a wall or floor)

**va·po·ret·to** \,vä-pə-'ret-(,)ō\ *n, pl* **-ret·ti** \-'ret-ē\ *also* **-ret·tos** [It, dim. of *vapore* steamboat, fr. F *vapeur*, fr. *bateau à vapeur* steamboat] (1949) : a motorboat serving as a canal bus in Venice, Italy

**va·por·ing** \'vā-p(ə-)riŋ\ *n* (1630) : the act or speech of one that vapors; *specif* : an idle, extravagant, or high-flown expression of speech — usu. used in *pl*.

**va·por·ise** *Brit var of* VAPORIZE

**va·por·ish** \'vā-p(ə-)rish\ *adj* (1644) **1** : resembling or suggestive of vapor **2** : given to fits of the vapors — **va·por·ish·ness** *n*

**va·por·ize** \'vā-pə-,rīz\ *vb* **-ized; -iz·ing** *vt* (1634) **1** : to convert (as by the application of heat or by spraying) into vapor **2** : to cause to become dissipated ~ *vi* **1** : to become vaporized **2** : VAPOR **2** — **va·por·iz·able** \-,rī-zə-bəl\ *adj* — **va·por·i·za·tion** \,vā-pə-rə-'zā-shən\ *n*

**va·por·iz·er** \'vā-pə-,rī-zər\ *n* (ca. 1846) : one that vaporizes : as **a** : ATOMIZER **b** : an apparatus for vaporizing a heavy oil (as petroleum) for the explosive charge of an internal-combustion engine **c** : a simple form of carburetor **d** : a device for converting water of a medicated liquid into a vapor for inhalation

**vapor lock** *n* (ca. 1926) : partial or complete interruption of flow of a fluid (as fuel in an internal-combustion engine) caused by the formation of bubbles of vapor in the feeding system

**va·por·ous** \'vā-p(ə-)rəs\ *adj* (1527) **1** : consisting or characteristic of vapor **2** : producing vapors **:** VOLATILE **3** : containing or obscured by vapors **:** MISTY **4** *a* : ETHEREAL, INSUBSTANTIAL **b** : consisting of or indulging in vaporings — **va·por·ous·ly** *adv* — **va·por·ous·ness** *n*

**vapor pressure** *n* (1843) : the pressure exerted by a vapor that is in equilibrium with its solid or liquid form — called also *vapor tension*

**va·por trail** *n* (1943) : CONTRAIL

**va·po·ry** \'vā-p(ə-)rē\ *adj* (1598) : VAPOROUS, MISTY

**va·pour** \'vā-pər\ *chiefly Brit var of* VAPOR

**va·que·ro** \vä-'ke(ə)r-(,)ō\ *n, pl* **-ros** [Sp — more at BUCKAROO] (1831) : HERDSMAN, COWBOY

**va·ra** \'vär-ə\ *n* [Sp & Pg, lit., pole, fr. L *vara* forked pole, fr. fem. of *varus* bent, crooked — more at PREVARICATE] (1604) **1** : any of various Spanish, Portuguese, and Latin-American units of length equal to be-

tween 31 and 34 inches (79 and 86 centimeters) **2** : a Texas unit of length equal to 33.33 inches (84.66 centimeters)

**var·i-** *or* **vario-** *comb form* [L *varius* — more at VARIOUS] : varied : diverse (*variform*) (*variocoupler*)

**var·ia** \'ver-ē-ə, 'var-\ *n pl* [NL, fr. L neut., pl. of *varius* various] (1926) : MISCELLANY; *esp* : a literary miscellany

**vari·able** \'ver-ē-ə-bəl, 'var-\ *adj* [ME, fr. MF, fr. L *variabilis*, fr. *variare* to vary] (14c) **1** *a* : able or apt to vary **:** subject to variation or changes (~ winds) (~ costs) **b** : FICKLE, INCONSTANT **2** : characterized by variations **3** : having the characteristics of a variable **4** : not true to type **:** ABERRANT — used of a biological group or character — **vari·abil·i·ty** \,ver-ē-ə-'bil-ət-ē, ,var-\ *n* — **vari·a·ble·ness** \'ver-ē-ə-bəl-nəs, 'var-\ *n* — **vari·a·bly** \-blē\ *adv*

**~variable** *n* (1816) **1** *a* : a quantity that may assume any one of a set of values **b** : a symbol representing a variable **2** : something that is variable **3** : VARIABLE STAR

**variable rate mortgage** *n* (1973) : a periodically renegotiable mortgage that has an interest rate indexed to the cost of funds to the lender

**variable star** *n* (1783) : a star whose brightness changes usu. in more or less regular periods

**vari·ance** \'ver-ē-ən(t)s, 'var-\ *n* [ME *variaunce*, fr. MF, fr. L *variantia*, fr. *varians, varians*, prp. of *variare* to vary] (14c) **1** : the fact, quality, or state of being variable or variant **:** DIFFERENCE, VARIATION (yearly ~ in crops) **2** : the fact or state of being in disagreement **:** DISSENSION, DISPUTE **3** : a disagreement between two parts of the same legal proceeding that must be consonant **4** : a license to do some act contrary to the usual rule (a zoning ~) **5** : the square of the standard deviation *syn* see DISCORD — **at variance** : not in harmony or agreement

**vari·ant** \-ənt\ *adj* [ME *variant, var-\\*] (14c) **1** *obs* : VARIABLE **2** : manifesting variety, deviation, or disagreement **3** : varying usu. slightly from the standard form (~ readings)

**~variant** *n* (1848) : one of two or more persons or things exhibiting usu. slight differences **:** as **a** : one that exhibits variation from a type or norm **b** : one of two or more different spellings (as *labor* and *labour*) or pronunciations (as of *economics* \ek-, ēk-\) of the same word **c** : one of two or more words (such as *geographic* and *geographical*) or word elements (as *mon-* and *mano-*) of essentially the same meaning differing only in the presence or absence of an affix

**vari·ate** \'ver-ē-ət, 'var-, -,āt\ *n* (1899) **:** RANDOM VARIABLE

**vari·a·tion** \,ver-ē-'ā-shən, ,var-\ *n* [ME *variacioun*, fr. MF or L; MF *variation*, fr. L *variation-, variatio* fr. *variatus*, pp. of *variare* to vary] (14c) **1** *a* : the act or process of varying **:** the state or fact of being varied **b** : an instance of varying **c** : the extent to which or the range in which a thing varies **2** : change in the form, position, or state from some original or an accustomed course **3** **a** : change in the mean motion or mean orbit of a celestial body **b** : a change of algebraic sign between successive terms of a sequence **b** : a measure of the change in data, a variable, or a function **5** : the repetition of a musical theme with modifications in harmony, rhythm, tune, harmony, or key **6** *a* : divergence in qualities of an organism or biotype from those typical or usual to its group **b** : something (as an individual or group) that exhibits variation **7** *a* : a solo dance in classic ballet **b** : a repetition in modern ballet of a movement sequence with changes — **vari·a·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **vari·a·tion·al·ly** \-ē\ *adv*

**vari·cel·la** \,var-ə-'sel-ə\ *n* [NL, irreg. dim. of *variola*] (ca. 1771) **:** CHICKEN POX

**vari·co·cele** \'var-ə-kō-,sēl\ *n* [NL, fr. L *varic-, varix* + *-o-* + *-cele*] (1736) : a varicose enlargement of the veins of the spermatic cord

**vari·col·ored** \'ver-ē-,kəl-ərd, 'var-\ *adj* (1665) : having various colors **:** VARIEGATED (~ nuptial plumage of a bird); *also* : of various colors

**vari·cose** \'var-ə-,kōs\ *adj* [L *varicosus* full of dilated veins, fr. *varic-, varix* dilated vein; akin to L *varus* stretched, bent, awry] (1730) **1** : of, relating to, or exhibiting varices (~ mollusks) **2** *also* **vari·cosed** \-,kōst, -,kōzd\ : abnormally swollen or dilated (~ veins)

**vari·cos·i·ty** \,var-ə-'käs-ət-ē\ *n, pl* **-ties** (1842) **1** : the quality or state of being abnormally or markedly swollen or dilated **2** : VARIX

**var·ied** \'ver-ēd, 'var-\ *adj* (1583) **1** : VARIOUS, DIVERSE **2** : VARIEGATED — **var·ied·ly** *adv*

**vari·e·gate** \'ver-ē-ə-,gāt, 'var-\ *vt* **-gat·ed; -gat·ing** [L *variegatus*, pp. of *variegare*, fr. *varius* various + *-egare* (akin to L *agere* to drive) — more at AGENT] (1653) **1** : to diversify in external appearance usu. with different colors **:** DAPPLE **2** : to enliven or give interest to by means of variety — **vari·e·ga·tor** \-,gāt-ər\ *n*

**vari·e·gat·ed** \-,gāt-əd\ *adj* (1661) **1** : having discrete markings of different colors (~ leaves) **2** : VARIED **1**

**variegated cutworm** *n* (1922) : a widespread noctuid moth (*Peridroma saucia*) whose larva is destructive to crops

**var·ie·ga·tion** \,ver-ē-ə-'gā-shən, ,var-\ *n* (1646) **1** : the act of variegating : the state of being variegated; *esp* : diversity of colors

**vari·er** \'ver-ē-ər, 'var-\ *n* (1860) : one that varies

**va·ri·e·tal** \və-'rī-ət-ᵊl\ *adj* (1866) **1** : of, relating to, or characterizing a variety (~ name); *also* : being a variety in distinction from an individual or species

**varietal** *n* (1950) : a wine bearing the name of the principal grape from which it is made

**va·ri·e·ty** \və-'rī-ət-ē, *n, pl* **-ties** [MF or L; MF *variété*, fr. L *varietat-, varietas* fr. *varius* various] (1548) **1** : the quality or state of having different forms or types **:** MULTIFARIOUSNESS **2** : a number or collection of different things **:** esp. of a particular class **:** ASSORTMENT **3** *a* : something differing from others of the same general kind **:** sort **b** : any of various groups of plants or animals ranking below a species in SUBSPECIES **4** : VARIETY SHOW

**variety meat** *n* (ca. 1946) : an edible part (as the liver or tongue) of a slaughter animal other than skeletal muscle

**variety show** *n* (1882) : a theatrical entertainment of successive separate performances (as of songs, dances, skits, acrobatic feats, and trained animal acts)

**variety store** *n* (ca. 1768) : a retail store that carries a large variety of merchandise esp. of low unit value

**vario-** *see* VAR-I-

**var·io·cou·pler** \'ver-ē-ō-,kəp-lər, 'var-\ *n* (ca. 1922) : an inductive coupler the mutual inductance of which is adjustable by moving one coil with respect to the other

**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,

               Plaintiff

    v.

GENENCOR INTERNATIONAL, INC., and
ENZYME DEVELOPMENT CORPORATION

               Defendants

C.A. No. 05-160-KAJ

## DECLARATION OF CHRISTIAN ISAK JØRGENSEN

I, Christian Isak Jørgensen, do hereby declare as follows:

1.    I am a citizen of Denmark and am more than twenty-one (21) years of age.

2.    I am a protein chemist in the Department of Protein Technology at Novozymes A/S ("Novozymes") in Bagsavaerd, Denmark. In that capacity, I am responsible for the sequencing and amino acid analysis of different proteins. I have been an employee at Novozymes since 2001.

3.    In 1999, I received a Doctorate ("Ph.D.") degree in Molecular Biology from the University of Southern Denmark in Odense, Denmark. From 1999 until 2001, before I began working at Novozymes, I worked as a Research Scientist in the Department of Biochemistry and Molecular Biology at the University of Southern Denmark. Details of my education and professional experience are set forth in my *Curriculum Vitae,* which is submitted as Exhibit 1 along with this Declaration.

- 1 -

## I.  BACKGROUND

4.      I understand that this Declaration is being submitted in support of a law suit between Novozymes A/S ("Novozymes"), and the parties Genencor International, Inc. ("Genencor") and Enzyme Development Corporation ("EDC"). In particular, I understand that Genencor and EDC have been accused of making and selling a product in the United States, called Spezyme Ethyl, that infringes a patent owned by Novozymes.

5.      I have been given and have reviewed a document entitled "Spezyme Ethyl DNA Sequence", which is attached hereto at Exhibit 2. This document shows a nucleotide sequence which I understand to be the nucleotide sequence determined by Novozymes for DNA from a sample of the Spezyme Ethyl product that was sold in the United States. This document also shows an amino acid sequence, which I understand to be the amino acid sequence that is encoded by that DNA.

6.      I have also been given what I understand to be samples of Genencor and EDC's Spezyme Ethyl product that were sold in the United States. These Spezyme Ethyl samples have been analyzed by me or by others working under my supervision and control to determine whether they contain the protein encoded by the DNA sequence at Exh. 2. From that analysis, I have found that Spezyme Ethyl does contain a protein encoded by that DNA sequence. The protein I analyzed from Spezyme Ethyl has the sequence of amino acid residues 30-513 of the protein sequence in Exh. 2. The complete amino acid sequence I have determined for that protein is shown at Exh. 3 of this Declaration.

7.      I, or others working under my supervision and control, have also analyzed a protein expressed by a gene that encodes an alpha-amylase protein from a natural isolate of *Bacillus stearothermophilus*. This natural isolate is publicly available from the American Type

- 2 -

Culture Collection ("ATCC") and has been given the accession number ATCC 31,195. For convenience, therefore, the alpha-amylase from this isolate is referred to as the "ATCC 31,195 alpha-amylase".

8.      The ATCC 31,195 alpha-amylase gene has been previously cloned, and its nucleotide sequence is available from the GenBank Database (Accession No. AF032864). A copy of that GeneBank entry, which includes the ATCC 31,195 alpha-amylase gene sequence, is attached to this Declaration at Exhibit 4. The sequence contains an open reading frame encoding an amino acid sequence that is also available from GenBank (Accession No. AAB86961), and is attached hereto at Exhibit 5.[1]

9.      From my analysis, I have found that the protein expressed by the ATCC 31,195 alpha-amylase gene has the sequence of residues 35-523 of the protein sequence at Exh. 5. The complete sequence I have determined for that alpha-amylase is shown at Exhibit 6 of this Declaration.

10.     The details of these analyses, and of the results obtained, are set forth *infra* in this Declaration.

## II.    PROTEIN ANALYSIS OF SPEZYME ETHYL

11.     This section of my Declaration describes experiments that were performed by me, or by others working under my supervision and control, to analyze protein in samples of the Spezyme Ethyl product that was sold in the United States. As explained above, I have found

---

[1] The attached GenBank entries (Exhibits 4-5) indicate that the microorganism species is *Geobacillus stearothermophilus*. This is because the accepted name for this species of bacteria (*i.e.*, for *Bacillus stearothermophilus*) has changed. The species is now known as *Geobacillus stearothermophilus*.

- 3 -

from these experiments that the Spezyme Ethyl samples contain a protein having the amino acid sequence set forth in Exhibit 3 of this Declaration.

### A.    *SDS-PAGE Analysis of Spezyme Ethyl*

12.    In a first analysis, the protein components of the Spezyme Ethyl samples were separated by SDS-PAGE. Each of the samples was diluted twenty-fold with deionized water, followed by precipitation with trichloracetic acid ("TCA"). The samples were resuspended in SDS-PAGE loading buffer containing 20 mM Tris-HCl pH 6.8, 2% SDS (w/v), 20% glycerol, 0.008% Bromophenol Blue ("BPB") (w/v), and 0.1 M diothiothreitol ("DTT"). The samples were incubated in the loading buffer for four minutes at 95 °C, and then loaded onto a standard, precast 4-20% SDS polyacrylamide gel for electrophoresis

13.    Following electrophoresis, the gel was incubated for five minutes in a standard blotting solution consisting of 10 mM 3-(cyclohexylamino)-1-propanesulfonic acid (CAPS), pH 11, and 6% methanol.

14.    A ProBlott membrane from Applied Biosystems was used for electroblotting of the gel. The ProBlott membrane was soaked for one minute in pure methanol, and then placed in the blotting solution for five minutes. Electroblotting of the gel was carried out in a Semi Dry Blotter II apparatus from KemEnTec.

15.    Following electroblotting, the ProBlott membranes were stained for 1 minute in 0.1% (w/v) Coomassie Brilliant Blue R-250 dissolved in a solution of 60% methanol, 1% acetic acid, and 39% distilled water. The ProBlott membranes were then incubated in 40% aqueous methanol for five minutes, followed by rinsing in deionized water. Finally, the ProBlott membrane was air dried.

16.    For each sample a main protein band was identified on the ProBlott membrane that migrated at approximately 55 kDa. This protein was recovered from the SDS-PAGE for further analysis.

### B.    *N-Terminal Sequencing of the Spezyme Ethyl Protein*

17.    The amino acid sequence of the protein recovered by SDS-PAGE was analyzed by N-terminal sequencing. For each sample a piece consisting of the main protein band at 55 kDa was cut out of the ProBlott membrane, and placed in the blotting cartridge of a Procise Protein Sequencer from Applied Biosystems.

18.    N-terminal sequencing was carried out according to the manufacturer's instructions, using the method run file for PVDF membrane samples (pulsed liquid PVDF). The N-terminal amino acid sequence was determined from resulting chromatograms by comparing the retention time of the peaks in the chromatograms to retention times of PTH-amino-acids in a standard chromatogram. In addition, amino acid yields were determined by comparing the peak area to the corresponding standard peak area.

19.    The protein recovered from the first sample of Spezyme Ethyl was thus found to have the following N-terminal sequence:

AAPFNGTMMQYFEWYLPDDGTLWTK.

20.    Two N-terminal amino acid sequences were observed upon analysis of sequencing chromatograms obtained during N-terminal sequencing of protein recovered from the second sample of Spezyme Ethyl. The first sequence, which had the strongest intensity in the sequencing chromatograms, was identical to the N-terminal sequence found for the first sample.

21.    The second N-terminal sequence detected in sequencing chromatograms of the second sample was as follows:

- 5 -

ANLNGTLMQYFEWY.

This second sequence had a much lower intensity (~10%) in the sequencing chromatograms
compared to the first sequence, and is identical to the N-terminal amino acid sequence of a
known *Bacillus lichenformis* alpha-amylase. This second sequence is not encoded by the DNA
sequence encoding the Spezyme Ethyl protein. In my opinion, therefore, this second sequence is
from a contaminant alpha-amylase which is endogenously expressed by the *Bacillus lichenformis*
host cells used to recombinantly express the Spezyme Ethyl protein.

22.    From this analysis, I find that the protein recovered from Spezyme Ethyl samples
has the N-terminal sequence:

AAPFNGTMMQYFEWYLPDDGTLWTK.

This is identical to the sequence of amino acid residues 30 to 54 of the protein sequence at
Exh. 2. This finding indicates that, during its expression by the host cell, the protein encoded by
the DNA at Exh. 2 loses a secretion signal consisting of the first 29 amino acid residues encoded
by that DNA.

C.    *Molecular Weight Analysis of the Spezyme Ethyl Protein*

23.    I have calculated the molecular weight of a protein having the amino acid
sequence set forth in Exh. 2, but without the secretion signal sequence of the first 29 amino
acids. That is to say, I have calculated the molecular weight of a protein having the sequence of
residues 30-542 in the amino acid sequence set forth in Exh. 2. The average molecular weight of
this protein, calculated using the program GPMAW version 6.2 from Lighthouse Data, is
58,535.56 Da.

- 6 -

24. I, or others working under my supervision and control, have also analyzed the Spezyme Ethyl protein by mass spectroscopy ("MS"), and thereby measured its average molecular weight.

25. For this analysis, 20 ml aliquots from the Spezyme Ethyl samples were dialyzed overnight at 5 °C, and against 20 liters of buffer containing 5 mM Tris-HCl pH 9.5 and 2 mM $CaCl_2$. The dialyzed samples were filtered through a 0.45 μm filter to remove any precipitated material that may have been present, and applied to a Q-Sepharose FF column (26 x 120 mm) from Amersham Bioscience that had been equilibrated in 5 mM Tris-HCl pH 9.5 ("buffer A"). After application of protein sample, the column was washed with 10 column volumes of buffer A to remove unbound protein. Bound protein was eluted off of the column using a gradient of zero to 1 M NaCl in buffer A over 10 column volumes. Protein containing fractions were identified by their high absorbance of UV-light at 280 nm ("$A_{280}$") as they eluted off the column. Fractions with a high $A_{280}$ value were analyzed by SDS-PAGE, to confirm that they contained the 55 kD protein component. Fractions containing that protein were then combined, and desalted by reverse-phase chromatography with a C4 reverse-phase column from Millipore.

26. The resulting samples of purified protein were analyzed using an online QTof™ tandem mass spectrometer from Micromass/Waters for exact mass measurements. Mass peaks at 55,129 Da appeared in both samples. This measured molecular weight is lower than the predicted molecular weight of 58,535.56 Da.

27. I, or others working under my supervision and control, also calculated the molecular weight of the protein having the amino acid sequence of residues 30-513 of the protein sequence at Exh. 2. I found that this protein has a calculated average molecular weight

55,129.60 Da. This calculated molecular weight is in accord with the measured average molecular weight of the protein from Spezyme Ethyl.

###    D.    *Digestion of the Spezyme Ethyl Protein*

28.    The protein component purified from the Spezyme Ethyl samples was further analyzed by digestion with cyanogen bromide (CNBr), in order to verify its determined amino acid sequence. CNBr cleaves peptide bonds at the carboxylic site of methionine residues. Hence, by treating a protein with CNBr under suitable conditions, the protein can be broken down or "digested" into smaller peptide fragments that end in methionine ("M").

29.    Treatment of a protein having the amino acid sequence at Exh. 2 with CNBr will produce a peptide fragment with a calculated monoisotopic molecular weight of 8,660.47 Da molecular weight and having the amino acid sequence:

YVGKQHAGKVFYDLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVSTIARPITT
RPWTGEFVRWTEPRLVAWP.

However, if the protein's C-terminus ends at amino acid 513 of the sequence in Exh. 2, then this fragment will not be present. Instead, CNBr digestion of the protein will produce a peptide fragment with a calculated monoisotopic molecular weight of 5,256.64 Da, and having the amino acid sequence:

YVGKQHAGKVFYDLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTT.

30.    Purified protein from each of the Spezyme Ethyl samples was buffer exchanged to 0.1 M HCl by a Microcon YM-10 filter device from Millipore. One crystal of CNBr was added to each sample, and the samples were incubated for four hours at 37 °C. 0.5 µl aliquots from each protein sample were spotted idrectly to a MALDI-TOF target plate, to which 0.5 µl of CHCA matrix was then added, mixed, and allowd to dry. MALDI-TOF analysis of the samples

- 8 -

were done using a Voyager DE-PRO workstation from Applied Biosystems for exact mass measurements.

31.    No protein fragments were identified that had a molecular weight of 8,660.47 Da. However, a protein fragment was detected that had a measured monoisotopic molecular weight of 5,256.3 Da. This fragment was collected, and the sequence of its first twelve amino acid residues was determined by N-terminal sequencing.

32.    BioBrene Plus pretreated filters were prepared for N-terminal sequencing by adding 15 μl of the BioBrene Plus solution (Applied Biosystems) to the filter, and cleaned by running four cycles of the Filter Precycle programme on a Procise Protein Sequencer (also from Applied Biosystems). The collected peptide fragments were then sequence by adding 15 μl of the collected samples to the pretreated BioBrene Plus filters. The filters were then loaded onto the Protein Sequencer, and sequenced using the Pulsed liquid method.

33.    From this analysis, the sequence of the first twelve amino acid residues in the 5,256.3 Da fragment was determined to be:  YVGKQHAGKVFY.  This sequence confirms that the C-terminal digestion fragment had been isolated.

34.    The results from this analysis confirm that the protein expressed by the DNA sequence at Exh. 2 ends at amino acid residue 513 of the protein sequence at Exh 2.

III.    **PROTEIN ANALYSIS OF THE ATCC 31,195 ALPHA-AMYLASE**

35.    This section of my Declaration describes experiments that were performed by me, or by others working under my supervision and control, to analyze the protein expressed by the ATCC 31,195 alpha-amylase gene whose sequence is set forth at Exhibit 4. As explained above, I have found from these experiments that the alpha-amylase protein expressed by this gene has the amino acid sequence set forth at Exhibit 6 of this Declaration.

- 9 -

**A.    N-Terminal Sequencing of the ATCC 31,195 Alpha-Amylase**

36.    Samples of recombinant protein obtained by expressing the ATCC 31,195 alpha-amylase gene in *Bacillus subtilis* were analyzed by N-terminal sequencing, following the procedure descirbed, *supra*, for N-terminal sequencing of protein in the Spezyme Ethyl samples.

37.    Samples of the recombinant alpha-amylase protein were found to have the following N-terminal sequence: AAPFNGTMMQYFEWYLPDDGTLWTK. This is identical to the sequence of amino acid residues 35-59 of the protein sequence at Exh. 5. This finding confirms that the protein expressed by the ATCC alpha-amylase gene loses the secretion signal sequence of the first 34 amino acids.

**B.    Molecular Weight Analysis of the ATCC 31,195 Alpha-Amylase**

38.    I have calculated the molecular weight of a protein having the amino acid sequence set forth in Exh. 5 after the secretion sequence on its N-terminus has been removed. That is to say, I have calculated the molecular weight of a protein having the sequence of residues 35-549 in the amino acid sequence set forth in Exh. 5. The average molecular weight of this protein, calculated using the program GPMAW version 6.2 from Lighthouse Data, is 58,748.80 Da.

39.    I, or others working under my supervision and control, have also analyzed the recombinant alpha-amylase expressed by the ATCC 31,195 alpha-amylase gene, using mass spectroscopy ("MS"). This analysis was performed as described, *supra*, for the Spezyme Ethyl protein. From this analysis, the recombinant ATCC 31,195 alpha-amylase was found to have an average molecular weight of 55,629 Da. This is lower than the calculated average molecular weight of 58,748.80 Da.

40.     I, or others working under my supervision and control, also calculated the molecular weight of the protein having the amino acid sequence of residues 35-523 of the full length sequence encoded by the ATCC 31,195 alpha-amylase gene (*i.e.*, the protein sequence at Exh. 5). I found that this protein has a calculated average molecular weight of 55,630.17 Da. This calculated molecular weight is in accord with the measured average molecular weight of the recombinant ATCC 31,195 alpha-amylase protein.

### C.    *Digestion of the ATCC 31,195 Alpha-Amylase*

41.     The recombinant alpha-amylase expressed by the ATCC 31,195 alpha-amylase gene was further analyzed by digestion with cyanogen bromide (CNBr).

42.     Treatment of a protein having the amino acid sequence at Exh. 5 with CNBr will produce a peptide fragment with a calculated monoisotopic molecular weight of 8,660.47 Da, and having the amino acid sequence:

YVGKQHAGKVFYDLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVSTIARPITT
RPWTGEFVRWTEPRLVAWP.

However, if the protein's C-terminus ends at amino acid 523 of that sequence, then this fragment will not be present. Instead, CNBr digestion of the protein will produce a peptide fragment with a calculated monoisotopic molecular weight of 5,543.9 Da and having the amino acid sequence:

YVGKQHAGKVFYDLTGNRSDTVTINSDGWGEFKVNGGSVSVWVPRKTTVST.

43.     Samples of recombinant protein obtained by expressing the ATCC 31,195 alpha-amylase gene in *Bacillus subtilitis* host cells were digested with CNBr; and the resulting fragments analyzed by MALDI-TOF mass spectrometry and N-terminal sequencing as described, *supra*, for CNBr digestion and analysis of the Spezyme Ethyl samples.

- 11 -

44.     No protein fragments were identified that had a molecular weight of 8,660.47 Da.
However, a protein fragment was obtained that had a measured monoisotopic molecular weight
of 5,543.9 Da. The sequence of the first twelve amino acid residues in this fragment was
determined by N-terminal sequencing, as described *supra* for Spezyme Ethyl, and found to be:
YVGKQHAGKVFY. This sequence confirms that the C-teriminal digestion fragment had been
isolated.

45.     The results from this analysis confirm that the protein expressed by the
ATCC 31,195 alpha-amylase gene at Exh. 4 ends at amino acid residue 523 of the protein
sequence at Exh. 5.

## IV.    CONCLUSION

46.     From the foregoing analysis, I find that Spezyme Ethyl contains a protein of 484
amino acids having the amino acid sequence that is set forth in Exhibit 3 of this Declaration. I
also find that the alpha-amylase protein expressed by the ATCC 31,195 alpha-amylase gene
(Exh. 4) is a protein of 489 amino acids and having the amino acid sequence set forth in
Exhibit 6 of this Declaration.

47.     I declare under penalty of perjury pursuant to the laws of the United States of
America that the foregoing statements are true and correct.

Respectfully submitted,

Dated:   JUNE 16, 2005

Christian Isak Jørgensen, Ph.D.

Attachments:

Exhibit 1:    *Curriculum Vitae* of Christian Isak Jørgensen;

Exhibit 2:    Spezyme Ethyl DNA Sequence;

- 12 -

Exhibit 3:     Spezyme Ethyl Amino Acid Sequence;

Exhibit 4:     GenBank Accession No. AF032864;

Exhibit 5:     GenBank Accession NO. AAB86961;  and

Exhibit 6:     ATCC 31,195 alpha-amylase amino acid sequence.

- 13 -