# EXHIBIT 1

***Curriculum vitae:***
Christian Isak Jørgensen:

        1992: Bachelor in Biotechnology;
        Department of Molecular Biology,
        University of Southern Denmark, Odense

        1995: Master in Molecular and Cell Biology;
        Department of Molecular Biology,
        University of Southern Denmark, Odense

        1999: Ph.D. in Molecular Biology;
        Department of Molecular Biology,
        University of Southern Denmark, Odense

        1999: Research Scientist;
        Department of Biochemistry and Molecular Biology,
        University of Southern Denmark, Odense

        2001: Research Scientist at Novozymes

        Since June 2001:
        Responsible for Mass spectrometry and N-terminal sequencing facilities at Novozymes

        2002: Procise sequencing Training;
        Applied Biosystems, Langen, Germany

        2002: Mass spectrometry Training;
        Applied Biosystems, Langen, Germany

        2002: Biochrom Systems AAA Training;
        Biochrom Ltd, Cambridge, England

# EXHIBIT 2

## SPEZYME® ETHYL DNA SEQUENCE

```
              M  K  Q  Q  K   R  L  Y  A  R   L  L  T  L  L   F  A  L
  1   AGAATCATGA AACAACAAAA ACGGCTTTAC GCCCGATTGC TGACGCTGTT ATTTGCGCTC
      TCTTAGTACT TTGTTGTTTT TGCCGAAATG CGGGCTAACG ACTGCGACAA TAAACGCGAG

              I  F  L  L   P  H  S  A  A  S   A  A  A  P   F  N  G   T  M  M
 61   ATCTTCTTGC TGCCTCATTC TGCAGCTTCA GCAGCCGCAC CGTTTAACGG CACCATGATG
      TAGAAGAACG ACGGAGTAAG ACGTCGAAGT CGTCGGCGTG GCAAATTGCC GTGGTACTAC

              Q  Y  F  E   W  Y  L  P  D  D   G  T  L  W   T  K  V   A  N  E
121   CAGTATTTTG AATGGTACTT GCCGGATGAT GGCACGTTAT GGACCAAAGT GGCCAATGAA
      GTCATAAAAC TTACCATGAA CGGCCTACTA CCGTGCAATA CCTGGTTTCA CCGGTTACTT

              A  N  N  L   S  S  L   G  I  T   A  L  W  L   P  P  A  Y  K  G
181   GCCAACAACT TATCCAGCCT TGGCATCACC GCTCTTTGGC TGCCGCCCGC TTACAAAGGA
      CGGTTGTTGA ATAGGTCGGA ACCGTAGTGG CGAGAAACCG ACGGCGGGCG AATGTTTCCT

              T  S  R  S   D  V  G   Y  G  V   Y  D  L  Y   D  L  G   E  F  N
241   ACAAGCCGCA GCGACGTAGG GTACGGAGTA TACGACTTGT ATGACCTCGG CGAATTCAAT
      TGTTCGGCGT CGCTGCATCC CATGCCTCAT ATGCTGAACA TACTGGAGCC GCTTAAGTTA

              Q  K  G  T   V  R  T   K  Y  G   T  K  A  Q   Y  L  Q   A  I  Q
301   CAAAAAGGGA CCGTCCGCAC AAAATATGGA ACAAAAGCTC AATATCTTCA AGCCATTCAA
      GTTTTTCCCT GGCAGGCGTG TTTTATACCT TGTTTTCGAG TTATAGAAGT TCGGTAAGTT

              A  A  H  A   A  G  M   Q  V  Y   A  D  V  V   F  D  H   K  G  G
361   GCCGCCCACG CCGCTGGAAT GCAAGTGTAC GCCGATGTCG TGTTCGACCA TAAAGGCGGC
      CGGCGGGTGC GGCGACCTTA CGTTCACATG CGGCTACAGC ACAAGCTGGT ATTTCCGCCG

              A  D  G  T   E  W  V   D  A  V   E  V  N  P   S  D  R   N  Q  E
421   GCTGACGGCA CGGAATGGGT GGACGCCGTC GAAGTCAATC CGTCCGACCG CAACCAAGAA
      CGACTGCCGT GCCTTACCCA CCTGCGGCAG CTTCAGTTAG GCAGGCTGGC GTTGGTTCTT

              I  S  G  T   Y  Q  I   Q  A  W   T  K  F  D   F  P  G   R  G  N
481   ATCTCGGGCA CCTATCAAAT CCAAGCATGG ACGAAATTTG ATTTTCCCGG GCGGGGCAAC
      TAGAGCCCGT GGATAGTTTA GGTTCGTACC TGCTTTAAAC TAAAAGGGCC CGCCCCGTTG

              T  Y  S  S   F  K  W   R  W  Y   H  F  D  G   V  D  W   D  E  S
541   ACCTACTCCA GCTTTAAGTG GCGCTGGTAC CATTTTGACG GCGTTGATTG GGACGAAAGC
      TGGATGAGGT CGAAATTCAC CGCGACCATG GTAAAACTGC CGCAACTAAC CCTGCTTTCG

              R  K  L  S   R  I  Y   K  F  I   G  K  A  W   D  W  E   V  D  T
601   CGAAAATTAA GCCGCATTTA CAAATTCATC GGCAAAGCGT GGGATTGGGA AGTAGACACA
      GCTTTTAATT CGGCGTAAAT GTTTAAGTAG CCGTTTCGCA CCCTAACCCT TCATCTGTGT
```

Spezyme® Ethyl DNA Sequence
(Page 2 of 3)

```
          E   N   G   N   Y   D   Y   L   M   Y   A   D   L   D   M   D   H   P   E   V
    661   GAAAACGGAA ACTATGACTA CTTAATGTAT GCCGACCTTG ATATGGATCA TCCCGAAGTC
          CTTTTGCCTT TGATACTGAT GAATTACATA CGGCTGGAAC TATACCTAGT AGGGCTTCAG


          V   T   E   L   K   N   W   G   K   W   Y   V   N   T   T   N   I   D   G   F
    721   GTGACCGAGC TGAAAAACTG GGGGAAATGG TATGTCAACA CAACGAACAT TGATGGGTTC
          CACTGGCTCG ACTTTTTGAC CCCCTTTACC ATACAGTTGT GTTGCTTGTA ACTACCCAAG


          R   L   D   A   V   K   H   I   K   F   S   F   F   P   D   W   L   S   Y   V
    781   CGGCTTGATG CCGTCAAGCA TATTAAGTTC AGTTTTTTTC CTGATTGGTT GTCGTATGTG
          GCCGAACTAC GGCAGTTCGT ATAATTCAAG TCAAAAAAAG GACTAACCAA CAGCATACAC


          R   S   Q   T   G   K   P   L   F   T   V   G   E   Y   W   S   Y   D   I   N
    841   CGTTCTCAGA CTGGCAAGCC GCTATTTACC GTCGGGGAAT ATTGGAGCTA TGACATCAAC
          GCAAGAGTCT GACCGTTCGG CGATAAATGG CAGCCCCTTA TAACCTCGAT ACTGTAGTTG


          K   L   H   N   Y   I   T   K   T   N   G   T   M   S   L   F   D   A   P   L
    901   AAGTTGCACA ATTACATTAC GAAAACAAAC GGAACGATGT CTTTGTTTGA TGCCCCGTTA
          TTCAACGTGT TAATGTAATG CTTTTGTTTG CCTTGCTACA GAAACAAACT ACGGGGCAAT


          H   N   K   F   Y   T   A   S   K   S   G   G   A   F   D   M   R   T   L   M
    961   CACAACAAAT TTTATACCGC TTCCAAATCA GGGGGCGCAT TTGATATGCG CACGTTAATG
          GTGTTGTTTA AAATATGGCG AAGGTTTAGT CCCCCGCGTA AACTATACGC GTGCAATTAC


          T   N   T   L   M   K   D   Q   P   T   L   A   V   T   F   V   D   N   H   D
   1021   ACCAATACTC TCATGAAAGA TCAACCGACA TTGGCCGTCA CCTTCGTTGA TAATCATGAC
          TGGTTATGAG AGTACTTTCT AGTTGGCTGT AACCGGCAGT GGAAGCAACT ATTAGTACTG


          T   E   P   G   Q   A   L   Q   S   W   V   D   P   W   F   K   P   L   A , Y
   1081   ACCGAACCCG GCCAAGCGCT TCAGTCATGG GTCGACCCAT GGTTCAAACC GTTGGCTTAC
          TGGCTTGGGC CGGTTCGCGA AGTCAGTACC CAGCTGGGTA CCAAGTTTGG CAACCGAATG


          A   F   I   L   T   R   Q   E   G   Y   P   C   V   F   Y   G   D   Y   Y   G
   1141   GCCTTTATTC TAACTCGGCA GGAAGGATAC CCGTGCGTCT TTTATGGTGA CTATTATGGC
          CGGAAATAAG ATTGAGCCGT CCTTCCTATG GGCACGCAGA AAATACCACT GATAATACCG


          I   P   Q   Y   N   I   P   S   L   K   S   K   I   D   P   L   L   I   A   R
   1201   ATTCCACAAT ATAACATTCC TTCGCTGAAA AGCAAAATCG ATCCGCTCCT CATCGCGCGC
          TAAGGTGTTA TATTGTAAGG AAGCGACTTT TCGTTTTAGC TAGGCGAGGA GTAGCGCGCG


          R   D   Y   A   Y   G   T   Q   H   D   Y   L   D   H   S   D   I   I   G   W
   1261   AGGGATTATG CTTACGGAAC GCAACATGAT TATCTTGATC ACTCCGACAT CATCGGGTGG
          TCCCTAATAC GAATGCCTTG CGTTGTACTA ATAGAACTAG TGAGGCTGTA GTAGCCCACC
```

Spezyme® Ethyl DNA Sequence
(Page 3 of 3)

```
       T  R  E  G     V  T  E     K  P  G     S  G  L     A  A  L  I     T  D  G
1321   ACAAGGGAAG GGGTCACTGA AAAACCAGGA TCCGGGCTGG CCGCACTGAT CACCGATGGG
       TGTTCCCTTC CCCAGTGACT TTTTGGTCCT AGGCCCGACC GGCGTGACTA GTGGCTACCC


       P  G  G  S     K  W  M     Y  V  G     K  Q  H  A     G  K  V     F  Y  D
1381   CCGGGAGGAA GCAAATGGAT GTACGTTGGC AAACAACACG CTGGAAAAGT GTTCTATGAC
       GGCCCTCCTT CGTTTACCTA CATGCAACCG TTTGTTGTGC GACCTTTTCA CAAGATACTG


       L  T  G  N     R  S  D     T  V  T     I  N  S  D     G  W  G     E  F  K
1441   CTTACCGGCA ACCGGAGTGA CACCGTCACC ATCAACAGTG ATGGATGGGG GGAATTCAAA
       GAATGGCCGT TGGCCTCACT GTGGCAGTGG TAGTTGTCAC TACCTACCCC CCTTAAGTTT


       V  N  G  G     S  V  S     V  W  V     P  R  K  T     T  V  S     T  I  A
1501   GTCAATGGCG GTTCGGTTTC GGTTTGGGTT CCTAGAAAAA CGACCGTTTC TACCATCGCT
       CAGTTACCGC CAAGCCAAAG CCAAACCCAA GGATCTTTTT GCTGGCAAAG ATGGTAGCGA


       R  P  I  T     T  R  P     W  T  G     E  F  V  R     W  T  E     P  R  L
1561   CGGCCGATCA CAACCCGACC GTGGACTGGT GAATTCGTCC GTTGGACCGA ACCACGGTTG
       GCCGGCTAGT GTTGGGCTGG CACCTGACCA CTTAAGCAGG CAACCTGGCT TGGTGCCAAC


       V  A  W  P     *
1621   GTGGCATGGC CTTGAGTTAA CAGAGGACGG ATTTCCTGAA GGAAATCCGT TTTTTTATTT
       CACCGTACCG GAACTCAATT GTCTCCTGCC TAAAGGACTT CCTTTAGGCA AAAAAATAAA


1681   TAAG
       ATTC
```

# EXHIBIT 3

## SPEZYME® ETHYL AMINO ACID SEQUENCE

```
  1 AAPFNGTMMQ YFEWYLPDDG TLWTKVANEA NNLSSLGITA LWLPPAYKGT SRSDVGYGVY
 61 DLYDLGEFNQ KGTVRTKYGT KAQYLQAIQA AHAAGMQVYA DVVFDHKGGA DGTEWVDAVE
121 VNPSDRNQEI SGTYQIQAWT KFDFPGRGNT YSSFKWRWYH FDGVDWDESR KLSRIYKFIG
181 KAWDWEVDTE NGNYDYLMYA DLDMDHPEVV TELKNWGKWY VNTTNIDGFR LDAVKHIKFS
241 FFPDWLSYVR SQTGKPLFTV GEYWSYDINK LHNYITKTNG TMSLFDAPLH NKFYTASKSG
301 GAFDMRTLMT NTLMKDQPTL AVTFVDNHDT EPGQALQSWV DPWFKPLAYA FILTRQEGYP
361 CVFYGDYYGI PQYNIPSLKS KIDPLLIARR DYAYGTQHDY LDHSDIIGWT REGVTEKPGS
421 GLAALITDGP GGSKWMYVGK QHAGKVFYDL TGNRSDTVTI NSDGWGEFKV NGGSVSVWVP
481 RKTT
```

# Exhibit 4

Case 1:05-cv-00160-KAJ-MPT    Document 26-12    Filed 06/29/2005    Page 9 of 10

