### III.  CONCLUSION

21.  From the foregoing analysis, I find that Spezyme Ethyl contains DNA having the nucleotide sequence set forth in Exhibit 3. This DNA encodes a protein, which has the amino acid sequence that is also depicted in Exh. 3.

22.  I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing statements are true and correct.

Respectfully submitted,

Dated: 19, May 2005

Steen Troels Jørgensen

Attachments:

   Exhibit 1:    *Curriculum Vitae* of Steen Troels Jørgensen

   Exhibit 2:    Spezyme Ethyl DNA Sequence

   Exhibit 3:    P.L. Jørgensen *et al.*, "Cloning of a chromosomal α-amylase gene from *Bacillus stearothermophilus*" *FEMS Microbiology Letters* (1991) 77:271-276.

# EXHIBIT 1

# Steen Troels Jørgensen
## *Curriculum Vitae*

| Initials:<br>STJq | Full name:<br>Steen Troels Jørgensen |
|---|---|
| Date of birth:<br>8. June 1958 | Reports to (initials):<br>MDRa |
| Year of graduation:<br>1985 | University/college:<br>University of Copenhagen |
| Degree:<br>Cand. Scient | Joined NN in year:<br>1985 |

**Job Experience:**

| Year: | Business unit/company: | Position: | Assignments/tasks: |
|---|---|---|---|
| 1985 | Bacterial Gene Technology, Novo Industri A/S. | Research Scientist | Gene technology as used in the construction of bacterial production strains for high-level expression of enzymes, and in the cloning and expression of novel enzyme coding genes. |
| 1995 | Bacterial Gene Technology, Enzyme Business, Novo Nordisk A/S | Principal Scientist (Science Manager) | As above. |
| 2002 | Bacterial Gene Technology, Novozymes A/S | Senior Science Manager | As above. |

**RESEARCH WORK & BIBLIOGRAPHY:**

**REGULAR PAPERS:**

Bech, F. W., **Jørgensen, S. T.**, Diderichsen, B., and Karlström, O. H. (1985). Sequence of the *relB* transcription unit from *Escherichia coli* and identification of the *relB* gene. The EMBO Journal, 4, 1059-1066.

Gerdes, K., Bech, F. W., **Jørgensen, S. T.**, Løbner-Olesen, A., Rasmussen, P. B., Atlung, T., Boe, L., Karlstrøm, O., Molin, S., and von Meyenburg, K. (1986). Mechanism of postsegregational killing by the *hok* gene product of the *parB* system of plasmid R1 and its homology with the *relF* gene product of the *E. coli relB* operon. The EMBO Journal, 5, 2023-2029.

**Jørgensen, S.**, Skov, K. W., Diderichsen, B. (1991). Cloning, sequence and expression of a lipase gene from *Pseudomonas cepacia*: Lipase production in heterologous hosts requires two *Pseudomonas* genes. J. Bacteriol., 173, 559-567.

Diderichsen, B., Poulsen, G. B., and **Jørgensen, S. T.** (1993). A useful cloning vector for *Bacillus subtilis*. Plasmid 30, 312-315.

Norman, B. E., **Jørgensen, S. T.** (1992). *Thermoanaerobacter* sp. CGTase: Its properties and application. Denpun Kagaku, 39, 99-106.

Hobson, A. H., Buckley, C. M., Aamand, J. L., **Jørgensen, S. T.**, Diderichsen, B., and McConnell, D. J. (1993). Activation of a bacterial lipase by its chaperone. Proc. Natl. Acad. Sci. USA, 90, 5682-5686.

Kelly, A. P., Diderichsen, B., **Jorgensen, S.**, McConnell, D. J. (1994). Molecular genetic analysis of the

# Steen Troels Jørgensen
## *Curriculum Vitae*

pullulanase B gene of *Bacillus acidopullulyticus*. FEMS Microbiology Letters, 115, 97-106.

Aamand, J. L., Hobson, A. H., Buckley, C. M., **Jørgensen, S. T.**, Diderichsen, B., and McConnell, D. J. (1994). Chaperone mediated activation in vivo of a *Pseudomonas cepacia* lipase. Mol. Gen. Genet. 245, 556-564.

Hobson, A. H., Buckley, C. M., **Jørgensen, S. T.**, Diderichsen, B., and McConnell, D. J. (1995). Interaction of the *Pseudomonas cepacia* DSM3959 lipase with its chaperone LimA. J. Biochem., 118, 575-581.

Tangney, M., Jørgensen, P. L., Diderichsen, B, and **Jørgensen, S. T.** (1995). A new method for integration and stable DNA amplification in poorly transformable bacilli. FEMS Microbiology Letters 125, 107-114.

Pedersen, S., Jensen, B. F., **Jørgensen, S. T.** (1995). Enzymes from Genetically Modified Microorganisms. In "Genetically Modified Foods. Safety Aspects." Eds. Engel, K.-H., Takeoka, G. R., Teranishi, R. ACS Symposium Series 605, pp. 196-208.

Pedersen, S., Dijkhuizen, L., Dijkstra, B. W., Jensen, B. F., **Jørgensen, S. T.** (1995). A better enzyme for cyclodextrins. Chemtech vol. 25, no. 12, pp. 19-25.

Jørgensen, S., Vorgias, C. E., Antranikian, G. (1997). Cloning, sequencing, characterization, and expression of an extracellular α-amylase from the hyperthermophilic Archaeon *Pyrococcus furiosus* in *Escherichia coli and Bacillus subtilis*. J. Biol. Chem., 272, 16335-16342.

**Jørgensen, S.T.**, Tangney, M., Starnes, R. L., Amemiya, K., Jørgensen, P. L. (1997). Cloning and nucleotide sequence of a thermostable cyclodextrin glycosyltransferase gene from *Thermoanaerobacter* sp. ATCC 53627 and its expression in *Escherichia coli*. Biotechnology Letters, 19, 1027-1031.

**Jørgensen, S. T.**, Tangney, M., Jørgensen, P. L., Diderichsen, B. (1998). Integration and amplification of a cyclodextrin glycosyltransferase gene from *Thermoanaerobacter* sp. ATCC53627 on the *Bacillus subtilis* chromosome. Biotechnology Techniques, 12, 15-19.

Krogh, S., **Jørgensen, S. T.**, Devine, K. M. (1998). Lysis genes of the *Bacillus subtilis* defective prophage PBSX. J. Bacteriol. 180, 2110-2117.

Jørgensen, P. L., Tangney, M., Pedersen, P. E., Hastrup, S., Diderichsen, B., **Jørgensen, S. T.** (2000). Cloning and sequencing of an alkaline protease gene from *Bacillus lentus* and amplification of the gene on the *B. lentus* chromosome by an improved technique. Appl. Environ. Microbiol. 66, 825-827.

Stephenson, K., Jensen, C. L., **Jørgensen, S. T.**, Lakey, J. H., Harwood, C. R. (2000). The influence of secretory-protein charge on late stages of secretion from the gram-positive bacterium *Bacillus subtilis*. Biochem. J., 350, 31-39.

Jensen, C. L., Stephenson, K., **Jørgensen, S. T.**, Harwood, C. (2000). Cell-associated degradation affects the yield of secreted engineered and heterologous proteins in the *Bacillus subtilis* expression system. Microbiology, 146, 2583-2594.

Outtrup, H., and **Jørgensen, S. T.** (2002). The Importance of Bacillus species in the Production of Industrial Enzymes. Chapter 14, pp. 206-218, in Berkeley, R., Heyndrickx, M. Logan, N. and De Vos, P (eds.) "Applications and Systematics of *Bacillus* and Relatives". 2002, Blackwell Science Ltd.

Stephenson, K., Jensen, C. L., **Jørgensen, S. T.**, Harwood, C. R. (2002). Simultaneous inactivation of the wprA and dltB genes of Bacillus subtilis reduces the yield of α-amylase. Letters in Applied Microbiology, 34, 394-397.

Craynest, M., **Jørgensen, S.**, Sarvas, M., Kontinen, V. P. (2003). Enhanced secretion of heterologous cyclodextrin glycosyltransferase by a mutant of *Bacillus licheniformis* defective in the D-alanylation of

teichoic acids. Letters in Applied Microbiology, 37, 75-80.

**POSTERS AND PRESENTATIONS:**

**Steen Jørgensen**, Kirsten W. Skov, and Børge Diderichsen (1990). A novel phenomenon involved in heterologous expression of a bacterial lipase gene: requirement for an additional gene from the donor organism. Oral presentation July 10, 1990, at the 5th European Congress on Biotechnology, Copenhagen, by S. Jørgensen. Abstract book p. 60.

Norman, B. E., and **Jørgensen, S. T.** (1992). *Thermoanaerobacter* sp. CGTase: Its properties and application. Denpun Kagaku, 39, 99-106. (Proceedings of the amylase symposium, 1991. Oral presentation by B. E. Norman).

Starnes, R. L., Amemiya, K., Jørgensen, P. L., and **Jørgensen, S.** (1992). Cloning and expression of the Thermoanaerobacter sp. Cyclodextrin glycosyl transferase gene in Escherichia coli and Bacillus subtilis. Oral presentation at Sixth International Cyclodextrin Symposium, April 21-24, 1992, Chicago, USA, by R. L. Starnes.

J. L. Aamand, C. M. Buckley, A. H. Hobson, **S. Joergensen**, B. Diderichsen, and D. J. McConnell (1992). Expression of a *Pseudomonas cepacia* lipase in *E. coli*.
Poster presented at the Protein Engineering Workshop in Korpilampi, Finland, 12-17 August 1992, by J. L. Aamand.

Audrey H. Hobson, Catherine M. Buckley, **Steen Jørgensen**, Børge Diderichsen, and David J. McConnell (1992). Conformational activation of a bacterial lipase.
Poster presented at the conference "Understanding Protein Folding", Novum Research Centre, Stockholm, 24-28 August 1992, by A. H. Hobson.

**Jørgensen, S. T.**, Jørgensen, P. L., Diderichsen, B. (1993). Genetic stabilization of recombinant industrial *Bacillus* species for large scale fermentation of industrial enzymes. Oral presentation at 7th International Bacillus Conference, Institut Pasteur, Paris, on July 20, 1993, by Børge Diderichsen.

Antranikian, G., Rüdiger, A., Canganella, F., **Jørgensen, S.** (1994). Enzymes from hyperthermophiles; especially starch degrading enzymes.
Oral presentation at 7th International Symposium on the Genetics of Industrial Microorganisms, June 26-July 1, 1994, Montreal, Canada, by G. Antranikian.

Pedersen, S., Jensen, B. F., **Jørgensen, S. T.** (1994). Enzymes from genetically modified microorganisms.
Oral presentation at the 208th ACS National Meeting, Washington DC, August 22, 1994, by Sven Pedersen.

Jensen, C. L., Stephenson, K., **Jørgensen, S. T.**, Harwood, C. R. (1995). Construction of hybrid α-amylase genes for investigation of the interaction between secretory proteins and the *Bacillus subtilis* cell wall.
Poster presented at the 8th international conference on Bacilli, July 8-12, 1995, Stanford, California.

**Jørgensen, S. T.** (1996). Prospects and problems in large scale production with recombinant Bacillus. Oral presentation at the Bioscience Days, 14. September 1996, Helsinki, Finland.

**Jorgensen, S. T.**, Jensen, C. L., Kristensen, T., Nielsen, B. R., Stephenson, K., Harwood, C. R. (1997). Construction and use of hybrid α-amylase genes for investigation of protein secretion from Bacillus subtilis. Poster presented at European Cell Factory Conference, Lund 27-30 April 1997.

Jensen, C. L., Stephenson, K., Harwood, C. R., **Jørgensen, S. T.** (1997). Protein secretion from *Bacil-*

# Steen Troels Jørgensen
*Curriculum Vitae*

*lus subtilis* studied using chimeric α-amylases with changed net charge.
Oral presentation at 9th International Conference on Bacilli, Lausanne, Switzerland, 15-19 July 1997, by C. L. Jensen.

**Jørgensen, S. T.** (1997). A general, transposon-based method for the construction of selection marker free *Bacillus* strains containing multiple, chromosomally integrated heterologous genes.
Oral presentation at 9th International Conference on Bacilli, Lausanne, Switzerland, 15-19 July 1997, by S. T. Jørgensen.

Stephenson, K., Jensen, C. L., **Jørgensen, S. T.**, Petit-Glatron, M.-F., Chambert, R., Harwood, C. R. (1997). Factors affecting late stages in the secretion of α-amylases from Bacillus subtilis.
Poster presented at 9th International Conference on Bacilli, Lausanne, Switzerland, 15-19 July 1997.

Stephenson, K., Jensen, C. L., Carter, N. M., **Jørgensen, S. T.**, Petit-Glatron, M.-F., Chambert, R., Harwood, C. R. (1998). Late stages in the secretion of proteins from *Bacillus subtilis*. Oral presentation at the International Conference on Bacilli, Japan, July 13, 1998, Osaka, by. Stephenson, K.

Rasmussen, M. D., **Jørgensen, S. T.**, Jensen, C. L., Jørgensen, P. L. (1999). Industrial approach for cloning and expression optimization of α-amylases. Oral presentation at Society for Industrial Microbiology 50th Anniversary Annual Meeting, August 1-5, 1999, Crystal Gateway Marriott, Arlington, VA., by M. D. Rasmussen.

PATENT APPLICATIONS/PATENTS:

**Jørgensen, S. T.** (1991). Dna encoding a lipase and a lipase modulator. PCT publication WO 91/00908. European Patent Specification 0 487 541 B1.

**Jørgensen, S. T.**, Jørgensen, P. L., and Diderichsen, B. K. (1991). Stable integration of DNA in bacterial genomes. PCT publication WO 91/09129. US Patent 5,695,976. European Patent Specification 0 506 780 B1.

Antranikian, G., Jørgensen, P. L., Wümpelmann, M., **Jørgensen, S. T.** (1992). Novel thermostable pullulanases. PCT publication WO 92/02614.

**Jørgensen, S. T.**, Diderichsen, B. K., Buckley, C. M., Hobson, A., Mcconnell, D. J. (1993). A process for the preparation of lipase. PCT publication WO 93/13200. US Patent 5,681,715.

**Jørgensen, S. T.**, and Jørgensen, P. L. (1993). A process for expressing genes in *Bacillus licheniformis*. PCT publication WO 93/10248.

**Jørgensen, S. T**, and Diderichsen, B. K. (1993). A Bacillus promoter derived from a variant of a Bacillus licheniformis α-amylase promoter. PCT publication WO 93/10249. US Patent 5,698,415.

**Jørgensen, S. T.** (1994). DNA amplification. PCT publication WO 94/14968. US Patents 5,733,753 and 5,925,544.

**Jørgensen, S. T.** (1994). An amylolytic enzyme. PCT publication WO 94/19454.

**Jørgensen, S. T.** (1996). DNA integration by transposition. PCT publication WO 96/23073. US Patent 5,882,888.

Tangney, M., Hansen, C., Pedersen. P. E., Jørgensen, P. L., **Jørgensen, S. T.** (1996). Introduction of DNA into Bacillus strains by conjugation. PCT publication WO 96/29418. US Patents 5,843,720 and 6,066,473.

Fuglsang, C. C., Okkels, J. S., Petersen, D. A., Patkar, S., A., Thellersen, M., Vind, J., Halkier, T., **Jørgensen, S. T.** (1997). A modified enzyme with lipolytic activity. PCT publication WO 97/04079.

# Steen Troels Jørgensen
## *Curriculum Vitae*

US Patent 6,495,357.

Adams, L. F., Widner, W. R., Diderichsen, B. K., Thomas, M. D., **Jorgensen, S. T.**, Sloma, A. P., Jorgensen, P. L. (1997). Production of Bacillus thuringiensis integrants. PCT publication WO 97/27305. US patent 5,955,367.

Harwood, C.R., Stephenson, K., **Jorgensen, S.**, Hansen, C., Kristensen, T. (1998). Improved prokaryotic expression of protein. PCT publication WO 98/49328.

**Jørgensen, S. T.**, Pedersen, K. B. (1999). Protein producing cell containing multiple copies of a desired gene and a screenable marker but no selection marker. PCT publication WO 99/01562.

**Jørgensen, S. T.**, Frandsen, T. P., Andersen, C. (1999). Expression of starch-binding domain (SBD). PCT publication WO 99/15636.

**Jørgensen, S. T.** (1999). A prokaryotic cell comprising two copies of a gene transcribed in different directions. PCT publication WO 99/41358. US patent 6,100,063.

**Joergensen, S. T.**, Christensen, C. L., Kristensen, T. (2000). A *Bacillus* protein production cell. PCT publication WO 00/63346.

**Jørgensen, S. T.**, Andersen, J. T., Rasmussen, M. D., Olsen, C. (2002). Method for stable chromosomal multi-copy integration of genes. PCT publication WO 02/00907

**Jørgensen, S. T.**, Andersen, J. T., Banke, N., Nielsen, P. (2003). Eubacterial RNA-polymerase mutants with altered product production. PCT publication WO 03/055996.

Andersen, J. T., **Jørgensen, S. T.**, Rasmussen, M. D., Olsen, P. B. (2003). Improved Bacillus host cell. PCT publication WO 03/093453.

Andersen, J. T., **Jørgensen, S. T.**, Rasmussen, M. D., Olsen, P. B. (2003). Improved Bacillus host cell. PCT publication WO 03/087148.

Andersen, J. T., **Jørgensen, S. T.**, Rasmussen, M. D., Olsen, P. B. (2003). Improved Bacillus host cell. PCT publication WO 03/087149.

Andersen, J. T., **Jørgensen, S. T.**, Rasmussen, M. D., Olsen, P. B. (2003). Improved Bacillus host cell. PCT publication WO 03/087142.

# EXHIBIT 2

FEMS Microbiology Letters 77 (1991) 271–276
©1991 Federation of European Microbiological Societies 0378-1097/91/$03.50
ADONIS 0378109791000051S

271

FEMSLE 04275

# Cloning of a chromosomal α-amylase gene from *Bacillus stearothermophilus*

Per Linå Jørgensen, Gitte Bak Poulsen and Børge Diderichsen

*Novo Nordisk, Bagsværd, Denmark*

Received 22 August 1990
Accepted 18 September 1990

Key words: Native plasmids; Heat stable amylases; Nucleotide sequence; Evolution; Cloning in *Bacillus subtilis*

## 1. SUMMARY

We have cloned and sequenced a gene for a heat-stable α-amylase from a natural isolate of *Bacillus stearothermophilus*. Previously, it had been shown that *B. stearothermophilus* amylase genes may be harboured on indigenous plasmids. We have found that our isolate harbours the amylase gene only on the chromosome and not on its indigenous plasmid.

## 2. INTRODUCTION

Amylases are exoenzymes, which are widely distributed in nature. All amylases, which have been sequenced so far, share significant homology suggesting an evolutionary relationship. The observation that an α-amylase gene from *B. stearothermophilus* is harboured on a natural plasmid [1] supports the notion that gene transfer can take place between related strains. In this paper we show that homologous amylase genes can reside either on a native plasmid or on the chromosome of different strains of *B. stearothermophilus*.

## 3. MATERIALS AND METHODS

### 3.1. Bacterial strains and plasmids

*Escherichia coli* K-12 MT102 is (*araD*139, Δ(*ara-leu*)7697, *lacX*74, *galU*, *galK*, *rpsL*, r$^-$ m$^+$). *Bacillus subtilis* DN1885 (*amyE*, *amyR2*) is a derivative of *B. subtilis* 168 strain RUB200 [2]. *B. stearothermophilus* DN1792 and DN1793 were isolated from a household hot water system and classified by Deutsche Sammlung für Mikroorganismen. ATCC 31783 is a *B. stearothermophilus* from the American Type Culture Collection.

Plasmid pUN121 has been described [3]. Plasmid pDN2360 was constructed by ligation of *Pst*I fragments from pUN121 and plasmid pDN1380 [4] (Fig. 1). Plasmid pBB37 (Fig. 1) was constructed by inserting a *Cla*I fragment harbouring the gene for an α-amylase from *B. amyloliquefaciens* [5] into the *Cla*I site of plasmid pDN1620, which was derived from pDN1380 by insertion of an oligonucleotide linker in the *Eco*RI site.

*Correspondence to:* B. Diderichsen, Novo Nordisk, DK-2880 Bagsvaerd, Denmark.

272



Fig. 1. Restriction maps of plasmids. pDN2360 replicates in both *E. coli* and in *B. subtilis*. pBB37 and pPL1059 replicate in *B. subtilis*. cI is the coliphage λ repressor gene. $P_r$ is a promoter from λ. $P_m$ is the promoter of the maltogenic amylase gene *amyM* [4]. cat is the chloramphenicol resistance conferring gene from plasmid pC194 of *Staphylococcus aureus*. *amyQ* is the amylase gene from *B. amyloliquefaciens* [5]. $P_q$ is the promoter from the *amyQ* gene. *amyS* is the amylase gene from *B. stearothermophilus* described in this work.

### 3.2. Transformation and plasmid preparation

Competent cells, transformation, and preparation of recombinant plasmids were as described [4]. Transformants of *E. coli* were selected with 7 μg/ml tetracycline. Transformants of *B. subtilis* were selected with 6 μg/ml chloramphenicol.



Fig. 2. DNA sequence of the *amyS* gene. Promoter regions −35 and −10 and a ribosome binding site have been underlined starting at bp 11, 35 and 140, respectively. An arrow shows the processing site after the 34 amino acid signal peptide.

273

274

Large plasmids were prepared by alkaline lysis according to ref. 6 with the exception that 50 mM glucose was added to the suspension buffer and that the samples were centrifuged for only 10 min before phenol extraction. Chromosomal DNA was prepared by phenol extraction [7].

### 3.3. DNA sequencing

DNA sequencing was performed directly on doublestranded plasmid templates using the Sequenase™ kit from United States Biochemical Corporation.

### 3.4. Southern analyses

Chromosomal and plasmid DNA was digested with restriction enzymes, fractionated on 0.7% agarose gels and blotted onto nitrocellulose filters. pPL1022 was labelled by nick translation using [$^{32}$P]dCTP (Amersham). The hybridization was according to Southern [8].

## 4. RESULTS

### 4.1. Cloning in E. coli

Genomic DNA from strain DN1792 was partially digested with Sau3A and fragments, of 3–10 kb were ligated with the BclI digested selection vector pUN121. E. coli MT102 was transformed with the ligation mixture selecting for tetracycline resistance on agar plates containing starch. Of 10 000 transformants, two had a clear amylase positive phenotype. One of these contained a plasmid, pPL1011, with an insert of 8 kb. pPL1011 was partially digested with Sau3A and ligated with selection vector pDN2360 digested with BclI. Tetracycline resistant transformants of E. coli MT102 were screened for amylase expression and one positive transformant harbouring pPL1022 with an insert of 2.2 kb was kept for further study. The structural gene for the B. stearothermophilus amylase was called amyS.

### 4.2. Cloning in B. subtilis

A 2.0 kb DraI-HindIII fragment of pPL1022 was ligated with the 3.3 kb fragment of B. subtilis plasmid pBB37 and transformed into B. subtilis DN1885 selecting for chloramphenicol resistance and screening for amylase activity. A positive transformant harboured the 5.3 kb plasmid pPL1059 (Fig. 1).

### 4.3. DNA sequence analysis

The sequence of the amyS gene of pPL1022 is shown in Fig. 2. Of the 1814 bp of this sequence, 33 bp (1.8%) differed from the sequence of Nakajima et al. [9] and 40 bp (2.2%) from the sequence of Gray et al. [10]. Comparing the amino acid sequence of the mature enzyme and the signal peptide with the above sequences showed 12 (2.2%) and 9 (1.6%) differences, respectively. Between the sequences of Nakajima et al. [9] and Gray et al. [10], there are 13 (2.4%) amino acid differences.

At the amino acid level, one of the three sequences differs from the two others at 17 positions of which 4 (11.8%) are in the signal peptide of 34 amino acids and the remaining 13 (2.5%) in the mature part of 515 amino acids.

### 4.4. Southern blotting analysis

To test the localization in B. stearothermophilus of the cloned amylase gene, plasmids were prepared from the B. stearothermophilus DN1792, DN1793 and ATCC 31783 [11]. DN1792 and DN1793 contained each one plasmid of 25 kb and ATCC 31783 contained three plasmids of 12, 15 and 26 kb as reported by Mielenz [1] (Fig. 3A). Using the cloned amylase gene as probe, hybridization was only seen with the 26 kb plasmid of ATCC 31783. The probe, however, clearly hybridized with the chromosomal DNA of DN1792 and DN1793 (Fig. 3B). Thus, amyS is located on the chromosome of DN1792 and DN1793 and on a native plasmid in ATCC 31783.

## 5. DISCUSSION

The amyS gene of a natural isolate of B. stearothermophilus has been cloned, sequenced and compared with genes from other B. stearothermophilus strains. The sequences of three independently isolated amyS genes (refs. 9, 10, and this work) show some variations in particular in the signal peptide regions.

275

 

Fig. 3. Southern blotting analysis of *B. stearothermophilus* plasmids and chromosomal DNA. (A) 0.7% agarose gels stained by ethidium bromide. (B) The same gels as in A but hybridized with nicktranslated pPL1022. Lanes 1 and 4, plasmid from DN1792; lanes 2 and 5, plasmid from DN1793; lanes 3 and 6, plasmid from ATCC 31783; lanes 7–9, chromosomal DNA from DN1792, DN1793 and ATCC31783, respectively; lane 10, λ DNA digested by *Bst*E2. Lanes 1–3, uncut plasmids; Lanes 4–6, plasmids cut by *Hin*dIII; Lanes 7–9, chromosomal DNA cut by *Eco*RI.

Satoh et al. [12] have cloned two closely related amylase genes from what appear to be two phylogenetically very distant *B. stearothermophilus* strains. Nucleotide sequence analyses show that the regions flanking the amylase genes are completely different. Sen and Ariel [13] report on the location of amylase genes in two *B. stearothermophilus* strains. In one strain, the amylase gene is present both on two different indigenous plasmids and in multiple copies on the chromosome. In the other strain, multiple copies were found on the chromosome but no indigenous plasmid could be detected. We speculate that the multiple chromosomal genes in these two strains may be the result of plasmid integration. In this paper, it is shown that two other *B. stearothermophilus* strains harbour the amylase gene on the chromosome only, despite the presence of indigenous plasmids. It is thus likely that there is a mechanism in *B. stearothermophilus* which allows for migration of amylase genes from chromosome to plasmid or vice versa.

REFERENCES

[1] Mielenz, J.R. (1983) Proc. Natl. Acad. Sci. U.S.A. 80, 5975–5979.
[2] Yoneda, Y., Graham, S. and Young, F.E. (1979) Biophys. Biochem. Res. Commun. 91, 1556–1564.
[3] Nilsson, B., Uhlén, M., Josephson, S., Gatenbeck, S. and Philipson, L. (1983) Nucleic Acids Res. 11, 8019–8029.
[4] Diderichsen, B. and Christiansen, L. (1988) FEMS Microbiol. Lett. 56, 53–60.
[5] Takkinen, K., Petterson, R.F., Kalkkinen, N., Palva, I., Söderlund, H. and Kääriäinen, L. (1983) J. Biol. Chem. 258, 1007–1013.
[6] Maniatis, T., E.F. Fritsch, E.F. and Sambrook, J. (1982) Molecular Cloning, Cold Spring Harbor Laboratory, N.Y.
[7] Yasbin, R.E., Wilson, G.A. and Young, F.E. (1975), J. Bacteriol. 121, 296–304.
[8] Southern, E.M. (1975) J. Mol. Biol. 98, 503–517.
[9] Nakajima, R., Imanaka, T. and Aiba, S. (1985) J. Bacteriol. 163, 401–406.
[10] Gray, G.L., Mainzer, S.E., Rey, M.W., Lamsa, M.L., Kindle, K.L., Carmona, C. and Requadt, C. (1986) J. Bacteriol. 166, 635–643.
[11] Mielenz, J.R. and Mickel, S. (1985) U.S. Patent 4, 493, 893.
[12] Satoh, H., Nishida, H. and Isono, K. (1988) J. Bacteriol. 170, 1034–1040.
[13] Sen, S. and Oriel, P. (1989) Gene 76, 137–144.