# EXHIBIT 3

## SPEZYME® ETHYL DNA SEQUENCE

```
          M  K  Q  Q  K    R  L  Y    A  R  L  L    T  L  L    F  A  L
  1  AGAATCATGA AACAACAAAA ACGGCTTTAC GCCCGATTGC TGACGCTGTT ATTTGCGCTC
     TCTTAGTACT TTGTTGTTTT TGCCGAAATG CGGGCTAACG ACTGCGACAA TAAACGCGAG


       I  F  L  L    P  H  S    A  A  S    A  A  A  P    F  N  G    T  M  M
 61  ATCTTCTTGC TGCCTCATTC TGCAGCTTCA GCAGCCGCAC CGTTTAACGG CACCATGATG
     TAGAAGAACG ACGGAGTAAG ACGTCGAAGT CGTCGGCGTG GCAAATTGCC GTGGTACTAC


       Q  Y  F    E  W  Y  L    P  D  D    G  T  L  W    T  K  V    A  N  E
121  CAGTATTTTG AATGGTACTT GCCGGATGAT GGCACGTTAT GGACCAAAGT GGCCAATGAA
     GTCATAAAAC TTACCATGAA CGGCCTACTA CCGTGCAATA CCTGGTTTCA CCGGTTACTT


       A  N  N  L    S  S  L    G  I  T    A  L  W  L    P  P  A    Y  K  G
181  GCCAACAACT TATCCAGCCT TGGCATCACC GCTCTTTGGC TGCCGCCCGC TTACAAAGGA
     CGGTTGTTGA ATAGGTCGGA ACCGTAGTGG CGAGAAACCG ACGGCGGGCG AATGTTTCCT


       T  S  R  S    D  V  G    Y  G  V    Y  D  L  Y    D  L  G    E  F  N
241  ACAAGCCGCA GCGACGTAGG GTACGGAGTA TACGACTTGT ATGACCTCGG CGAATTCAAT
     TGTTCGGCGT CGCTGCATCC CATGCCTCAT ATGCTGAACA TACTGGAGCC GCTTAAGTTA


       Q  K  G  T    V  R  T    K  Y  G    T  K  A  Q    Y  L  Q    A  I  Q
301  CAAAAAGGGA CCGTCCGCAC AAAATATGGA ACAAAAGCTC AATATCTTCA AGCCATTCAA
     GTTTTTCCCT GGCAGGCGTG TTTTATACCT TGTTTTCGAG TTATAGAAGT TCGGTAAGTT


       A  A  H  A    A  G  M    Q  V  Y    A  D  V  V    F  D  H    K  G  G
361  GCCGCCCACG CCGCTGGAAT GCAAGTGTAC GCCGATGTCG TGTTCGACCA TAAAGGCGGC
     CGGCGGGTGC GGCGACCTTA CGTTCACATG CGGCTACAGC ACAAGCTGGT ATTTCCGCCG


       A  D  G  T    E  W  V    D  A  V    E  V  N  P    S  D  R    N  Q  E
421  GCTGACGGCA CGGAATGGGT GGACGCCGTC GAAGTCAATC CGTCCGACCG CAACCAAGAA
     CGACTGCCGT GCCTTACCCA CCTGCGGCAG CTTCAGTTAG GCAGGCTGGC GTTGGTTCTT


       I  S  G  T    Y  Q  I    Q  A  W    T  K  F  D    F  P  G    R  G  N
481  ATCTCGGGCA CCTATCAAAT CCAAGCATGG ACGAAATTTG ATTTTCCCGG GCGGGGCAAC
     TAGAGCCCGT GGATAGTTTA GGTTCGTACC TGCTTTAAAC TAAAAGGGCC CGCCCCGTTG


       T  Y  S  S    F  K  W    R  W  Y    H  F  D  G    V  D  W    D  E  S
541  ACCTACTCCA GCTTTAAGTG GCGCTGGTAC CATTTTGACG GCGTTGATTG GGACGAAAGC
     TGGATGAGGT CGAAATTCAC CGCGACCATG GTAAAACTGC CGCAACTAAC CCTGCTTTCG


       R  K  L  S    R  I  Y    K  F  I    G  K  A  W    D  W  E    V  D  T
601  CGAAAATTAA GCCGCATTTA CAAATTCATC GGCAAAGCGT GGGATTGGGA AGTAGACACA
     GCTTTTAATT CGGCGTAAAT GTTTAAGTAG CCGTTTCGCA CCCTAACCCT TCATCTGTGT
```

Spezyme® Ethyl DNA Sequence
(Page 2 of 3)

```
          E  N  G  N     Y  D  Y     L  M  Y     A  D  L     D  M  D     H  P  E  V
 661  GAAAACGGAA ACTATGACTA CTTAATGTAT GCCGACCTTG ATATGGATCA TCCCGAAGTC
      CTTTTGCCTT TGATACTGAT GAATTACATA CGGCTGGAAC TATACCTAGT AGGGCTTCAG


          V  T  E  L     K  N  W     G  K  W     Y  V  N  T     T  N  I     D  G  F
 721  GTGACCGAGC TGAAAAACTG GGGGAAATGG TATGTCAACA CAACGAACAT TGATGGGTTC
      CACTGGCTCG ACTTTTTGAC CCCCTTTACC ATACAGTTGT GTTGCTTGTA ACTACCCAAG


          R  L  D  A     V  K  H     I  K  F     S  F  F  P     D  W  L     S  Y  V
 781  CGGCTTGATG CCGTCAAGCA TATTAAGTTC AGTTTTTTTC CTGATTGGTT GTCGTATGTG
      GCCGAACTAC GGCAGTTCGT ATAATTCAAG TCAAAAAAAG GACTAACCAA CAGCATACAC


          R  S  Q  T     G  K  P     L  F  T     V  G  E  Y     W  S  Y     D  I  N
 841  CGTTCTCAGA CTGGCAAGCC GCTATTTACC GTCGGGGAAT ATTGGAGCTA TGACATCAAC
      GCAAGAGTCT GACCGTTCGG CGATAAATGG CAGCCCCTTA TAACCTCGAT ACTGTAGTTG


          K  L  H  N     Y  I  T     K  T  N     G  T  M  S     L  F  D     A  P  L
 901  AAGTTGCACA ATTACATTAC GAAAACAAAC GGAACGATGT CTTTGTTTGA TGCCCCCGTTA
      TTCAACGTGT TAATGTAATG CTTTTGTTTG CCTTGCTACA GAAACAAACT ACGGGGCAAT


          H  N  K  F     Y  T  A     S  K  S     G  G  A  F     D  M  R     T  L  M
 961  CACAACAAAT TTTATACCGC TTCCAAATCA GGGGGCGCAT TTGATATGCG CACGTTAATG
      GTGTTGTTTA AAATATGGCG AAGGTTTAGT CCCCCGCGTA AACTATACGC GTGCAATTAC


          T  N  T  L     M  K  D     Q  P  T     L  A  V  T     F  V  D     N  H  D
1021  ACCAATACTC TCATGAAAGA TCAACCGACA TTGGCCGTCA CCTTCGTTGA TAATCATGAC
      TGGTTATGAG AGTACTTTCT AGTTGGCTGT AACCGGCAGT GGAAGCAACT ATTAGTACTG


          T  E  P  G     Q  A  L     Q  S  W     V  D  P  W     F  K  P     L  A  Y
1081  ACCGAACCCG GCCAAGCGCT TCAGTCATGG GTCGACCCAT GGTTCAAACC GTTGGCTTAC
      TGGCTTGGGC CGGTTCGCGA AGTCAGTACC CAGCTGGGTA CCAAGTTTGG CAACCGAATG


          A  F  I  L     T  R  Q     E  G  Y     P  C  V  F     Y  G  D     Y  Y  G
1141  GCCTTTATTC TAACTCGGCA GGAAGGATAC CCGTGCGTCT TTTATGGTGA CTATTATGGC
      CGGAAATAAG ATTGAGCCGT CCTTCCTATG GGCACGCAGA AAATACCACT GATAATACCG


          I  P  Q  Y     N  I  P     S  L  K     S  K  I  D     P  L  L     I  A  R
1201  ATTCCACAAT ATAACATTCC TTCGCTGAAA AGCAAAATCG ATCCGCTCCT CATCGCGCGC
      TAAGGTGTTA TATTGTAAGG AAGCGACTTT TCGTTTTAGC TAGGCGAGGA GTAGCGCGCG


          R  D  Y  A     Y  G  T     Q  H  D     Y  L  D  H     S  D  I     I  G  W
1261  AGGGATTATG CTTACGGAAC GCAACATGAT TATCTTGATC ACTCCGACAT CATCGGGTGG
      TCCCTAATAC GAATGCCTTG CGTTGTACTA ATAGAACTAG TGAGGCTGTA GTAGCCCACC
```

Spezyme® Ethyl DNA Sequence
(Page 3 of 3)

```
              T  R  E  G     V  T  E     K  P  G     S  G  L  A     A  L  I     T  D  G
      1321  ACAAGGGAAG GGGTCACTGA AAAACCAGGA TCCGGGCTGG CCGCACTGAT CACCGATGGG
            TGTTCCCTTC CCCAGTGACT TTTTGGTCCT AGGCCCGACC GGCGTGACTA GTGGCTACCC


              P  G  G  S     K  W  M     Y  V  G     K  Q  H     A  G  K  V     F  Y  D
      1381  CCGGGAGGAA GCAAATGGAT GTACGTTGGC AAACAACACG CTGGAAAAGT GTTCTATGAC
            GGCCCTCCTT CGTTTACCTA CATGCAACCG TTTGTTGTGC GACCTTTTCA CAAGATACTG


              L  T  G  N     R  S  D     T  V  T     I  N  S  D     G  W  G     E  F  K
      1441  CTTACCGGCA ACCGGAGTGA CACCGTCACC ATCAACAGTG ATGGATGGGG GGAATTCAAA
            GAATGGCCGT TGGCCTCACT GTGGCAGTGG TAGTTGTCAC TACCTACCCC CCTTAAGTTT


              V  N  G  G     S  V  S     V  W  V     P  R  K  T     T  V  S     T  I  A
      1501  GTCAATGGCG GTTCGGTTTC GGTTTGGGTT CCTAGAAAAA CGACCGTTTC TACCATCGCT
            CAGTTACCGC CAAGCCAAAG CCAAACCCAA GGATCTTTTT GCTGGCAAAG ATGGTAGCGA


              R  P  I  T     T  R  P     W  T  G     E  F  V  R     W  T  E     P  R  L
      1561  CGGCCGATCA CAACCCGACC GTGGACTGGT GAATTCGTCC GTTGGACCGA ACCACGGTTG
            GCCGGCTAGT GTTGGGCTGG CACCTGACCA CTTAAGCAGG CAACCTGGCT TGGTGCCAAC


              V  A  W  P     *
      1621  GTGGCATGGC CTTGAGTTAA CAGAGGACGG ATTTCCTGAA GGAAATCCGT TTTTTTATTT
            CACCGTACCG GAACTCAATT GTCTCCTGCC TAAAGGACTT CCTTTAGGCA AAAAAATAAA


      1681  TAAG
            ATTC
```

# EXHIBIT H

Attorney Docket No.: 4318.234-US

PATENT

**RECEIVED**
**CENTRAL FAX CENTER**
**SEP 07 2004**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Bisgaard-Frantzen et al.   Confirmation No: 8501

Serial No.: 10/025,648   Group Art Unit: 1751

Filed: December 19, 2001   Examiner: Prouty

For: Amylase Variants

**DECLARTION OF TORBEN V. BORCHERT UNDER 37 C.F.R. 1.132**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

I, Torben V. Borchert, do hereby declare as follows:

1. I am a Director at Novozymes in Bagsvaerd, Denmark, where I am responsible for research and development in protein design. I have been an employee at Novozymes since August 1993. I have held positions as research scientist, senior scientist, manager and director and have been involved in and directed work on improving the properties of industrial enzymes by protein engineering techniques for the complete period. Various enzymes have been addressed including alpha-amylases. Details of my education, professional experience and publications are included in the copy of my *Curriculum Vitae* which is attached as an Appendix hereto.

2. I am an inventor of the subject matter claimed in U.S. Application Serial No. 10/025,648. I am familiar with Suzuki et al., J. Bio. Chem, Vol. 264, No. 32, 18933-18938 (1989) and Bisgaard-Frantzen et a. WO 95/10603.

3. Under my supervision, an experiment was carried out comparing the deletion of R179-G180 in *Bacillus stearothermophilus* alpha-amylase (BSG) to the deletion of R176-G177 in *Bacillus amyloliquefaciens* alpha-amyase (BAN), as described below.

4.  A BSG variant having the deletion of R179-G180 (BSGdel) and a BAN variant having the deletion R176-G177 (BANdel) were constructed by standard mutagenesis methods and the sequences verified by DNA sequencing. Other than the deletion of R179-G180 in BSG and the deletion of R176-G177 in BAN, the variants were otherwise identical to the wild type alpha-amylases.

5.  *Bacillus subtilis* strains expressing the wild type enzyme or variant enzyme, respectively for BAN and BSG, were grown under identical conditions in PS-1 media in shakeflasks for 4 days at 37 °C at 275 RPM, and were harvested by centrifugation of the samples for 5 minutes at 20,000 RMP, thus separating the cell pellet and the supernatant. The amylase containing supernatants were tested for residual activity after thermal inactivation carried out at 80 degree Celsius in a Britton Robinson (B-R) Buffer, pH: 5.9, and half life was calculated. The temperature of 80 degree Celsius was chosen as the highest temperature where both BAN and BSG wild type and derived variants could be reliably compared. The supernatants were diluted in B-R buffer to a suitable activity level and were aliquoted in 8 portions of 100 µl each. These samples were heat-treated in a PCR machine for the indicated times and at the indicated temperatures. The heat treatment was stopped by transferring the samples to ice and the samples were left there until activity was measured and residual activity calculated.

Experimental protocol:

1) Centrifuged the sample for 5 minutes at 20.000 rpm. Use the supernatant.
2) Dilute the sample in BR buffer pH 5.9 in order to achieve an activity level that will result in an OD650 of approximately 1.0 in the un-heated sample.
3) Substrate : Suspend 1 Phadebas amylase test tablet from Pharmacia in 5 ml B-R buffer pH 5.9.
4) 575 µl substrate in 1.5 ml eppendorftube is preheated 5 min. at 37 °C with shaking.
5) Add 25 µl sample at time 0 and continue shaking.
6) Add 100µl 1 M NaOH at time 15 min to stop the reaction.
7) Centrifuge the samples 5 min 20.000rpm.
8) Pipet 200 µl supernatant in a microtiterplate
9) Measure end-point at 650 nm.

-2-

Buffers:

B-R (Britton Robinson) buffer pH 5.9

50 mM acetic acid, 50 mM boric acid, 50 mM phosphoric acid, 0.1 mM calcium chloride and 0.01% BRIJ 35 are mixed and pH is adjusted to 5.9 with NaOH.

6. Thermal inactivation trials. For BAN wild type and BAN variant one experiment was carried out with double determination for each time point. For BSG wild type and BSG variant two series of experiments were carried out due to the necessary, long incubation times.

Residual activity data (100% equals zero time) from the experiment is shown below.

| BAN Wild type: | | BANdel | | BSG Wild type | | | BSGdel | | |
|---|---|---|---|---|---|---|---|---|---|
| Min | Res act | Min | Res act | Min | Res act | exp | min | res act | exp |
| 1 | 0.0 102.697998 | 1 | 0 100.108814 | 1 | 0 99.19817 | 1 | 1 | 0 100 | 1 |
| 2 | 0.0 97.302002 | 2 | 0 99.891186 | 2 | 0 100.80183 | 1 | 2 | 65 100 | 1 |
| 3 | 0.5 96.083551 | 3 | 5 78.781284 | 3 | 20 89.57617 | 1 | 3 | 120 100 | 1 |
| 4 | 0.5 97.127937 | 4 | 5 80.087051 | 4 | 20 90.49255 | 1 | 4 | 1320 89 | 1 |
| 5 | 1.0 57.789382 | 5 | 10 48.095756 | 5 | 40 77.09049 | 1 | 5 | 1560 84 | 2 |
| 6 | 1.0 64.055701 | 6 | 10 49.183896 | 6 | 40 76.51775 | 1 | 6 | 1680 80 | 1 |
| 7 | 1.5 55.526545 | 7 | 20 25.244831 | 7 | 60 68.72852 | 1 | 7 | 2820 72 | 2 |
| 8 | 1.5 50.826806 | 8 | 20 32.861806 | 8 | 60 71.82131 | 1 | 9 | 4200 61 | 2 |
| 9 | 2.0 40.557006 | 9 | 40 5.223069 | 9 | 90 60.71019 | 1 | | | |
| 10 | 2.0 43.342037 | 10 | 40 5.875952 | 10 | 90 61.28293 | 1 | | | |
| 11 | 3.0 25.587467 | | | 11 | 120 44.10080 | 1 | | | |
| 12 | 3.0 27.850305 | | | 12 | 120 47.99542 | 1 | | | |
| 13 | 4.0 2.959095 | | | 13 | 0 99.37947 | 2 | | | |
| 14 | 4.0 2.785030 | | | 14 | 0 100.62053 | 2 | | | |
| | | | | 15 | 20 90.31026 | 2 | | | |
| | | | | 16 | 40 85.91885 | 2 | | | |
| | | | | 17 | 65 74.84487 | 2 | | | |
| | | | | 18 | 65 78.37709 | 2 | | | |

- 3 -

PAGE 13/28 * RCVD AT 9/7/2004 9:10:35 AM [Eastern Daylight Time] * SVR:USPTO-EFXRF-3/24 * DNIS:2730937 * CSID:+45 44426080 * DURATION (mm-ss):05-54

|  |  |  |  |
|---|---|---|---|
|  | 19 90 57.37470 2 |  |  |
|  | 20 90 59.37947 2 |  |  |
|  | 21 120 46.58711 2 |  |  |
|  | 22 120 45.53699 2 |  |  |
|  | 23 225 16.22912 2 |  |  |
|  | 24 225 18.23389 2 |  |  |

7. For each data series, a regression line was computed and the half-life was computed based on the regression line. The two data-series for BSG wild type gave different slopes (p=0.01), so they were treated both separately and as one series. The two data series for BSGdel give consistent slopes (p=0.96), so they are treated as one series. In the table, the half-lives are compared and the improvement factors are compared. The numbers in parenthesis corresponds to the two data series on BSG wild type treated separately.

|  | Half-life @ 80 degree Celcius | Improvement | Relative improvement |
|---|---|---|---|
| BAN WT | 0.9 min |  |  |
| BANdel | 9.5 min | 11x |  |
| BSG WT | 92 min (87-111) |  |  |
| BSGdel | 5775 min | 63x (52x – 66x) | 5.7x (4.7x – 6x) |

8. A graphical illustration is provided below.

- 4 -



Thermo stabilization, BSG and BAN

9. The deletion of R179-G180 in BSG has a pronounced and very surprising effect on the thermal stability in BSG as compared to the deletion of R176-G177 in BAN. The deletion of R179-G180 in BSG causes a 63 fold increase in half-life at 80 degree Celsius whereas the deletion of R176-G177 in BAN causes only an 11 fold increase in half-life at the same conditions. The deletion of R179-G180 in BSG gives a relative improvement of thermal stability which is 5 to 6 times higher than what is seen in BAN having the deletion of R176-G177. These results are statistically significant and very surprising as the effect of the double deletion in BSG is significantly greater than what would have been expected based on the

-5-

combined teachings of Suzuki et al. (JBC 260:6518, 1989) in view of Bisgaard-Frantzen et al., WO 95/10603. The statistical analysis is attached as Appendix 1.

10. All statements made herein of my own knowledge are true and all statements made herein on information and belief are believed true. Further, I am aware that willful false statements and the like are punishable by fine, imprisonment, or both, 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the involved Svendsen application, as well as the position of Novozymes in the above-captioned interference.

Date SEP 6th, 2004

Torben V. Borchert, Ph.D.

- 6 -

PAGE 16/28 * RCVD AT 9/7/2004 9:10:35 AM [Eastern Daylight Time] * SVR:USPTO-EFXRF-3/24 * DNIS:2730937 * CSID:+45 44426080 * DURATION (mm-ss):05-54

## Appendix 1:

*Differences between data-series, BSG:*

BSG-WT



BSG WT

## Summary of statistical analysis.

Below is a screen-dump from the statistical analysis, showing that there is a significant difference in the slope in the two data series. The p-value for same slope is underlined.
The analysis was done in R version 1.8.1 (http://www.r-project.org). The data for the BSG WT is held in the data-frame bsg.wt as shown in the table above. In the data-frame the time is called var1, the residual activity is var2 and var3 is a factor over the two series of experiments. The output shows the effect of the factor on a linear regression on the Log(residual activity) over incubation time.

```
> summary(lm(log10(bsg.wt$var2)~bsg.wt$var1*bsg.wt$var3))

Call:
lm(formula = log10(bsg.wt$var2) ~ bsg.wt$var1 * bsg.wt$var3)

Residuals:
     Min        1Q    Median        3Q       Max
-0.063233 -0.012558  0.001456  0.020149  0.063980

Coefficients:
                          Estimate Std. Error t value Pr(>|t|)
(Intercept)              2.0043563  0.0165332 121.233  < 2e-16 ***
bsg.wt$var1             -0.0027017  0.0002416 -11.183 4.68e-10 ***
bsg.wt$var32             0.0520051  0.0226679   2.294   0.0327 *
bsg.wt$var1:bsg.wt$var32 -0.0007776  0.0002771  -2.806   0.0109 *
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1

Residual standard error: 0.03408 on 20 degrees of freedom
Multiple R-Squared: 0.9768,     Adjusted R-squared: 0.9733
F-statistic: 280.4 on 3 and 20 DF,  p-value: < 2.2e-16
```

BSG-DEL



## Summary of statistical analysis.

Below is a screen-dump from the statistical analysis, showing that there is not a significant difference in the slope in the two data series. The p-value for same slope is underlined.

The analysis was done in R version 1.8.1 (http://www.r-project.org). The data for the BSG deletion is held in the data-frame bsg.del as shown in the table above. In the data-frame the time is called var1, the residual activity

is var2 and var3 is a factor over the two series of experiments. The output shows the effect of the factor on a linear regression on the Log(residual activity) over incubation time.

```
> summary(lm(log10(bsg.del$var2)~bsg.del$var1*bsg.del$var3))

Call:
lm(formula = log10(bsg.del$var2) ~ bsg.del$var1 * bsg.del$var3)

Residuals:
        1          2          3          4          5          6          7          8
-0.0043196 -0.0008682  0.0020522  0.0151601  0.0002194 -0.0120245 -0.0004197
 0.0002003

Coefficients:
                            Estimate Std. Error t value Pr(>|t|)
(Intercept)                2.004e+00  5.978e-03 335.303 4.75e-10 ***
bsg.del$var1              -5.310e-05  6.243e-06  -8.505  0.00105 **
bsg.del$var34              1.836e-03  1.739e-02   0.106  0.92103
bsg.del$var1:bsg.del$var34 4.731e-07  8.218e-06   0.058  0.95685
---
Signif. codes:  0 `***' 0.001 `**' 0.01 `*' 0.05 `.' 0.1 ` ' 1

Residual standard error: 0.009979 on 4 degrees of freedom
Multiple R-Squared: 0.9905,     Adjusted R-squared: 0.9834
F-statistic: 139.2 on 3 and 4 DF,  p-value: 0.0001682
```

## Comparing thermo stabilization.

### *Analysis of significance of different stabilization:*

We have the following slopes on the curves:

|        | Slope      | Std err  | Relative std err |
|--------|------------|----------|------------------|
| BAN WT | -0.346932  | 0.042031 | 0.121152         |
| BAN DEL| -0.031550  | 0.001153 | 0.036556         |
| BSG WT | -0.003286  | 0.000128 | 0.039024         |
| BSG DEL| -0.000052  | 0.000002 | 0.040217         |

We can compute the ratios of the slopes (which are the reciprocals of the ratios of the half-lifes).

|                 | Ratio       | Std err    | Relative Std err |
|-----------------|-------------|------------|------------------|
| BAN WT / BAN DEL| 10.9962346  | 1.3915416  | 0.1265471        |
| BSG WT / BSG DEL| 63.04430515 | 3.53290004 | 0.05603837       |

This means we have a ratio between the slopes of

$$\frac{63.0}{11.0} = 5.73$$

with a relative standard error of

$$\sqrt{0.127^2 + 0.056^2} = 0.138$$

and a standard error of

$$5.73 * 0.138 = 0.79$$

So, if we use the golden rule of standard errors, that the true value is within +/- two standard errors of the estimated value, we have that the deletion has a stabilizing effect in BSG which is between 4 and 7 times what is seen in BAN.

C.V.

Torben V. Borchert
Biskop Svanes Vej 65A, 1th
DK-3460 Birkerød
Denmark

Protein Design, Novozymes
Building 1U1.23
DK-2880 Bagsværd,
Denmark
Tel. +45 44 42 69 77
Fax. +45 44 98 02 46
Mob. +45 23 71 31 48

EDUCATION:

| | |
|---|---|
| March 1991 | Ph.D.<br>The technical University of Denmark (DTH)<br>DK-2800 Lyngby<br>Denmark. |
| February 1988 | M.S. in biochemical engineering (civilingenior)<br>The technical University of Denmark (DTH)<br>DK-2800 Lyngby<br>Denmark. |

ADDITIONAL EDUCATION/QUALIFICATIONS:

| | |
|---|---|
| 2003 | Nz leadership competences |
| Fall 2001 | DIEU: Assertionstræning |
| 1996 | Project Management |
| Fall 1994 | Course on Communication<br>Engineering and Business Administration (EBA)<br>Ingeniorhojskolen, Kobenhavns Teknikum. |
| June 1994 | Course on Marketing<br>Engineering and Business Administration (EBA)<br>Ingeniorhojskolen, Kobenhavns Teknikum. |
| April 1992 | Cold Spring Harbor Laboratory course on |

"Protein purification and characterization"

### PAST & CURRENT APPOINTMENTS:

| | |
|---|---|
| Sep 1993-<br>Present | Director, Protein Design<br>Senior Manager, Protein Design<br>Principal Scientist<br>Chemist (research scientist)<br><br>Novozymes (Novo Nordisk)<br>Molecular Biotechnology<br>Bagsvaerd, Denmark. |
| May 1991-<br>Aug. 1993 | Post doctoral fellow<br>European Molecular Biology Laboratory<br>D-6900 Heidelberg<br>Germany. |
| Jan. 1991-<br>Apr. 1991. | Worked on a project for Valio, Finnish Co-operative dairies association, Research and Development Centre.<br>P.O. Box 176, SF 00181 Helsinki, Finland.<br>This work was carried out at The technical University of Denmark. |
| Nov. 1989-<br>Dec. 1990 | Graduate student<br>The technical University of Denmark.<br>Dept. of Microbiologi.<br>DK-2800 Lyngby, Denmark. |
| Apr. 1988-<br>Oct. 1989 | Worked as "Visiting Scientist" at<br>E.I. du Pont de Nemours & Co., Experimental Station,<br>Wilmington, Delaware 19880, USA. |
| Feb. 1987- | M.S. project. |

Feb.1988    Dept. of Microbiology, The technical University of Denmark.

BIBLIOGRAPHY:

Publications:
J. Le Nours, C. Ryttersgaard, L.L. Leggio, P.R. Østergaard, T.V. Borchert, L.L.H. Christensen, S. Larsen (2003) Structure of two fungal beta-1,4-galactanases: Searching for the basis for temperature and pH optimum. Protein Science 12:1195- 1204.

S. Najmudin, J.T. Andersen, S.A. Patkar, T.V. Borchert, D.H.G. Crout, and V. Fulop (2003). Purification, crystallization and preliminary X-ray crystallographic studies of acetolactate decarboxylase. Acta Cryst D D59: 1073-1075.

O. Kirk, T. V. Borchert, and C.C. Fuglsang (2002): Industrial enzyme applications. Current Opinion in Biotechnology 13: 345-351.

J. E. Ness, S. Kim, A. Gottman, R. Pak, A. Krebber, T.V. Borchert, S. Govindarajan, E.C. Miundorff, J. Minshull (2002). Synthetic shuffling expands functional protein diversity by allowing amino acids to recombine independently. Nature Biotechnology 20: 1251-1255.

T Schäfer, O Kirk, T.V. Borchert, C.C. Fuglsang, S. Pedersen, S. Salmon, H.S. Olsen, R. Deinhammer, H. Lund (2002). Enzymes for technical applications.
In Fahnestock, Steinbüchel (editors), Biopolymers Volume 7: Polyamides and Complex Proteinaceous Materials I. pp 377 - 437

A. Koumanov, A. Karshikoff, E.P. Friis, and T. V. Borchert (2001) Conformational averaging in pKa Calculations: Improvements and Limitations in Prediction of Ionization Properties of Proteins. J. Phys. Chem. B 105: 9339-9344

J.E. Nielsen, T. V. Borchert and G. Vriend (2001) The determinants of alpha-amylase pH-activity profiles. Protein Engineering 14: 505-512.

S. Danielsen, M. Eklund, H.J. Deussen, T. Gräslund, P.Å. Nygren, T. V. Borchert (2001) In vitro selection of enzymatically active lipase variants from phage libraries using a mechanism-based inhibitor. Gene 272: 267-274.

J. E. Nielsen and T. V. Borchert (2000) Protein engineering of bacterial alpha-amylases. BBA 1543 (2000): 253-274.

H. Dalbøge and T. V. Borchert (2000) Engineered enzymes. BBA 1543 (2) Special Issue on protein engineering of Enzymes. Preface vii-viii.