IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 1st day of July, 2005, copies of the following documents were served upon counsel of record:

1. Defendants' First Set Of Interrogatories To Plaintiff Novozymes A/S;

2. Defendants' First Request For The Production Of Documents And Things To Plaintiff Novozymes A/S.

### BY E-MAIL

Karen Keller, Esquire
Young Conaway Stargatt & Taylor LLp
1000 West Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Steven E. Lipman, Esquire
Darby & Darby P.C.
805 Third Avenue
New York, NY 10022

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| Dated: July 1, 2005 | /Donald E. Reid (1058)<br>Donald E. Reid, State Bar No. 1058<br>Jason A. Cincilla (Del. Bar No. 4232)<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>  Attorneys for Defendants |