IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>                    Plaintiff<br><br>        v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT<br>CORPORATION<br><br>                    Defendants | C.A. No. 05-160-KAJ |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of (1) Novozymes A/S First Set of Requests for Admission (Nos. 1-120) to Genencor International, Inc. and Enzyme Development Corp.; (2) Novozymes A/S First Set of Interrogatories (Nos. 1-9); and (3) Novozymes A/S First Set of Requests for the Production of Documents and Things (Nos. 1-60) to Genencor International, Inc. and Enzyme Development Corporation to be served on July 1, 2005 on the following counsel of record in the manner indicated:

BY ELECTRONIC MAIL

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Tharan Lanier, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on July 5, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Tharan Lanier, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Dated:   July 5, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiff*
*Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley

**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

WP3:1127290.1                                                                                              999999.0755