IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: 05-160 KAJ ) |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of July, 2005, copies of Enzyme Development Corporation's Initial Disclosures and Genencor International, Inc.'s Initial Disclosures were served upon counsel of record by e-mail:

> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street
> Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Donald E. Reid*

Donald E. Reid, State Bar No. 1058
Jason A. Cincilla (Del. Bar No. 4232)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
 Attorneys for Defendants

Dated: July 20, 2005