IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 22nd day of July, 2005, copies of **Defendants' Responses To Plaintiff's First Set Of Requests For Admissions; Defendants' Responses To Plaintiff's First Set Of Requests For Production Of Documents And Things; Enzyme Development Corporation's Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories,** and **Genencor International, Inc.'s Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories** were served upon counsel of record by e-mail:

>Karen E. Keller, Esquire (kkeller@ycst.com)
>Young Conaway Stargatt & Taylor LLP
>1000 West Street
>Wilmington, DE 19801
>
>Steven E. Lipman, Esquire (slipman@darbylaw.com)
>Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
>Darby & Darby P.C.
>805 Third Avenue, 27th Floor
>New York, NY 10022

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jason Cincilla
Donald E. Reid, State Bar No. 1058
Jason A. Cincilla (Del. Bar No. 4232)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
  Attorneys for Defendants

Dated: July 25, 2005

475498