## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 25th day of July, 2005 a copy of **Notice of Service** was served electronically on the following counsel of record:

>Karen E. Keller, Esquire
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

_____
Jason A. Cincilla (#4232)

475507