IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **16th** day of **September, 2005,**

IT IS ORDERED that the oral argument presently set for **October 14, 2005 at 10:00 a.m.** is hereby rescheduled to **October 19, 2005 at 2:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE