# SEALED DOCUMENT

Case 1:05-cv-00160-KAJ-MPT    Document 47    Filed 09/16/2005    Page 1 of 1