IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of September, 2005, copies of **Enzyme Development Corporation's Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories and Genencor International, Inc.'s Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories** were served upon counsel of record by e-mail:

    Karen E. Keller, Esquire (kkeller@ycst.com)
    Young Conaway Stargatt & Taylor LLP
    1000 West Street
    Wilmington, DE 19801

    Steven E. Lipman, Esquire (slipman@darbylaw.com)
    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

                            MORRIS, NICHOLS, ARSHT & TUNNELL

                            */s/*
                            Donald E. Reid, State Bar No. 1058
                            Jason A. Cincilla (Del. Bar No. 4232)
                            Chase Manhattan Centre, 18th Floor
                            1201 North Market Street
                            Wilmington, DE 19899-1347
                            Telephone: (302) 658-9200

Dated: September 19, 2005                   Attorneys for Defendants