**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOVOZYMES A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 05-160-KAJ |
| | ) | |
| GENENCOR INTERNATIONAL INC. | ) | |
| AND | ) | |
| ENZYME DEVELOPMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the

approval of the Court, that the time within which Plaintiff Novozymes A/S shall file and

serve its Reply Brief in Support of its Motion for Preliminary Injunction is extended

through and including October 5, 2005.

NOVOZYMES A/S

By its attorneys:

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Josy W. Ingersoll (# 1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

GENENCOR INTERNATIONAL INC.
AND  ENZYME DEVELOPMENT
CORPORATION

By its attorneys:

___/s/ Donald E. Reid_____
MORRIS    NICHOLS    ARSHT    &
TUNNELL
Donald E. Reid (No. 1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7219
dreid@mnat.com

SO ORDERED on this _____ day of _____, 2005.

_____
United States District Court Judge