**DOCUMENT EXCEEDS PAGE LIMITATION FOR E-FILING**

**DOCUMENT IS AVAILABLE ON FILE WITH CLERK'S OFFICE IN HARD COPY**