# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

DONALD E. REID
302 575 7219
302 425 3001 FAX
dreid@mnat.com

FILED
OCT 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

October 3, 2005

**VIA HAND DELIVERY**

Mr. Robert Cruikshank
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:  Novozymes A/S v. Genencor International, Inc., et al.
            Civil Action No. 05-160-KAJ

Dear Bob:

      In accordance with your conversation with my assistant, Ann Ropp, enclosed are two complete copies of Tab 8 to Exhibit G contained in Volume 4 of 7 of Genencor's And EDC's Appendix In Opposition To Novozymes' Motion For Preliminary Injunction which was filed under seal with the Court on September 16, 2005. I appreciate your agreeing to substitute the enclosed copies for us.

      Thank you for your assistance with this matter.

                      Very truly yours,

                      *Don*

                      Donald E. Reid

DER/amr
Enclosures
cc:   Karen E. Keller, Esquire (w/enc.) (Via Hand Delivery)
       Robert C. Sullivan, Jr., Esquire (w/enc.) (Via Federal Express)

*RR: DI 44 — Replaced 10/4/05 Ane*