IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-160 (KAJ) |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David K. Tellekson to represent Novozymes A/S in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per submission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ [signature]

Josy W. Ingersoll (# 1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Dated: October 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the **Bar of Washington, Minnesota, and Illinois,** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 **will be paid** to the Clerk of Court.

**David K. Tellekson**
Darby & Darby P.C.
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
**(206) 262-8957**

Date: 10/12/05

{S:\DKT\MISC\80040302.DOC }

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of David K. Tellekson, is granted.

Date: _____, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Donald E. Reid, Esquire
>Jason Cincilla, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 North Market Street
>PO Box 1347
>Wilmington, DE  19899-1347

I further certify that on October 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND FACSIMILE**

>Thomas E. Friebel, Esquire
>JONES DAY
>222 East 41st Street
>New York, NY 1017-6702

>Tharan Gregory Lanier, Esquire
>Jane Froyd, Esquire
>JONES DAY
>2882 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com
>
>*Attorneys for Novozymes A/S*

DB01:1616884.1