IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-160 (KAJ) |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the document listed below has been manually filed with the Court due to its voluminous size and is maintained in paper form only in the case file in the Clerk's Office:

**REDACTED VERSION OF REPLY BRIEF IN SUPPORT OF NOVOZYMES' MOTION FOR A PRELIMINARY INJUNCTION**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (# 1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Dated: October 13, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Donald E. Reid, Esquire
>Jason Cincilla, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on October 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Thomas E. Friebel, Esquire
>JONES DAY
>222 East 41st Street
>New York, NY 1017-6702

>Tharan Gregory Lanier, Esquire
>Jane Froyd, Esquire
>JONES DAY
>2882 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com
>
>*Attorneys for Novozymes A/S*

DB01:1616884.1