# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 575 7219
302 425 3001 Fax
dreid@mnat.com

October 19, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

        Re:    Novozymes A/S v. Genencor International, Inc., et al.
                 C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

       Following up on the discussion with Your Honor at the conclusion of the hearing this afternoon, the defendants are willing to forego a separate Markman hearing prior to a bench trial on liability in order to allow the parties to focus on finding a time convenient to the Court and counsel in the first quarter of 2006 for such a trial.

                                     Respectfully yours,

                                     Donald E. Reid (#1058)

DER/amr
cc:    Dr. Peter T. Dalleo, Clerk (Via Electronic Filing)
       Karen E. Keller, Esquire (Via Electronic Filing)