# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

DONALD E. REID
302 575 7219
302 425 3001 Fax
dreid@mnat.com

October 19, 2005

**CONFIDENTIAL**
**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    Novozymes A/S v. Genencor International, Inc., et al.
                C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

       Enclosed for Your Honor's convenience are paper copies of the materials which Genencor plans on using during its portion of the hearing before Your Honor this afternoon.

                                      Respectfully yours,

                                      Donald E. Reid (#1058)

DER/amr
Enclosures
  cc:   Dr. Peter T. Dalleo, Clerk (w/enc.) (By Hand)
         Karen E. Keller, Esquire (w/enc.) (By Hand)