# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 575 7219
302 425 3001 Fax
dreid@mnat.com

October 21, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   Novozymes A/S v. Genencor International, Inc., et al.
             C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

      At Your Honor's request, I hereby confirm that the defendants are willing and able to go forward with a three-day bench trial limited to liability issues in this matter during the first quarter of 2006.

      Respectfully yours,

      Donald E. Reid (#1058)

DER/amr
cc:   Dr. Peter T. Dalleo, Clerk (Via Electronic Filing)
       Karen E. Keller, Esquire (Via Electronic Filing)