# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 575 7219
302 425 3001 Fax
dreid@mnat.com

November 8, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

> Re:    Novozymes A/S v. Genencor International, Inc., et al.
> C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

The parties have conferred and have prepared a stipulation with respect to some of the scheduling dates in this matter.  A copy of the stipulation is enclosed for Your Honor's consideration.  If it meets with Your Honor's approval, the parties respectfully request that it be entered as an order of the Court.  Counsel are available if Your Honor has any questions regarding the stipulation.

Respectfully yours,

*Donald E. Reid*

Donald E. Reid (#1058)

DER/amr
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (w/enc.) (Via Electronic Filing)
       Karen E. Keller, Esquire (w/enc.) (Via Electronic Filing)