IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. All discovery relating to the liability issues in this case, including any expert discovery relating to the liability issues, shall be initiated so that it will be completed on or before January 31, 2006.

2. The party with the burden of proof on any liability issue shall serve any expert reports on or before November 22, 2005 and answering or rebuttal reports shall be served on or before December 22, 2005.

3. If warranted following the Phase I trial called for in the Court's First Amended Scheduling Order, the party having the burden of proof on any damages issue shall serve any expert reports on or before July 7, 2006 and answering or rebuttal reports shall be served on or before July 28, 2006. All discovery relating to any damage issues shall be initiated so that it will be completed on or before August 11, 2006.

4. The parties shall not be required to comply with the obligations and/or deadlines stated in paragraphs 9, 11, 12 and 13 of the Court's July 5, 2005 Scheduling Order since

all of the claim construction issues shall be dealt with at the Phase I trial.

    5.  The proposed final pretrial order with respect to the Phase I trial shall be filed with the Court on or before January 10, 2006.

| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Karen E. Keller | *Donald E. Reid* |
| Karen E. Keller (#4489) | Donald E. Reid (#1058) |
| The Brandywine Building | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 575-7219 |
|  Attorneys for Plaintiff |  Attorneys for Defendants |

SO ORDERED this 9th day of November, 2005.

_____
J.

491116