IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION<br><br>Defendants. | C.A. No. 05-160-KAJ |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of (1) Expert Report of John Rickert Devereux, Ph.D. and (2) Expert Report of Frances Hamilton Arnold, Ph.D. to be served on November 22, 2005 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Thomas E. Friebel, Esquire
JONES DAY
222 East 41st Street
New York, NY 1017-6702

Tharan Gregory Lanier, Esquire
Jane Froyd, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 29, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY E-MAIL**

Thomas E. Friebel, Esquire
JONES DAY
222 East 41st Street
New York, NY 1017-6702

Tharan Gregory Lanier, Esquire
Jane Froyd, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Dated: November 29, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700