IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-160 KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd of November, 2005, Genencor and EDS's Burden of Proof Liability Reports by Experts Thomas C. Alber, Alexander M. Klibanov and Mischa Machius were served by email and overnight mail upon the following counsel:

    Karen E. Keller, Esquire (kkeller@ycst.com)
    Young Conaway Stargatt & Taylor LLP
    1000 West Street
    Wilmington, DE  19801

    Steven E. Lipman, Esquire (slipman@darbylaw.com)
    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

    David K. Tellekson, Esquire (dtellekson@darbylaw.com)
    Darby & Darby P.C.
    1191 Second Avenue
    Seattle, WA 98101

                                     MORRIS, NICHOLS, ARSHT & TUNNELL

                                     /s/
                                   Donald E. Reid, (Del. Bar No. 1058)
                                   Jason A. Cincilla (Del. Bar No. 4232)
                                   Chase Manhattan Centre, 18th Floor
                                   1201 North Market Street
                                   Wilmington, DE 19899-1347
                                   Telephone: (302) 658-9200

Dated: December 2, 2005                        Attorneys for Defendants