IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | |
| Plaintiff, | C.A. No. 05-160-KAJ |
| v. | |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the court; as follows:

1. The deadline for submitting the **Pretrial Order** shall be moved from January 10, 2006 to **February 1, 2006**.

2. The **pretrial conference** on infringement will be scheduled for **9:30 AM on February 9, 2006**. The parties agreed that no case dispositive motions will be filed at this stage.

3. **Dispositive motions on damages** shall be served on or before **July 3, 2006**; the opposing brief shall be served within 10 days on or before **July 13, 2006**; and the reply brief shall be served within 5 days on or before **July 18, 2006**.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorney for Plaintiff Novozymes A/S


MORRIS, NICHOLS, ARSHT & TUNNELL


__/s/ Jason A. Cincilla_____
Donald A. Reid (No. 1058)
Jason A. Cincilla (No. 4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 575-7219

Attorney for Defendants


**SO ORDERED** this _____ day of December, 2005.


_____
United States District Court Judge

DB01:1943014.2                                                              064080.1001