IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff | ) C.A. No. 05-160-KAJ |
| | ) |
| v. | ) |
| | ) |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of (1) Rebuttal Expert Report of Gideon J. Davies, Ph.D and (2) Rebuttal Expert Report of Frances Hamilton Arnold, Ph.D. to be served on December 22, 2005 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL and FEDEX**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Tharan Lanier, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 23, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Greg Lanier, Esquire
Thomas E. Friebel, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

|  |  |
|---|---|
| Dated: December 23, 2005 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Karen E. Keller*<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br>*Attorneys for Plaintiff Novozymes A/S* |

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700