IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT | ) |
| CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of December, 2005, copies of the SECOND EXPERT REPORT OF DR. THOMAS C. ALBER were served upon counsel of record by e-mail:

    Karen E. Keller, Esquire (kkeller@ycst.com)
    Young Conaway Stargatt & Taylor LLP
    1000 West Street
    Wilmington, DE 19801

    Steven E. Lipman, Esquire (slipman@darbylaw.com)
    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    David K. Tellekson, Eesquire (dtellekson@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

    MORRIS, NICHOLS, ARSHT & TUNNELL

    /s/ Jason A. Cincilla
    Donald E. Reid, State Bar No. 1058
    Jason A. Cincilla (Del. Bar No. 4232)
    1201 North Market Street
    Wilmington, DE 19899-1347
    (302) 658-9200
      Attorneys for Defendants

December 23, 2005

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 23rd day of December, 2005 a copy of the **Notice of Service** was served electronically on the following counsel of record:

> Karen E. Keller, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

_____
Jason A. Cincilla (#4232)

475507