IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30TH of December, 2005, Defendants' Second Set Of Interrogatories To Plaintiff Novozymes A/S were served by email upon the following counsel:

    Karen E. Keller, Esquire (kkeller@ycst.com)
    Young Conaway Stargatt & Taylor LLP
    1000 West Street
    Wilmington, DE  19801

    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

    David K. Tellekson, Esquire (dtellekson@darbylaw.com)
    Darby & Darby P.C.
    1191 Second Avenue
    Seattle, WA 98101

    MORRIS, NICHOLS, ARSHT & TUNNELL

    /s/ Donald E. Reid
    Donald E. Reid, (Del. Bar No. 1058)
    Jason A. Cincilla (Del. Bar No. 4232)
    Chase Manhattan Centre, 18th Floor
    1201 North Market Street
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200

Dated: January 5, 2006    Attorneys for Defendants