IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 9th of January, 2006, Genencor International, Inc.'s Second Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories were served by email upon the following counsel:

Karen E. Keller, Esquire (kkeller@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Donald E. Reid*
Donald E. Reid, (Del. Bar No. 1058)
Jason A. Cincilla (Del. Bar No. 4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Attorneys for Defendants

January 10, 2006