IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 31st day of January, 2006, Genencor International, Inc.'s Fourth Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories and Enzyme Development Corporation's Second Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories were served by email upon the following counsel:

        Karen E. Keller, Esquire (kkeller@ycst.com)
        Young Conaway Stargatt & Taylor LLP
        1000 West Street
        Wilmington, DE 19801

        Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
        Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
        Darby & Darby P.C.
        805 Third Avenue, 27th Floor
        New York, NY 10022

        David K. Tellekson, Esquire (dtellekson@darbylaw.com)
        Darby & Darby P.C.
        1191 Second Avenue
        Seattle, WA 98101

MORRIS, NICHOLS, ARSHT & TUNNELL

*Donald E. Reid* (signature)

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
 Attorneys for Defendants
  Genencor International, Inc. and
  Enzyme Development Corporation

OF COUNSEL:

Tharan Gregory Lanier
Kenneth R. Adamo
Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY  10017-6702

Dated: January 31, 2006