IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 05-160-KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of Plaintiff's Responses to Defendants' Second Set of Interrogatories to be served on January 30, 2005 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Tharan Lanier, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of Plaintiff's Second Supplemental Responses to Defendants' First Set of Interrogatories to Plaintiff to be served on January 31, 2005 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Tharan Lanier, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 3, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Tharan Lanier, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Dated: February 3, 2006