IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING 35 U.S.C. § 282**

As set forth in the Joint Pretrial Order, filed February 1, 2006, defendants Genencor International, Inc. and Enzyme Development Corporation rely upon the following prior art regarding the patent in suit:

1. Suzuki *et al.*, *Amino Acid Residues Stabilizing a Bacillus Alpha-Amylase Against Irreversible Thermoinactivation*, J. Biol. Chem. 264: 18933-18938 (1989).

2. Bisgaard-Frantzen *et al.*, PCT Publication No. WO 95/10603, titled "Amylase Variants" and dated April 20, 1995.

3. Machius *et al.*, *Crystal Structure of Calcium-depleted Bacillus licheniformis alpha-amylase at 2.2 Å Resolution*, J. Mol. Biol. 246: 545-559 (1995).

4. Gray *et al.*, *Structural Genes Encoding the Thermophilic alpha-Amylase of Bacillus stearothermophilus and Bacillus licheniformis*, J. Bacteriol. 166: 635-643 (1986).

5. Gray, U.S. Patent No. 5,093,257, entitled "Hybrid Prokaryotic Polypeptides by in vivo Recombination," (1992).

6. Yuuki *et al.*, *Complete Nucleotide Sequence of a Gene Coding for Heat- and-pH-Stable alpha-Amylase of Bacillus licheniformis: Comparison of the Amino Acid Sequences of Three Bacterial Liquefying alpha-Amylases Deduced from the DNA Sequences*, J. Biochem. (Tokyo) 98(5): 1147-1156 (1985).

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      /s/ Donald E. Reid
                                      Donald E. Reid (#1058)

OF COUNSEL:                        Jason A. Cincilla (#4232)
                                      1201 North Market Street, 18th Floor
JONES DAY                           Wilmington, DE  19899-1347
Tharan Gregory Lanier            Telephone:    (302) 658-9200
Kenneth R. Adamo                 *Attorneys for Defendants*
Jane L. Froyd                             *Genencor International, Inc. and*
2882 Sand Hill Road, Suite 240      *Enzyme Development Corporation*
Menlo Park, CA  94025

JONES DAY
Thomas E. Friebel
Margaret B. Brivanlou
222 East 41st Street
New York, NY  10017-6702

February 13, 2006

**CERTIFICATE OF SERVICE**

I, Donald E. Reid, hereby certify that on the 13th day of February, 2006, a copy of Defendants' Supplemental Notice Regarding 35 U.S.C. § 282 was served by electronic filing (e-mail) upon the following counsel of record:

    Andrew A. Lundgren, Esquire (alundgren@ycst.com)
    Young Conaway Stargatt & Taylor LLp
    1000 West Street
    Wilmington, DE  19801

    Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

    David K. Tellekson, Esquire (dtellekson@darbylaw.com)
    Darby & Darby P.C.
    1191 Second Avenue
    Seattle, WA 98101

                                      _/s/ Donald E. Reid_
                                      Donald E. Reid (#1058)