*Novozymes A/S v. Genencor Int'l, Inc. and EDC*

# TIMELINE

| February 9, 2006 9:30 am | Pretrial Hearing - Judge Jordan told NZ that it must make witnesses available to GCOR and produce additional documents. |
|---|---|
| February 9, 2006 2:14 pm | G. Lanier email to D. Tellekson - Demanding that NZ produce additional documents by 02/15, and stating that GCOR intended to depose at least Borchert, Garbell, Holbo, Svendsen and Bisgaard-Frantzen, reserving right to take additional depositions concerning the "Waived Subjects" after review of the requested documents. |
| February 11, 2006 | R. Sullivan email to G. Lanier - Asking for GCOR's additional depositions requests as soon as possible, and claiming to have produced all documents on "Waived Subjects." Also, produces informal Arnold report, which NZ claims will provide the basis for her supplemental report, which it will produce on 02/13/06. |
| February 12, 2006 | G. Lanier email to R. Sullivan - Continuing to demand additional documents, and asking for Borchert, Holbo, Bisgaard-Franzen, Svendsen and Egede deposition dates. Also asks for explanation why new experimental data (including 12/19 Jorgensen declaration) was not produced earlier. |
| February 13, 2006 | K. Reiner email to G. Lanier - Making C. Jorgensen available for deposition on 02/16 or 02/17. Also asks to know which depositions GCOR really intends to take. |
| February 13, 2006 | K. Reiner email to G. Lanier - Informing GCOR that the "ramp-up" time experiments were conducted by Jeppe Wegener Tams and Mette Bjorn Egede, and asking whether GCOR intends to depose them as well. |
| February 13, 2006 | G. Lanier email to K. Reiner - Stating that GCOR does want to depose C. Jorgensen, J. Tams and all others previously mentioned (Borchert, Garbell, Holobo, Svendsen and Bisgaard-Frantzen). |
| February 13, 2006 | K. Reiner email to G. Lanier - Providing some translations. |
| February 13, 2006 | G. Lanier email to K. Reiner - Confirming C. Jorgensen deposition on 02/17/06. |
| February 13, 2006 | K. Reiner email to G. Lanier - Stating that due to weather, Arnold supplemental report may not be available until 02/14/06. |
| February 13, 2006 | G. Lanier email to K. Reiner - Asking again for deposition dates ASAP for "Borchert, Holbo, Tams, Paulsen, and Arnold." |
| February 14, 2006 | Telephone conference between counsel re: documents and deposition scheduling. |

MPT 34086v1

| February 14, 2006 | R. Sullivan email to G. Lanier - Offering deposition dates for Tams and Arnold, and indicating that Borchert, Holbo, and Egede are still "to be determined." |
|---|---|
| February 14, 2006 | G. Lanier email to R. Sullivan - Confirming Jorgensen, Tams and Arnold deposition dates and times, and requesting Borchert, Holbo and Egede ASAP. Also withdrew request to take Paulsen deposition. |
| February 15, 2006 | NZ produced Arnold Second Rebuttal Report and additional Jorgensen documents. |
| February 15, 2006 | R. Sullivan email to G. Lanier - Providing deposition date for Borchert. |
| February 16, 2006 | G. Lanier email to R. Sullivan - Confirming Borchert deposition date, and asking again for Holbo and Egede deposition dates. |
| February 17, 2006 | R. Sullivan email to G. Lanier - Offering Holbo deposition for 03/02/06 (same day as Borchert), and stating that NZ will not offer Egede as a witness at trial. |
| February 17, 2006 | G. Lanier email to R. Sullivan - Confirming that GCOR still wants to take Egede deposition, and stating that 03/02/06 is not an acceptable date for the Holbo deposition. |
| February 20, 2006 | G. Lanier email to K. Reiner - Demanding additional documents currently on NZ privilege log. |
| February 21, 2006 | K. Reiner email to G. Lanier - Stating that Holbo is only available on 03/03 and that Egede is also available on that day. Also produced additional documents. |
| February 21, 2006 | G. Lanier email to K. Reiner - Stating that GCOR does not agree to take the Holbo and Egede depositions on the same day, 03/03/06. Also asked that NZ make Holbo and Egede available during February 27 - March 1, each on a different day. |
| February 21, 2006 | K. Reiner email to G. Lanier - Confirming that Holbo is available for deposition on 03/03/06, and stating that they are checking Egede's availability. |
| February 21, 2006 | G. Lanier email to K. Reiner - Stating that GCOR would ask the Court for discovery relief. |
| February 21, 2006 | K. Reiner email to G. Lanier - Stating that they reviewed the entries on NZ's privilege log that GCOR contends relate to the "Waived Subjects," and complaining about the length of GCOR's list. Also stated that they found no documents subject to the waiver that have not already been produced. Did not provide any further information about those privilege log entries. |

| February 21, 2006 | G. Lanier email to K. Reiner - Explaining the manner in which GCOR chose entries on NZ's privilege log that required further information and/or production, and noting that it is NZ's burden to justify the identified entries on its privilege log, because it is NZ that is attempting to withhold documents. |
| --- | --- |
| February 22, 2006 | G. Lanier email to K. Reiner - Stating that the Court had set a schedule regarding GCOR's complaint about deposition scheduling, and proposing a possible compromise to the issue. |
| February 22, 2006 | G. Lanier email to K. Reiner - Following-up to a telephone conversation between the two regarding the compromise that had been reached concerning deposition scheduling. |
| February 22, 2006 | K. Reiner email to G. Lanier - Confirming compromise regarding deposition scheduling. |
| February 22, 2006 | G. Lanier email to K. Reiner - Stating that, based on the parties' compromise, GCOR would not seek relief from the Court regarding deposition scheduling. |
| February 22, 2006 | K. Reiner email to G. Lanier - Stating that NZ was under no obligation to explain the privilege log entries about which GCOR requested further information. |
| February 24, 2006 | G. Lanier email to K. Reiner - Seeking confirmation on NZ's position regarding the privilege log issue, and inviting NZ to reconsider the issue as to at least those documents marked by NZ at the Garbell deposition. Also stated that GCOR would ask the Court for relief if the parties could not work out this issue. |
| February 24, 2006 | G. Lanier email to K. Reiner - Asking for more information regarding documents concerning previously undisclosed experiments, which NZ produced that day. Also demanded that NZ produce all documents, in their unredacted form, that relate to those experiments, including the results of the experiments. |
| February 24, 2006 | K. Reiner email to G. Lanier - Stating NZ's position that it was under no obligation to explain why a document on its privilege log is not subject to the limited waiver or prove to GCOR that NZ has made a full production. |
| February 26, 2006 | G. Lanier email to K. Reiner - Seeking clarification regarding recently produced documents. |
| February 26, 2006 | K. Reiner email to G. Lanier - Providing clarification regarding recently produced documents. |
| February 26, 2006 | G. Lanier email to K. Reiner - Seeking further clarification regarding recently produced documents. |

| February 26, 2006 | K. Reiner email to G. Lanier - Providing further clarification regarding recently produced documents. |
|---|---|
| February 27, 2006 | K. Reiner email to G. Lanier - Stating that while NZ has no obligation to do so, it would provide GCOR with some more information about redacted documents. |
| February 27, 2006 | K. Reiner email to G. Lanier - Providing more information about redacted documents. |
| February 27, 2006 | G. Lanier email to K. Reiner - Reasserting GCOR position that NZ must provide further information regarding all of the privilege log entries about which GCOR sought information. |