IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | |
| Plaintiff, | C.A. No. 05-160-KAJ |
| v. | |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | |
| Defendants. | |

## STIPULATION CONCERNING APPOINTMENT OF INTERPRETER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and is SO ORDERED by this Court, that pursuant to Rule 43(f) of the Federal Rules of Civil Procedure, that Christina Dentov Clark is appointed to serve as an interpreter of Danish in the trial of this action. A copy of Ms. Clark's curriculum vitae is attached. Ms. Clark's compensation shall be paid by the parties in proportion to their use of her services and it may be ultimately taxed as costs, in the discretion of the Court.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Rolin P. Bissell
Rolin P. Bissell (No. 4478)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6560
rbissell@ycst.com

Attorney for Plaintiff Novozymes A/S

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald A. Reid
Donald A. Reid (No. 1058)
Jason A. Cincilla (No. 4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 575-7219

Attorney for Defendants

**SO ORDERED this** _____ **day of** _____, 2006.

_____
United States District Court Judge

DB01:2013469.1   064080.1001

-----Original Message-----
**From:** Christina Dentov Clark [mailto:metaword@mail.dk]
**Sent:** Friday, March 03, 2006 10:24 AM
**To:** Reiner, Kevin
**Subject:** RE: Deposition of Vibeke Holbo

Hi Kevin,
I have not previously been certified as a translator or interpreter of any courts in the US. I have, however, been used as an interpreter by the Danish courts several times.
I have inserted my CV below.
Kind regards,
Christina
CHRISTINA DENTOV CLARK
ADDRESS: FREJASVEJ 14 • 3400 HILLERØD • DENMARK
PHONE 00 45 4825 1051 • MOBILE 00 45 2943 3049 • E-MAIL METAWORD@MAIL.DK

EDUCATION
1995 – 1999 MA Degree in Translation and Interpreting (English), Copenhagen Business School 1992 – 1995 BA in Language for Special Purposes (English and Italian), Copenhagen Business School

WORK EXPERIENCE
2001-             MetaWord (Own company)
Job details (English-Danish and Danish-English)
Software Localisation, User Documentation and Installation Guides: I have translated, localized and proofread user documentation, software strings (digital cameras, laser printers, scanners, anti-virus software, mobile phones, telecommunication), installation guides, web-site material, legal and marketing material.
Annual Reports and Interim Reports: I have translated interim and annual reports and other economic texts for large companies dealing with Investment Funds and large Danish companies in the windmill industry.
Medical: I have translated user manuals, IFUs, sales and marketing material and legal material for medical instruments, eg. manuals for long length digital x-ray solutions and assay instructions for use. Legal translation: I have translated contracts, standard agreements, copyright related material, 4 chapters of a legal text book (Sale of Goods Act, Consumer legislation, Labour legislation and IT legislation).
Media and entertainment: I have translated in-game text (subtitles and audio) for many video games. Furthermore, I have translated numerous small jobs dealing with pharmaceutical inserts, marketing and sales documents, web-sites, legal documents and proofread various texts. I also teach English to individuals and small groups.
Interpreting: Several Conference interpreting assignments for a major Danish advertising agency, video conference interpreting in court cases, consecutive interpreting in court cases (pharmaceutical, chemical and legal terminology), interpreting for the Danish police, focus group interpreting for a Danish research company to name but a few.

1999 – 2001      PC KnowHow (PC magazine)
Translator, DTP, Project leader
I translated and localized the English texts into Danish, and I also aided in desktop publishing in providing our designer with localized screen dumps. Furthermore, I functioned as project leader making sure the magazine got a good start on the Danish market, and I also helped set up a Web-site for the magazine.

1995 –1999        Various jobs
Legal and technical secretary
In this period I have held jobs such as Legal Secretary, and I have been an English correspondent at NKT Cables A/S where I dealt with English and Danish correspondence, translation and proof-reading of technical texts.