NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| TORBEN BORCHERT - 08/30/05 | | |
|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS |
| 5:8-9 | | |
| 5:19-7:6 | | |
| 7:19-8:21 | | |
| 9:19-10:15 | | |
| 11:25-12:18 | | |
| 14:18-17:14 | | |
| 18:18-19:21 | | |
| 29:15-24 | | |
| 31:15-32:2 | | |
| 32:21-24 | | |
| 33:21-34:4 | | |
| 34:20-35:12 | | |
| 35:21-36:4 | | |
| 36:23-37:3 | | |
| 37:13-38:14 | | |
| 39:20-40:6 | | |
| 41:6-18 | | |
| 42:3-14 | | |
| 45:9-20 | | |
| 67:6-12 | | Vague or Ambiguous; Lack of Foundation |
| 75:6-15, 21-25 | | |
| 81:22-82:18 | | |
| 84:4-13 | | |
| 98:25-99:20 | | |
| 112:3-5, 8-22 | | |
| 125:4-24 | | |
| 127:16-128:9 | | |
| 128:19-25 | | |

**NOVOZYMES A/S V. GENENCOR/EDC**
**U. S. DIST. COURT, DEL.**
**C.A. NO. 05-160-KAJ**

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| | | |
|---|---|---|
| 130:10-130:16 | | |
| 132:16-135:16 | | |
| 136:6-136:19 | | |
| 138:2-139:12 | | |
| 139:19-140:19 | | |
| 144:6-145:4 | | |
| 145:7-18 | | |
| 146:21-154:11 | | |
| 156:25-158:7 | | |

**NOVOZYMES A/S V. GENENCOR/EDC**
**U. S. DIST. COURT, DEL.**
**C.A. NO. 05-160-KAJ**

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| W. DOUGLAS CRABB - 08/30/05 | | |
|---|---|---|
| NOVOZYMES' DESIGNATIONS | GENENCOR/EDC'S COUNTER-DESIGNATIONS | GENENCOR/EDC'S OBJECTIONS |
| 23:9-24:5 | | |
| 40:21-42:17 | 42:18-43:20 (except 43:9-14) | |
| 43:21-44:15 | 44:16-21 | |
| 44:22-45:23 | | |
| 46:8-47:2 | | |
| 47:12-48:18 | | |
| 50:15-53:6 | | |
| 69:24-70:15 | | |
| 70:20-71:2 | 71:3-9<br>71:23-72:6<br>73:24-74:11 | |
| 117:4-24 | | |
| 119:2-7 | | |
| 126:20-127:2 | | |
| 127:5-12 | | |
| 127:15-128:4 | 128:5-8,12-16 | |
| 128:23-129:5 | | |
| 141:23-142:1 | | FRE 401-403 (Relevance); FRE 801-802 (Hearsay) |
| 142:15-142:18 | | FRE 401-403 (Relevance); FRE 801-802 (Hearsay) |
| 143:6-20 | 143:21-144:2 | FRE 401-403 (Relevance); FRE 801-802 (Hearsay) |
| 150:11-151:20 | 151:21-152:14 | |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| JASON GARBELL - 01/10/06 | | | |
|---|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS | GENENCOR/EDC'S OBJECTIONS |
| 4:17-21 | | | |
| 28:3-21 | | | |
| 30:5-24 | | | |
| 43:19-44:24 | 42:3-10 45:16-19 48:3-8, 14-23 49:11, 15-18 | | |
| 45:3-45:8 | | | |
| 55:3-6 | 54:4-6, 11-22 | Incomplete Designation | FRE 401-403 (Relevance) |
| 58:9-12 | 58:13-23 59:5-7 61:23-63:12 | Incomplete Designation | FRE 401-403 (Relevance) (58:13-23; 59:5-7) |
| 106:5-25 | | | |
| 107:11-108:11 | | Hearsay (Fed. R. Evid. 802) (108:2-19); | |
| 108:13-109:6 | | Vague or Ambiguous (109:1-10); | |
| 109:8-110:12 | | Hearsay (Fed. R. Evid. 802) (110:5 begins with "while" - 110:7 ends with "having") | |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| JASON GARBELL - 01/10/06 | | | |
|---|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS | GENENCOR/EDC'S OBJECTIONS |
| 114:18-115:4 | 115:5-13<br>115:25-116:4<br>116:6-19<br>117:8-22<br>118:13-16<br>119:14-22<br>120:4-10<br>122:3 ("if") -7<br>122:24 ("what") -123:2<br>123:6-9<br>124:6-10, 12-13<br>124:17-125:10 | Incomplete Designation | |
| 128:20-23, 25 | 129:2-7 | Hearsay (Fed. R. Evid. 802) | |
| 134:6-9, 11-22 | | | |
| 142:20-143:15 | | Irrelevant (Fed. R. Evid. 401-402) (142:24-143:5); Irrelevant (Fed. R. Evid. 401-402) (143:6-15) | |
| 164:18-22 | | | |
| 165:5-14, 20-21 | 165:22-166:4<br>166:7-9<br>167:2-6, 11-12, 14-16, 20-21<br>168:16-169:3<br>169:8-12, 19, 21-23, 25<br>171:13-14, 16-23<br>173:23-25<br>174:5-8, 10-11 | Lack of Foundation; Assumes Facts not in Evidence (165:13-21) | |

**NOVOZYMES A/S V. GENENCOR/EDC**
**U. S. DIST. COURT, DEL.**
**C.A. NO. 05-160-KAJ**

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| JASON GARBELL - 01/10/06 | | | |
|---|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS | GENENCOR/EDC'S OBJECTIONS |
| 179:6-22 | 176:23-177:1<br>177:6-8<br>178:5-9, 14-17<br>179:23-180:2<br>180:6-13, 18-23<br>180:25-181:2<br>185:25-186:3<br>186:7-8, 12-15, 17-24<br>187:11-14, 18-22<br>187:25-188:3<br>188:5-10, 18-24<br>189:7-12, 15-18<br>190:9-20 | | |
| 238:21-239:11 (beginning with "Let's turn to 65") | | | |
| 240:19-241:6 | 241:21-25 | | |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| XIAOQIU HUANG - 01/13/06 | |
|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' DESIGNATIONS |
| 6:3-10 | |
| 7:23-8:15 | |
| 10:19-11:8 | |
| 11:18-20 | |
| 12:3-6 | |
| 12:17-13:5 (starting with "In this paper") | |
| 13:11-14:20 | |
| 15:11-17 | |
| 18:23-20:10 | |
| 22:8-23 | |
| 24:9-25:2 | |
| | 34:23 starting with "Do"-35:5 ending with "publication" |
| | 38:13-39:10 ending with "low" |
| | 61:10-12 |
| | 62:11-16 |
| | 64:8-15 |
| | 64:20-65:2 |
| | 65:17-67:19 |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| CHRISTIAN ISAK JORGENSEN - 08/16/05 | | |
|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS |
| 9:6-12 | | |
| 25:4-26:7 | | |
| 30:11-23 | | |
| 31:4-10 | | Improper Lay Opinion Testimony (Fed. R. Evid. 701) |
| 54:3-8,13-19 | | |
| 54:22-55:3 | | |
| 55:7-55:19 | | |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| GREGORY LEFEBVRE- 08/19/05 | | |
|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' OBJECTIONS |
| 4:11-12 | | |
| 43:3-9 | | |
| 68:8-21 | 68:22-25 | Irrelevant (Fed. R. Evid. 401-402) |
| 71:14-18 | | Irrelevant (Fed. R. Evid. 401-402) |
| 72:12-14 | | Irrelevant (Fed. R. Evid. 401-402) |
| 77:5-11 | | Irrelevant (Fed. R. Evid. 401-402) |
| 90:9-13, 15-20 | | Irrelevant (Fed. R. Evid. 401-402), Speculative, Calls for Speculation, Hearsay (Fed. R. Evid. 802) (88:8-25) |
| 141:16-142:6 | | Vague or Ambiguous; Improper Lay Opinion Testimony (Fed. R. Evid. 701), Lack of Personal Knowledge (Fed. R. Evid. 602), Speculative, Calls for Speculation, Irrelevant (Fed. R. Evid. 401-402) (141:16-25) |
| 159:7-21 | | Irrelevant (Fed. R. Evid. 401-402) |

NOVOZYMES A/S V. GENENCOR/EDC
U. S. DIST. COURT, DEL.
C.A. NO. 05-160-KAJ

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| WILLIAM PEARSON - 1/11/06 | | | |
|---|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' DESIGNATIONS | GENENCOR/EDC'S COUNTER-DESIGNATIONS |
| 6:12-14 | | | |
| 8:17-9:5 | | | |
| 10:7-21 | | | |
| | | 10:19-21 | |
| | | 11:1-2 | |
| 13:15-14:6 | | | |
| | | 13:21-14:4 | |
| 14:12-15:3 | | | |
| 16:6-18:9 | | | |
| 22:22-24:2 | | | |
| 24:21-26:7 | | | |
| 26:16-28:14 | | | |
| 38:5-22 | 38:23-39:17 | | |
| 40:24-41:20 | | | |
| 42:14-43:24 | | | |
| | | 58:5-59:11 | |
| | | 61:11-63:9 | |
| | | 63:13-64:16 | |
| | | 64:19 starting with "short" - 64:24 | |
| | | 65:16 starting with "do" - 65:20 | |
| | | 67:21 starting with "So"- 68:10 | |
| | | 68:19-24 | |
| | | 82:18-83:3 | 83:4-6 |

**NOVOZYMES A/S V. GENENCOR/EDC**
**U. S. DIST. COURT, DEL.**
**C.A. NO. 05-160-KAJ**

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| WILLIAM PEARSON - 1/11/06 | | | |
|---|---|---|---|
| GENENCOR/EDC'S DESIGNATIONS | NOVOZYMES' COUNTER-DESIGNATIONS | NOVOZYMES' DESIGNATIONS | GENENCOR/EDC'S COUNTER-DESIGNATIONS |
| | | 88:10 starting with "Referring" - 89:23 | |
| | | 90:4-91:1 | |
| | | 93:6-14 | 93:15-94:10 |
| | | 94:11-95:4 | |
| | | 97:21 starting "is" - 98:1 | |

**NOVOZYMES A/S V. GENENCOR/EDC**
**U. S. DIST. COURT, DEL.**
**C.A. NO. 05-160-KAJ**

**DEPOSITION DESIGNATIONS WITH OBJECTIONS**

| GREGORY ZEIKUS - 09/30/05 | |
|---|---|
| NOVOZYMES' DESIGNATIONS | GENENCOR/EDC'S COUNTER-DESIGNATIONS |
| 99:7-101:20 | |
| 104:4-106:4 | |
| 106:5-21 | |
| 107:21-108:18 | |
| 109:3-111:15 | |
| 111:20-112:5 | 112:6-113:4 |
| 123:3-18 | |
| 158:2-19 | |
| 160:3-161:4 | |
| 165:10-167:6 | |
| 174:5-178:20 | |