IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, <br><br> Plaintiff, <br><br> v. <br><br> GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, <br><br> Defendants. | : <br> : <br> : <br> : C.A. No. 05-160-KAJ <br> : <br> : <br> : <br> : <br> : |

## STIPULATION CONCERNING POST-TRIAL BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and is SO ORDERED by this Court, that Section X. D. of the Updated Final Pretrial Order ("Post Trial Briefing Schedule"), filed with this Court on March 5, 2006, is amended as follows: the parties' proposed findings of fact and conclusions of law and opening post-trial briefs are due on April 14, 2006; opposition briefs are due on April 28, 2006; and rebuttal briefs are due on May 5, 2006.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Rolin P. Bissell <br> Rolin P. Bissell (No. 4478) <br> Andrew A. Lundgren (No. 4429) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br> (302) 571-6560 <br> rbissell@ycst.com <br><br> Robert C. Sullivan, Jr. (pro hac vice) <br> Samuel S. Woodley (pro hac vice) <br> DARBY & DARBY PC <br> 805 Third Avenue <br> New York, New York 10022-7513 <br> (212) 527-7700 | /s/ Donald A. Reid <br> Donald A. Reid (No. 1058) <br> Jason A. Cincilla (No. 4232) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware 19899 <br> (302) 575-7219 <br> dreid@mnat.com <br><br> Kenneth R. Adamo (pro hac vice) <br> JONES DAY <br> 901 Lakeside Avenue <br> Cleveland, Ohio 44114-1190 <br> (216) 586-3939 |

David K. Tellekson (pro hac vice)  
DARBY & DARBY PC  
1191 Second Avenue  
Seattle, Washington 98101  
(206) 262-8900  

Attorneys for Plaintiff Novozymes A/S

Tharan Gregory Lanier (pro hac vice)  
Jane L. Froyd (pro hac vice)  
JONES DAY  
2882 San Hill Road -- Suite 240  
Menlo Park, California  94025  
(650) 739-3939  

Attorneys for Defendants

**SO ORDERED** this _____ day of _____, 2006.

_____  
United States District Court Judge