# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING | |
| --- | --- | --- |
| ROLIN P. BISSELL | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302.571.6560 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX:   302.576.3474 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| rbissell@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

April 7, 2006

***VIA E-FILING AND HAND DELIVERY***
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE  19801

 Re:  *Novozymes A/S v. Genencor International, Inc. et al.*
   C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

 The opening post-trial briefs and proposed findings of fact and conclusions of law in this case are due to be filed next Friday, April 14, 2006, which is Good Friday.  In light of that fact, and the fact that Passover is on the 13th, the parties have agreed that the filing date should be extended until the following week.  However, the parties are also mindful of the Court's concern, expressed at the end of the trial, about the need to have the briefing done promptly so as not to affect the schedule for the phase two trial, if it is necessary.  Accordingly, the parties have executed and are enclosing two stipulations, which are identical except that one pushes the initial filing date back to Friday, April 21, 2006 (attached hereto as Exhibit A) and the other extends it to Tuesday, April 18, 2006 (attached hereto as Exhibit B), with all succeeding dates revised accordingly.

 Although the parties would prefer that the Court so order the Stipulation that extends the initial filing date to April 21, 2006 (Exhibit A), the parties respectfully request that the Court enter whichever stipulation comports best with the Court's schedule.

 Respectfully,

 *[signature]*

 Rolin P. Bissell (#4478)

RPB:smf
Enclosures
cc: Donald E. Reid, Esquire (via email)

DB01:2065771.1                                                                                                   064080.1001