# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | : |
| | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-160-KAJ |
| | : |
| GENENCOR INTERNATIONAL, INC. and | : |
| ENZYME DEVELOPMENT CORPORATION, | : |
| | : |
| Defendants. | : |

## STIPULATION CONCERNING POST-TRIAL BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and is SO ORDERED by this Court, that Section X. D. of the Updated Final Pretrial Order ("Post Trial Briefing Schedule"), filed with this Court on March 5, 2006 and amended on March 16, 2006, is further amended as follows: the parties' proposed findings of fact and conclusions of law and opening post-trial briefs are due on April 21, 2006; opposition briefs are due on May 5, 2006; and rebuttal briefs are due on May 12, 2006.

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL** |
| /s/ Rolin P. Bissell | /s/ Donald A. Reid |
| Rolin P. Bissell (No. 4478) | Donald A. Reid (No. 1058) |
| Andrew A. Lundgren (No. 4429) | Jason A. Cincilla (No. 4232) |
| The Brandywine Building | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| (302) 571-6560 | (302) 575-7219 |
| rbissell@ycst.com | dreid@mnat.com |
| | |
| Robert C. Sullivan, Jr. (pro hac vice) | Kenneth R. Adamo (pro hac vice) |
| Samuel S. Woodley (pro hac vice) | JONES DAY |
| DARBY & DARBY PC | 901 Lakeside Avenue |
| 805 Third Avenue | Cleveland, Ohio 44114-1190 |
| New York, New York 10022-7513 | (216) 586-3939 |
| (212) 527-7700 | |

DB01:2026604.1                                                                                         064080.1001

| | |
|---|---|
| David K. Tellekson (pro hac vice) | Tharan Gregory Lanier (pro hac vice) |
| DARBY & DARBY PC | Jane L. Froyd (pro hac vice) |
| 1191 Second Avenue | JONES DAY |
| Seattle, Washington 98101 | 2882 San Hill Road -- Suite 240 |
| (206) 262-8900 | Menlo Park, California 94025 |
| | (650) 739-3939 |
| Attorneys for Plaintiff Novozymes A/S | |
| | Attorneys for Defendants |

**SO ORDERED** this _____ day of _____, 2006.

_____
United States District Court Judge

DB01:2026604.1                                                                                           064080.1001