IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF LODGING</u>**

PLEASE TAKE NOTICE that Defendants will be filing with the Court their original trial exhibits which were introduced into evidence during the trial of this matter from March 6 through 9, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Donald E. Reid
_____
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: 302-658-9200
  Attorneys for Defendants
  Genencor International, Inc. and
  Enzyme Development Corporation

OF COUNSEL:

JONES DAY

Kenneth R. Adamo
Tharan Gregory Lanier
Jane L. Froyd
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025

Thomas E. Friebel
Margaret B. Brivanlou
222 East 41st Street
New York, NY  10017-6702

April 21, 2006

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 21st day of April, 2006 a Notice Of Lodging was served by electronic filing upon counsel of record:

> Andrew A. Lundgren, Esquire (alundgren@ycst.com)
> Young Conaway Stargatt & Taylor LLp
> 1000 West Street
> Wilmington, DE 19801

_____
Donald E. Reid (#1058)