IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-160 KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of June, 2006, Defendants' Second Request For The Production Of Documents And Things To Plaintiff Novozymes A/S and Defendants' Third Set Of Interrogatories To Plaintiff Novozymes A/S were served by electronic filing upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

George Hykal, Esquire (ghykal@darbylaw.com)
Darby & Darby P.C.
803 3rd Avenue
New York, NY 10022

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | *[signature]* |
|  | Donald E. Reid (#1058) |
| OF COUNSEL: | Jason A. Cincilla (#4232) |
|  | 1201 North Market Street |
| Tharan Gregory Lanier | 18th Floor |
| Kenneth R. Adamo | Wilmington, DE 19899-1347 |
| Jane L. Froyd | Telephone: (302) 658-9200 |
| JONES DAY | *Attorneys for Defendants* |
| 2882 Sand Hill Road, Suite 240 | *Genencor International, Inc. and* |
| Menlo Park, CA 94025 | *Enzyme Development Corporation* |

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: June 7, 2006