IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, <br><br> Plaintiff, <br><br> v. <br><br> GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 05-160-KAJ ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of Novozymes A/S Second Set of Interrogatories (Nos. 10-15) to be served on June 14, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Tharan Lanier, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 14, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Tharan Lanier, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

       **YOUNG CONAWAY STARGATT &
       TAYLOR, LLP**

       */s/ Karen E. Keller*
       Josy W. Ingersoll (No. 1088)
       Rolin P. Bissell (No. 4478)
       Karen E. Keller (No. 4489)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       (302) 571-6600
       kkeller@ycst.com
       *Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Dated: June 14, 2006