IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-160 KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 26th day of June, 2006: (1) Enzyme Development Corporation's Third Supplemental Responses To Plaintiff Novozymes A/S First Set Of Interrogatories; (2) Genencor International, Inc.'s Fifth Supplemental Responses To Plaintiff Novozymes A/S' First Set Of Interrogatories; and (3) Defendants' Responses To Plaintiffs' Second Set Of Requests For Production Of Documents And Things were served by email upon the following counsel:

> Andrew A. Lundgren, Esquire (alundgren@ycst.com)
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street
> Wilmington, DE 19801
>
> Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
> Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
> Darby & Darby P.C.
> 805 Third Avenue, 27th Floor
> New York, NY 10022
>
> David K. Tellekson, Esquire (dtellekson@darbylaw.com)
> Darby & Darby P.C.
> 1191 Second Avenue
> Seattle, WA 98101

George Hykal, Esquire (ghykal@darbylaw.com)
Darby & Darby P.C.
803 3rd Avenue
New York, NY 10022

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Donald E. Reid
        Donald E. Reid (#1058)
        Jason A. Cincilla (#4232)
        1201 North Market Street
OF COUNSEL:        18th Floor
        Wilmington, DE 19899-1347
Tharan Gregory Lanier        Telephone: (302) 658-9200
Kenneth R. Adamo        *Attorneys for Defendants*
Jane L. Froyd        *Genencor International, Inc. and*
JONES DAY        *Enzyme Development Corporation*
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: June 27, 2006