IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>                Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT<br>CORPORATION<br><br>                Defendants. | C.A. No. 05-160-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Novozymes A/S, caused copies of Novozymes A/S Third Set of Interrogatories (Nos. 16-17) to be served on June 28, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL**

Tharan Gregory Lanier, Esquire
Jane Froyd, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025


Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 28, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Tharan Gregory Lanier, Esquire
Jane Froyd, Esquire
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: June 28, 2006

        /s/ Karen E. Keller
        Josy W. Ingersoll (No. 1088)
        Rolin P. Bissell (No. 4478)
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        kkeller@ycst.com
        *Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700