IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, <br><br> Plaintiff <br><br> v. <br><br> GENENCOR INTERNATIONAL, INC., and <br><br> ENZYME DEVELOPMENT CORPORATION <br><br> Defendants | C.A. No. 05-160-KAJ |

**STIPULATED SCHEDULING ORDER FOR CONDUCT OF DAMAGES PHASE**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. The party with the burden of proof on any damages issue shall serve any expert reports on or before **July 21, 2006**, and answering or rebuttal reports shall be served on or before **August 11, 2006**.

2. All discovery relating to the damages issues in this case, including any expert discovery relating to the damages issues, shall be initiated so that it will be completed on or before **August 25, 2006**.

3. The proposed final pretrial order with respect to the Phase II (damages) trial shall be filed with the Court on or before **August 28, 2006**.

4. All other deadlines as set forth in the Court's October 28, 2005 First Amended Scheduling Order (D.I. 70) regarding Phase II of this matter shall remain in effect.

RESPECTFULLY SUBMITTED UPON AGREEMENT AND STIPULATION:

| | |
|---|---|
| NOVOZYMES A/S<br>By its attorneys | GENENCOR INTERNATIONAL INC.<br>AND ENZYME DEVELOPMENT<br>CORPORATION<br>By their attorneys: |
| /s/ Karen E. Keller<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*Attorneys for Plaintiff* | /s/ Donald E. Reid<br>Donald E. Reid (#1058)<br>MORRIS NICHOLS<br>ARSHT & TUNNELL<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>*Attorneys for Defendants* |

SO ORDERED on this _____ day of _____, 2006.

_____
Kent A. Jordan
United States District Court Judge