IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION,<br><br>Defendants. | C.A. No. 05-160-KAJ |

### DEFENDANTS' NOTICE OF PLAINTIFF NOVOZYMES A/S PURSUANT TO FED. R. CIV. PROC. 30(b)(6)

TO NOVOZYMES A/S AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Genencor International, Inc. and Enzyme Development Corporation (collectively "Genencor"), will take the deposition by oral examination of Plaintiff Novozymes A/S ("Novozymes"), at the offices of Jones Day, 222 East 41st Street, New York, New York, beginning on July 31, 2006, at 9:30 a.m., and continuing from day to day thereafter until completed, excepting weekends and holidays, unless otherwise agreed by counsel.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Novozymes must designate one or more officers, directors, partners, managing agents, or other persons as are most qualified, knowledgeable, and competent to testify on behalf of Novozymes concerning the matters described in Schedule "A."

The deposition will be recorded by stenographic, sound, and/or visual means, as allowed by rule 30(b)(2), before a notary public or some other officer authorized by law to administer oaths and take such testimony.

Dated: July 13, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Donald E. Reid*
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
dreid@mnat.com

OF COUNSEL:

Kenneth R. Adamo (*Pro Hac Vice*)
Tharan Gregory Lanier (*Pro Hac Vice*)
Jane L. Froyd (*Pro Hac Vice*)
**JONES DAY**
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

Thomas E. Friebel (*Pro Hac Vice*)
Margaret B. Brivanlou (*Pro Hac Vice*)
**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

*Attorneys for Defendants*
*Genencor International, Inc. and*
*Enzyme Development Corporation*

## SCHEDULE A

### DEFINITIONS

Unless otherwise indicted, Genencor incorporates herein the Definitions used in its First Set of Interrogatories and First Set of Document Requests.

As used herein, "the Novozymes Products" shall mean all of the products Novozymes listed in the spreadsheets it electronically produced to Genencor on June 26, 2006 namely: Liquozyme SC, Liquozyme SC-New Energy, Liquozyme SC DS, Liquozyme SC NX, Novozym 50067, Termamyl SC, Termamyl SC DS, Spirizyme Fuel, Spirizyme B4U, Spirizyme E, Sprizyme Plus FG, Spirizyme Plus Tech, AMG E, Novozym 50055, Novozym 50060, Novozym 50062, Novozym 50064, and Novozym 50066.

As used herein, "in the U.S." refers to activities or events, including but not limited to the importation of products or services, that: (i) take (or took) place in, (ii) relate (or related) to, (iii) concern (or concened), or (iv) involve (or involved) in any way, the United States.

As used herein, "Relevant Time Period" refers to the time period from January 1, 2004 through and including the actual date of the deposition.

### 30(b)(6) CATEGORIES

1. Pricing, including discounts and rebates, of the Novozymes Products in the U.S. during the Relevant Time Period.
2. Pricing and volume trends within the markets that Novozymes has sold the Novozymes Products in the U.S. during the Relevant Time Period.
3. Sales of the Novozymes Products in the U.S. during the Relevant Time Period, including but not limited to information concerning volume, revenue, costs, profits, and margins.

MPI-36947v1

4. The Excel spreadsheets "representing sales data for Novozymes' Liquozyme and Spirzyme [sic] Fuel products," produced to Genencor on June 26, 2006, including the underlying data referenced in the spreadsheets.

5. Manufacturing capacity and utilization levels for the production of the Novozymes Products in the U.S. during the Relevant Time Period.

6. Marketing polices, strategies, and practices for the Novozymes Products in the U.S. during the Relevant Time Period.

7. Market share of the Novozymes Products, including both revenue and volume of sales, for the U.S. markets in which the Novozymes Products compete with Genencor products during the Relevant Time Period.

8. Companies or business entities other than Novozymes or Genencor that participate in the U.S. markets in which the Novozymes Products compete with Genencor products during the Relevant Time Period, and Novozymes' expectation or belief of future entrants into these markets.

9. Customer relationships between Novozymes and customers and/or potential customers who have purchased or have considered purchasing the Novozymes Products in the U.S. during the Relevant Time Period.

10. Relative reputation of Novozymes and Genencor, among customers of alpha-amylase and glucoamylase products in the U.S. during the Relevant Time Period, concerning (but not limited to) product quality, customer service, technical service, and/or technical innovation.

11. Comparisons, analyses, and/or studies of the relative benefits and/or drawbacks between the Novozymes Products and any Genencor products.

12. Alleged price erosion of the Novozymes Products due to sales of SPEZYME® Ethyl.

13. Alleged loss in Novozymes' market shares for the Novozymes Products due to sales of SPEZYME® Ethyl.

14. Alleged expense increases for the Novozymes Products due to sales of SPEZYME® Ethyl.

15. Alleged lost sales of Novozymes' glucoamylase products due to sales of SPEZYME® Ethyl.

16. License agreements for industrial enzymes, including but not limited to those industrial enzymes that Novozymes sells as the Novozymes Products, as well as Novozymes' guidelines, policies, and usual practices for licensing its technology.

MPI-36947v1

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 13th day of July, 2006 Defendants' Notice of Plaintiff Novozymes A/S Pursuant to Fed. R. Civ. Proc. 30(b)(6) was served by electronic filing, hand delivery and e-mail upon counsel of record:

>Andrew A. Lundgren, Esquire (alundgren@ycst.com)
>Young Conaway Stargatt & Taylor LLP
>1000 West Street
>Wilmington, DE 19801
>
>Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
>Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
>Darby & Darby P.C.
>805 Third Avenue, 27th Floor
>New York, NY 10022
>
>David K. Tellekson, Esquire (dtellekson@darbylaw.com)
>Darby & Darby P.C.
>1191 Second Avenue
>Seattle, WA 98101
>
>George Hykal, Esquire (ghykal@darbylaw.com)
>Darby & Darby P.C.
>803 3rd Avenue
>New York, NY 10022

_____
Donald E. Reid (#1058)