IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENENCOR INTERNATIONAL, INC. and )<br>ENZYME DEVELOPMENT CORPORATION, )<br>)<br>Defendants. ) | Civil Action No.: 05-160 KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of July, 2006 Defendants Fourth Set Of Interrogatories To Plaintiff Novozymes A/S were served by email upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

        George Hykal, Esquire (ghykal@darbylaw.com)
        Darby & Darby P.C.
        803 3rd Avenue
        New York, NY 10022

                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                /s/ Jason A. Cincilla
                                Donald E. Reid (#1058)
                                Jason A. Cincilla (#4232)
                                1201 North Market Street
OF COUNSEL:                       18th Floor
                                Wilmington, DE 19899-1347
Tharan Gregory Lanier           Telephone:   (302) 658-9200
Kenneth R. Adamo                *Attorneys for Defendants*
Jane L. Froyd                       *Genencor International, Inc. and*
JONES DAY                       *Enzyme Development Corporation*
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: July 19, 2006