IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVOZYMES A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-160 KAJ |
| | ) | |
| GENENCOR INTERNATIONAL, INC. and | ) | |
| ENZYME DEVELOPMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 21st day of July, 2006 **Defendants' Third Request For The Production Of Documents And Things To Plaintiff Novozymes A/S** and this **Notice of Service** were served by email upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE  19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

George Hykal, Esquire (ghykal@darbylaw.com)
Darby & Darby P.C.
803 3rd Avenue
New York, NY 10022

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone:    (302) 658-9200
*Attorneys for Defendants*
*Genencor International, Inc. and*
*Enzyme Development Corporation*

OF COUNSEL:

Tharan Gregory Lanier
Kenneth R. Adamo
Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY  10017-6702

Dated:  July 21, 2006