UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, <br><br> Plaintiff, <br><br> v. <br><br> GENENCOR INTERNATIONAL, INC. and <br> ENZYME DEVELOPMENT CORPORATION, <br><br> Defendants | Civil Action No. 05-160 (KAJ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, George Eli Hykal, certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ George Eli Hykal_

Date: 7/18/06

George Eli Hykal
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022
212-527-7700
212-527-7701 (fax)

{W:\03776\6003018000\00801114.DOC }