## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of George Eli Hykal, is granted.

Date: _____, 2006

_____
United States District Judge