IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION,<br><br>　　　　　Defendants. | C.A. No. 05-160-KAJ |

### DEFENDANTS' AMENDED NOTICE OF DEPOSITION OF PLAINTIFF NOVOZYMES A/S PURSUANT TO FED. R. CIV. PROC. 30(b)(6)

TO NOVOZYMES A/S AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Genencor International, Inc. and Enzyme Development Corporation (collectively "Genencor"), will take the deposition by oral examination of Plaintiff Novozymes A/S ("Novozymes"), at the offices of Jones Day, 222 East 41st Street, New York, New York, beginning on July 31, 2006, at 9:30 a.m., and continuing from day to day thereafter until completed, excepting weekends and holidays, unless otherwise agreed by counsel.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Novozymes must designate one or more officers, directors, partners, managing agents, or other persons as are most qualified, knowledgeable, and competent to testify on behalf of Novozymes concerning the matters described in Schedule "A."

The deposition will be recorded by stenographic, sound, and/or visual means, as allowed by rule 30(b)(2), before a notary public or some other officer authorized by law to administer oaths and take such testimony.

Dated: July 21, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone:   (302) 658-9200
Facsimile:   (302) 658-3989
dreid@mnat.com

OF COUNSEL:

_____
Kenneth R. Adamo (*Pro Hac Vice*)
Tharan Gregory Lanier (*Pro Hac Vice*)
Jane L. Froyd (*Pro Hac Vice*)
**JONES DAY**
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

Thomas E. Friebel (*Pro Hac Vice*)
Margaret B. Brivanlou (*Pro Hac Vice*)
**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Defendants*
*Genencor International, Inc. and*
*Enzyme Development Corporation*