## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 21st day of July, 2006, **Defendants' Amended Notice Of Deposition of Plaintiff Novozymes A/S Pursuant To Fed. R. Civ. Proc. 30(b)(6)** was served by e-mail upon counsel of record:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

George Hykal, Esquire (ghykal@darbylaw.com)
Darby & Darby P.C.
803 3rd Avenue
New York, NY 10022

Jason A. Cincilla (#4232)