**THIS IS A SEALED DOCUMENT.**