IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 1st day of August, 2006 Genencor International, Inc.'s Responses To Plaintiff Novozymes A/S' Third Set Of Interrogatories and Enzyme Development Corporation's Responses To Plaintiff Novozymes A/S' Third Set of Interrogatories were served by email upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

        George Hykal, Esquire (ghykal@darbylaw.com)
        Darby & Darby P.C.
        803 3rd Avenue
        New York, NY 10022

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Jason A. Cincilla*
        Donald E. Reid (#1058)
        Jason A. Cincilla (#4232)
        1201 North Market Street

OF COUNSEL:         18th Floor
        Wilmington, DE 19899-1347
Tharan Gregory Lanier     (302) 658-9200
Kenneth R. Adamo       *Attorneys for Defendants*
Jane L. Froyd          *Genencor International, Inc. and*
JONES DAY          *Enzyme Development Corporation*
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: August 1, 2006