**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVOZYMES A/S, | |
| Plaintiff | |
| v. | C.A. No. 05-160-KAJ |
| GENENCOR INTERNATIONAL, INC., and | |
| ENZYME DEVELOPMENT CORPORATION | |
| Defendants | |

### PLAINTIFF'S AMENDED NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiff Novozymes A/S ( "Novozymes"), by and through its attorneys, will take the deposition upon oral examination of Defendants Genencor International, Inc. and Enzyme Development Corporation (collectively, "Genencor"), commencing on August 4, 2006 at 9:00 a.m. at the offices of Jones Day, 222 East 41st Street, New York, New York 10017-6702, or at such other place or time or in such other manner as may be mutually agreed upon among the parties or determined by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Genencor is obligated to designate and produce one or more officers, directors, managing agents, employees or agents who are most knowledgeable and consent to testify on its behalf as to the subjects set forth in Attachment A hereto.

The definitions set forth in Novozymes' First Set of Interrogatories to Genencor and Novozymes' First Set of Document Requests to Genencor served on July 1, 2005, are hereby incorporated by reference.

This deposition will be taken before a certified shorthand reporter and will continue from day to day, excluding Saturdays, Sundays and holidays, until completed. Novozymes reserves the right to videotape this deposition, should videotaping appear necessary or desirable.

**NOVOZYMES A/S**

Dated:    August 1, 2006

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT**
  **& TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

*Attorneys for Plaintiff*
*Novozymes A/S*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 1, 2006, I caused to be electronically

filed a true and correct copy of the foregoing document with the Clerk of the Court using

CM/ECF, which will send notification that such filing is available for viewing and downloading

to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE  19899-1347

I further certify that on August 1, 2006,  I caused a copy of the foregoing document to be

served by hand delivery on the above-listed counsel of record and on the following non-

registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Tharan Gregory Lanier, Esquire
> Jane Froyd, Esquire
> JONES DAY
> 2822 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Novozymes A/S*