## ATTACHMENT A

## DEFINITIONS

1. The definitions set forth in Novozymes' First Set of Interrogatories to Genencor and Novozymes' First Set of Document Requests to Genencor, served on July 1, 2005, are hereby incorporated by reference.

2. Headings herein are for identification purposes and do not serve to limit any deposition topic, nor to circumscribe the scope of any discovery hereunder.

3. The term "Genencor" refers to defendant Genencor International, Inc..

4. The term "EDC" refers to defendant Enzyme Development Corporation.

5. The term "Spezyme® Ethyl Products" refers to each and every Genencor product which contains the same alpha amylase that is used in Spezyme® Ethyl.

6. The term "in the U.S." refers to activities or events, including but not limited to the importation of products or services, that (i) take (or took) place in, (ii) related (or related) to, (iii) concern (or concerned), or (iv) involve (or involved) in any way, the United States.

7. The term "Relevant Time Period" refers to the time period from January 1, 2004 through and including the actual date of the deposition.

## TOPICS FOR DEPOSITION

**TOPIC NO. 1** (Sales of Spezyme® Ethyl Products)

The volume, revenue, costs, and profits related to the sales by Genencor and/or EDC of Spezyme® Ethyl products in the U.S. during the Relevant Time Period.

**TOPIC NO. 2** (Sales of Spezyme® Fred products)

The volume, revenue, costs, and profits related to the sales by Genencor and/or EDC of Spezyme® Fred products in the U.S. during the Relevant Time Period.

**TOPIC NO. 3** (Pricing Trends)

Pricing of Novozymes' Liquozyme and Termamyl products and Genencor's Spezyme® Ethyl products, in the markets in which these products compete.

**TOPIC NO. 4** (Reputation)

The relative reputation of Novozymes and Genencor, among customers of alpha amylase and gluco amylase products, regarding product quality, customer service, technical service, and/or innovation in the markets in which Novozymes' Liquozyme and Termamyl products and Genencor's Spezyme® Ethyl products compete.

**TOPIC NO. 5** (Market Share)

The percentage share in both revenue and volume of sales by Novozymes and Genencor for the markets in which Novozymes' Liquozyme and Termamyl products and Genencor's Spezyme® Ethyl Products compete.

**TOPIC NO. 6** (Non-infringing Substitutes)

Any product(s) that Genencor contends or believes would constitute a non-infringing substitute for its Spezyme® Ethyl Products since the issuance date of the '031 Patent.

**TOPIC NO. 7** (Willfulness)

Genencor's defense to and all relevant facts concerning Novozymes' allegation of willful infringement of the '031 Patent, including all factors considered by the courts on the issue, and especially (i) any basis (such as an opinion of counsel) for Genencor's good faith belief of non-infringement, invalidity, or unenforceability of the '031 Patent; (ii) any action taken by Genencor in forming such a belief; (iii) Genencor's actual reliance upon that belief; (iv) any evidence of copying and/or independent development by or on behalf of Genencor of the Spezyme® Ethyl alpha amylase; and (v) patentability of the Spezyme® Ethyl alpha amylase.

**TOPIC NO. 8** (Market Participants)

The companies or business entities participating in the markets in which Novozymes' Liquozyme and Termamyl products and Genencor's Spezyme® Ethyl Products compete, and Genencor's expectation or belief of future entrants into these markets.

**TOPIC NO. 9** (Genencor-EDC Relationship)

The relationship between Genencor and EDC, including (i) any indemnification agreement(s) between Genencor and EDC; (ii) any practice and/or policy understood by Genencor and EDC concerning pricing, delivery, or management of inventory with regard to Spezyme® Ethyl Products and related gluco amylase products; (iii) the manner in which Genencor and EDC allocate or distribute responsibility for marketing, sales, customer service, and/or technical service functions with regard to Spezyme® Ethyl Products; and (iv) any distribution agreement between Genencor and EDC concerning products or services.

**TOPIC NO. 10** (Reasonable Royalty)

Factors considered by the courts in determining a reasonable royalty, including (i) licenses of patents by Novozymes, Genencor, and/or EDC, for patents covering technology that is comparable to the invention claimed in the '031 Patent; (ii) the commercial relationship between Novozymes and Genencor and EDC; (iii) the effect of the sale and promotion of Spezyme® Ethyl products on convoyed sales of non-patented products; (iv) the profitability of Spezyme® Ethyl products; (v) the benefits of Spezyme® Ethyl products, and their advantages over Spezyme® Fred products and/or any other alpha amylase liquefaction products used by Genencor and/or EDC prior to the introduction of Spezyme® Ethyl products on the market; the extent to which Genencor and/or EDC have made use of the invention claimed in the '031 Patent; and (vi) the portion of the profit, or of the selling price, of Spezyme® Ethyl products attributed to the invention claimed in the '031 Patent.

**TOPIC NO. 11** (Marketing of Spezyme® Ethyl products)

Marketing policies, strategies, and practices for the Spezyme® Ethyl products in the U.S. during the Relevant Time Period.

**TOPIC NO. 12** (Customer Relationships)

Customer relationships between Genencor and/or EDC and their customers and/or potential customers who have purchased or have considered purchasing the Spezyme® Ethyl products in the U.S. during the Relevant Time Period.

- 5 -

**TOPIC NO. 13** (Product Comparison)

Comparisons, analyses, and/or studies of the relative benefits and/or drawbacks between Genencor's Spezyme® Ethyl products and Novzoymes' Liquozyme and Termamyl products.