PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>        Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION,<br><br>        Defendants | C.A. No. 05-160-KAJ |

**PLAINTIFF'S MOTION FOR LEAVE TO MODIFY THE
SCHEDULING ORDER FOR THE PURPOSE OF AMENDING ITS COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15, 16(b), and 21 and the Rules of this Court, plaintiff Novozymes A/S ("NZDK"), by and through counsel, hereby moves the Court for leave to modify the Scheduling Order in this case for the purpose of amending its Original Complaint to add Novozymes North America Inc. ("NZNA") as a co-plaintiff. This Motion should be granted for the reasons set forth in NZDK's Opening Brief filed in support thereof. A Proposed Order is attached.

NOVOZYMES A/S

Dated: July 25, 2006

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT
  & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

- 2 -

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

*Attorneys for Plaintiff
Novozymes A/S*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on August 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Tharan Gregory Lanier, Esquire
> Jane Froyd, Esquire
> JONES DAY
> 2822 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Novozymes A/S*