IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION<br><br>Defendants | C.A. No. 05-160-KAJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO MODIFY THE SCHEDULE FOR THE PURPOSE OF AMENDING ITS COMPLAINT**

This matter having come before this Court upon motion by the Plaintiff, Novozymes A/S, for leave to modify the Scheduling Order for the purpose of filing a First Amended Complaint, the Court having reviewed the record, reviewed the opposition pleadings of the Defendants Genencor International, Inc. and Enzyme Development Corporation, and heard oral argument on the matter, HEREBY ORDERS that Plaintiffs' motion is GRANTED.

The Clerk of Court is hereby directed to file Plaintiff Novozymes A/S's First Amended Complaint.

DATED: _____, 2006

_____
The Honorable Kent A. Jordan
United States District Judge