PUBLIC VERSION – REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>  Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION<br><br>Defendants | C.A. No. 05-160-KAJ |

**APPENDIX TO
PLAINTIFF'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR LEAVE TO MODIFY THE
SCHEDULING ORDER FOR THE PURPOSE OF AMENDING ITS COMPLAINT**

NOVOZYMES A/S

Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Attorneys for Plaintiff
Novozymes A/S

Dated: July 25, 2006

# TABLE OF CONTENTS

## OF THE
## APPENDIX TO PLAINTIFF NOVOZYMES A/S'
## OPENING BRIEF IN SUPPORT OF ITS MOTION TO
## MODIFY THE SCHEDULING ORDER FOR THE PURPOSE OF
## AMENDING ITS COMPLAINT

| Date of Document | Title / Description | Appendix Page Nos. |
|---|---|---|
|  |  |  |
|  |  |  |
| 1/21/04 | EB2 Marketing Plan (Business Group Meeting) | A-14 – A-71 |
|  |  |  |
|  |  |  |
|  |  |  |
| 7/25/06 (Print date) | Printout of *Novozymes.com* web home page | A - 110 |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Donald E. Reid, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on August 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Tharan Gregory Lanier, Esquire
>Jane Froyd, Esquire
>JONES DAY
>2822 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com

>*Attorneys for Novozymes A/S*