# A-1 – A-13
## REDACTED IN THEIR ENTIRETY



**EB2 Marketing Plan**
Business Group Meeting

Beloit, WI
1/21/2004

Genencor International, Inc.  Innovative by Nature

**CONFIDENTIAL**

A - 14

HIGHLY CONFIDENTIAL



## Agenda

- Market Analysis
  - Geographical Markets
  - Share Analysis (Product Line and Customer Analysis)

- Competitive Background Information
  - NZ Comparable Product Analysis
  - Marketing Strategies
  - Strengths/Weaknesses.

- GCOR/EBS Background Information
  - GCOR Comparable Product Analysis
  - Marketing Strategies
  - Strengths/Weaknesses
  - EB Product Line Product Analysis



**CONFIDENTIAL**

HIGHLY CONFIDENTIAL    GCOR010348



# Agenda

- EB2 Product Marketing Plan
  - Production Description
  - Target Markets
  - Financial Analysis
  - Marketing/Sales Objectives and Strategies
  - Product Features and Benefits
  - Future Applications Plans and Focus
  - Trial Distribution (Part 1)
  - Trial Distribution (Part 2)
  - Potential Market Entry Scenarios
  - Market Entry Timing
  - IP and New Technology

 Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**

## A - 16

HIGHLY CONFIDENTIAL



## Market Analysis
- Geographical Markets – Current

Mostly US Fuel Ethanol Market. However emergence in Canada, Europe and Asia as well.



CONFIDENTIAL

Genencor International, Inc.®  Innovative by Nature™

A - 17

HIGHLY CONFIDENTIAL

GCOR010350



# Market Share Analysis by Segment

2002 Share Analysis by segment (Alpha, GA, etc.) Fuel Ethanol Market ONLY

| 2002 Product Group | GCOR Revenue ($ MM) | Fuel EtOH Market - non captive ($ MM) | GCOR Share | NZ Share |
|---|---|---|---|---|
| GA & Blends | 21 | 30 | 70 % | 30% |
| AA | 5 | 19 | 28 % | 72% |
| Protease | 3 | 3 | 95 % | 5% |
| Cellulase / xylanase | 2 | 2 | 99 % | 1% |
| TOTAL | 31 | 54 | 58 % | 42% |



Genencor International, Inc.®  Innovative by Nature™

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL

GCOR010351



# Product Line Analysis

(i.e. Trends, sudden changes, Winners, Losers, Objectives) Fuel Ethanol Market ONLY

| Current Bulk Description | 2001 Actual | 2002 Actual | 2003 Actual + GDF | Variable Margin % | Total margin % |
|---|---|---|---|---|---|
| G-ZYME G995-40 | | $104,723 | $31,364 | (7.0) | (66.0) |
| G-ZYME G995-AT | | $517,276 | $0 | 66.0 | 48.0 |
| G-ZYME G997 | | $1,522,695 | $1,695,964 | 12.0 | (38.0) |
| SPEZYME FRED | $263,134 | $726,199 | $689,512 | 70.8 | 51.3 |
| SPEZYME FRED-L | $833,448 | $825,786 | $566,853 | 77.0 | 63.0 |
| SPEZYME FRED-L Technical | $527,260 | $187,931 | $54,236 | 84.0 | 77.0 |
| SPEZYME HPA | $28,800 | $589,567 | $1,971,248 | 72.0 | 59.0 |
| | | | | | |
| Total | $1,652,642 | $4,474,175 | $5,009,177 | 50.3 | 22.0 |

· GCOR had major market share 5 years ago (80-90% share). NZ introduced SC.
· GCOR market share dipped to 28% and would be lower is not for some long term contracts and relationships.
· Current GCOR product (FRED) and line extensions was initial winner for GCOR, but is not meeting viscosity requirements that SC does.
· G997 (EB B. stear alpha) could compete somewhat, but very expensive.
· We have been trying to convert G997 customers to FRED products. Some customers preferred buying SC than convert to FRED.

Objective: Introduce new AA products to improve contribution margin and establish price stability



Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**



# Customer Client Analysis

**2003 Top 10 Fuel Ethanol Customers**

| | Current Ship Cust Headquarters Name | AOP | GDF WITH YTD ACTUALS |
|---|---|---|---|
| 1 | BROIN GROUP | $7,901,542 | $9,842,013 |
| 2 | ENZYME DEVELOPMENT CORPORATION | $8,267,575 | $7,479,137 |
| 3 | AVENTINE RENEWABLE ENERGY, INC. | $2,975,895 | $3,711,793 |
| 4 | NEW ENERGY CORPORATION | $3,078,500 | $3,100,829 |
| 5 | RENEWABLE PRODUCTS BUYING GROUP | $3,388,281 | $2,844,774 |
| 6 | CARGILL DOW LLC | $699,942 | $1,466,756 |
| 7 | AGP CORN PROCESSING INC. | $1,385,600 | $1,128,539 |
| 8 | CARGILL, INC. | $691,897 | $953,909 |
| 9 | UTICA ENERGY | | $645,219 |
| 10 | ABENGOA BIOENERGY | $900,138 | $451,880 |
| | | | |
| | Total | $29,289,370 | $31,624,848 |



Genencor International, Inc.®  Innovative by Nature®

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL

GCOR010353



## Competitive Analysis
### Novozymes (NZ)

### NZ Alpha Products
- Main one is called Liquozyme or Termamyl SC
- Engineered from *B. stearothermophilus*
- Strength of approximately 6000-6500 A-10 Units
- Similar in activity to G997
- Engineered to eliminate the need for calcium
- Designed to operate at lower pH levels
- Quick and effective viscosity break in early stages of liquefaction.

### Price
- Current price is $2.65-3.60/kg
- Little no no competition. Can maintain relatively high price at some accounts.



Genencor International, Inc.® Innovative by Nature™

**CONFIDENTIAL**



## Competitive Analysis
### Novozymes (NZ) (con't)

**Margins**
- One could expect 60-80% gross margin due to lack of competition and years of manufacturing experience.

**Target Markets**
- Currently only seen in Fuel Ethanol Market.
- Could make into sweetener market, but would need regulatory permission to be granted in most countries.
- Have not seen entry into major sweetener markets yet.



Genencor International, Inc.® Innovative by Nature™

**CONFIDENTIAL**

# Competitive Analysis – Marketing Strategies
## Novozymes (NZ)

### Current Products
- Introduced as alternative to conventional alphas.
- Touted as designed specifically for ethanol industry. Not a holdover from the sweetener industry.
- Currently developing a 2-3X activity product. Drivers are lower formulation and shipping costs.

### Pricing Strategies
- Introduced with huge price erosion. Needed to get foot in the door.
- Dose rate was also 50% less than FRED type products.
- This allowed them to take most of the market (75-80% of non-captive market).
- They can maintain higher SC prices while coupling lower GA prices.
- Based on past behavior, price of SC could probably reduced significantly if there were serious competition.

 Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**



# Competitive Analysis – Marketing Strategies
## Novozymes (NZ)

### Distribution
- Have covered entire market, no matter what size.
- Mostly in bulk with some tote quantities.
- Main production plant is in Franklinton, NC
- Numerous warehouses in the Midwest.
- Sales/Tech services scattered throughout the country for maximum coverage.

### Advertising
- Invested heavily in promoting SC.
- Print promotions at major trade shows.
- Web page and emails advertising strengths sent to customers.
- Sponsors nearly every ethanol related conference and tradeshow.



Genencor International, Inc.  Innovative by Nature

**CONFIDENTIAL**



# Competitive Analysis – Marketing Strategies
## Novozymes (NZ)

### Sales Promotions
- Implemented various 'buy one, get one' free promotions in order to get plant trials.
- Have linked SC to GA sales. Price concessions on SC if GA was part of the package.
- Can promote easily with no competition. Excellent word of mouth, essentially free promotion.



**CONFIDENTIAL**

Genencor International, Inc.   Innovative by Nature



## Competitive Analysis – Strengths/Weaknesses
### Novozymes (NZ)

**Strengths**
- Invested heavily in 98-99 upon re-entry into ethanol market
- Introduced many new innovative products frequently.
- Perception of being a leader and innovator.
- Dominated AA market share.
- Sales/Tech service personnel outnumbers GCOR 3:1.
- Aligned with major engineering firm (ICM) which has more than 60% of new start-ups in the market. Will become market leader as a result of this partnership.
- May have leveraged huge margins from other markets into this one in order to gain marketshare.



Genencor International, Inc.   Innovative by Nature

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL

GCOR010359



## Competitive Analysis – Strengths/Weaknesses
### Novozymes (NZ)

### Weaknesses
- Young, arrogant and cocky group. Some solids and well respected members.
- Limited technical abilities, but are growing quickly.
- Can tend to ignore customers once they have them.
- Driven by need to have dominant market share.
- Customers are crying for competition for SC. Excited to try new product.



Genencor International, Inc.  Innovative by Nature

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL                                        GCOR010360



# Internal GCOR Analysis

## Alpha Products
- Main ones are called SPEZYME FRED. FRED-L, and HPA.
- Engineered from *B. licheniformis.*
- Strength of approximately 15,400 – 26,500 LU/g
- HPA has some added phytase.
- Engineered to eliminate the need for calcium
- Designed to operate at lower pH levels

## Price
- FRED - Current price is $1.60-1.80/kg
- FRED-L - Current price usually 15% lower due to activity difference, but can be as low as 0.95/kg (ADM)
- SPEZYME HPA - Current price is $1.80-2.10/kg



Genencor International, Inc.®  Innovative by Nature™

**CONFIDENTIAL**



## Internal GCOR Analysis

### Margins
· In the 60-75% gross margin range, but do not compete technically with SC in most customer processes.

### Target Markets
· FRED and FRED-L are currently seen in  both the Fuel Ethanol and Sweetener Market.
· SPEZYME HPA is only used in Fuel Ethanol.



Genencor International, Inc.  Innovative by Nature

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL                                     GCOR010362



# Internal GCOR Analysis – Marketing Strategies

## Current Products
- Introduced as a significant improvement over wild type enzymes.
- FRED-L dominated market for two years until SC entry.
- Try not to lose market share with these products.
- HPA was introduced in 2001-2 to combat inferior visc breaking performance. Non-Clarified product.
- Customers prefer clarified product.

## Pricing Strategies
- Huge price erosion. In order to maintain share, we reduced our prices as well.
- Price could not overcome performance differences.
- Value per unit of AA has dropped approx 40% and share has dropped to 25%.



Genencor International, Inc.   Innovative by Nature

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL     GCOR010363



## Internal GCOR Analysis – Marketing Strategies

### Distribution
- Mostly in bulk with some tote quantities.
- Most sales into contracted customers (Cargill)
- Main production plant is in Beloit, WI and Cedar Rapids, IA
- Sales/Tech services mostly in Beloit with some off-site sales people.

### Advertising
- Had not run ads until recently
- 2003 launched new ads.
- Sponsorships of major tradeshows, etc.



Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**



## Internal GCOR Analysis – Marketing Strategies

### Sales Promotions
- Implemented various 'buy one, get one' free promotions in order to get plant trials of SPEZYME HPA.
- Cannot put together package deals due to lack of competitive alpha.



CONFIDENTIAL

# Internal GCOR Analysis - Strengths/Weaknesses

## Strengths

- Great technical sales and service teams.
- Good relationships with key customers.
- Good performance of glucoamylase blend products.
- Solid manufacturing base.
- Good knowledge within R&D.
- Good political tie-ins with other sectors of this market (biomass).

## Internal GCOR Analysis – Strengths/Weaknesses

### Weaknesses
- No introduction of new products in 5 years.
- Not enough manpower to cover growing market or launch new products.
- Lack of R&D, marketing, and applications research.
- Product development takes too long from conception to introduction.
- Not investing as much as our main competitor.



Genencor International, Inc.° Innovative by Nature™

**CONFIDENTIAL**



# EBS Alpha Product Line

### *B. stearothermophilus* AA – wild type (G 997 / G 995):

- This technology was acquired during the EB acquisition and has, to some extent, been retained commercially in order to serve the needs of specific customers.
- The economics of this enzyme are extremely poor compared to our mainstream FRED type products and our competitor's (NZ) engineered *B. stearothermophilus* AA.
- These products are the root cause of our poor margin profile within this class of enzyme.

### *B. stearothermophilus* AA – GM (UltrapHLo):

- This EB technology was subject to a patent infringement suit filed by NZ prior to our acquisition of EB.  As a result the product was withdrawn from commerce and, post-acquisition, was partially replaced by SPEZYME FRED based technology in both FE and HFCS applications.
- Therefore, a significant gap in our AA portfolio for FE applications exists because of the withdrawal of this product.



Genencor International, Inc.®  Innovative by Nature®

**CONFIDENTIAL**



# EBS Alpha Product Line

EBS Alpha revenue 2000-present

### Sweeteners

|  | Year | | | | |
|---|---|---|---|---|---|
|  | 2000 | 2001 | 2002 | 2003 FCST | 2004 AOP |
| AA | $1,944,216 | $486,202 | $477,296 | $262,408 | $293,736 |
| UltrapHLo | $635,256 | $926,714 | $0 | $0 | $0 |
| Total | $2,579,472 | $1,412,916 | $477,296 | $262,408 | $293,736 |

### Fermentation Alcohol

|  | Year | | | | |
|---|---|---|---|---|---|
|  | 2000 | 2001 | 2002 | 2003 FCST | 2004 AOP |
| AA | $3,402,165 | $1,796,481 | $2,275,985 | $1,638,313 | $219,825 |
| UltrapHLo | $261,631 | $2,710,331 | $0 | $0 | $0 |
| Total | $3,663,796 | $4,506,812 | $2,275,985 | $1,638,313 | $219,825 |

Note: AA labelled above is a mix of G995 and G997 series. Historical data is lumped into one category (AA).



Genencor International, Inc.    Innovative by Nature

**CONFIDENTIAL**



# EBS Alpha Product Line



 Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**



# EBS Alpha Product Line





CONFIDENTIAL                                          Genencor International, Inc.  Innovative by Nature

A - 38

HIGHLY CONFIDENTIAL                                          GCOR010371



## EBS Alpha Product Line

▪Sales of UltrapHLo in 2002 in the sweeteners market were zero due to a provision in the GCOR supply contract with Corn Products (CPI). Existing UltrapHLo quantities were not counted as revenue in 2002, but the remaining inventory was given to CPI.

▪After the stock of UltrapHLo was depleted, we successfully implemented a switch to more profitable FRED type products in the CPI plants.

● Sales of UltrapHLo to the ethanol industry stopped as of 2002 due to NZ's lawsuit against CPI. This lawsuit contended that UltrapHLo's genetic makeup violated Novozymes patent regarding *B. stear.* CPI did not want to fight this claim and GCOR decided to not pursue this enzyme and UltrapHLo was discontinued as a product and excluded in the sale of EB to GCOR.

After this product was discontinued in 2002, we tried to substitute the G995 or G997 series in place of the UltrapHLo at a number of plants, but the viscosity breaking characteristics were not quite as good as SC. There were not enough plants that could switch back to offset the losses to NZ with Termamyl SC.



Genencor International, Inc.® Innovative by Nature®

**CONFIDENTIAL**

A - 39

# GCOR/EBS Alpha Product Line – Gross Margin

% Gross Margin (2001- present)

| Enzyme | Year | | |
|---|---|---|---|
| | 2001 | 2002 | 2003 (Est) |
| G995 series | 31.4 | 20.0 | 13.0 |
| G997 | 30.3 | (24.0) | (32.0) |
| UltrapHLo series | 6.7 | N/A | N/A |
| FRED | 54.0 | 41.0 | 45.0 |
| FRED-L | 71.0 | 65.0 | 62.0 |
| FRED-L Tech Grade | 74.0 | 77.0 | 78.0 |
| GC 262 (SPEZYME HPA) | 45.0 | 62.0 | 59.0 |

Analysis:

· Gross margins for EB products shifted downward. SC introduction reduced prices dramatically.
· EB had to decrease prices as well. Reduced margins.
· GCOR has relatively high margins, but little revenue due to performance differences.
· Midwest Grain Products arrangement had artificially inflated G997 prices that were cut in half in 2002. Sharp decline in gross margin.

 Genencor International, Inc.® Innovative by Nature™

**CONFIDENTIAL**

## Executive Summary (Background, etc.)

▪ Novozymes (NZ) continues to enjoy a competitive advantage in the alpha amylase (AA) market. GCOR did not have comparable enzyme in terms of functionality. Easy market for NZ to maintain.

· GCOR share in AA market is 5 million dollars compared to NZ's at 14 million. Our share is mainly due to longer-term contracts with existing customers.

· Functionality of SPEZYME FRED and SPEZYME HPA does not compete with SC.Viscosity breaking characteristics are not as good.

· Customers expect GCOR as a leader in enzymes to deliver this technology and compete with NZ.

· GCOR acquired *B. stearothermophilus* technology from EB acquisition. Needed to make financially attractive; R&D built an improved construct.

▪R&D delivers samples of EB2 in December 2003 for testing. Have improved economics by expressing in *B. licheniformis*.

 Genencor International, Inc.® Innovate by Nature™

**CONFIDENTIAL**



# EB2 Product Marketing Plan



Genencor International, Inc.° Innovative by Nature™

**CONFIDENTIAL**



## Product Description

*B. stearothermophilus* AA – GM (EB2):
This technology was acquired during the EB acquisition and represents an alternate construct to the original EB UltrapHLo for which we have determined Freedom to Operate. This is the focus of our current product development program, whereby we attempt to create a manufacturing host and protocol that yields the required economics with which we may compete.



**CONFIDENTIAL**                                    Genencor International, Inc. ° Innovative by Nature °



## Geographical Markets

- Mostly US Fuel Ethanol Market.
- However emergence in Canada, Europe and Asia as well.
- Small quantities into sweeteners market. Could be introduced into customers that have used this product in the past (CPI)
- Significant value added markets (Global).



**CONFIDENTIAL**  Genencor International, Inc.® Innovative by Nature®