# Financial Analysis - Potential Share, Price, Revenue

Original Market Analysis based on Market share

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Total Market (Metric Tonnes) | 8,000 | 10,000 | 12,000 | 14,000 | 15,000 | 16,000 | 16,000 | 16,000 |
| GCI Attainable Share | 0% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Sales Ramp | 0% | 30% | 50% | 90% | 100% | 100% | 100% | 100% |
| GCI Share | 0% | 12% | 20% | 36% | 40% | 40% | 40% | 40% |
| Estimated Sales (Metric Tonnes) | 0 | 1,200 | 2,400 | 5,040 | 6,000 | 6,400 | 6,400 | 6,400 |
| Average Price ($/kg) | $3.00 | $2.50 | $2.25 | $2.03 | $1.82 | $1.73 | $1.64 | $1.56 |
| GCI Sales Revenue ($MM) | $0.0 | $3.0 | $5.4 | $10.2 | $10.9 | $11.1 | $10.5 | $10.0 |
| Contract Revenue ($MM) | | | | | | | | |
| Royalties ($MM) | | | | | | | | |
| **Total Revenue ($MM)** | **$0.0** | **$3.0** | **$5.4** | **$10.2** | **$10.9** | **$11.1** | **$10.5** | **$10.0** |

Revised Market Analysis based on profitability

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Total Market (Metric Tonnes) | 8,000 | 10,000 | 12,000 | 14,000 | 15,000 | 16,000 | 16,000 | 16,000 |
| GCI Attainable Share | 0% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| Sales Ramp | 0% | 30% | 60% | 100% | 100% | 100% | 100% | 100% |
| GCI Share | 0% | 8% | 15% | 25% | 25% | 25% | 25% | 25% |
| Estimated Sales (Metric Tonnes) | 0 | 750 | 1,800 | 3,500 | 3,750 | 4,000 | 4,000 | 4,000 |
| Average Price ($/kg) | $3.00 | $2.80 | $2.74 | $2.69 | $2.64 | $2.58 | $2.53 | $2.48 |
| GCI Sales Revenue ($MM) | $0.0 | $2.1 | $4.9 | $9.4 | $9.9 | $10.3 | $10.1 | $9.9 |
| Contract Revenue ($MM) | | | | | | | | |
| Royalties ($MM) | | | | | | | | |
| **Total Revenue ($MM)** | **$0.0** | **$2.1** | **$4.9** | **$9.4** | **$9.9** | **$10.3** | **$10.1** | **$9.9** |



# EB2 Analysis – Marketing/Sales Objectives

## Sales Objectives

1. To gain a stronghold within customers who are or were using G997 and had to switch to FRED or HPA and are not that comfortable with those products.

2. To supply EB2 to those additional customers who particularly value its benefits beyond Novozymes SC, whether due to GCOR or EDC relationship, technical service, or actual product performance.

3. To stabilize AA prices to the ethanol industry.

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL

HIGHLY CONFIDENTIAL A - 46 GCOR010379



## EB2 Analysis - Marketing/Sales Strategies

Product Packaging (MSDS, Kosher letter, spec sheet, etc.)

- MSDS and Kosher letters are being dealt with appropriately.
- Initial product spec sheet being drafted.
- J code has been assigned to experimental material from PA.
- Product specs should be similar to 6997. Formulation may be similar to FRED due to stability reasons.
- Product information sheet is being generated in Apps Lab (Beloit)

Pricing vs. Competitors

- Dictated by market conditions and how aggressively we want share.
- Introductory price in the \$2.80 - 3.50/kg range.
- Could get many plant trials.
- SC price could drop 30% or more.

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL

## EB2 Analysis – Marketing/Sales Strategies

### Cost (Production), Margins, etc.

- No concrete cost projections from manufacturing.
- Best guess based on technical assumptions is $1.10-1.30/kg.
- Depending on process optimization, could be as low as $1.00/kg.
- Margins could be in the range of 30-60%.

### Product Features and Benefits

- EB2 is an engineered *B. stear.* designed for quick viscosity break in higher %ds systems.
- Similar to SC. Used in lower pH liquefactions with no calcium additions.
- Defining additional features and benefits.

# EB2 Analysis - Features and Benefits

- Run on corn starch, 35% ds, pH 5.5, 20 ppm Ca+2, 100 ppm SO2

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL

## EB2 Analysis - Features and Benefits

- Run on corn starch, 35% ds, pH 5.5, 20 ppm Ca+2, 100 ppm SO2

Average DE progression
Dosed on Equal Activity of 2 A-10 units/g
y = 0.0992x + 3.8883
R2 = 0.9907
EBS2 Average
y = 0.0837x + 3.1843
R2 = 0.989
SC Average
DE
16.00
14.00
12.00
10.00
8.00
6.00
4.00
2.00
0
30
60
90
120
150
minutes secondary liq.

CONFIDENTIAL

Genencor International, Inc.® Innovative by Nature™



## EB2 Analysis - Features and Benefits

- Experiments have been consistent from the beginning.
- EB2 performed better than SC on terms of equal activity. This is on starch only.
- Plants run on equal weight or volume.
- Previous SC activity units were 6,000-6,500 A-10 units/g.
- NZ may have increased units to 7,000 U/g.
- Our spec for EB2 will be in the 6,000-6,500 U/g. Our sample from PA was 5,700 U/g.
- We ran another set of experiments based on equal weight.

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL



## EB2 Analysis - Features and Benefits

- Run on corn starch, 35% ds, pH 5.5, 20 ppm Ca+2, 100 ppm SO2. Dose based on equal weight.

| SC was dosed at 2.0 A-10 U/g, EBS 2 was dosed at 1.54 U/g or 0.77X of SC |
|---|
| SC activity = 7408 U/g |
| EBS2 activity = 5714 U/g |

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL



# EB2 Analysis - Features and Benefits

- Run on corn mash, 35% ds, pH 5.5

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL



# EB2 Analysis – Features and Benefits

## Summary

- Looks like we are better in terms of DE development by 20% based on starch.
- Viscosity is on par with SC on corn mash.
- Further applications testing is required to determine how we compete with SC.
- Initial work was done to quickly compare what we had from R&D and how it compared to SC.
- First batches characteristic of product to market were received in Dec 2003.



## EB2 Analysis - Features and Benefits

Future Applications Plans and Focus:

- pH and temperature optimums and extremes.
- Viscosity comparisons using starch and thin stillage.
- Viscosity comparisons using corn and wheat mash at various solids levels.
- Fermentations after liquefactions to compare any differences between EB2, SC and FRED.
- Any other fields?? Sweeteners? Need to verify and plan for these possibilities.

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL

A - 55

HIGHLY CONFIDENTIAL

GCOR010388



## EB2 Analysis – Trial Distribution and Market Entry

Trail Distribution (Part 1):

- Two totes made by PA for customer testing.
- Testing will be at AGP and Corn Plus.
- Goal is to get most information and extension of current contracts.

CONFIDENTIAL

Genencor International, Inc.® Innovative by Nature®

HIGHLY CONFIDENTIAL

A - 56

GCOR010389



# EB2 Analysis - Trial Distribution and Market Entry

Trail Distribution (Part 2):

- *AOP list for 2004.*
- Scenarios for market entry

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL

A - 57

HIGHLY CONFIDENTIAL GCOR010390

# EB2 Analysis – Trial Distribution and Market Entry

| | | Data | Desc |
|---|---|---|---|
| | | Revenues | Sum of Total Invoice Quantity |
| Current Ship Cust Headquarters Name | Current Ship Cust Report Name | 2004 AOP | 2004 AOP |
| ABENGOA BIOENERGY | HIGH PLAINS | $50,000 | 20000 |
| | High Plains Corp. | $100,000 | 40000 |
| ABENGOA BIOENERGY Total | | $150,000 | 60000 |
| ACE ETHANOL LLC | Ace Ethanol LLC | $50,000 | 20000 |
| ACE ETHANOL LLC Total | | $50,000 | 20000 |
| AGRI ENERGY | Agri Energy | $50,000 | 20000 |
| AGRI ENERGY Total | | $50,000 | 20000 |
| BROIN GROUP | Dakota Ethanol LLC | $50,000 | 20000 |
| | Ethanol 2000 L.L.P. | $50,000 | 20000 |
| | EXOL | $50,000 | 20000 |
| | Great Plains Ethanol | $50,000 | 20000 |
| | James Valley Ethanol, LLC | $50,000 | 20000 |
| | Michigan Ethanol, LLC | $50,000 | 20000 |
| | Northern Lights Ethanol | $50,000 | 20000 |
| | Pro Corn LLC | $50,000 | 20000 |
| | Tall Corn Ethanol | $50,000 | 20000 |
| BROIN GROUP Total | | $450,000 | 180000 |
| CORN PRODUCTS INTERNATIONAL | Canada Colors & Chemicals | $199,584 | 64800 |
| CORN PRODUCTS INTERNATIONAL Total | | $199,584 | 64800 |
| ENZYME DEVELOPMENT CORPORATI | Badger State Ethanol | $60,000 | 20000 |
| | Central Minnesota Ethanol | $50,000 | 20000 |
| | CHIEF ETHANOL FUELS | $800,000 | 320000 |
| | Golden Triangle Energy | $50,000 | 20000 |
| | Grain Processing Corporation | $50,000 | 20000 |
| | HEARTLAND GRAIN FUELS | $100,000 | 40000 |
| | Midwest Grain Processors | $50,000 | 20000 |
| | MIDWEST GRAIN PRODUCTS | $200,000 | 80000 |
| | Minnesota Energy | $50,000 | 20000 |
| | QUAD COUNTY CORN | $50,000 | 20000 |
| | Siouxland Energy & Livestock Cooperative | $50,000 | 20000 |
| | US ENERGY PARTNERS LLC | $50,000 | 20000 |
| ENZYME DEVELOPMENT CORPORATION Total | | $1,550,000 | 620000 |
| GRAIN PROCESSING CORPORATION | Grain Processing Corporation | $50,000 | 20000 |
| GRAIN PROCESSING CORPORATION Total | | $50,000 | 20000 |
| NEW ENERGY CORPORATION | New Energy Corporation | $150,000 | 60000 |
| NEW ENERGY CORPORATION Total | | $150,000 | 60000 |
| RENEWABLE PRODUCTS BUYING GR | Al-Corn Clean Fuel | $50,000 | 20000 |
| | Chippewa Valley Ethanol Co. | $50,000 | 20000 |
| | Corn Plus | $50,000 | 20000 |
| | DENCO, LLC (Diversified Energy Company) | $50,000 | 20000 |
| | Heartland Corn Products | $50,000 | 20000 |
| RENEWABLE PRODUCTS BUYING GROUP Total | | $250,000 | 100000 |
| VERA SUN ENERGY | VERA SUN ENERGY | $100,000 | 40000 |
| VERA SUN ENERGY Total | | $100,000 | 40000 |
| WYOMING ETHANOL | Wyoming Ethanol | $50,000 | 20000 |
| WYOMING ETHANOL Total | | $50,000 | 20000 |
| Grand Total | | $3,049,584 | 1204800 |

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL



# EB2 Analysis – Trial Distribution and Market Entry

Trail Distribution (Part 2):

- AOP list for 2004.
- Price for exercise was $2.50/kg. CPI price was $3.08/kg.
- Approximately $3.0 million in sales.
- Driving forces were increased market share and revenue growth.
- However, new direction on margin contribution and profitability.
- Three different scenarios.

Genencor International, Inc.® Innovative by Nature®

CONFIDENTIAL



# EB2 Analysis - Trial Distribution and Market Entry

Scenario 1 - Shock and Awe

- Blitz entire market and take market share from NZ.
- Require large efforts from sales, marketing, and technical service.
- Could get extended trials at most customers. New product excitement.
- Could easily make 2004 AOP, but at what cost.
- NZ would most certainly price slash to keep share.
- NZ retaliation could be great at other GCOR accounts.

CONFIDENTIAL

HIGHLY CONFIDENTIAL



## EB2 Analysis – Trial Distribution and Market Entry

Scenario 1 – Shock and Awe (Example)

- Assuming a non-captive AA market of $24,000,000 to the ethanol industry (at present we have $5,000,000 in revenues to this market).
- If we were to pursue this scenario, we could theoretically take 17% (1 truck to each plant @ $3.00/kg) of the market in 2004, or $4,000,000 in EB2 trials (in addition to the $5,000,000), for a total of $9,000,000 GCOR AA revenues.
- This would represent 38% market share, with good margins. However, the expected NZ reaction would reduce the market by 30-40% and result in the total ethanol AA market contracting to $14 to $16 million. .



# EB2 Analysis - Trial Distribution and Market Entry

Scenario 2 - Pick and Choose Carefully (Cherry Pick)

- Not an all out attack, but a chip away strategy designed for sustained sales and increased profitability.

Example #1 - Customers who are currently using 6997.

- Margin would change from -24% to 60%. No brainer.
- Some customers may require food grade or country specific regulatory approval.(CPI- Cardinal)

Genencor International, Inc.® Innovative by Nature℠

CONFIDENTIAL

A - 62

HIGHLY CONFIDENTIAL

GCOR010395



# EB2 Analysis – Trial Distribution and Market Entry

## Scenario 2 – Pick and Choose Carefully (Cherry Pick)

Chief – Was using G997, switched to SPEZYME HPA. Full year estimates make more sense to keep them on HPA than to switch to EBS2. The gross margin would be more with EBS2 but you have to take into consideration the dose and we actually would make more money by using HPA.

Currently using 42,000 kg/mo @ 2.00/kg = $84,000/mo x 12 = $1,008,000 @ 52.5% margin = $529,000
If switched to EBS2 use would be 21,000/kg @ 3.00/kg = $63,000 X12 = $756,000 @ 60% margin = $453,600
If switched to EBS2 use would be 31,000/kg @ 3.00/kg = $93,000 X12 = $1,116,000 @ 60% margin = $669,600
If switched to EBS2 use would be 21,000/kg @ 3.50/kg = $93,000 X12 = $882,000 @ 60% margin = $529,000

What we will need to do is run trials to determine the dose needed at these plants and price accordingly considering the highest gross margin.

CONFIDENTIAL

HIGHLY CONFIDENTIAL



# EB2 Analysis – Trial Distribution and Market Entry

Scenario 2 – Pick and Choose Carefully (Cherry Pick)

- Not an all out attack, but a chip away strategy designed for sustained sales and increased profitability.

Example #2 – Customers who have no strong ties to NZ and could be easier to pick off. Customers who may have a higher price than larger or contracted NZ customers.

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL

A - 64

HIGHLY CONFIDENTIAL GCOR010397



# EB2 Analysis - Trial Distribution and Market Entry

Scenario 3 - Trade GA business for AA sales at existing customers

- Would increase overall margin based on trading low margin GA $, for higher margin AA $.

Genencor International, Inc. Innovative by Nature

CONFIDENTIAL

A - 65

HIGHLY CONFIDENTIAL

GCOR010398



# EB2 Analysis - Trial Distribution and Market Entry

## Scenario 3 - Trade GA business for AA sales at existing customers

| | | | |
|---|---|---|---|
| Cost | 1.91 | Cost | 1.2 |
| G-ZYME 480 price | 2.35 | EB2 price | 2.65 |

| Sales $ (millions) | Gross Margin | Profit | | Sales $ (millions) | Gross Margin | Profit | Total of both markets |
|---|---|---|---|---|---|---|---|
| $0 | 19% | $0 | | $5,000,000 | 55% | $2,735,849 | $2,735,849 |
| $500,000 | 19% | $93,617 | | $4,500,000 | 55% | $2,462,264 | $2,555,881 |
| $1,000,000 | 19% | $187,234 | | $4,000,000 | 55% | $2,188,679 | $2,375,913 |
| $1,500,000 | 19% | $280,851 | | $3,500,000 | 55% | $1,915,094 | $2,195,945 |
| $2,000,000 | 19% | $374,468 | | $3,000,000 | 55% | $1,641,509 | $2,015,978 |
| $2,500,000 | 19% | $468,085 | | $2,500,000 | 55% | $1,367,925 | $1,836,010 |
| $3,000,000 | 19% | $561,702 | | $2,000,000 | 55% | $1,094,340 | $1,656,042 |
| $3,500,000 | 19% | $655,319 | | $1,500,000 | 55% | $820,755 | $1,476,074 |
| $4,000,000 | 19% | $748,936 | | $1,000,000 | 55% | $547,170 | $1,296,106 |
| $4,500,000 | 19% | $842,553 | | $500,000 | 55% | $273,585 | $1,116,138 |
| $5,000,000 | 19% | $936,170 | | $0 | 55% | $0 | $936,170 |



# EB2 Analysis – Trial Distribution and Market Entry

Scenario 3 – Trade GA business for AA sales at existing customers

• Broin business would likely be harder to obtain. NZ reaction could be to lower GA price to them.

• This scenario could be attractive to other customers with lower overall sales than Broin. (e.g. New Energy, RPBG)

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL

A - 67

HIGHLY CONFIDENTIAL

GCOR010400



# EB2 Analysis - Trial Distribution and Market Entry

Summary of Scenarios:

- Scenario #1 is an interesting option, but doesn't make much sense over the long term. This would not allow us to increase profitability and increase margin contribution.
- Scenarios #2 and 3 offer us the best opportunity to play in this market, take some share from NZ, and hopefully stabilize AA prices.

Genencor International, Inc.® Innovative by Nature™

CONFIDENTIAL

A - 68

HIGHLY CONFIDENTIAL

GCOR010401



# EB2 Analysis – Trial Distribution and Market Entry

Timing:

- Tote and bulk quantities available for testing in May.
- Customer list and timelines.

Genencor International, Inc.® Innovative by Nature®

CONFIDENTIAL

A - 69

HIGHLY CONFIDENTIAL

GCOR010402



# EB2 Analysis – Trial Distribution and Market Entry

- Customer spreadsheet

Genencor International, Inc.® Innovative by Nature®

CONFIDENTIAL

A - 70

HIGHLY CONFIDENTIAL

GCOR010403



## EB2 Analysis – Trial Distribution and Market Entry

### New Technology or EB2 derivatives

- Line extensions could be increased activity or whole cell material. Differentiated product from SC.

- Calcium requirements – formulation or additional R&D effort.
- Blending of EB2 and other enzymes. Product differentiation. Need to determine which activities may work well with each other.

Genencor International, Inc.® Innovative by Nature℠
CONFIDENTIAL

A - 71

HIGHLY CONFIDENTIAL GCOR010404

# A-72 – A-109
## REDACTED IN THEIR ENTIRETY



Search
novozymes®
Unlocking the
Magic of nature
Products & Solutions
Customer Centre
Sustainability
Investor
Press & Publications
Our Science
Careers
About Us
Welcome to the new novozymes.com
Novozymes is the biotech-based world leader in enzymes and microorganisms. Explore our new and revitalized website to find out why.
Quick access to our solutions
With an easy access guide, a brush up of our product presentation, and a new design we hope that you will explore our new product site ...
Log-in for Customer Centre
User Name
Password
Login
Remember me
Get e-mail
Guides to Novozymes.com
We have provided you with a special guide across novozymes.com - see if you can find your profile
Choose your guide
News
Press releases
Stock exchange announcements
Calendar
July 19 2006
Novozymes lands US prize
July 10 2006
Great interest in Novozymes' anti-corruption work
July 06 2006
Celliance Enters Agreement with Novozymes A S to Develop Animal-Free Recombinant human Albumin
June 12 2006
Innovation: Novozymes develops global standard for logistics
Sustainability development
Wastewater treatment
Latest issue