PUBLIC VERSION – REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION<br><br>Defendants | C.A. No. 05-160-KAJ |

**DECLARATION OF RICHARD H. OLOFSON**

I, Richard H. Olofson, do hereby declare as follows:

1. I make this declaration in support of Novozymes A/S's ("NZDK") Motion For Leave To Modify The Scheduling Order For The Purpose Of Amending Its Original Complaint (the "Motion"). I have personal knowledge of the facts set forth herein and if called to testify, I could and would truthfully testify to them consistently with those facts.

2. I am currently an employee of Novozymes of North America, Inc. ("NZNA"). My current job title is Finance Manager, where I am responsible for all day-to-day issues relating to accounting and finance within NZNA. I have held this position at NZNA for the past six years. I have been an employee of NZNA or its predecessor for the past sixteen years.

3. My educational background includes a 1987 B.S. in Economics with a double major in Accounting and Finance from the University of Pennsylvania, Philadelphia, Pennsylvania, and a 1998 M.B.A. from the University of North Carolina, Chapel Hill, North Carolina.

PUBLIC VERSION – REDACTED

4.  NZDK is a Danish corporation with its principal place of business at Krogshoejvej 36, DK-2880 Bagsvaerd, Denmark. NZDK owns 100% of the stock of its United States subsidiary, Novozymes U.S., Inc. ("NZUS").

5.  NZUS, a Delaware corporation, is a holding corporation with no employees. NZUS holds 100% of the stock of three subsidiary United States corporations, one of which is NZNA.

6.  NZNA is a New York Corporation with its principal place of business at 77 Perry Chapel Church Road, Franklinton, NC 27525. Indirectly through NZUS, NZNA is a wholly-owned subsidiary of NZDK. NZNA's five person board of directors is dominated by executives of NZDK, with four of the five members being NZDK executives. While NZNA employees are authorized to make day-to-day decisions, it my understanding that NZNA operates at the complete discretion and control of NZDK.

8.  NZDK issues an annual report that includes its audited consolidated financial statements. These statements report the consolidated profits and losses of NZDK and all of NZDK's subsidiaries, including NZNA. NZDK's stock is publicly traded based on information

that includes the profits and losses of NZNA. Any profits lost by NZNA will ultimately have a full and direct effect on NZDK's financial statements as reported in its annual report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 25, 2006

Richard H. Olofson

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on August 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Tharan Gregory Lanier, Esquire
> Jane Froyd, Esquire
> JONES DAY
> 2822 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Karen E. Keller*
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> kkeller@ycst.com
>
> *Attorneys for Novozymes A/S*