IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>      Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>      Defendants. | C.A. No. 05-160-KAJ |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Rebuttal expert reports shall be served on or before **August 18, 2006**.

2. Defendants' Response to Plaintiff's Motion for Leave to Modify the Scheduling Order for the Purpose of Amending Its Complaint shall be filed with the Court on or before **August 18, 2006**.

3. Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Leave to Modify the Scheduling Order for the Purpose of Amending Its Complaint shall be filed with the Court on or before **August 25, 2006**.

4. All other deadlines as set forth in the Court's October 28, 2005 First Amended Scheduling Order (D.I. 70) regarding Phase II of this matter and the Court's July 3, 2006 Order (D.I. 133) shall remain in effect.

| NOVOZYMES A/S | GENENCOR INTERNATIONAL INC. AND ENZYME DEVELOPMENT CORPORATION |
|---|---|
| /s/ Karen E. Keller<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br>*Attorneys for Plaintiff* | /s/ Donald E. Reid<br>Donald E. Reid (#1058)<br>MORRIS NICHOLS<br>ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>dreid@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED on this _____ day of _____, 2006.

_____
Kent A. Jordan
United States District Court Judge

DB01:2162018.1                                                                                                    064080.1001