IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )    Civil Action No. 05-160-KAJ
                                        )
GENENCOR INTERNATIONAL, INC. and        )
ENZYME DEVELOPMENT CORPORATION,         )
                                        )
                    Defendants.         )

## ORDER

At Wilmington this **10th** day of **August, 2006**,

IT IS ORDERED that the Pretrial Conference presently set for

**September 12, 2006 at 4:30 p.m.** is hereby rescheduled to **September 11, 2006 at**

**10:00 a.m.,** in courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington,

Delaware.

_____
UNITED STATES DISTRICT JUDGE