**UNDER SEAL**