IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>　　　　　Defendants. | C.A. No. 05-160-KAJ |

**DECLARATION OF JANE L. FROYD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER FOR THE PURPOSE OF AMENDING ITS COMPLAINT**

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL
　　　　　　　　　　　　　　　　　　Donald E. Reid (#1058)
　　　　　　　　　　　　　　　　　　Jason A. Cincilla (#4232)
　　　　　　　　　　　　　　　　　　1201 North Market Street, 18th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　Telephone: 302.658.9200

　　　　　　　　　　　　　　　　　　Attorneys for Defendants
OF COUNSEL:　　　　　　　　　　　 Genencor International, Inc. and
　　　　　　　　　　　　　　　　　　Enzyme Development Corporation
JONES DAY

Kenneth R. Adamo
Tharan Gregory Lanier
Jane L. Froyd
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025

Thomas E. Friebel
Margaret B. Brivanlou
222 East 41st Street
New York, NY  10017-6702

August 18, 2006

1. I, Jane L. Froyd, am an associate at the law firm of Jones Day, counsel of record for Defendants Genencor International, Inc. and Enzyme Development Corporation ("Genencor"), in connection with a lawsuit filed in federal court by Novozymes A/S ("NZDK") against Genencor.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail communication from George E. Hykal, counsel for NZDK, to Greg Lanier and Jane L. Froyd, counsel for Genencor, dated May 23, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of Novozymes A/S First Set of Interrogatories (Nos. 1-9), dated July 1, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of Novozymes A/S First Set of Requests for the Production of Documents and Things (Nos. 1-60) to Genencor International, Inc. and Enzyme Development Corporation, dated July 1, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail communication from Jane L. Froyd, counsel for Genencor, to Robert Sullivan and George E. Hykal, counsel for NZDK, dated June 7, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants' First Request for the Production of Documents and Things to Plaintiff Novozymes A/S, dated July 1, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of Defendants' Second Request for the Production of Documents and Things to Plaintiff Novozymes A/S, dated June 7, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of an e-mail communication from George E. Hykal, counsel for NZDK, to Jane L. Froyd and Greg Lanier, counsel for Genencor, dated July 18, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of an e-mail communication from Greg Lanier, counsel for Genencor, to George E. Hykal, counsel for NZDK, dated July 18, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of an e-mail communication from George E. Hykal, counsel for NZDK, to Greg Lanier, counsel for Genencor, dated July 19, 2006.

11. Attached hereto as Exhibit J is a true and correct copy of an e-mail communication from George E. Hykal, counsel for NZDK, to Greg Lanier, counsel for Genencor, dated July 20, 2006.

12. Attached hereto as Exhibit K are true and correct copies of relevant pages from the transcript of the deposition of Richard H. Olofson, taken on August 3, 2006.

13. Attached hereto as Exhibit L is a true and correct copy of the document marked as Exhibit 504 at the deposition of Richard H. Olofson, taken on August 3, 2006.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 18, 2006, at Menlo Park, California.

_____
JANE L. FROYD