IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on the 18th day of August, 2006 the Expert Report of David J. Teece was served by email upon the following counsel:

      Andrew A. Lundgren, Esquire (alundgren@ycst.com)
      Young Conaway Stargatt & Taylor LLP
      1000 West Street
      Wilmington, DE 19801

      Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
      Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
      Darby & Darby P.C.
      805 Third Avenue, 27th Floor
      New York, NY 10022

      David K. Tellekson, Esquire (dtellekson@darbylaw.com)
      Darby & Darby P.C.
      1191 Second Avenue
      Seattle, WA 98101

      George Hykal, Esquire (ghykal@darbylaw.com)
      Darby & Darby P.C.
      803 3rd Avenue
      New York, NY 10022

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/ Donald E. Reid
                Donald E. Reid (#1058)
                Jason A. Cincilla (#4232)
OF COUNSEL:          1201 North Market Street
                18th Floor
Tharan Gregory Lanier       Wilmington, DE 19899-1347
Kenneth R. Adamo        (302) 658-9200
Jane L. Froyd          *Attorneys for Defendants*
JONES DAY          *Genencor International, Inc. and*
2882 Sand Hill Road, Suite 240    *Enzyme Development Corporation*
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: August 22, 2006