IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION<br><br>　　　　　　　　Defendants | C.A. No. 05-160-KAJ |

### STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the court, as follows:

1. The deadline for submitting the **Pretrial Order** for the Damages Phase of Trial shall be moved from Monday, August 28, 2006 to **Wednesday, August 30, 2006**.

2. The deadline for Plaintiff's to file their **Reply Brief in Support of their Motion for Leave to Modify the Scheduling Order for the Purpose of Amending Its Complaint** is extended through and including **Monday, August 28, 2006**.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| _/s/ Karen E. Keller_<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br><br>Attorney for Plaintiff | _/s/ Donald A. Reid_<br>Donald A. Reid (No. 1058)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>dreid@mnat.com<br><br>Attorney for Defendants |

**SO ORDERED** this _____ day of August, 2006.

_____
United States District Court Judge

DB01:2176377.1                                                                                                                          064080.1001