IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-160 KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. and | ) |
| ENZYME DEVELOPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 25th of August, 2006 copies of **Genencor International, Inc.'s Responses to Plaintiff Novozymes A/S's Fourth Set of Interrogatories** and **Defendants' Responses to Plaintiff's Third Set of Requests For Production of Documents and Things** were served by email upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

      George Hykal, Esquire (ghykal@darbylaw.com)
      Darby & Darby P.C.
      803 3rd Avenue
      New York, NY 10022

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          /s/ Jason A. Cincilla
                          Donald E. Reid (#1058)
                          Jason A. Cincilla (#4232)
                          1201 North Market Street
OF COUNSEL:               18th Floor
                          Wilmington, DE 19899-1347
Tharan Gregory Lanier       (302) 658-9200
Kenneth R. Adamo          *Attorneys for Defendants*
Jane L. Froyd                 *Genencor International, Inc. and*
JONES DAY                  *Enzyme Development Corporation*
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: September 1, 2006