IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,

     Plaintiff,

v.

GENENCOR INTERNATIONAL, INC., and
ENZYME DEVELOPMENT CORPORATION

     Defendants.

C.A. No. 05-160-KAJ

## PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION

Plaintiff Novozymes A/S ("NZDK"), by and through its counsel, hereby moves the Court for the entry of a permanent injunction against defendants Genencor International Inc. and Enzyme Development Corporation. This Motion should be granted for the reasons set forth in NZDK's Memorandum of Law filed in support thereof. A Proposed Order is attached.

  ORAL ARGUMENT is requested.

OF COUNSEL:

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiff
Novozymes A/S*

Dated: September 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>             Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br>ENZYME DEVELOPMENT CORPORATION<br><br>             Defendants. | C.A. No. 05-160-KAJ |

## LOCAL RULE 7.1.1 STATEMENT

I, Andrew A. Lundgren, Esquire, hereby certify pursuant to Local Rule 7.1.1 that counsel for Plaintiff Novozymes A/S has made reasonable efforts to reach agreement with counsel for the Defendants on the matters set forth in the present motion, and that Defendants have informed us that they oppose the motion.

Dated:   September 1, 2006

NOVOZYMES A/S

/s/ Andrew A. Lundgren
Andrew A. Lundgren (No. 4429)
**YOUNG CONAWAY STARGATT**
**& TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on September 1, 2006, I caused to be served a true and correct copy of the foregoing document to the following counsel of record:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Donald E. Reid, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Tharan Gregory Lanier, Esquire
Jane Froyd, Esquire
JONES DAY
2822 Sand Hill Road, Suite 240
Menlo Park, CA 94025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Novozymes A/S*