IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>                      Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>                      Defendants. | C.A. No. 05-160-KAJ |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PERMANENT INJUNCTION**

This matter having come before this Court upon motion by the Plaintiff, Novozymes A/S, for entry of a permanent injunction, the Court, having reviewed the record, reviewed the opposition pleadings of the Defendants Genencor International, Inc. and Enzyme Development Corporation ("Defendants"), and heard oral argument on the matter, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED as follows:

Defendants and their respective officers, directors, agents, servants, employees, and attorneys, and all other persons and entities in active concert or participation with them, having received notice of the entry of this Order are hereby permanently enjoined and restrained from engaging in any of the following activities:

    1.    From manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the Spezyme Ethyl alpha-amylase enzyme product, and / or any other product that infringes United States Patent No. 6,867,031 ("the '031 patent");

2. From inducing others to manufacture, use, offer for sale, or sell in the United States, or import into the United States, the Spezyme Ethyl alpha-amylase enzyme product, and / or any other product that infringes the '031 patent; and

3. From engaging in any other conduct, or inducing others to engage in the same, that infringes the '031 patent.

Dated: _____, 2006

_____
United States District Judge