<u>**REDACTED – PUBLIC VERSION**</u>
**FILED UNDER SEAL - CONTAINS HIGHLY CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVOZYMES A/S, <br><br> Plaintiff <br><br> v. <br><br> GENENCOR INTERNATIONAL, INC., and ENZYME DEVELOPMENT CORPORATION <br><br> Defendants | C.A. No. 05-160-KAJ |

**APPENDIX B TO
PLAINTIFF'S REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR LEAVE TO MODIFY THE
<u>SCHEDULING ORDER FOR THE PURPOSE OF AMENDING ITS COMPLAINT</u>**

Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
**YOUNG CONAWAY STARGATT
 & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Joseph R. Robinson
David Tellekson
Robert C. Sullivan, Jr.
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Dated:   August 28, 2006          Attorneys for Plaintiff
Novozymes A/S

TABLE OF CONTENTS
OF THE
APPENDIX TO PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION
FOR LEAVE TO MODIFY THE SCHEDULING ORDER FOR THE PURPOSE
OF AMENDING ITS COMPLAINT

| Date of Document | Title/ Description | Appendix No. |
|---|---|---|
| August 22, 2006 | Defendants' Motion in Limine No. 1 to Exclude the Julie L. Davis Expert Report | B-1 - B-5 |
| August 22, 2006 | Defendants' Motion in Limine No. 3 to Preclude Evidence and Argument Concerning Novozymes A/S' Alleged Entitlement to Novozymes North America, Inc.'s Purported Lost Profits | B-6 – B-9 |
| August 03, 2006. | Deposition Transcript of Richard H. Olofson. pp. 1-4;23-25;130;147-149 | B-10 - B-20 |
| July 25, 2006 | Plaintiff's Response to Defendants' Fourth Set of Interrogatories | B-21 - B-27 |
| August 04, 2006 | Deposition Transcript of Maurice G. Beto. pp. 1-4;75-77 | B-28 - B-34 |
| September 14, 2005 | Declaration of David J. Teece | B-35 –B-47 |
| June 22, 2005 | Declaration of Gregory K. Lefebvre | B-48 – B55 |
| October 04, 2005 | Rebuttal Declaration of Gregory Lefebvre | B-56 – B-65 |
| August 19, 2005 | Deposition Transcript of Gregory K. Lefebvre. pp. 1-4;11-12 | B-66 – B-71 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on September 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE  19899-1347

I further certify that on September 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Tharan Gregory Lanier, Esquire
> Jane Froyd, Esquire
> JONES DAY
> 2822 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Novozymes A/S*