IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-160-KAJ ) |
| GENENCOR INTERNATIONAL, INC. and ENZYME DEVELOPMENT CORPORATION, | ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this 18th day of **September, 2006**,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to modify the scheduling order for the purpose of amending its complaint (D.I. 144) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE