FINISAR CORPORATION V DIRECTV GROUP, INC.
07/06/06                                                                    1

**$**

$1.32 - 7:21, 9:22, 9:23, 20:25, 53:9, 54:23, 55:9, 62:13, 82:4, 84:15, 96:20, 127:5, 136:21
$1.32.09 - 82:4
$1.60 - 136:2, 136:16
$1.65 - 60:14, 129:4
$100 - 126:3
$100,000 - 117:1
$13 - 95:14
$14 - 95:15
$15 - 32:20
$2.50 - 60:19, 62:22
$20,250.25 - 81:22
$23 - 8:13
$25 - 117:20
$400 - 116:18
$5.50 - 62:23, 62:24
$500 - 138:9
$600 - 15:14
$700,000 - 21:4
$78,720,250 - 121:20
$78,720,250.25 - 121:20
$78,920,250.25 - 122:24
$79 - 117:1
$800,000 - 106:1, 111:4

**'**

'95 - 84:25

**0**

0.75 - 64:18, 64:22

**1**

1 - 95:19, 96:1, 96:4
1.14 - 87:11
1.15 - 87:11
1.2 - 128:21
1.6 - 115:5
1.7 - 42:3
10 - 128:12
10.5 - 99:19, 102:10
100 - 138:9
1020 - 103:17
1032 - 103:22
1033 - 103:24
1037 - 105:8
106 - 98:22
10TH - 140:16
11 - 122:16
11,163,697 - 96:5
11.7 - 67:18, 67:24
1185 - 118:20
1197 - 118:20
12 - 11:7, 55:4, 60:13, 60:14, 60:16, 129:4, 136:10
12-31-07 - 140:20
120 - 100:10
1259 - 113:19
126 - 123:18
1274 - 113:19
13 - 122:17, 134:2
1317 - 126:25
1317-1319 - 118:15
1324 - 127:1
133 - 100:10, 108:12
1349 - 98:24
1368 - 118:7
138 - 118:11
1380 - 118:7
1389 - 1:21

14 - 20:24, 97:12, 122:16, 128:2
140 - 3:16
1428 - 96:19
1448 - 118:11
1458 - 16:3
1460 - 118:12
14TH - 94:9
15 - 16:2, 23:5, 29:16, 32:5, 32:20, 75:21, 76:3, 76:8, 89:23, 92:14, 125:22, 127:11, 128:12, 131:19
155 - 100:10
1553 - 18:7
1555 - 118:22
1582 - 118:22
160 - 94:11
1837 - 123:18
185 - 113:19
19 - 17:15
1961 - 123:3
1974 - 127:2
198 - 118:25
1986 - 118:25
1988 - 81:5
1991 - 102:16
1992 - 103:17, 106:24, 118:22
1993 - 94:7
1995 - 26:16, 26:18, 27:25, 28:4, 29:8, 29:12, 29:23, 30:5, 30:8, 30:12, 30:25, 31:1, 33:22, 34:1, 34:2, 35:11, 35:14, 35:16, 35:23, 36:8, 36:16, 36:17, 36:24, 37:12, 38:4, 38:21, 43:11, 43:13, 43:17, 61:12, 110:2
1996 - 118:20
1997 - 93:23, 101:12, 104:6, 104:20, 108:13
1998 - 118:12
1999 - 37:23, 75:24, 113:20, 136:22
1:05-CV-00264 - 1:5
1:05-CV-0264 - 4:3

**2**

2 - 53:20, 95:20
2.50 - 55:5, 55:6, 129:2, 129:5, 136:6
20 - 45:15, 45:16, 60:22, 70:21, 129:5
200 - 13:7, 59:10, 133:22, 136:7
200-YEAR - 6:3
2000 - 26:25, 100:11
2001 - 26:25, 98:25, 100:21
2002 - 27:1, 34:4, 37:23, 38:20
2003 - 27:1, 35:23, 105:21
2004 - 33:25, 34:2, 38:19, 105:14, 109:2, 115:17, 115:24, 120:8
2004-2005 - 34:18
2005 - 70:18, 70:21, 118:7
2006 - 1:7, 28:3, 29:7, 30:6, 34:3, 37:11, 38:6, 56:9, 56:25, 67:18, 67:23, 75:22, 85:3, 118:16, 140:17
2007 - 10:14, 85:4
201 - 118:25

2012 - 11:9, 16:23, 35:10, 35:19, 67:18, 67:23
2097 - 100:11
2110 - 100:11
212 - 100:21
219 - 100:21
2195 - 2:3
222 - 86:15, 86:22
223 - 86:15, 86:21, 86:22
23 - 15:12
25 - 65:24, 66:2, 67:2, 67:3, 67:5, 67:7, 67:10, 89:25, 123:1, 134:17
25.161 - 79:16
257 - 94:8
258 - 101:5
26 - 3:5
265 - 98:24
271 - 84:7, 100:20
28 - 123:3
283 - 123:15
284 - 113:11, 116:7, 120:25, 121:1
285 - 18:8, 22:18, 92:1, 92:17, 118:1, 120:10, 120:25, 121:6, 121:18
288 - 95:7
28TH - 76:24, 90:17
2D - 94:6, 94:8, 103:17, 105:8, 113:15, 126:25
2ND - 118:22, 118:25

**3**

3 - 64:23, 64:24
3.50 - 55:7, 55:18, 129:3
30 - 40:20, 46:20, 46:25, 62:25, 63:8, 63:16, 70:21, 85:2, 85:3, 117:21, 135:11
326 - 101:5
35 - 95:8, 113:11, 117:25, 123:15
360 - 100:14
382 - 94:6
39 - 3:6
3M - 98:24
3RD - 89:12, 100:14, 100:20, 101:5, 108:13, 113:19, 118:7, 118:11, 118:15, 118:20

**4**

4 - 55:5, 108:14, 129:2
400 - 105:14
409 - 140:21
432 - 118:6
436 - 118:15
47 - 79:15
483 - 100:14
492 - 126:25

**5**

5 - 3:3, 53:20, 63:4
5.3 - 67:18, 67:24
5.50 - 55:7, 55:18, 129:3
50 - 50:1
500 - 1:19
505 - 29:11, 36:12, 43:16, 43:17, 52:22, 89:6, 95:5
5141 - 140:19

52 - 3:9
530 - 100:10
55 - 76:1, 84:15
55-MILLION - 127:8
55-PAGE - 89:7
550 - 1:19
555 - 1:25
56 - 29:14, 31:12
560 - 135:1
580 - 101:11
584 - 101:11
59 - 75:24, 76:1
59-MILLION - 127:10
5:00 - 13:10
5TH - 1:25

**6**

6 - 1:7
60 - 1:16, 89:12, 135:12
61 - 3:10
612.5 - 15:13, 15:17
68 - 3:11
69 - 3:13

**7**

70 - 70:23
72 - 3:14
720,000 - 122:22
745-5228 - 140:21
76 - 118:20
77 - 3:15
77632 - 2:5, 140:21
77701 - 1:19
77706 - 2:3
781 - 118:24
79 - 15:16, 18:4, 93:8, 115:1
7TH - 9:5

**8**

80 - 59:14, 70:23, 111:10
800 - 138:10
816 - 113:15
824 - 94:8
826 - 113:15
827 - 113:15
8311 - 2:5, 140:20
84111 - 1:17
849 - 16:2
859 - 94:6
860 - 108:13
862 - 94:11
867 - 108:14
892 - 18:6
893 - 94:2
894 - 94:2

**9**

9 - 28:13
90071 - 2:1
920,000 - 122:22
94089 - 1:22
95 - 70:9
960 - 103:17, 105:8
965 - 94:2, 101:10
970 - 92:7, 113:14
977 - 118:21
9:30 - 1:7

**A**

ABACK - 102:4
ABILITY - 7:18, 14:24, 18:18, 32:3, 32:19, 33:16, 37:5, 57:6, 90:25

ABLE - 7:10, 14:21, 37:16, 58:7, 97:15, 104:8, 130:6
ABROGATE - 119:10
ABSENCE - 42:5
ABSENT - 119:14, 121:2
ABSOLUTE - 49:13, 62:7, 107:1, 116:25, 117:23
ABSOLUTELY - 26:15, 41:19, 42:4
ABUSE - 116:17
AC - 103:16
ACCEPT - 135:18
ACCEPTED - 85:24, 119:9, 135:17
ACCESS - 36:13
ACCIDENT - 94:10
ACCOMPANIED - 117:12
ACCOMPLISH - 121:4
ACCORDING - 30:20, 126:6
ACCOUNT - 30:9, 41:2, 47:7, 47:9, 49:7, 101:9
ACCOUNTING - 83:23, 137:2
ACCURACY - 19:16, 72:2
ACCURATE - 19:14, 71:20, 71:22, 72:1
ACCUSATION - 92:20
ACCUSATIONS - 92:19
ACCUSED - 41:20
ACKNOWLEDGE - 17:20
ACKNOWLEDGED - 63:21
ACQUISITION - 36:10, 44:1, 70:17
ACT - 79:7, 121:8, 125:1
ACTED - 18:25
ACTING - 13:7
ACTION - 1:4, 5:8, 5:9, 10:6, 11:7, 11:8, 105:4, 111:1, 115:23
ACTIONS - 88:6
ACTIVATED - 60:6, 76:16
ACTIVITIES - 16:15
ACTIVITY - 5:13, 111:1
ACTUAL - 8:22, 116:13
ADA - 2:4, 140:4, 140:19
ADD - 36:1, 94:13
ADDED - 23:7, 56:23
ADDING - 76:9
ADDITION - 20:1, 34:4, 34:9, 35:15, 78:19, 89:23, 90:7, 95:5
ADDITIONAL - 20:10, 33:21, 33:23, 34:23, 51:15, 66:23, 80:15, 114:24
ADDRESS - 21:23, 77:1, 77:8, 91:19, 91:22, 94:20
ADDRESSED - 10:24, 89:10, 126:14
ADDUCE - 25:6
ADEQUACY - 77:20
ADEQUATELY -

125:14
ADJUST - 63:15
ADMINISTRATION - 124:23
ADMINISTRATIONS - 124:24
ADMITTED - 97:23
ADOPT - 11:4, 22:22, 111:7
ADOPTED - 10:11, 46:22, 62:5
ADVANCED - 118:21
ADVANTAGE - 30:2, 114:22, 132:17, 133:8
ADVISORY - 103:13
ADVOCATES - 9:5
AFFECT - 28:7
AFFECTS - 37:5, 124:18
AFFIDAVIT - 99:21, 100:1
AFFIRMANCE - 80:9, 80:12
AFTERNOON - 61:4, 97:19
AGGREGATED - 113:15
AGGRIEVED - 22:9
AGREE - 30:23, 31:15, 33:6, 57:6, 58:6, 58:14, 66:7
AGREED - 16:22, 20:23, 21:24, 121:22, 134:7, 135:19
AGREEING - 21:7, 21:8, 21:9
AGREEMENT - 23:22, 28:12, 28:16, 28:21, 28:24, 30:25, 33:25, 34:4, 35:8, 38:1, 38:19, 38:20, 38:21, 39:1, 41:25, 42:18, 56:7, 64:2, 64:4, 64:8, 64:11, 64:12, 64:14, 65:11, 65:15, 137:6
AGREEMENTS - 28:20, 34:9, 34:10, 37:23, 37:25, 38:5, 38:23, 46:20, 47:1, 60:3, 62:20, 63:22, 64:1
AGREES - 82:1
AHEAD - 4:21, 21:18, 29:2, 33:18, 48:16, 54:11, 55:21, 65:10, 73:19, 77:6, 83:14, 86:8, 87:13, 97:19, 97:23, 139:8
AIR - 66:3
AL - 1:8, 4:2
ALIGNED - 53:3
ALLEGATION - 90:16
ALLEGED - 82:21
ALLOCATE - 58:2
ALLOCATED - 57:23
ALLOW - 5:25, 16:10, 39:15, 72:25, 73:1, 73:15, 73:17, 73:18, 88:21, 126:8, 138:11, 138:13
ALLOWED - 6:25, 16:6, 16:7, 107:24
ALLOWS - 93:25
ALMOST - 13:5, 14:13, 16:21, 49:10, 49:12, 53:18, 79:5, 101:7
ALONE - 17:9
ALTER - 90:3
ALTERNATE -

102:21
ALTERNATIVE - 4:16, 26:11, 79:22, 115:18
ALTERNATIVES - 8:8, 8:19, 51:7, 61:9, 61:15, 63:15, 106:1, 111:4, 111:7
AMEND - 19:17
AMENDMENTS - 37:24
AMERICA - 94:6
AMERICAN - 119:10, 119:11, 126:25
AMORTIZATION - 35:10, 134:19, 134:24
AMOUNT - 17:21, 45:9, 45:19, 47:10, 47:17, 47:22, 49:6, 49:25, 53:7, 53:14, 62:1, 62:25, 67:16, 76:11, 83:2, 85:11, 89:3, 102:19, 114:25, 120:2, 122:9, 123:12, 125:9, 127:17, 137:23, 138:6
AMOUNTS - 63:10, 122:13
AMPLE - 107:11, 107:21
ANALOGOUS - 133:13
ANALYSIS - 7:8, 12:6, 12:17, 14:1, 14:2, 20:13, 29:5, 41:6, 42:5, 48:22, 52:11, 56:14, 56:15, 58:5, 59:24, 61:11, 63:16, 97:5, 111:9, 111:12, 112:4, 112:13, 113:18, 113:21, 114:3, 115:17, 115:18, 115:22, 117:3, 128:3
ANALYST - 35:15, 35:17, 35:24
ANALYZE - 27:16, 38:8
ANALYZED - 61:12, 61:17, 104:25, 119:23
ANALYZING - 120:25, 127:16
ANGELES - 2:1
ANIMATED - 102:10, 102:22
ANIMATION - 102:8, 102:9
ANIMATIONS - 112:25
ANNOUNCEMENTS - 97:19
ANNUAL - 22:3, 22:19
ANNUALLY - 22:3, 22:13, 22:17, 22:21, 95:14, 122:7, 122:12, 122:19
ANNUM - 94:1, 94:4
ANOMALY - 58:25, 96:23
ANSWER - 13:22, 13:25, 74:2, 74:7, 76:19, 86:10, 95:23
ANSWERED - 77:19, 78:4
ANSWERS - 80:23
ANTI - 44:1, 78:2, 124:17, 124:22, 126:9, 130:4
ANTI-BARGAINING - 126:9
ANTI-TRUST - 44:1, 78:2, 124:17, 124:22,

130:4
ANTICIPATED - 30:12, 99:8
ANTICIPATING - 99:7
ANTICIPATION - 89:20, 98:23, 99:1, 99:3, 100:1, 101:17, 101:19, 110:5, 110:15, 112:13, 115:10, 119:7
ANYTIME - 90:5
ANYWAY - 49:14
APART - 21:4
APOLOGIZE - 28:23
APPEALS - 14:14, 15:8, 94:7, 94:9
APPEAR - 122:5
APPEARANCES - 1:14
APPEARED - 111:24
APPELLATE - 4:23, 80:25
APPLICABLE - 46:16
APPLIED - 27:2, 66:10, 85:16
APPLY - 29:21, 49:17, 67:7
APPLYING - 27:5
APPOINTMENT - 97:18
APPRECIATES - 77:1
APPROACH - 5:15, 11:5, 16:20, 22:13, 22:21, 25:19, 27:8, 50:13, 62:14, 74:8, 83:12, 85:21, 88:9
APPROPRIATE - 6:6, 6:11, 20:6, 26:9, 27:1, 38:7, 38:8, 39:7, 52:11, 52:21, 56:6, 57:24, 58:4, 59:17, 62:25, 79:9, 87:24, 91:1, 92:18, 113:13, 118:10, 121:23, 127:17, 135:10, 135:12
APPROPRIATELY - 23:3, 126:7
APPROVED - 113:18
APPROXIMATE - 6:3, 9:24, 82:7
APPROXIMATED - 24:23
APRIL - 43:17
ARBITRARILY - 126:15
ARCENEAU - 106:23
ARCENEAUX - 19:11
ARCHITECTURE - 89:20
AREAS - 33:3, 33:4, 33:7, 33:16
ARGUE - 62:18, 125:11
ARGUED - 12:7, 17:25, 32:3, 62:19, 89:9, 104:24, 116:16
ARGUES - 18:3
ARGUING - 79:25, 84:14, 104:14
ARGUMENT - 12:18, 12:20, 13:24, 31:2, 49:9, 50:12, 84:4, 90:19, 104:24, 123:23, 136:18
ARGUMENTS - 5:10, 51:25, 78:4
ARISE - 51:17
ARISES - 103:25,

104:2
ARISING - 51:20
ARRANGEMENT - 59:21
ARRANGEMENTS - 59:25
ARRIVE - 100:19
ARRIVES - 136:5
ART - 102:15, 113:1, 113:3
ARTICLE - 13:13
ARTICULATING - 65:18
ARTIFICIAL - 135:21
ASCERTAIN - 60:6
ASLEEP - 122:25
ASPECT - 27:4, 38:1
ASPECTS - 91:15
ASSERTS - 127:2
ASSESS - 29:17
ASSIGNED - 34:10
ASSIST - 6:17, 88:24
ASSISTED - 27:4
ASSOCIATED - 105:3
ASSUME - 41:17, 41:22, 105:2
ASSUMED - 41:13, 121:8
ASSUMING - 53:6
ATTACHED - 11:10, 44:5, 44:6, 44:13, 78:7, 95:10
ATTEMPT - 111:2, 112:22, 115:16, 115:17, 116:5
ATTEMPTED - 114:11, 116:4
ATTEMPTING - 111:1
ATTEMPTS - 119:18, 130:10
ATTENTION - 6:25, 22:14, 71:23, 104:6
ATTORNEY - 18:14, 90:19, 109:12, 124:25
ATTORNEY'S - 17:4, 17:7, 17:10, 18:10, 22:18, 77:10, 87:16, 91:20, 91:22, 91:24, 92:6, 92:10, 118:1, 118:9, 119:2, 119:9, 119:11, 119:13, 119:22, 120:12, 120:18, 121:5, 121:9, 121:18, 137:18
ATTORNEY-CLIENT - 109:12
ATTORNEYS - 4:13, 14:15, 119:19, 121:12, 121:15
AUSPICES - 36:11
AUTHORITIES - 116:11
AUTHORITY - 84:8, 84:9, 107:1
AUTHORIZATION - 79:17
AUTOMATIC - 79:17, 124:12
AVAILABILITY - 63:14, 125:23
AVAILABLE - 35:4, 47:12, 54:21, 75:8, 75:11, 125:6, 125:7
AVERAGE - 23:10
AVERSION - 124:17
AVOID - 19:24, 110:25, 111:2, 111:14, 114:11, 119:18
AWARD - 11:11, 15:4, 17:10, 18:13,

104:2
ARISING - 51:20
ARRANGEMENT - 59:21
ARRANGEMENTS - 59:25
ARRIVE - 100:19
ARRIVES - 136:5
ART - 102:15, 113:1, 113:3
ARTICLE - 13:13
ARTICULATING - 65:18
ARTIFICIAL - 135:21
ASCERTAIN - 60:6
ASLEEP - 122:25
ASPECT - 27:4, 38:1
ASPECTS - 91:15
ASSERTS - 127:2
ASSESS - 29:17
ASSIGNED - 34:10
ASSIST - 6:17, 88:24
ASSISTED - 27:4
ASSOCIATED - 105:3
ASSUME - 41:17, 41:22, 105:2
ASSUMED - 41:13, 121:8
ASSUMING - 53:6
ATTACHED - 11:10, 44:5, 44:6, 44:13, 78:7, 95:10
ATTEMPT - 111:2, 112:22, 115:16, 115:17, 116:5

18:18, 18:19, 18:22, 22:8, 43:10, 92:1, 116:13, 116:19, 117:4, 118:1, 120:15, 120:17, 125:11, 127:4, 137:21, 137:25
AWARDED - 4:13, 15:12, 22:11, 84:16, 119:2, 121:19, 121:20, 122:9, 138:3
AWARDING - 89:3
AWARE - 39:24, 40:9, 42:15, 43:22, 43:25, 44:25, 45:2, 55:22, 61:22, 66:2, 67:17, 72:25, 73:21, 73:24, 74:3, 75:11

B

BACHMAN - 113:16
BAD - 81:16, 114:12, 118:13
BAG - 5:18, 50:14
BALANCE - 78:8, 78:11, 97:6
BANK - 22:7
BAR - 13:13
BARELY - 20:4
BARGAINING - 124:12
BARGAINING - 126:9
BARRIER - 31:16, 79:21
BARRIERS - 33:1
BASE - 27:2, 29:16, 30:3, 41:22, 42:19, 82:17, 128:17
BASED - 19:9, 20:25, 27:17, 38:24, 39:6, 42:11, 42:13, 42:16, 43:3, 45:10, 45:11, 55:23, 56:3, 59:24, 60:14, 67:13, 67:16, 82:22, 84:15, 87:19, 87:20, 89:20, 98:21, 102:18, 104:9, 114:13, 117:17, 117:19, 122:9, 122:11, 122:18, 128:18, 129:3, 129:5, 129:7, 129:11, 129:13, 132:8, 132:16, 133:6, 133:20, 135:10, 135:12, 135:13, 135:25, 136:6, 138:19
BASIC - 17:18, 64:18
BASING - 62:9, 62:12
BASIS - 7:12, 7:16, 7:25, 8:3, 11:3, 12:3, 14:10, 17:6, 20:25, 21:1, 23:1, 23:18, 33:15, 34:11, 38:25, 39:2, 39:5, 39:10, 42:14, 42:22, 67:14, 86:17, 94:19, 96:20, 100:24, 105:12, 107:15, 117:23, 128:1, 132:4, 132:10
BB4 - 57:1
BEANS - 102:10
BEARS - 77:21
BEAUMONT - 1:3, 1:6, 1:19, 2:3
BECAME - 8:17
BECKMAN - 18:6, 22:15
BECOMES - 15:3
BECOMING - 32:11
BEGAN - 135:19
BEGINNING - 24:11,

106:22
BEHALF - 21:21, 61:7, 68:18, 140:12
BEHAVIOR - 114:8, 118:14, 118:17, 119:15
BEHIND - 18:8, 120:25
BELIEF - 108:25, 114:2
BELIEVABLE - 111:24
BELIEVES - 100:18
BELLS - 45:3
BEND - 118:20
BENEFIT - 110:21, 111:12, 115:18
BENEFITS - 74:20, 133:2
BEST - 67:9, 69:25, 70:4, 89:13, 112:17
BETTER - 82:13, 115:3, 130:19, 130:20
BETWEEN - 8:23, 9:8, 22:23, 23:10, 24:14, 28:4, 29:23, 32:11, 34:2, 35:8, 37:8, 38:10, 38:20, 38:22, 66:18, 76:1, 115:12, 119:8, 121:11, 130:16
BIG - 54:7, 54:8, 114:23, 128:2, 128:15
BILL - 24:13, 68:16, 122:1
BILLION - 42:3, 115:5, 116:20, 128:20, 128:21, 134:11, 135:2
BILLIONS - 31:18, 31:21, 121:10, 134:8
BINKS - 89:12
BIT - 30:1, 34:1, 82:15, 87:1, 94:19, 117:20, 135:21
BIWEEKLY - 23:18
BLANK - 129:20
BLESSING - 125:24, 125:25
BLIND - 116:21, 117:22
BLIP - 18:20
BOARD - 102:4
BOILS - 87:25
BOOK - 101:21, 101:24, 102:7, 102:8, 102:12
BORROWING - 22:6
BOUND - 121:24
BOX - 21:1, 32:11, 34:14, 34:19, 34:21, 36:21, 38:13, 39:1, 39:2, 39:3, 39:5, 45:23, 46:4, 53:2, 53:9, 53:20, 54:16, 54:17, 54:23, 55:4, 55:19, 59:19, 60:2, 60:20, 62:5, 62:19, 63:1, 63:4, 63:10, 68:9, 68:12, 68:19, 70:1, 70:2, 70:3, 70:7, 70:13, 72:15, 72:19, 72:20, 73:5, 73:8, 73:11, 74:1, 74:16, 74:25, 75:9, 76:12, 76:17, 82:22, 82:23, 83:12, 84:14, 84:19, 84:22, 84:23, 84:24, 85:1, 85:2, 85:3, 85:19, 85:21, 86:5, 86:6, 86:7, 86:18, 87:4, 87:5, 96:20, 96:21, 104:25, 122:4,

122:12, 127:6, 128:1, 128:10, 129:3, 129:5, 129:14, 129:16, 132:1, 132:3, 132:13, 135:11, 135:12, 136:3, 136:7, 136:16, 136:25
BOXES - 32:6, 34:12, 42:14, 44:15, 44:16, 44:18, 45:25, 46:3, 53:15, 53:21, 54:19, 55:7, 60:6, 68:16, 69:16, 69:17, 69:19, 69:21, 69:22, 70:8, 70:9, 70:11, 70:16, 70:19, 70:22, 71:15, 72:11, 72:14, 72:16, 72:22, 72:25, 74:3, 74:4, 75:3, 75:5, 75:8, 75:16, 75:25, 76:9, 76:16, 82:11, 82:12, 82:13, 83:1, 83:3, 85:4, 98:12, 111:21, 127:8, 127:10, 130:19, 137:4
BRANDED - 69:19
BREAK - 48:12, 97:18
BREAKER - 83:13
BREAKS - 133:21
BRIAN - 3:4, 20:5, 25:14, 25:22
BRIEF - 7:11, 17:13, 17:19, 18:17, 49:23, 57:7, 58:7, 74:12, 74:14, 76:24, 78:1, 78:5, 78:9, 78:16, 79:24, 80:8, 80:10, 88:2, 89:10, 90:3, 90:17, 92:8, 92:20, 93:12, 93:15, 97:15, 102:8, 127:2
BRIEFLY - 5:3, 21:6, 54:14, 77:8, 92:19, 94:21
BRIEFS - 4:9, 20:18, 76:24, 80:6, 89:1, 92:25, 95:11, 125:24
BRING - 25:20
BRINGING - 32:14
BROADCASTING - 43:6, 43:9, 43:15, 43:16, 57:17, 78:17
BROADCOM - 74:4, 74:12, 75:1
BROADER - 38:1
BROKEN - 28:24, 35:2, 35:5
BROOK - 118:21
BROUGHT - 43:25, 82:10, 84:20, 104:6, 104:7, 104:25, 106:10, 129:16, 129:17, 129:21, 132:22, 134:13
BROWN - 98:24
BUBBLE - 105:7
BUCKETS - 35:5
BUILD - 11:16, 16:12
BUILT - 16:8
BULK - 97:21
BULLET - 74:21
BUNCH - 30:19, 106:17
BURDEN - 92:3, 100:13, 101:9, 101:16, 103:1, 103:2, 103:4, 103:6, 103:18, 107:4, 107:10, 107:20, 108:5, 112:14, 113:5, 118:5, 119:22
BURDENS - 101:13, 105:15

BURSTING - 105:7
BUSINESS - 10:7, 16:9, 16:12, 16:15, 19:23, 23:3, 23:14, 23:24, 23:25, 24:20, 25:3, 30:16, 31:14, 35:25, 42:16, 43:6, 55:23, 65:19, 65:20, 85:20, 115:19, 128:13, 128:19, 128:23, 130:19, 131:6, 131:7, 132:14, 133:8, 133:12, 134:5, 134:9
BUSINESSES - 133:13
BUY - 43:22, 58:10, 69:25, 70:4, 70:9, 127:22, 132:2
BUYER - 135:16, 135:17, 135:20
BUYERS - 30:19
BUYS - 54:18, 68:9, 69:15

**C**

C15 - 121:7
CA - 1:22, 2:1
CABINET - 91:9
CABLE - 30:10, 30:21, 31:24, 33:1, 33:2, 33:5, 33:11, 33:12, 33:14, 45:1, 110:1, 131:6
CALCULATE - 4:17, 9:15, 21:12, 82:24
CALCULATED - 23:11, 84:19, 86:16, 94:13
CALCULATING - 23:17, 38:12
CALCULATION - 20:24, 22:24, 23:2, 26:12, 39:8, 54:4, 54:20, 63:5, 63:19, 83:20, 93:2, 95:12, 122:12
CALCULATIONS - 22:24, 26:3, 63:23, 66:1, 94:15, 94:17, 122:4
CANCER - 16:6
CANNOT - 5:17, 11:17, 42:4, 62:3
CAP - 36:9
CAPACITY - 140:12
CAPITAL - 32:4
CAPITALIZATION - 36:7
CAPTION - 140:6
CARD - 72:23
CARE - 129:15, 131:14
CAREFUL - 104:13, 117:3
CAREFULLY - 37:25
CARRIED - 87:22, 89:18
CARRIES - 76:12, 82:5
CARRY - 87:23, 90:8
CARTER - 118:24
CASE - 4:12, 5:3, 5:4, 5:5, 5:7, 5:10, 6:11, 7:20, 8:9, 8:11, 8:12, 8:23, 9:2, 9:3, 9:6, 9:20, 10:20, 11:1, 11:20, 13:6, 15:9, 15:14, 16:2, 16:4, 16:11, 16:17, 16:24, 17:2, 17:7, 17:21, 18:6, 18:13, 18:24,

19:13, 20:3, 22:15, 22:17, 26:24, 27:3, 27:18, 39:24, 40:19, 40:25, 44:7, 44:13, 46:13, 46:19, 47:24, 48:23, 49:17, 49:19, 49:21, 51:9, 51:18, 52:2, 57:21, 58:24, 77:15, 78:7, 80:6, 80:11, 80:13, 81:1, 81:5, 81:6, 81:8, 81:13, 81:14, 81:18, 82:20, 83:19, 83:25, 87:25, 88:10, 88:11, 88:18, 88:20, 89:5, 89:13, 89:16, 90:8, 90:13, 90:19, 91:3, 91:24, 92:2, 92:3, 92:4, 92:7, 92:11, 92:14, 92:16, 93:11, 93:12, 93:15, 93:22, 93:23, 94:6, 94:10, 95:9, 96:22, 96:23, 97:2, 97:3, 97:4, 98:25, 99:12, 100:14, 101:8, 101:10, 101:12, 101:13, 101:19, 103:15, 103:22, 103:24, 105:9, 109:14, 109:22, 113:14, 113:16, 114:17, 114:19, 115:1, 115:8, 115:9, 116:12, 116:21, 117:19, 118:2, 118:4, 118:8, 118:10, 118:13, 119:1, 119:5, 120:2, 120:3, 121:9, 121:10, 121:15, 121:17, 121:24, 123:12, 123:17, 124:8, 127:2, 134:8, 135:16, 137:19, 137:22
CASES - 6:4, 12:12, 12:13, 13:17, 14:4, 14:6, 15:24, 17:8, 17:11, 40:3, 48:20, 49:23, 98:13, 100:12, 101:2, 113:18, 114:15, 116:11, 119:11, 120:11, 120:20, 121:8, 121:12, 121:13, 138:2
CASH - 124:12, 134:10, 134:14, 134:24
CASTANIAS - 1:24, 51:25, 76:22, 76:23, 77:7, 78:15, 78:24, 79:8, 79:11, 80:22, 81:23, 82:18, 83:8, 83:15, 85:7, 86:1, 86:10, 86:13, 86:22, 87:2, 87:14, 92:23, 93:4, 93:7, 95:17, 95:23, 96:1, 96:4, 96:7, 97:12
CAT - 2:7
CATEGORICAL - 5:15, 5:16, 50:13, 50:24, 77:14
CATEGORIES - 64:25
CATEGORIZE - 29:6
CAUSED - 60:5
CAUSES - 103:25
CAUTIOUS - 47:15
CCR - 2:4, 140:19
CEASING - 111:1
CENT - 45:16
CENTER - 73:22
CENTERS - 137:1
CENTS - 45:15, 55:3, 55:4, 60:13, 60:14,

60:17, 60:22, 62:21, 62:25, 63:4, 63:8, 63:16, 82:6, 85:2, 85:3, 129:4, 129:5, 135:11, 135:12, 136:10
CEO - 106:20
CERTAIN - 29:13, 76:11, 76:14, 138:13
CERTAINLY - 29:19, 30:3, 32:22, 33:12, 35:17, 59:15, 61:12, 62:7, 62:9, 85:17, 85:22, 101:19, 105:19
CERTAINTY - 29:12, 29:20, 62:7
CERTIFICATION - 3:16, 140:19
CERTIFIED - 140:4
CERTIFY - 140:5, 140:11, 140:13
CETERA - 27:14, 36:2
CFR - 79:15
CHAIN - 69:10, 70:2
CHALLENGE - 22:6, 47:8
CHALLENGED - 33:13
CHALLENGES - 36:1
CHANCE - 30:18, 111:10
CHANGE - 7:8, 10:17, 52:17, 53:17, 80:3, 91:10, 106:18, 115:16, 118:15, 120:10
CHANGED - 52:14, 54:16, 56:22, 71:3, 80:16
CHANGES - 27:25, 33:22, 58:9, 82:16, 84:21
CHARACTER - 132:25
CHARACTERIZED - 64:7
CHARGED - 42:22, 45:19, 64:19, 137:23
CHARGING - 83:4
CHARLES - 1:15, 72:9
CHART - 99:23, 99:24
CHARTED - 99:21, 101:25
CHARTERED - 99:25
CHARTS - 21:1
CHEAP - 111:3
CHECK - 23:21, 24:7, 98:17
CHECKED - 50:7
CHECKS - 24:25
CHEMICAL - 94:8
CHIP - 74:4, 74:15
CHIPS - 75:1
CHOICE - 109:13
CHOICES - 109:13, 119:20
CHOOSE - 63:10
CHOOSES - 57:13, 57:14
CHOOSING - 108:9
CHOSE - 102:1, 109:9
CHOSEN - 11:16, 138:8
CHRIS - 21:17
CHRISTY - 2:4, 140:4, 140:19

CHURN - 76:7, 76:15
CIRCUIT - 9:6, 11:22, 11:25, 12:1, 12:2, 12:15, 12:21, 39:25, 69:25, 70:4, 80:21, 81:5, 88:3, 88:9, 98:24, 100:21, 103:17, 108:13, 113:20, 118:7, 118:12, 118:16, 118:20, 118:22, 118:25, 127:1
CIRCUIT'S - 5:9, 81:14
CIRCUITRY - 87:4
CIRCUMSTANCES - 8:21, 57:24, 88:5, 95:3, 103:15, 119:2
CITATION - 81:13
CITE - 17:10, 18:6
CITED - 17:12, 92:7, 93:12, 93:15
CITES - 94:5
CITIZENS - 14:8
CITY - 1:17, 33:2, 69:25, 70:4
CIVIL - 1:4, 121:7, 121:9, 121:11, 137:19
CLAIM - 18:25, 92:12, 93:7, 93:9, 96:13, 102:2, 102:6, 103:20, 112:24, 115:18, 120:21
CLAIMED - 89:25, 99:4
CLAIMING - 95:1, 95:2
CLAIMS - 18:11, 18:12, 83:16, 87:18, 89:24, 90:5, 92:14, 93:11, 95:1, 95:6, 110:13, 110:14, 117:16, 120:6, 120:7, 120:22, 124:10
CLAIRVOYANCE - 96:15
CLARIFICATION - 137:20
CLARIFY - 63:17
CLARK - 1:12, 26:8
CLASS - 30:17
CLAUSE - 88:22
CLEAN - 81:22, 82:23, 85:22
CLEAR - 13:11, 16:11, 17:8, 50:21, 92:4, 99:15, 99:22, 100:2, 101:17, 102:5, 102:25, 103:2, 103:6, 103:9, 108:6, 112:14, 112:17, 113:4, 113:6, 116:12, 118:5, 123:8, 124:11
CLEARED - 23:22
CLEARLY - 29:12, 38:20, 102:13, 102:14, 109:1, 109:5, 111:21
CLERK - 73:14, 95:22, 97:25, 137:16
CLERK'S - 97:25
CLIENT - 109:12
CLIENT - 24:6
CLIENT'S - 119:16
CLOSE - 21:5, 21:7, 53:18, 73:17, 89:17, 89:22, 90:11, 92:13, 99:14, 100:1, 109:22, 109:23, 110:4, 110:5, 112:13, 115:9, 115:10, 115:11, 119:6
CLOSED - 92:11
CLOSELY - 22:4, 22:10, 24:3, 24:22,

53:3, 108:9
CLOSENESS - 90:7, 115:8, 119:5
CLOSEST - 118:17
CLUSTER - 55:1, 62:12, 62:19
CODE - 79:2, 79:12, 84:7
COLLAPSED - 31:5
COLLEGE - 14:9
COLUMN - 74:16, 74:20
COMBINATION - 59:7, 112:17
COMBINE - 99:23, 99:24, 112:18
COMBINED - 114:22
COMBINING - 112:16
COMING - 27:1, 32:15, 41:18, 41:19, 53:14, 75:17, 127:11, 127:12
COMMENCES - 57:1
COMMENT - 54:14, 75:6, 92:19
COMMENTARIES - 11:11
COMMENTS - 48:18, 50:7, 50:9, 51:5
COMMERCIAL - 5:13, 13:6, 22:4, 23:14, 24:3, 24:23, 130:16, 131:18, 132:25
COMMERCIALIZE - 77:17
COMMERCIALLY - 135:23
COMMODITY - 32:11
COMMON - 57:11, 66:20, 100:7
COMMONLY - 65:25, 66:2, 66:5, 67:12
COMMUNICATIONS - 79:14
COMODITIZE - 44:18
COMPANIES - 7:15, 7:20, 30:2, 30:4, 31:4, 31:16, 32:11, 33:15, 36:19, 59:14, 114:19
COMPANY - 19:7, 34:17, 37:9, 42:24, 57:13, 94:6, 94:8, 103:16, 108:12, 118:6, 118:20, 120:9, 124:21, 126:25
COMPARABLE - 129:1, 133:12, 135:5
COMPARE - 54:24
COMPARED - 115:5
COMPARING - 129:10
COMPARISON - 18:18
COMPATIBLE - 44:19
COMPENSATE - 24:16, 77:21, 116:8, 116:15, 122:6, 125:14
COMPENSATED - 125:12
COMPENSATING - 117:15
COMPETENCE - 88:13, 89:15
COMPETENT - 89:7, 91:11
COMPETING - 30:19

COMPETITION - 29:22, 31:24
COMPETITIVE - 33:17
COMPETITOR - 7:5, 7:7, 7:9, 14:20, 14:23, 14:25, 15:6, 30:6, 30:11, 30:16, 31:12, 33:11, 43:20, 45:1
COMPETITOR'S - 7:23, 93:13
COMPETITORS - 124:4, 124:16, 130:17
COMPLAIN - 11:17
COMPLAINT - 44:5, 44:6, 44:7, 44:13, 78:7
COMPLETE - 54:18, 54:19
COMPLETELY - 28:3, 80:3, 98:11
COMPLEXITY - 20:13
COMPLICATED - 13:6, 120:2
COMPONENT - 10:25, 36:18, 36:20
COMPORT - 58:23
COMPOUND - 22:2, 22:12, 22:20
COMPOUNDED - 22:1, 22:17, 22:18, 22:25, 23:8, 95:13, 122:7, 122:12, 122:19
COMPOUNDING - 22:3, 22:7, 22:21, 94:12, 94:15
COMPRISED - 73:22
COMPROMISE - 24:15
COMPULSORY - 4:15, 7:16, 8:3, 21:12, 38:10, 40:12, 40:14, 40:20, 40:24, 46:7, 46:9, 46:13, 46:22, 47:6, 49:5, 50:3, 52:23, 56:2, 58:17, 77:9, 81:16, 81:19, 82:8, 83:17, 84:6, 84:18, 85:13, 97:1, 106:9, 123:10, 125:13, 126:7, 126:21, 126:22, 129:13, 136:2
COMPUTE - 52:21, 53:8
CONCEAL - 90:14, 116:4, 116:5
CONCEIVE - 31:1
CONCEPT - 27:25
CONCERN - 128:2
CONCERNED - 10:24, 12:24, 30:2, 124:14
CONCERNING - 26:3
CONCLUDE - 113:8
CONCLUDES - 107:13, 107:15, 107:25, 112:5, 136:16
CONCLUSION - 63:8, 90:19, 102:8
CONCLUSIONARY - 39:14
CONCRETE - 39:9
CONDITION - 114:18
CONDITIONS - 130:9
CONDUCT - 56:8, 88:20, 90:20, 90:21, 91:3, 91:4, 116:5, 119:22
CONDUCTING -

40:9
CONFERRED - 14:18
CONFESS - 80:3
CONFIDENCE - 54:8
CONFIRM - 19:15, 72:2
CONFIRMED - 34:8
CONFLICT - 104:22
CONFLICTING - 100:9, 104:14, 104:16
CONFLICTS - 113:6
CONFUSING - 99:18, 102:3
CONFUSION - 112:24
CONGRESS - 120:10, 121:5, 124:16, 125:1
CONGRESS'S - 116:14
CONNECTION - 4:9, 46:6
CONSERVATIVE - 22:13, 22:21
CONSIDER - 6:23, 26:13, 27:21, 33:23, 34:24, 37:24, 38:3, 38:4, 38:7, 47:17, 47:20, 47:23, 51:1, 51:3, 56:15, 63:4, 91:1, 102:21, 116:23, 125:19, 128:6, 134:24
CONSIDERATION - 36:16, 47:11, 101:21, 110:18, 117:10, 123:25
CONSIDERED - 6:14, 16:16, 26:13, 28:22, 40:1, 53:11, 55:1, 56:14, 62:20, 63:22, 74:1, 110:19, 112:9, 114:14, 114:24, 135:8, 137:4
CONSIDERING - 26:7, 26:10, 110:18, 112:8
CONSIDERS - 137:13
CONSISTENT - 53:4, 88:21
CONSTITUTE - 75:3
CONSTRUCT - 26:16, 33:22, 34:1, 34:5, 34:7, 34:8, 35:11
CONSTRUCTION - 93:20, 103:16
CONSTRUED - 96:16
CONSUMER - 43:11, 52:18, 53:1, 59:18
CONSUMERS - 36:23, 37:16, 46:3
CONTACTED - 61:19
CONTACTING - 61:23, 109:16
CONTAINS - 140:7
CONTEND - 127:5
CONTENDS - 21:25
CONTENT - 36:18, 36:19, 36:23, 37:5, 37:8, 37:9, 37:16, 125:21
CONTENTS - 64:17
CONTEXT - 47:20
CONTINENTAL - 5:18, 50:14
CONTINUATION - 28:23
CONTINUE - 11:8, 48:14, 59:21, 85:9,

106:8, 126:8
CONTINUED - 53:10, 85:11, 88:1, 89:18, 90:8
CONTINUES - 87:22
CONTINUING - 115:19
CONTRACT - 37:10
CONTRACTS - 36:15, 36:17, 36:23, 37:4, 37:8, 37:11, 37:12, 37:13, 37:14, 37:17, 37:18
CONTRARY - 90:2, 100:19
CONTRASTING - 36:8
CONTRIBUTORY - 107:20, 108:2, 108:3
CONTROL - 54:19, 79:7, 82:16
CONTROLLING - 137:1
CONTROVERSIAL - 28:25
CONTROVERSY - 20:19
CONVENTION - 23:2
CONVERGENCE - 32:10, 44:18
CONVERTERS - 32:15
CONVEYED - 131:11
CONVINCED - 107:5, 110:17
CONVINCING - 92:4, 99:15, 100:2, 101:17, 102:6, 102:13, 102:14, 102:25, 103:2, 103:7, 103:9, 104:24, 108:6, 112:15, 112:17, 113:4, 113:6, 118:5, 124:11
COOPERATION - 98:7
COPIED - 113:22
COPIES - 106:15
COPY - 25:20, 98:3, 98:7, 108:18, 108:19
COPYING - 88:13, 89:5, 108:10, 112:6, 116:16, 119:24, 120:19
CORP - 59:14
CORPORATE - 19:21, 34:14, 34:20, 45:22
CORPORATION - 1:4, 1:21, 4:2, 106:18, 108:12, 115:7, 118:11
CORPORATIONS - 121:11, 125:20
CORRECT - 21:24, 26:4, 26:5, 29:24, 29:25, 32:16, 38:15, 41:12, 41:14, 41:18, 42:1, 42:9, 42:13, 43:7, 43:14, 43:17, 47:24, 50:22, 52:14, 53:6, 60:23, 62:2, 62:6, 62:11, 63:2, 63:24, 63:25, 64:2, 64:3, 64:6, 64:9, 64:10, 65:12, 65:13, 65:16, 65:22, 66:12, 67:4, 67:11, 67:14, 67:20, 71:4, 72:21, 72:24, 73:2, 73:13, 76:5, 79:13, 86:15, 98:18, 122:14, 122:21, 140:7
CORRECTLY - 122:14

CORRELATES - 38:25, 45:12
COST - 24:17, 30:15, 30:18, 33:5, 35:20, 36:13, 66:22, 68:15, 77:11, 93:2, 94:20, 95:3, 95:9, 106:1, 110:21, 111:12, 115:18, 117:12, 121:4, 125:10, 128:6, 128:14, 128:21, 132:3, 132:6, 132:11, 133:3, 134:7, 134:13, 137:14, 137:21, 137:25
COSTS - 24:10, 31:14, 36:10, 94:21, 95:8, 96:12, 111:8, 117:6, 128:14, 134:21, 137:14, 137:18
COUNSEL - 6:17, 6:25, 19:1, 19:3, 32:2, 48:11, 48:16, 49:9, 61:23, 64:15, 84:20, 85:15, 104:12, 109:16, 114:10, 119:17, 137:17, 138:7, 140:9, 140:14
COUNT - 17:15, 71:25
COUNTRY - 44:10, 124:25
COUNTY - 140:2
COUPLE - 14:9, 33:14, 48:18, 53:13, 82:12, 90:23, 98:9, 138:8
COURSE - 4:20, 4:23, 5:2, 17:6, 51:6, 51:8, 99:14, 100:6, 101:3, 102:16, 123:16, 127:23, 133:4
COURT - 1:2, 2:4, 4:1, 4:6, 4:8, 4:19, 4:23, 5:7, 5:14, 5:16, 5:17, 5:21, 6:8, 6:9, 6:11, 6:13, 6:23, 7:16, 7:17, 8:1, 9:1, 10:25, 12:3, 12:4, 12:5, 12:9, 12:14, 12:15, 12:21, 13:5, 13:17, 14:8, 14:11, 14:14, 15:8, 16:11, 16:13, 17:3, 17:5, 17:11, 17:13, 18:1, 18:7, 20:8, 20:14, 20:17, 20:22, 21:5, 21:16, 21:17, 22:2, 22:12, 22:16, 22:22, 23:4, 23:13, 24:1, 24:5, 24:24, 25:3, 25:8, 25:13, 25:16, 25:21, 26:10, 27:7, 28:8, 28:10, 28:16, 28:20, 29:1, 30:14, 31:7, 31:10, 31:18, 32:1, 32:13, 32:25, 33:10, 33:18, 33:24, 35:13, 37:3, 37:19, 39:15, 39:18, 40:9, 40:21, 46:22, 47:5, 47:13, 47:17, 47:18, 48:4, 48:8, 48:11, 48:13, 48:16, 48:18, 49:4, 49:9, 49:16, 49:24, 50:2, 50:9, 50:12, 50:15, 50:21, 51:4, 51:22, 52:1, 52:23, 53:12, 53:25, 54:5, 54:11, 54:22, 55:8, 55:10, 55:13, 55:17, 55:21, 56:2, 56:8, 57:8, 57:21, 57:23, 58:8,

58:14, 60:11, 60:18, 60:21, 60:24, 64:13, 64:21, 65:9, 67:22, 68:22, 71:13, 71:14, 73:15, 74:10, 75:15, 75:19, 75:23, 76:6, 76:13, 76:18, 76:20, 76:23, 77:1, 77:2, 77:5, 77:15, 77:17, 77:23, 78:13, 78:20, 79:2, 79:10, 80:15, 80:18, 80:19, 81:7, 81:15, 81:18, 81:21, 82:9, 82:18, 82:19, 82:25, 83:2, 83:14, 83:23, 83:24, 84:1, 84:4, 84:10, 84:13, 84:17, 85:9, 85:10, 85:24, 86:3, 86:11, 86:19, 86:21, 86:25, 87:9, 87:11, 88:4, 88:8, 88:16, 88:23, 88:24, 89:17, 89:21, 89:24, 90:8, 91:2, 91:13, 92:2, 92:5, 92:21, 92:25, 93:6, 93:17, 94:3, 94:7, 94:9, 94:18, 95:10, 95:17, 95:21, 95:25, 96:3, 96:6, 96:10, 97:11, 97:17, 98:3, 98:6, 98:23, 99:22, 100:8, 100:10, 100:18, 100:23, 101:2, 101:11, 103:8, 103:14, 104:22, 104:23, 105:18, 106:5, 107:5, 107:12, 107:15, 107:18, 107:25, 108:6, 108:15, 109:22, 112:5, 113:5, 113:8, 113:11, 113:20, 114:12, 114:14, 114:16, 116:23, 117:9, 117:13, 117:17, 117:19, 118:1, 118:3, 118:9, 118:23, 119:6, 119:18, 121:1, 121:17, 121:22, 121:24, 122:2, 122:23, 122:25, 123:11, 123:18, 123:21, 124:14, 124:19, 124:23, 125:2, 125:10, 125:11, 125:13, 126:11, 126:18, 127:3, 127:12, 127:16, 128:4, 128:23, 133:10, 133:20, 134:3, 134:12, 135:8, 135:25, 136:4, 136:5, 136:15, 137:9, 137:13, 137:17, 137:22, 138:1, 139:2, 139:6, 139:9, 139:10
COURT'S - 5:8, 22:8, 22:14, 50:7, 79:6, 85:12, 88:20, 92:3, 99:17, 102:25, 104:11, 115:10, 119:21, 127:22, 129:12, 132:7, 136:9, 136:25
COURTS - 11:24, 12:25, 15:21, 16:16, 40:14, 50:16, 79:10, 94:1, 119:10, 120:20, 123:15, 124:7, 137:21
COVER - 4:17, 111:15, 111:16, 111:18, 138:6
COVERED - 4:18, 113:21, 130:5
COVERING - 138:23
COVERS - 11:2
CRAFT - 137:6

CREATE - 27:8, 132:5
CREATES - 9:7
CREATIVE - 79:25
CREDENCE - 52:20, 101:5
CREDIBILITY - 100:8, 102:18
CREDIBLE - 105:13
CREDIT - 112:20
CREDITED - 134:3, 134:17
CRITERIA - 118:16
CRITICAL - 16:1, 16:5, 16:9, 51:10
CRITICISMS - 89:12, 89:14
CROOK - 88:5, 89:7, 91:6, 91:11, 109:2, 110:20, 111:5, 112:3, 115:20
CROSS - 3:6, 3:9, 3:14, 39:16, 103:5, 104:7, 105:11, 110:16
CROSS-EXAMINATION - 3:6, 3:9, 3:14, 39:16
CROSSING - 19:19
CSR - 2:4, 140:19
CULPABILITY - 88:25, 89:2, 118:17, 120:5, 120:13
CURRENT - 10:15, 29:17, 29:18, 36:5, 36:7, 69:9, 72:14, 72:22, 72:25, 131:18, 136:11
CUSTOMARY - 133:12
CUSTOMER - 23:21, 64:19, 65:3, 65:4, 69:21, 70:11, 70:25, 76:12
CUSTOMERS - 32:5, 76:15, 82:11
CUT - 13:11, 15:10, 41:20
CYBER - 118:11

## D

DAILY - 22:20, 22:25, 23:20, 24:25, 71:25, 94:19
DAMAGE - 52:11, 60:4, 62:1, 65:18, 116:19, 127:10
DAMAGES - 10:7, 18:24, 20:6, 26:4, 26:7, 26:14, 26:16, 26:17, 38:12, 38:16, 39:8, 41:15, 41:19, 41:20, 42:3, 49:4, 49:19, 49:23, 49:25, 51:14, 51:17, 51:19, 52:22, 53:7, 63:5, 65:25, 77:20, 84:3, 88:16, 88:18, 88:19, 88:20, 88:21, 89:3, 90:22, 96:18, 104:3, 113:10, 113:11, 113:13, 114:25, 116:13, 117:4, 117:21, 123:7, 123:8, 125:6, 125:12, 127:5, 131:14
DARE - 18:19
DARN - 21:6
DATA - 28:6, 29:4, 59:5, 105:5
DATE - 52:13, 52:22, 58:3, 70:19, 123:13, 125:12, 140:20

DAVIS - 10:5, 16:20, 51:18, 80:4
DAVIS'S - 11:4, 13:4
DAYS - 105:15
DBS - 29:8, 30:3, 30:11, 31:3, 31:23, 43:20, 66:11
DE - 16:21
DEACTIVATED - 76:17
DEAD - 76:17
DEAL - 6:18, 13:8, 82:9, 117:11, 132:3, 137:10
DEALING - 12:16, 15:15, 79:16
DEALS - 132:9
DEALT - 85:18, 114:15, 119:20, 132:9, 132:15
DEATH - 104:1
DECAYING - 134:20
DECIDE - 8:6, 49:4, 125:2
DECIDED - 9:4, 58:18, 79:19, 81:5, 84:1, 110:19
DECIDING - 47:6, 110:10, 121:5
DECISION - 5:17, 5:18, 5:19, 9:19, 19:4, 19:23, 50:15, 50:18, 50:24, 80:5, 80:24, 81:3, 88:24, 110:20, 122:2, 123:14, 128:19
DECISIONS - 114:13
DECLARE - 124:6, 124:7
DECLARED - 93:13, 95:6
DECLARING - 118:13
DECODER - 74:16, 74:18, 86:17
DECODERS - 42:8, 42:10, 87:3, 87:7
DECODING - 87:12
DECREASED - 55:6
DEDUCTS - 66:23
DEFEND - 110:15
DEFENDANT - 4:6, 15:25, 96:25, 103:3, 103:6, 103:18, 103:21, 103:22, 104:2, 106:6, 108:4, 108:5, 112:22, 114:21, 115:23, 116:4, 134:11
DEFENDANT'S - 86:14, 86:23, 95:11, 95:13, 98:21, 101:16, 103:2, 106:6, 107:17, 109:13, 114:18, 115:13, 116:1
DEFENDANTS - 1:9, 1:23, 3:15, 55:16, 76:23, 94:25, 107:12, 107:14, 107:17, 107:22, 107:23, 114:20, 127:5, 139:2
DEFENSE - 103:14, 103:23, 108:2, 110:11, 110:12, 120:6
DEFENSES - 110:9, 110:13, 110:15
DEFINED - 42:18
DEFINITENESS - 110:14
DEFINITION - 87:10, 93:14
DEGREE - 30:12, 30:21, 88:25, 99:14, 118:16

DEGREES - 108:7
DEHAVEN - 94:8
DELAY - 103:21, 103:25, 107:2, 107:3, 114:11, 117:10
DELAYED - 103:19
DELAYS - 119:17
DELIBERATE - 108:10, 116:2, 119:24, 120:19
DELIBERATELY - 108:10, 108:18, 108:19, 112:6, 113:22
DELIVERED - 46:3
DEMAND - 130:25, 132:16
DEMONSTRATIVES - 28:12
DENIAL - 112:20
DENIED - 14:4, 16:4, 92:11, 94:23, 95:9, 100:4, 100:16, 103:11, 107:7, 112:11, 113:9, 126:20, 138:21, 139:7
DENYING - 12:25, 50:13
DEPARTMENT - 43:25, 44:6, 44:9, 78:2, 78:6
DEPARTURE - 5:20, 22:23
DEPOSITION - 19:13
DEPRECIATION - 35:10
DEPUTY - 97:25
DERIVATIVE - 131:11
DERIVED - 42:20
DESCRIBE - 69:15
DESCRIBED - 66:4, 117:15
DESCRIBING - 89:18
DESCRIPTION - 91:18, 99:23, 99:24
DESIGN - 51:7
DESIGNATION - 81:1
DESIRE - 44:18
DESIRED - 41:6
DESTROY - 57:19
DESTROYED - 57:7, 106:17
DESTROYING - 111:19
DETAIL - 53:24, 54:15
DETAILED - 89:7
DETAILS - 20:15, 25:10
DETER - 18:22, 116:14, 121:2
DETERMINATION - 15:11, 15:19, 47:1, 47:22, 85:9, 92:6
DETERMINATIONS - 100:8
DETERMINE - 10:1, 10:6, 56:20, 58:1, 105:1, 118:3, 116:9, 120:24
DETERMINED - 8:21, 47:10, 49:2, 53:8, 63:16, 91:2, 94:23, 109:4, 127:24
DETERMINES - 26:8
DETERMINING - 9:18, 26:14, 38:9, 41:21, 46:2, 62:1, 96:12, 118:8
DETERRING -

FINISAR CORPORATION V DIRECTV GROUP, INC.
07/06/06
6

117:14
**DETRIMENT** - 51:5
**DEVELOPMENT** - 126:5
**DEVICES** - 118:21, 132:18
**DEVISED** - 111:25
**DEVOTED** - 91:15
**DEXA** - 89:20
**DIAGRAM** - 99:19, 102:9, 102:11, 102:22
**DIAGRAMS** - 102:22
**DICTATING** - 40:7
**DIFFER** - 100:15
**DIFFERENCE** - 25:9, 29:22, 66:18, 95:15, 95:19
**DIFFERENCES** - 21:9, 32:9, 32:12, 32:18, 65:23
**DIFFERENT** - 4:10, 7:2, 10:4, 13:5, 13:8, 13:15, 14:17, 21:17, 24:22, 26:13, 28:3, 29:7, 30:7, 32:7, 36:24, 37:11, 44:20, 46:25, 63:7, 63:20, 64:16, 65:19, 65:20, 69:18, 74:5, 82:12, 85:4, 99:22, 104:18, 106:15, 110:16, 117:2, 128:7
**DIFFERING** - 27:8
**DIFFICULT** - 12:4, 121:13, 127:25
**DIFFICULTIES** - 96:20, 123:6
**DIFFICULTY** - 5:24, 13:22, 14:2, 20:10, 20:12, 46:2, 48:24, 51:19, 56:24, 60:5, 60:8, 121:14
**DIGITAL** - 72:17, 73:8
**DIGITS** - 82:5
**DIRECT** - 3:5, 3:8, 3:13, 6:19, 6:25, 22:14, 54:16, 70:11, 107:9, 109:4, 112:6
**DIRECTION** - 140:10
**DIRECTLY** - 59:10, 67:7, 69:18, 71:10, 134:13
**DIRECTS** - 68:17
**DIRECTV** - 1:8, 4:2, 7:5, 7:10, 8:5, 11:6, 11:15, 14:20, 14:21, 14:22, 17:18, 18:3, 21:25, 23:1, 23:4, 23:9, 24:4, 27:3, 27:12, 28:4, 29:10, 29:20, 30:1, 30:6, 30:25, 31:6, 31:12, 32:3, 32:21, 33:23, 33:24, 34:10, 34:13, 34:17, 34:19, 35:8, 35:18, 35:22, 35:24, 36:3, 36:8, 36:11, 36:17, 37:8, 37:10, 37:15, 37:18, 38:5, 38:10, 38:20, 38:22, 39:1, 41:11, 42:19, 42:21, 43:6, 43:22, 44:23, 45:13, 45:17, 45:19, 45:22, 45:25, 46:2, 49:3, 49:6, 51:7, 54:15, 54:18, 55:14, 57:18, 58:12, 59:13, 59:15, 61:8, 61:15, 61:22, 63:23, 64:2, 64:19, 65:5, 65:14, 65:18, 67:17, 68:9,

68:11, 68:17, 68:18, 69:7, 69:11, 69:14, 69:15, 69:19, 69:22, 70:1, 70:3, 70:8, 70:15, 70:22, 70:23, 71:13, 71:15, 72:10, 72:16, 73:7, 73:21, 74:3, 74:25, 75:4, 75:5, 76:15, 78:9, 78:14, 78:15, 79:18, 84:3, 88:1, 88:5, 89:6, 90:14, 91:10, 94:16, 102:5, 103:6, 103:17, 104:9, 104:24, 105:7, 105:21, 107:3, 109:9, 109:17, 110:7, 110:11, 110:19, 110:24, 111:15, 111:20, 111:22, 111:23, 112:14, 113:24, 115:14, 116:2, 116:5, 119:25, 120:5, 124:9, 124:10, 125:18, 126:12, 128:12, 130:19, 131:23, 132:2, 132:23, 136:1
**DIRECTV** - 68:8
**DIRECTV'S** - 7:23, 15:6, 16:18, 18:18, 20:4, 23:3, 23:24, 26:17, 28:6, 29:8, 36:7, 36:20, 41:15, 43:3, 44:16, 45:21, 49:2, 61:22, 90:25, 104:12, 104:18, 108:22, 112:21, 116:6, 117:4, 125:14
**DISAGREE** - 80:4, 83:22, 92:21
**DISAGREED** - 80:4
**DISAGREEMENT** - 137:7
**DISBELIEVE** - 102:17
**DISCLAIM** - 96:13, 96:14
**DISCLAIMED** - 95:7
**DISCLOSED** - 17:24
**DISCLOSURE** - 17:25, 114:11, 119:18
**DISCONTINUING** - 10:9
**DISCOUNT** - 60:16, 102:17
**DISCOURAGING** - 18:8
**DISCOVERY** - 123:8
**DISCREPANCY** - 127:7, 138:10
**DISCRETION** - 22:8, 22:20
**DISCUSS** - 19:21, 63:20
**DISCUSSED** - 53:5, 60:1, 116:10, 126:14, 133:10, 133:25
**DISCUSSES** - 81:3
**DISCUSSING** - 5:3, 91:15, 94:4
**DISCUSSION** - 20:19, 76:6, 110:20, 112:2, 112:15, 115:20, 123:6
**DISCUSSIONS** - 85:15
**DISH** - 32:13, 32:15, 44:22, 44:24, 72:11, 128:15
**DISK** - 97:24, 98:1
**DISMISS** - 32:24
**DISNEY** - 37:8
**DISPLAYS** - 74:23

**DISPOSAL** - 106:16
**DISPUTE** - 98:16
**DISPUTES** - 99:11
**DISREGARD** - 108:8
**DISTINCTION** - 10:18, 10:19
**DISTINCTIONS** - 10:8
**DISTINGUISHABLE** - 11:3, 16:20
**DISTINGUISHED** - 80:25, 134:4
**DISTORTION** - 57:2
**DISTRIBUTE** - 70:3
**DISTRIBUTED** - 70:20
**DISTRIBUTES** - 69:16
**DISTRIBUTING** - 70:25, 75:16
**DISTRIBUTION** - 70:18
**DISTRICT** - 1:2, 1:12, 5:8, 5:14, 9:2, 11:24, 81:1, 81:18, 93:23, 94:7, 94:9, 94:10, 101:11, 118:3, 118:9, 124:6, 125:2
**DIVIDE** - 96:18, 136:21
**DIVIDING** - 84:15
**DIVISION** - 1:3, 78:3, 93:24
**DIVORCED** - 45:18
**DOCTOR'S** - 97:18
**DOCUMENT** - 75:20, 98:22, 106:16
**DOCUMENTS** - 103:25, 106:13, 106:14, 106:15, 106:18, 106:19, 108:11, 111:19
**DOLBY** - 60:2, 60:12, 68:14, 128:9, 129:4, 133:19, 136:8
**DOLLAR** - 53:20, 136:22, 136:23
**DOLLARS** - 14:23, 21:2, 84:19, 116:20, 116:25, 128:20, 134:8, 134:11, 138:9
**DONALDSON** - 3:7, 51:24, 52:3, 52:4, 52:9, 52:10, 54:3, 61:5, 61:8, 63:21, 65:24, 68:1, 68:7, 83:11, 85:20, 127:9, 134:7
**DONE** - 12:3, 12:5, 12:11, 13:18, 13:20, 33:14, 54:6, 58:3, 82:21, 84:25, 95:24, 98:10, 98:14, 101:21, 122:23, 123:9, 136:13
**DOOR** - 7:23
**DOTTING** - 19:19
**DOUBLE** - 116:25
**DOUBLED** - 53:18
**DOUBLING** - 116:22
**DOWLEN** - 2:3
**DOWN** - 14:21, 14:22, 27:12, 27:16, 35:2, 48:5, 48:8, 56:21, 60:16, 64:15, 68:23, 76:20, 78:21, 87:25, 111:6, 115:6, 121:25, 129:2, 131:12, 133:21
**DOWNSIDE** - 116:9
**DOWNSTAIRS** - 98:11
**DOZEN** - 7:20

**DR** - 50:11, 77:18, 99:18, 99:21, 101:16, 101:25, 102:17
**DRAW** - 101:3
**DRAWER** - 19:3, 19:20, 91:7
**DRAWING** - 129:20
**DRAWN** - 102:16
**DRILLING** - 93:11
**DRIVE** - 1:21, 75:2, 75:9, 131:12
**DROP** - 70:7, 71:10, 71:12, 71:15
**DROPPED** - 89:25
**DROPPING** - 76:9
**DUE** - 87:7, 88:21
**DULY** - 25:23, 52:5, 69:2
**DURATION** - 41:13, 41:24, 115:13, 131:13
**DURING** - 28:22, 41:9, 42:8, 49:24, 50:6, 75:16, 127:10
**DVB/DIRECTV** - 74:17
**DVR** - 72:19
**DWELL** - 18:2
**DYNAMICS** - 35:7, 40:7

**E**

**EARLY** - 18:12, 65:1, 65:2, 65:7, 70:18, 109:8
**EARNED** - 45:12
**EARNING** - 35:20
**EARNINGS** - 35:24
**EARSEL** - 2:5, 140:20
**EASIER** - 82:15
**EAST** - 1:16
**EASTERBROOK** - 9:4, 9:6, 11:19, 80:24, 97:5
**EASTERN** - 1:2
**EASY** - 14:6, 54:20, 82:24, 82:25, 116:25, 124:4
**EATON** - 101:19, 102:23, 112:19, 112:22, 132:20
**EATON'S** - 102:24
**EBAY** - 5:3, 5:4, 5:5, 5:7, 5:19, 12:5, 12:23, 15:11, 50:13, 80:2, 80:9, 80:11, 80:16, 81:8, 123:17
**ECHOSTAR** - 30:3, 30:7, 31:6, 32:2, 32:7, 32:20, 32:22, 33:8, 43:19, 43:22, 44:1, 44:15, 130:6
**ECONOMIC** - 78:11, 78:19, 97:5, 104:2, 105:23, 105:25, 106:10, 128:17
**ECONOMICS** - 9:5
**EDEN'S** - 99:17
**EDGES** - 89:14
**EDUCATED** - 62:15, 62:16
**EDUCATION** - 14:9
**EFFECT** - 7:17, 10:10, 44:12, 49:21, 50:11, 58:16, 58:20, 65:1, 80:21, 86:5, 121:25, 129:2, 131:12, 125:21, 131:3
**EFFORT** - 90:14, 110:24, 111:13, 112:4, 124:1
**EFFORTS** - 58:15,

111:12
**EGREGIOUS** - 91:4
**EIGHT** - 69:18, 89:23, 89:25, 92:14, 94:25
**EIGHTH** - 93:11
**EITHER** - 8:5, 15:1, 21:11, 24:12, 38:8, 43:2, 44:11, 85:15, 135:12, 140:15
**ELAPSES** - 26:21
**ELASTICITY** - 130:25
**ELECTRICAL** - 33:15
**ELECTRONIC** - 55:20, 59:10, 98:6, 98:15, 98:16, 98:18
**ELECTRONICALLY** - 70:12
**ELECTRONICS** - 43:12, 52:19, 53:1, 53:6, 59:18
**ELEMENT** - 99:4, 134:4, 138:19
**ELEVEN** - 133:5
**ELIMINATE** - 32:3
**ELLIS** - 101:4, 101:7
**ELUCIDATION** - 4:25
**EMPHASIS** - 42:6, 47:11, 47:23
**EMPHASIZE** - 89:5
**EMPHASIZED** - 5:21
**EMPLOY** - 71:5, 140:13
**EMPLOYED** - 69:7, 104:20
**EMPLOYEE** - 140:12
**EMPLOYEES** - 108:11, 112:7, 119:25, 120:19, 125:20, 125:21
**EMPLOYMENT** - 83:24
**ENABLE** - 7:9, 51:7
**ENCODERS** - 42:8, 42:10, 129:19
**ENCOMPASSED** - 36:5
**ENCOUNTERED** - 17:22
**ENCOURAGE** - 121:12, 121:15
**ENCOURAGES** - 11:11, 14:2
**ENCUMBRANCES** - 58:11
**END** - 9:9, 103:5
**ENDING** - 12:19
**ENDLESS** - 14:15
**ENDORSEMENT** - 81:14
**ENFORCED** - 18:21
**ENFORCEMENT** - 27:13
**ENGAGED** - 57:12
**ENGENDER** - 83:16
**ENGINEER** - 19:11
**ENHANCE** - 18:21, 113:11
**ENHANCED** - 49:25, 88:16, 90:22, 124:11
**ENHANCEMENT** - 4:12, 18:15, 20:2, 77:10, 84:12, 87:15, 87:16, 87:20, 88:10, 90:24, 92:10, 113:12, 113:13, 114:5, 114:17, 115:12, 115:13, 115:23, 115:25, 116:4, 116:24, 117:18,

120:24, 121:1, 121:3, 122:25, 125:10, 136:10, 138:3
ENHANCING - 18:22
ENJOIN - 11:1, 16:14
ENJOINED - 10:22
ENJOINING - 125:17, 126:12, 136:1
ENORMOUS - 125:18
ENTER - 6:8, 8:15, 8:16, 9:13, 11:13, 11:20, 11:25, 13:23, 13:25, 16:19, 41:17, 49:5, 50:17, 51:20, 53:19, 65:14, 84:18, 136:1
ENTERED - 6:4, 8:5, 8:14, 13:20, 17:2, 63:23, 64:1, 64:4, 65:12, 138:19
ENTERING - 7:19, 10:1
ENTERPRISE - 43:3
ENTERTAINMENT - 84:21, 137:1
ENTIRE - 11:1, 11:3, 16:12, 57:22, 136:12, 137:6
ENTIRELY - 65:19, 117:2
ENTITLED - 7:6, 95:2, 102:17, 102:21, 104:12, 112:20, 120:12, 131:15, 137:14
ENTITLEMENT - 87:18
ENTITLES - 95:8
ENTITY - 34:10, 35:22, 39:3
ENTRANT - 31:23
ENTRY - 14:2, 30:15, 30:18, 31:14, 31:16, 32:23, 33:1, 79:21, 81:3, 97:1, 134:7, 134:8
EQUAL - 26:22
EQUIPMENT - 69:14, 69:17, 70:25, 71:2
EQUIPPED - 74:4
EQUITABLE - 83:23, 85:8, 103:13
EQUITIES - 103:15
EQUITY - 5:23, 16:14, 16:16, 93:21, 104:23, 123:17
EQUIVALENT - 86:17
ESPECIALLY - 98:12, 112:16, 117:14, 120:2, 124:18, 125:15, 126:4, 128:6, 129:14
ESSENCE - 38:23, 87:19, 88:12
ESSENTIAL - 89:15, 103:23
ESSENTIALLY - 26:19, 26:22, 27:1, 27:10, 27:11, 27:14, 28:2, 29:6, 29:17, 30:5, 35:21, 36:11, 37:6, 41:6, 46:25
ESTABLISHED - 9:20, 14:5, 20:18, 28:6, 40:21, 40:25, 46:18, 46:19, 46:23, 48:21, 48:22, 102:14, 130:7, 131:17
ESTABLISHES - 26:19
ESTIMATE - 53:18
ET - 1:8, 4:2, 27:13, 36:2
ETHICALLY - 28:17
EVALUATE - 37:21
EVALUATED - 110:21
EVALUATING - 20:10, 48:25, 88:24
EVE - 90:1
EVENT - 64:19, 77:7
EVENTUALITY - 30:9
EVENTUALLY - 15:12, 91:9
EVIDENCE - 6:15, 6:16, 7:2, 19:2, 19:9, 23:15, 24:24, 25:7, 47:12, 77:24, 80:15, 83:9, 85:17, 90:18, 92:4, 94:17, 97:7, 99:15, 100:9, 101:5, 101:8, 101:17, 102:6, 103:7, 103:8, 104:5, 104:7, 104:14, 104:16, 104:17, 105:19, 105:22, 105:24, 107:11, 107:13, 107:21, 107:22, 107:24, 108:6, 108:16, 108:20, 109:1, 109:6, 110:5, 110:18, 111:2, 111:4, 111:5, 111:16, 112:10, 112:15, 112:18, 113:6, 113:7, 113:23, 114:12, 114:16, 115:16, 116:1, 117:9, 118:5, 119:21, 122:3, 123:12, 123:21, 124:9, 124:11, 126:7, 127:23, 131:5, 131:9, 133:8, 133:20, 135:14, 136:5, 136:12, 140:8
EVIDENTIARY - 100:24, 103:25, 106:12
EVIDENTLY - 82:13, 109:19, 125:15, 129:17
EXACTLY - 8:10, 25:7, 35:4, 47:19, 50:3, 57:4, 77:15, 81:7, 81:15, 81:17, 82:2, 82:4, 89:17, 94:22, 99:21, 122:10, 130:18
EXAMINATION - 3:1, 3:5, 3:8, 3:10, 3:13, 50:7, 103:5, 104:8, 105:12, 110:16
EXAMINATION - 3:6, 3:9, 3:14, 39:16
EXAMPLE - 13:9, 23:15, 26:25, 29:13, 30:24, 32:6, 42:18, 46:8, 57:15, 59:23, 64:1, 79:19, 102:10, 106:16, 110:25, 116:18, 116:19, 136:6
EXCELLENT - 30:24, 80:22
EXCEPT - 81:22
EXCEPTION - 40:3, 40:11
EXCEPTIONAL - 4:13, 92:3, 92:5, 92:16, 118:2, 118:4, 118:8, 118:13, 119:1, 119:19, 120:1, 120:4, 120:11, 121:6, 121:18
EXCEPTIONALITY - 17:9
EXCEPTIONALNESS - 120:15, 120:24
EXCEPTIONALS - 119:5
EXCHANGE - 98:18
EXCLUDE - 5:25, 6:7, 7:10, 7:18, 9:15, 14:19, 15:1, 15:14, 15:17, 48:25, 80:1, 123:23, 124:13
EXCLUDING - 119:21
EXCLUSION - 9:10, 114:15, 124:15
EXCLUSIVE - 7:12, 7:25, 14:25, 56:17, 57:7, 57:14, 57:16, 57:19, 69:24, 79:23, 124:3, 129:24, 130:1, 130:4, 130:13
EXCLUSIVE - 7:16
EXCUSE - 10:15, 16:3, 16:18, 74:15, 93:22
EXECUTED - 41:11
EXERCISE - 15:2, 96:15
EXHIBIT - 74:9, 85:25, 86:15, 91:15, 95:19, 95:20, 96:1, 96:4, 98:5
EXHIBITS - 86:23, 97:22, 97:23, 122:10, 122:13, 127:8
EXIST - 8:9, 13:25
EXISTING - 35:13, 36:15, 37:7, 57:15, 131:8
EXISTS - 61:15
EXPANSION - 33:1
EXPECT - 106:19
EXPECTED - 17:19, 17:20
EXPENSES - 66:23, 138:14
EXPENSIVE - 106:4
EXPERIENCE - 14:14, 14:16, 73:10, 85:23
EXPERT - 20:6, 26:17, 32:17, 41:15, 53:16, 66:4, 66:9, 85:2, 109:9, 137:21
EXPERTS - 99:9, 133:15, 133:16, 135:8, 138:8
EXPIRATION - 41:14, 52:22, 140:20
EXPIRES - 16:23
EXPLAIN - 54:3, 102:9, 104:18, 136:4
EXPLAINED - 109:3, 135:4, 135:9
EXPLAINING - 35:25
EXPLANATION - 106:9, 109:17
EXPLANATIONS - 102:22
EXPRESSED - 6:9
EXPRESSES - 5:12
EXPRESSION - 11:5
EXTEND - 33:6
EXTENSIVE - 120:14
EXTENT - 85:14, 86:18, 131:11, 133:5
EXTRAORDINARY - 17:21
EXTRAPOLATION - 102:11
EYE - 115:3
EYELASHES - 46:20

F

F.2ND - 16:2, 18:6
FACE - 22:5, 80:16
FACED - 6:2, 13:1, 15:19, 117:13
FACING - 19:24, 50:20
FACT - 5:6, 5:21, 6:16, 7:7, 18:3, 19:1, 19:15, 29:13, 41:8, 48:23, 49:7, 49:14, 50:14, 51:16, 51:17, 53:15, 58:17, 58:18, 59:11, 88:3, 88:5, 88:8, 91:17, 93:24, 99:2, 114:22, 114:23, 125:6
FACTO - 16:21
FACTOR - 16:15, 50:1, 51:1, 51:3, 51:11, 90:13, 91:4, 91:21, 108:22, 110:10, 110:22, 111:13, 113:17, 113:23, 114:3, 114:4, 114:17, 115:12, 115:22, 115:24, 116:3, 119:8, 120:13, 120:17, 127:3, 128:25, 129:23, 130:15, 134:2, 135:10, 135:11, 135:15, 135:23
FACTORS - 7:4, 10:2, 11:15, 11:18, 12:6, 12:22, 16:17, 18:16, 20:1, 30:21, 41:24, 47:23, 50:23, 63:14, 87:19, 88:10, 88:23, 91:2, 102:18, 102:20, 103:18, 108:15, 112:8, 117:19, 118:18, 119:3, 120:21, 120:23, 123:20, 127:13, 127:15, 129:9
FACTS - 6:22, 29:10, 99:11, 100:17, 103:14, 140:5
FAILED - 7:8, 50:18, 124:10
FAILING - 104:23
FAILURE - 51:20
FAIR - 57:2, 66:7, 66:8, 131:24
FAIREST - 78:25
FAIRLY - 21:5, 21:9, 31:16, 92:15, 111:3
FAITH - 19:1, 90:21, 108:25, 110:24, 111:13, 114:1, 114:12, 118:14
FALLING - 62:13
FALLS - 55:1
FAMILIAR - 17:13, 40:12, 40:14, 40:16, 40:22, 46:8, 46:11, 65:24, 124:23, 137:17
FAMOUS - 8:11
FANNIN - 1:19
FANTASY - 14:10
FAR - 35:13, 52:18, 98:20, 104:18, 124:3, 124:6, 126:11
FAULT - 104:22
FAVOR - 16:18, 51:4, 99:12, 99:13, 100:18, 101:4, 108:23, 110:10, 111:13, 116:6, 130:21
FAVORABLE - 100:3
FAVORS - 111:22
FAX - 118:11
FCC - 78:17, 78:25, 79:12, 79:19, 97:7
FCC'S - 78:2
FEATURES - 74:17, 134:5
FEBRUARY - 43:11, 43:13
FED - 12:21, 89:12, 100:14, 100:20, 101:5, 101:11, 103:17, 105:8, 108:13, 113:15, 113:19, 113:20, 118:7, 118:11, 118:15, 118:20, 118:22, 118:24, 126:25, 127:1
FED.3RD - 98:24
FEDERAL - 5:9, 11:22, 11:25, 12:1, 12:2, 12:15, 39:25, 50:16, 79:3, 79:12, 81:5, 81:14, 88:3, 88:9, 121:24, 137:15
FEE - 20:25, 53:2, 77:22, 84:14, 87:16, 92:1, 118:18, 132:3, 132:12, 132:14, 138:15
FEES - 17:4, 17:7, 17:10, 18:10, 18:14, 22:18, 77:10, 91:21, 91:22, 91:24, 92:1, 92:6, 92:10, 92:13, 93:5, 118:1, 118:9, 119:2, 119:9, 119:11, 119:13, 119:22, 120:12, 120:18, 121:5, 121:9, 121:18, 132:5, 137:18, 137:21, 138:13
FELL - 115:11
FERGUSON - 106:14, 106:21
FETCHED - 124:3
FEW - 10:8, 73:18, 128:12
FIBER - 45:2
FIELD - 76:16, 76:17, 105:3, 109:3, 124:15
FIFTH - 80:21, 98:24, 100:21, 108:13, 118:7, 118:12, 118:16, 118:20, 118:22, 118:25
FIGURE - 14:10, 30:15, 63:5, 81:21, 102:10, 104:8, 127:25
FIGURED - 59:15, 122:24
FIGURES - 122:16
FIGURING - 123:6
FILE - 11:6, 11:8, 17:22, 91:9
FILED - 4:9, 17:15, 17:16, 17:18, 76:24, 78:1, 80:10, 93:12, 105:15, 112:1
FILING - 16:24, 96:15, 103:19
FILL - 87:1
FINALLY - 4:16, 5:4, 8:14, 8:17, 37:20, 51:12, 60:4, 77:11, 78:8, 84:2, 94:20, 96:22, 97:4, 135:7
FINANCIAL - 18:20, 35:3, 35:5, 35:6, 114:18
FINDINGS - 78:3, 96:15, 129:11
FINE - 82:6

FINISAR - 1:4, 1:21, 4:2, 21:22, 22:2, 22:5, 24:19, 24:25, 27:12, 28:4, 31:2, 35:8, 38:10, 41:11, 43:7, 51:4, 51:15, 57:16, 61:7, 71:13, 72:9, 77:17, 77:19, 77:21, 78:4, 78:11, 81:12, 88:15, 89:3, 89:9, 90:2, 90:3, 90:4, 90:16, 90:18, 90:24, 94:15, 94:21, 95:1, 95:8, 99:13, 104:20, 104:25, 105:16, 105:20, 107:10, 107:20, 110:23, 111:14, 114:20, 114:21, 116:2, 117:15, 120:8, 120:21, 124:11, 125:8, 125:14, 125:15, 126:2, 126:8, 130:20, 130:23, 131:6, 131:15, 131:24, 133:16, 137:13
FINISAR'S - 16:18, 24:21, 27:3, 31:5, 44:6, 44:13, 52:2, 57:6, 58:6, 58:15, 78:7, 79:23, 83:15, 87:18, 87:24, 88:6, 89:12, 90:16, 91:17, 92:12, 92:20, 93:12, 93:18, 95:9, 103:1, 110:10, 130:21, 131:24
FINISH - 73:19
FINLAND - 93:15
FIOS - 45:5
FIRE - 106:17
FIRM - 109:18, 109:21, 120:9
FIRST - 7:4, 11:12, 14:3, 15:20, 19:8, 27:24, 28:6, 28:13, 29:4, 29:15, 30:1, 47:24, 52:5, 52:24, 56:12, 69:2, 77:12, 85:15, 86:14, 94:7, 97:14, 97:21, 99:11, 101:3, 102:4, 106:20, 110:4, 112:3, 118:3, 136:19
FIT - 75:1
FIVE - 46:15, 46:17, 48:12, 48:14, 70:10, 77:8, 77:11, 96:24
FIXED - 45:9, 53:1
FLAUNTING - 121:14
FLAW - 84:5
FLAWS - 84:4
FLOOR - 1:25
FLOW - 126:8
FLOWER - 1:25
FOCUS - 6:18, 124:25
FOCUSING - 99:18
FOLD - 21:23
FOLLOW - 10:5, 64:14, 88:8
FOLLOWING - 6:4, 81:2, 89:5
FOLLOWS - 25:23, 52:5, 69:2
FOOLISH - 128:19
FORBIDDEN - 81:17
FORCE - 79:6
FORECAST - 67:24, 75:15
FORECASTS - 67:17, 67:20

FOREGOING - 140:7
FOREGONE - 31:5
FOREMOST - 9:5
FORGET - 60:15, 97:21
FORM - 36:12, 98:1, 108:21
FORMED - 108:25, 114:1
FORTH - 10:9, 13:14, 18:16, 31:19, 50:5, 76:7, 104:1, 106:13, 112:25, 123:7, 137:1, 139:7
FORWARD - 6:6, 15:17, 26:7, 26:25, 38:17, 49:5, 53:10, 56:1, 82:8, 84:11, 98:6
FOSTER - 126:24
FOUGHT - 119:12
FOUNDRY - 126:25
FOUR - 6:14, 6:23, 13:19, 30:4, 31:3, 44:2, 50:23, 65:7, 77:10, 82:11, 85:5, 96:23
FOUR-PRONG - 13:19
FRAME - 34:18, 35:16
FRAMEWORK - 129:22
FREE - 72:11
FREQUENTLY - 24:8, 127:13
FRIDAY - 13:11
FRONT - 41:16, 83:25, 96:1
FULFILLMENT - 70:17
FULL - 69:5, 70:17, 125:9, 131:1, 131:16
FULLY - 100:25, 116:7, 116:14, 116:15, 117:14, 125:12
FUNCTIONALITY - 73:5
FUNDED - 114:19, 121:11
FUTURE - 10:7, 36:5, 37:17, 49:11, 49:19, 54:2, 54:7, 54:9, 58:20, 85:14, 87:6, 117:7, 123:13, 125:6, 125:13, 136:17, 136:24

**G**

GATE - 1:16
GECSEI - 98:21, 101:21, 102:7
GEE - 98:5
GEM - 33:25, 45:7, 58:22, 58:23, 58:25, 59:4, 59:6, 59:7, 59:8, 59:13, 59:14, 60:21, 82:14, 128:9, 129:5, 132:9, 133:19
GENERAL - 29:8, 42:11, 44:4, 80:9, 113:12, 121:13, 124:25
GENERAL'S - 80:8
GENERALLY - 40:13, 119:9, 138:3, 138:11
GENERATES - 45:17
GENERATOR - 131:8
GEORGE - 1:23,

135:16
GEORGE-PACIFIC - 135:16
GEORGIA - 41:24, 63:14, 127:3, 127:12, 128:3
GEORGIA-PACIFIC - 127:3, 127:12, 128:3
GERMER - 1:18
GERTZ - 1:18
GIVEN - 5:24, 21:19, 38:18, 53:16, 80:6, 81:21, 101:12, 102:22, 120:2, 120:13, 123:12, 125:5, 135:11, 136:10, 140:16
GLASS - 81:13, 81:14, 81:18, 96:22
GOD - 79:7
GOODS - 66:22
GORMAN - 94:5
GOVERNMENT - 8:16
GOVERNMENTAL - 78:10, 79:21
GRAB - 93:22
GRACO - 89:11
GRANT - 52:23, 57:7, 57:14, 57:16, 57:19, 78:14, 88:4, 123:16, 124:19
GRANTED - 38:2, 40:21, 40:24, 78:17, 87:24, 100:17, 100:23, 104:17, 107:18, 108:3, 110:14, 126:23
GRANTING - 40:15, 46:22
GREAT - 96:25, 117:11
GREATER - 76:10
GREG - 76:23
GROGORY - 1:24
GROSS - 42:16, 42:17, 42:19, 42:20, 42:24, 45:8, 45:11, 47:17, 55:24, 56:3, 65:4, 65:8, 66:21, 128:5, 128:17, 128:18, 128:20, 132:6, 134:18
GROUND - 11:23, 56:25
GROUNDS - 90:9, 92:11, 113:16
GROUP - 1:8, 4:2, 23:11, 129:4
GROUPS - 136:13
GROW - 133:8
GROWING - 29:16
GROWTH - 35:25, 36:6
GUESS - 20:8, 20:13, 24:16, 28:17, 30:17, 33:3, 42:17, 61:4, 62:15, 62:17, 76:7, 76:8, 80:18, 83:5, 83:6, 84:15, 115:2, 131:25, 136:4
GUESSTIMATE - 9:11
GUESSTIMATES - 15:10
GUIDANCE - 11:24, 12:20
GUIDE - 59:8, 59:9, 91:16, 91:18
GUIDES - 55:20, 59:11
GUY - 13:10

**H**

HACKERMAN - 103:16, 103:22, 103:24, 105:9
HAND - 24:10, 83:2, 99:20, 101:20, 110:1, 117:4, 126:2, 134:10, 134:24, 135:11, 140:16
HAND - 74:16, 74:20
HANDICAPPED - 114:21
HANDLE - 13:12, 70:12, 70:13, 73:16, 82:12, 84:22, 84:25
HANDLED - 68:10, 70:24, 132:11
HANDLING - 93:13, 120:1
HANG - 98:19
HAPPY - 20:15
HARD - 75:9, 91:16, 106:14, 110:15, 114:9, 119:12, 119:16, 125:11, 126:2, 128:1
HARD-FOUGHT - 119:12
HARDER - 124:24
HARDSHIP - 125:17, 126:2
HARDWARE - 34:12, 36:22, 65:21
HARM - 13:14, 77:25, 78:11, 79:18, 80:1, 90:15, 90:17, 97:6, 116:1, 116:2
HARMS - 78:8, 78:12
HARSKO - 101:10
HARTENSTEIN - 106:21
HARTFORD - 94:10
HEAD - 79:15
HEADED - 134:6
HEADING - 91:22
HEALTHY - 117:6, 133:4, 133:8
HEAR - 43:4, 81:12, 106:5
HEARD - 11:17, 16:13, 58:22, 80:2, 90:25, 91:6, 93:8, 97:14, 101:1, 110:6, 128:16, 137:22
HEARING - 1:11, 28:22
HEARINGS - 17:14, 18:1, 109:8
HEARTFIELD - 2:2
HEAVILY - 135:24
HEAVY - 80:23, 100:13
HELD - 14:19, 18:12, 19:21, 120:22
HELP - 88:23, 105:6, 127:16, 131:6, 131:10
HELPFUL - 86:14, 86:18, 124:5
HEPATITIS - 16:6
HEREBY - 140:5
HERETO - 140:6
HESITATE - 42:17
HI - 39:22
HIDING - 111:19
HIGH - 66:11, 111:4, 117:12, 121:25, 130:24, 131:21, 131:23, 133:3, 134:7, 134:14, 134:22
HIGHER - 79:10, 98:2, 105:19, 130:24, 136:4, 136:7
HIGHLIGHT - 21:10
HIGHLIGHTED -

64:11
HIGHLIGHTS - 17:14, 48:23
HIGHLY - 62:14
HIMSELF - 106:25, 109:3
HINT - 106:14
HIRE - 138:8
HISTORY - 5:22, 6:3, 7:15, 13:17
HNS - 60:2
HOLD - 30:14, 55:8, 55:10, 91:7
HOLDER - 105:2, 121:1
HOLDER'S - 108:8
HOME - 36:20, 73:6, 73:22, 75:10, 84:21
HONOR - 4:5, 4:7, 5:1, 6:2, 11:13, 21:14, 25:18, 29:3, 30:24, 31:15, 32:19, 37:7, 39:14, 48:3, 48:7, 48:9, 48:10, 48:17, 51:21, 51:23, 52:20, 53:23, 61:1, 68:4, 72:6, 73:20, 74:9, 75:13, 75:14, 76:22, 77:7, 79:8, 80:23, 81:23, 82:7, 83:10, 85:7, 86:1, 86:14, 86:24, 87:14, 87:22, 88:19, 90:20, 93:21, 95:20, 95:23, 96:7, 96:9, 97:10, 97:12, 122:20, 139:1, 139:5
HONORABLE - 1:12
HOPE - 6:10, 116:9, 130:23
HOPEFULLY - 14:13
HOPING - 137:10
HOSPITAL - 100:20
HOUR - 73:18, 138:9
HOURLY - 138:15
HOURS - 138:10
HOUSE - 19:3
HOUSEHOLD - 83:5, 83:7
HOUSTON - 94:7, 94:9
HUGE - 128:14, 134:17
HUGHES - 34:16, 39:4, 55:15, 63:24, 64:4, 65:12, 65:18, 65:21, 104:6
HUNDRED - 17:11, 138:9
HURRICANE - 78:22
HURT - 16:15
HYDROTECH - 16:2
HYPOTHETICAL - 26:17, 26:21, 28:4, 31:1, 35:14, 39:25, 40:6, 40:10, 48:1, 48:19, 55:3, 56:9, 56:16, 56:23, 56:24, 57:1, 57:4, 57:25, 61:11, 127:14
HYPOTHETICALLY - 87:6

**I**

I'S - 19:20
IDEA - 12:22, 75:7, 79:2, 122:5, 124:15, 137:11
IDEAS - 108:19, 112:6, 113:23, 116:17
IDENTICAL - 87:18, 91:24

IDENTIFIED - 77:23
IDENTIFY - 21:18
IDENTIFYING - 96:21
IGNORING - 6:19
ILLINOIS - 9:3
IMAGINE - 25:3, 32:16, 106:5
IMBIBEMENT - 132:25
IMMEDIATELY - 12:2
IMPACT - 29:5, 36:22, 36:23, 37:13, 37:17, 58:15, 97:9
IMPART - 28:1
IMPEG - 23:15, 42:8, 42:10, 55:4, 59:21, 59:24, 64:12, 65:11, 68:8, 68:14, 85:19, 85:24, 86:23, 87:2, 87:8, 128:9, 129:2, 129:14, 129:21, 133:19, 133:23, 136:5, 136:6, 137:3
IMPEG-DIRECTV - 68:8
IMPLEMENT - 8:7, 111:6, 116:14, 125:16
IMPLEMENTATION - 126:6
IMPLEMENTED - 111:5
IMPLEMENTING - 117:13
IMPORTANCE - 56:19
IMPORTANT - 4:22, 35:6, 36:16, 83:10, 114:14, 115:6, 115:15, 129:9, 129:11, 133:16, 133:17, 133:18, 133:19, 133:22, 134:6, 135:14, 136:11, 136:14
IMPORTANTLY - 105:23, 107:5, 117:11
IMPOSE - 7:16, 50:23, 111:7, 114:24
IMPOSED - 46:9, 81:18
IMPOSES - 116:10
IMPOSING - 18:9, 40:14, 49:23, 130:9
IMPOSITION - 26:7
IMPOSSIBILITY - 8:25, 9:16
IMPRESSION - 32:9, 99:23
IMPROVED - 33:16, 126:17
IMPROVEMENT - 134:6
IMPRUDENT - 125:2
IN-HOUSE - 19:3
INABILITY - 36:22
INAPPROPRIATE - 38:13, 77:16
INC - 1:8, 4:2, 69:7, 113:14, 118:19, 118:21, 118:24, 123:17
INCALCULABLE - 125:22
INCENTIVE - 116:8
INCLINED - 20:9, 20:14
INCLUDE - 66:12, 75:8, 118:16, 137:18
INCLUDED - 41:10, 59:4, 137:24, 140:9
INCLUDING - 35:13,

37:23, 64:8, 68:14, 102:19
INCOME - 117:12, 126:8, 129:7
INCOMPATIBLE - 44:16
INCOMPLETE - 19:9, 19:10
INCORPORATE - 85:6
INCORPORATING - 84:21
INCURRED - 104:3
INDEED - 92:23
INDEFINITE - 89:25, 109:7, 120:23
INDEFINITENESS - 110:9, 120:7
INDEMNITY - 94:11
INDEPENDENT - 74:22
INDEX - 3:1
INDICATE - 12:18, 108:21, 128:4, 130:3
INDICATED - 102:24, 124:17
INDICATES - 38:20, 74:16, 74:22, 106:7, 123:21
INDICATION - 19:7, 30:1, 79:4, 107:2, 109:5, 111:19, 123:5, 127:11, 132:15
INDICATIONS - 44:17, 119:24
INDIVIDUALS - 36:3
INDUCED - 107:8, 107:16, 107:18
INDUCING - 119:25
INDUSTRIES - 66:11, 118:19
INDUSTRY - 7:14, 38:5, 53:4, 56:4, 59:18, 59:22, 83:12, 85:16, 85:19, 85:21, 128:7, 128:14
INDUSTRY'S - 58:24
INELASTIC - 132:16
INEXPENSIVE - 8:8, 106:1
INFERENCE - 112:19
INFERENCES - 100:17, 101:4
INFORMATION - 19:9, 19:10, 19:16, 20:10, 26:13, 26:15, 26:20, 26:23, 26:25, 27:17, 27:18, 27:21, 34:23, 35:4, 35:21, 35:23, 36:2, 37:20, 38:7, 39:6, 42:5, 42:6, 47:1, 47:12, 47:16, 47:21, 58:19, 71:24, 72:1
INFORMED - 86:13
INFORMS - 86:16
INFRINGE - 88:1, 107:25, 116:8
INFRINGED - 56:17, 104:9, 109:1, 111:25, 114:2, 120:5, 120:7, 120:22
INFRINGEMENT - 6:5, 16:13, 17:8, 18:7, 18:9, 18:13, 27:12, 40:5, 49:2, 49:7, 49:8, 49:10, 57:1, 81:6, 82:20, 84:2, 84:6, 84:9, 87:21, 89:8, 104:21, 105:10, 107:9, 105:17, 105:20, 107:9,

107:12, 107:14, 107:16, 107:18, 107:20, 107:22, 108:2, 108:3, 108:4, 108:21, 109:4, 109:5, 110:6, 110:12, 110:14, 111:3, 111:16, 112:4, 114:6, 115:9, 115:18, 116:13, 116:15, 116:19, 117:11, 117:14, 118:13, 119:7, 120:16, 121:2, 126:13, 135:13, 135:19, 138:5
INFRINGEMENTS - 18:23, 105:1, 107:8
INFRINGER - 5:25, 9:10, 18:10, 46:10, 108:17, 108:18, 108:23, 113:22, 113:24, 113:25, 116:17, 120:5, 120:11, 120:13, 134:6
INFRINGER'S - 88:25, 114:8
INFRINGERS - 116:17, 133:5
INFRINGES - 99:6, 124:9
INFRINGING - 10:16, 11:6, 11:16, 16:14, 27:15, 43:3, 49:14, 91:12, 105:3, 105:5, 110:25, 111:1, 111:14, 120:14, 121:3
INFRINGING - 61:9, 61:15
INHERENTLY - 85:12
INJUNCTION - 4:14, 5:2, 5:15, 6:4, 6:7, 6:10, 7:6, 8:4, 8:14, 8:15, 9:7, 9:13, 9:15, 9:16, 9:24, 10:1, 10:11, 11:11, 11:14, 11:20, 11:21, 11:25, 12:6, 12:13, 12:17, 13:2, 13:3, 13:6, 13:14, 13:20, 13:22, 13:23, 13:25, 14:3, 15:5, 15:20, 16:1, 16:3, 16:4, 16:6, 16:10, 16:19, 16:21, 17:2, 20:10, 21:11, 26:8, 26:9, 27:6, 27:11, 37:15, 40:5, 40:11, 40:15, 41:3, 41:7, 41:17, 41:23, 48:24, 49:24, 50:4, 50:14, 50:17, 51:13, 51:20, 57:8, 58:8, 77:8, 77:13, 77:15, 78:14, 80:14, 81:4, 81:6, 84:11, 97:6, 123:5, 123:7, 123:10, 123:16, 124:19, 124:20, 125:3, 126:19
INJUNCTIONS - 12:11, 12:25, 14:4, 50:24, 80:20
INJUNCTIVE - 126:24
INJURY - 77:16, 103:21, 123:21, 123:22, 125:5
INQUIRY - 13:19
INSTALLATION - 69:21
INSTALLED - 29:16
INSTALLERS - 69:21
INSTALLING - 53:22
INSTANCES - 17:12

INSTANTLY - 104:21
INSTEAD - 18:6
INSTRUCTED - 102:5, 102:20
INSTRUCTING - 127:13
INSTRUCTIONS - 108:17
INSTRUMENT - 118:18
INSTRUMENTS - 18:6, 113:16
INSUFFICIENT - 107:13, 107:22, 108:1, 108:16, 113:7
INSURANCE - 93:23, 94:5
INSURE - 71:25
INTEGRATE - 51:7
INTEGRITY - 71:24, 72:1
INTELLECTUAL - 24:20, 68:10
INTEND - 28:1
INTENDED - 90:17, 120:12, 138:3
INTENDING - 36:4
INTENT - 136:25, 137:5, 137:11
INTENTIONALLY - 17:17
INTERCHANGEABLE - 32:6
INTEREST - 4:17, 15:23, 15:25, 16:2, 16:5, 16:8, 16:10, 20:16, 20:17, 20:22, 21:15, 21:23, 22:1, 22:2, 22:7, 22:9, 22:12, 22:17, 22:20, 22:25, 23:8, 23:11, 51:10, 77:11, 78:3, 78:18, 93:3, 93:17, 93:18, 93:20, 93:25, 94:2, 94:5, 94:13, 95:12, 95:18, 96:5, 121:4, 121:21, 123:2, 125:10, 126:12, 126:15, 126:17, 126:18
INTERESTED - 140:14
INTERESTING - 9:3, 40:2
INTERESTS - 114:10, 119:16, 126:11
INTERPRETATION - 100:16, 102:11, 102:15
INTERPRETED - 94:1
INTERRUPTING - 37:14
INTERVENING - 8:17
INTRODUCTION - 45:2
INVALID - 18:12, 89:25, 93:13, 95:6, 96:13, 96:14, 108:25, 109:7, 111:25, 114:2
INVALIDATED - 93:10
INVALIDITY - 89:11, 99:16, 110:9, 111:11, 114:7, 117:11, 124:10
INVALIDS - 125:25
INVENTION - 6:1, 10:10, 49:12, 50:19, 99:4, 99:8, 117:15, 132:24, 133:2, 133:6,

133:7, 133:13, 134:4, 134:16
INVENTIONS - 125:15, 131:8, 133:14
INVENTOR - 116:15, 130:18
INVENTORY - 71:5, 71:7, 71:9, 71:11, 71:24, 72:3, 73:5
INVESTED - 24:12, 126:5
INVESTIGATE - 105:3, 108:9
INVESTIGATED - 108:24, 110:8, 114:1
INVESTIGATION - 109:20, 114:5, 117:10, 132:21
INVESTMENT - 24:13, 32:22, 33:7
INVESTMENTS - 104:3
INVOLVED - 40:4, 57:21, 59:12, 107:14, 107:23, 115:7, 116:25, 120:3, 124:4, 125:17, 128:9, 128:11, 134:18, 136:15, 138:6
INVOLVEMENT - 85:11
INVOLVES - 136:7
INVOLVING - 76:7, 108:21
IRREPARABLE - 13:14, 77:16, 80:1, 123:20, 123:22, 125:5, 125:7
IRRESPECTIVE - 45:16
ISSUANCE - 126:6
ISSUE - 5:15, 12:13, 15:20, 17:4, 21:22, 24:16, 43:16, 77:8, 77:10, 77:11, 77:12, 77:14, 81:6, 83:25, 84:11, 85:14, 87:15, 87:16, 90:10, 90:12, 91:20, 92:13, 93:1, 93:16, 94:20, 95:3, 100:25, 103:4, 103:11, 104:15, 105:23, 105:24, 107:10, 110:14, 117:16, 123:4, 125:3
ISSUED - 4:15, 27:7, 40:5, 43:7, 48:24, 89:6, 106:11, 106:12, 115:15, 116:3
ISSUES - 4:10, 4:24, 6:23, 17:25, 20:8, 40:5, 42:21, 51:15, 51:16, 56:13, 77:8, 83:22, 97:2, 115:9, 119:6, 119:12
ITEM - 107:24, 133:25
ITEMS - 131:9, 131:10, 133:21
ITSELF - 19:15, 32:15, 79:3, 79:18, 92:13, 99:20, 102:2, 102:12, 125:16, 126:16, 128:10, 129:12

**J**

JEFFERSON - 140:2
JELLY - 102:10
JMOL - 87:23, 88:2, 88:4, 90:9, 92:12, 98:23, 100:7, 100:16,

104:17, 107:18, 108:3, 108:4, 112:12, 113:9, 138:21, 138:22
JMOL'S - 139:3
JOB - 106:22
JOHNSON - 118:23
JOINT - 107:12, 107:21
JONES - 1:25
JOURNAL - 13:13
JR - 2:2
JUDGE - 1:12, 8:14, 9:4, 9:6, 10:5, 11:4, 11:19, 13:4, 14:12, 15:8, 16:20, 26:8, 51:18, 80:4, 80:24, 80:25, 81:1, 97:5
JUDGEMENT - 101:15
JUDGES - 12:7, 12:16
JUDGMENT - 20:2, 20:3, 53:19, 89:19, 98:21, 99:10, 99:11, 100:3, 100:5, 100:12, 103:10, 107:6, 107:7, 112:11, 116:9, 121:19, 123:1, 124:6, 125:8, 126:10, 126:14, 136:1, 137:6, 138:17, 138:19, 139:8
JUDGMENTS - 4:11, 18:13
JUDICIAL - 9:11, 15:10, 23:4
JULY - 1:7, 28:3, 140:17
JUMP - 38:18
JUNE - 56:9, 76:24, 90:16
JURIES - 110:17
JURISDICTION - 123:16, 137:9
JURY - 4:4, 8:12, 9:17, 15:8, 15:12, 15:16, 18:18, 27:5, 31:10, 40:1, 40:10, 40:15, 41:16, 42:2, 42:6, 47:7, 47:9, 47:10, 49:10, 49:18, 50:8, 51:16, 52:20, 53:3, 53:7, 53:11, 54:6, 58:18, 61:19, 61:23, 62:1, 62:5, 62:11, 62:25, 63:3, 63:7, 63:9, 63:18, 73:17, 77:18, 81:11, 81:20, 83:21, 84:1, 84:16, 84:17, 89:10, 91:25, 96:24, 100:24, 101:24, 102:4, 102:16, 103:7, 103:9, 104:14, 104:22, 107:4, 107:9, 107:16, 108:2, 108:17, 112:9, 112:10, 112:20, 113:8, 113:12, 116:19, 117:4, 117:8, 117:21, 120:17, 121:19, 122:9, 125:9, 126:9, 127:13, 127:23, 127:24, 134:13, 135:22, 136:19, 136:20
JURY'S - 9:17, 17:7, 81:24, 82:7, 87:7, 96:17, 103:13, 104:11, 104:15, 109:19, 122:21, 129:11, 133:6, 135:13
JUSTICE - 5:22, 11:10, 11:19, 43:25, 44:6, 44:9, 78:2, 80:12, 118:19

JUSTICE'S - 78:6
JUSTIFIABLE - 135:6
JUSTIFIED - 18:14
JUSTIFY - 18:9, 89:3

K

KEEP - 6:13, 7:13, 54:20, 71:9, 97:25, 98:14
KEEPING - 82:16, 98:2, 133:24
KEPT - 99:18, 106:19, 111:16
KEY - 106:19, 106:20, 133:21, 134:15
KHCHAIDES - 103:16
KIN - 140:14
KIND - 19:24, 24:15, 30:15, 31:14, 32:7, 32:14, 32:25, 36:3, 53:19, 71:5, 98:5, 104:22, 110:1, 112:7, 116:21, 124:23, 131:6, 131:21, 137:2, 137:8, 138:10
KINDS - 13:24, 122:1
KIRKEN - 101:10
KITS - 16:6, 16:7
KNOCK - 7:23
KNOWING - 108:21
KNOWLEDGE - 27:17, 40:18, 44:3, 46:1
KNOWN - 103:20, 104:21, 105:16, 113:3, 132:11
KNOWS - 54:12

L

LACED - 92:19
LACK - 5:13, 36:13, 99:2
LAID - 77:13
LAKE - 1:17
LAND - 13:12
LANE - 2:5, 140:20
LANGUAGE - 50:18, 79:3, 100:15, 102:2
LARGE - 75:8, 114:19, 115:7, 133:3
LARGER - 114:20
LAST - 34:13, 36:15, 36:25, 50:8, 53:17, 75:23, 80:12, 135:15
LATCHES - 103:12, 103:23, 104:23, 107:7
LATE - 97:15
LAUNCH - 134:21
LAUNCHED - 43:13
LAW - 2:2, 4:11, 9:5, 49:10, 49:12, 50:22, 80:3, 80:7, 80:16, 80:19, 81:9, 88:3, 88:7, 88:11, 89:19, 95:18, 100:6, 100:7, 100:13, 101:15, 103:10, 107:7, 109:3, 109:18, 112:11, 120:9, 121:14, 124:17, 124:22, 125:8
LAWRENCE - 1:18
LAWS - 95:8
LAWSUIT - 112:1
LAWYERS - 12:7, 14:11, 82:1, 114:13
LAY - 76:25, 99:8

LAYS - 88:10
LEADS - 9:7, 90:18
LEAST - 19:5, 19:6, 23:24, 82:21, 90:11, 106:24, 128:14, 132:11, 134:13
LEAVE - 76:15
LEFT - 74:16, 91:21, 121:6
LEFT-HAND - 74:16
LEGAL - 108:1, 111:23, 117:9
LEGALLY - 100:24, 107:15, 108:1, 108:16, 112:10
LENDING - 22:5
LENGTH - 34:2, 103:19
LESS - 18:1, 24:8, 24:14, 26:22, 26:24, 29:12, 34:1, 35:12, 36:9, 36:17, 38:8, 64:22, 64:23
LESSER - 30:11, 30:21
LETTER - 88:13, 91:11, 91:14, 105:14, 109:2, 112:3, 115:16, 115:24, 120:8
LETTING - 10:2
LEVEL - 76:14, 82:22, 89:2, 117:1, 117:2
LEVINSON - 50:11, 77:18, 105:9
LICENSE - 4:15, 5:12, 7:9, 7:12, 7:17, 7:24, 8:2, 8:20, 8:22, 9:9, 14:25, 15:2, 21:12, 23:14, 23:16, 31:3, 38:10, 38:19, 40:12, 40:15, 40:20, 40:24, 41:10, 41:13, 41:25, 46:9, 46:14, 46:22, 46:25, 49:5, 50:3, 51:9, 52:23, 55:22, 56:3, 56:17, 57:13, 57:14, 57:15, 57:16, 58:12, 58:17, 58:22, 58:23, 59:3, 59:13, 59:24, 60:3, 77:9, 77:22, 79:3, 79:20, 79:23, 81:16, 81:19, 83:17, 84:6, 84:18, 85:13, 85:24, 87:2, 87:8, 87:13, 97:1, 97:7, 106:9, 123:10, 125:14, 126:7, 126:21, 126:23, 129:13, 129:14, 129:22, 129:24, 130:1, 131:14, 136:2, 137:3, 137:6, 138:5
LICENSED - 7:19, 55:14, 130:9
LICENSEE - 67:3, 129:1, 130:17, 131:4, 133:25
LICENSER - 130:16
LICENSES - 24:25, 33:23, 40:20, 42:10, 42:13, 55:2, 55:5, 55:6, 55:15, 57:7, 57:12, 57:20, 68:14, 68:15, 68:18, 78:17, 78:23, 85:18, 86:23
LICENSING - 7:15, 7:21, 7:22, 9:22, 24:20, 35:3, 35:6, 37:21, 38:2, 38:3, 49:8, 57:11, 58:15, 59:16, 59:25, 68:10,

90:17, 127:18, 130:8
LICENSOR - 130:6, 130:9, 131:8, 133:1
LIEU - 26:7, 136:1
LIFE - 35:18, 42:1, 56:18, 56:20, 57:22, 58:2, 58:21, 83:17, 93:22, 94:5
LIGHT - 100:2, 107:9, 122:2
LIKELIHOOD - 111:9
LIKELY - 53:4, 62:8, 62:9, 62:14, 105:17, 117:6, 127:11, 127:25
LIMIT - 4:22
LIMITATION - 99:4, 114:16
LIMITED - 6:18, 98:11
LIMITING - 119:21, 126:15
LINE - 80:12, 129:14
LIST - 5:2, 27:20, 109:9
LISTEN - 110:4
LISTS - 97:24
LITERALLY - 134:8
LITIGATED - 92:15, 97:3, 110:13
LITIGATION - 11:9, 16:25, 17:12, 18:4, 51:20, 57:3, 83:16, 87:25, 92:20, 114:9, 118:14, 118:17, 119:15
LIVE - 26:17
LOAN - 22:7
LOCAL - 17:24, 45:3
LOGIC - 5:22
LOGICALLY - 110:8
LOOK - 9:17, 13:16, 16:10, 21:1, 31:8, 34:6, 35:8, 36:6, 37:25, 56:13, 56:17, 56:18, 56:19, 63:14, 80:12, 80:19, 81:3, 91:13, 91:14, 98:23, 99:20, 100:5, 100:6, 100:13, 108:15, 109:21, 110:4, 113:10, 117:23, 119:5, 120:21, 121:21, 129:23, 135:21, 136:14, 136:24
LOOKED - 46:25, 63:13, 86:12, 110:21, 111:22, 119:4, 135:2
LOOKING - 11:24, 53:7, 55:2, 82:14, 95:20, 99:10, 100:22, 101:2, 101:23, 105:15, 119:3, 127:17, 128:25, 129:9, 132:19, 134:23, 134:25, 135:3, 135:22, 136:23, 137:8
LOOKS - 19:19, 109:24, 118:23
LOS - 2:1
LOSE - 36:12, 109:14, 119:13, 125:22
LOSS - 24:6, 78:16, 113:5, 122:6
LOST - 24:9, 24:17, 80:8, 104:1, 104:2
LOUIS - 1:18, 1:24, 86:24
LOW - 24:13, 116:13, 131:1
LOWER - 30:22,

130:3, 130:15, 136:10
LOWERING - 130:23
LUDMILA - 1:20
LUMP - 57:22, 57:25, 58:1, 58:3, 63:10, 67:14

M

MACHINE - 126:25
MACK - 108:12
MACROVISION - 34:9, 38:22, 42:18, 42:20, 64:2, 64:7, 64:13, 129:6
MAGNITUDE - 19:5, 53:11
MAHURKAR - 9:2, 11:20, 15:9, 80:24, 81:2, 81:8, 97:4
MAIN - 73:22, 91:24, 92:20
MAINTAIN - 130:7, 130:14, 131:23
MAINTAINED - 8:9
MAJOR - 6:23, 7:23, 13:6, 115:13
MAJORITY - 6:3, 10:17, 12:13, 28:7
MANAGE - 71:11, 75:5
MANAGED - 21:3, 71:12
MANAGEMENT - 69:10, 71:5, 73:4, 110:21, 111:5, 112:2, 115:21
MANILDRA - 93:11
MANUFACTURE - 69:18
MANUFACTURED - 70:23
MANUFACTURER - 34:15, 34:19, 34:21, 41:4, 45:23, 46:5, 65:21, 70:11
MANUFACTURERS - 36:21, 54:17, 68:9, 68:11, 69:18, 69:22, 70:7, 70:24, 71:15
MANUFACTURING - 92:7, 134:5
MARKET - 8:21, 8:24, 9:10, 9:18, 9:25, 11:14, 15:11, 15:21, 16:22, 28:6, 28:7, 29:7, 29:14, 30:1, 30:18, 31:12, 35:7, 36:7, 36:9, 40:7, 79:22, 81:11, 89:6, 126:8
MARKETING - 106:22, 130:7
MARKETPLACE - 28:3, 29:8, 29:9, 29:15, 30:5, 30:11, 31:23, 32:10, 32:23, 36:4, 36:8
MARKMAN - 113:18
MARYLAND - 101:12
MATERIAL - 103:23
MATERIALIZE - 30:10
MATERIALS - 68:16
MATH - 82:5
MATHEMATICAL - 83:19
MATTER - 4:11, 4:16, 23:19, 49:10, 49:12, 53:20, 83:4, 83:23, 84:12, 88:6,

88:11, 88:16, 89:19, 93:19, 100:6, 100:13, 101:15, 103:10, 104:23, 107:7, 112:11, 124:5, 132:5
**MAXIMUM** - 88:17
**MCGEORGE** - 3:12, 51:24, 68:25, 69:1, 69:6, 72:9, 74:11, 82:24
**MEAN** - 6:15, 6:19, 12:8, 13:7, 14:15, 17:16, 23:18, 23:22, 28:17, 46:13, 49:12, 49:20, 50:25, 54:13, 56:5, 58:20, 66:14, 78:21, 79:4, 79:18, 83:3, 84:20, 86:8, 88:7, 92:25, 98:7, 109:24, 110:3, 110:4, 111:21, 119:13, 134:9, 137:17
**MEANING** - 36:21, 92:16
**MEANINGFUL** - 47:16
**MEANS** - 62:4, 79:20, 99:2, 125:16
**MEANT** - 5:20
**MEASURE** - 29:21, 67:9, 79:6, 89:17
**MEASURES** - 66:20, 67:1, 87:3, 134:25
**MEDIA** - 36:19, 37:9, 73:22
**MEDICIS** - 118:6
**MEET** - 107:4
**MEETING** - 19:6, 19:21, 91:7, 94:1
**MEETS** - 93:14
**MEMORIZED** - 79:15
**MEMORY** - 42:12, 55:13, 104:1
**MEN** - 100:19
**MENTIONED** - 21:11, 35:12, 51:8, 78:5, 85:8, 91:23, 93:2, 99:25, 101:25, 114:14
**MERCEXCHANGE** - 80:10, 123:18
**MERE** - 105:4
**MERELY** - 50:11, 114:23, 116:10
**MERIT** - 92:13
**MERITED** - 92:6
**MERITS** - 90:22
**MET** - 103:8
**METHOD** - 70:15, 84:23, 85:1, 104:18, 107:24, 111:25, 122:4, 132:25, 136:12
**METHODIST** - 100:20
**METHODOLOGY** - 25:10, 38:13, 39:7, 61:25, 62:5, 65:25, 66:5, 66:10
**METHODS** - 115:14, 117:5
**METRIC** - 82:22, 85:16, 85:19
**METRICS** - 94:14
**MICRO** - 118:21
**MICROSOFT** - 10:8, 10:12, 10:19, 10:20, 10:21, 10:22, 16:22
**MID** - 23:2
**MID-MONTH** - 23:2
**MIDDLE** - 62:13
**MIGHT** - 4:16, 18:9, 21:6, 25:19, 30:8,
30:17, 32:3, 38:5, 38:9, 57:18, 58:10, 58:12, 67:6, 67:20, 84:1, 91:1, 93:1, 100:1, 101:20, 103:4, 108:7, 109:6, 109:10, 110:15, 110:17, 116:14, 120:20
**MILLION** - 8:13, 15:12, 15:13, 15:14, 15:16, 18:4, 21:2, 23:5, 29:16, 32:5, 32:20, 32:21, 60:15, 75:21, 75:24, 76:1, 76:3, 76:8, 84:16, 93:8, 95:14, 95:15, 115:2, 116:18, 117:2, 117:20, 122:16, 122:17, 123:1, 125:22, 126:3, 127:11, 131:19, 135:1
**MILLIONS** - 14:23, 15:7, 121:10, 125:25, 126:16
**MIND** - 6:13, 99:17, 124:16, 127:22, 132:8
**MINDFUL** - 108:6
**MINIMAL** - 85:11, 85:13
**MINOR** - 10:20, 21:9
**MINUS** - 66:22
**MINUTE** - 37:3, 53:17, 78:13
**MINUTES** - 73:16, 73:18, 96:8
**MISCONDUCT** - 17:12, 90:15, 92:20, 115:14, 118:14
**MISS** - 77:3
**MISSED** - 6:24, 7:1, 20:20, 138:20, 138:23, 138:24, 139:3, 139:4
**MISSING** - 7:22, 106:20
**MISSOURI** - 80:13
**MISSPOKE** - 37:7, 122:21
**MIT** - 104:17
**MODE** - 132:18
**MODEL** - 52:19, 53:1, 53:2, 53:3, 53:6, 59:17, 59:19, 128:5, 131:25
**MODELS** - 65:19, 65:20
**MODINE** - 92:7
**MODULE** - 10:21
**MOFFETT** - 1:21
**MOMENT** - 87:15
**MONETARY** - 5:25, 13:3, 15:4, 104:3
**MONEY** - 8:20, 22:6, 22:7, 22:11, 22:25, 23:1, 23:6, 23:8, 23:25, 24:10, 24:18, 24:21, 77:20, 80:2, 83:3, 94:16, 114:24, 115:4, 115:6, 120:3, 122:6, 126:14
**MONOPOLY** - 124:17, 124:18, 125:4, 130:8, 130:11, 130:15
**MONTH** - 23:2
**MONTH** - 23:6, 23:9, 24:11, 25:4, 45:9, 45:15, 45:16, 60:22, 129:6
**MONTHLY** - 23:18, 24:7, 24:9, 45:7, 71:14, 132:10
**MONTHS** - 10:18, 11:7, 21:9

**MOOT** - 107:10, 107:19
**MOREOVER** - 90:15, 91:13
**MORNING** - 26:1, 26:2, 39:21, 61:4, 61:6, 90:24
**MOST** - 4:22, 22:10, 43:11, 53:3, 66:10, 66:20, 67:12, 76:25, 83:10, 100:3, 105:7, 127:9, 127:25
**MOSTLY** - 4:19
**MOTION** - 8:11, 17:23, 87:23, 89:18, 98:21, 100:3, 100:16, 103:10, 107:6, 107:17, 108:2, 138:20
**MOTIONS** - 3:3, 3:15, 4:3, 17:14, 17:16, 88:2, 90:9, 90:10, 90:11, 98:22, 138:20, 138:21, 138:22, 139:3, 139:4, 139:7
**MOTIVATE** - 112:18
**MOTIVATION** - 90:15, 112:16, 116:1
**MOUTH** - 36:3
**MOVANT'S** - 101:9
**MOVE** - 17:4, 20:16, 69:19
**MOVED** - 112:12
**MOVEMENT** - 75:5, 101:6
**MOVIE** - 65:2
**MOVIES** - 129:8
**MOVING** - 70:14
**MULTIPLE** - 75:8, 83:16, 84:25, 136:13, 137:1
**MULTIPLY** - 136:21
**MULTIPLYING** - 84:3
**MUST** - 80:3, 96:16, 99:4
**MUTUAL** - 93:22
**MUTUALLY** - 98:18

**N**

**NAME** - 52:8, 69:5, 69:6
**NAMED** - 107:12, 107:14, 107:17, 107:22, 107:23
**NAMELY** - 129:7
**NAMES** - 21:19, 77:6
**NAPPER** - 3:4, 20:5, 20:9, 25:11, 25:15, 25:19, 25:22, 26:1, 39:12, 39:21, 48:19, 58:22, 78:5
**NAPPER'S** - 23:10, 50:6, 56:7, 56:15
**NATION** - 125:4
**NATIONAL** - 118:19
**NATURE** - 36:15, 59:6, 60:3, 66:24, 68:15, 129:23, 132:24
**NEAR** - 90:21
**NEAT** - 49:9
**NECESSARILY** - 32:24, 51:17, 133:22, 138:15
**NECESSARY** - 31:21, 58:2, 68:14, 128:7, 137:11
**NECESSITY** - 51:3
**NEED** - 4:25, 12:20, 19:17, 19:23, 27:21, 40:6, 56:22, 81:10,
83:19, 111:11, 121:15
**NEEDED** - 20:11, 32:5, 48:23, 61:10
**NEEDING** - 35:5
**NEEDS** - 69:14, 75:9, 80:15, 86:12
**NEGLIGENT** - 108:8
**NEGOTIATE** - 8:6, 29:11
**NEGOTIATED** - 56:21
**NEGOTIATING** - 37:18, 51:9
**NEGOTIATION** - 8:22, 26:18, 26:21, 28:4, 35:14, 40:7, 48:1, 48:20, 56:9, 57:25
**NEGOTIATIONS** - 9:7, 9:8, 39:25, 40:10, 55:3, 56:16, 56:23, 56:24, 57:1, 57:5, 61:11
**NET** - 66:24, 66:25
**NETWORK** - 34:16, 39:4, 55:16, 63:24, 64:4, 65:12, 65:19, 65:21
**NETWORKS** - 33:2
**NEVER** - 19:12, 49:18, 50:10, 77:19, 80:1, 106:15, 109:3, 109:20, 123:25, 124:1, 125:15, 128:13, 130:9, 130:12, 134:11
**NEW** - 10:14, 11:23, 12:9, 12:10, 12:19, 12:20, 12:22, 12:24, 17:23, 32:23, 48:19, 52:17, 56:8, 56:23, 56:24, 57:4, 68:8, 72:10, 82:12, 83:1, 84:24, 86:18, 93:23
**NEWS** - 5:4, 59:14, 126:1
**NEXT** - 33:20, 34:25, 53:23, 53:25, 113:10, 117:25, 123:4, 124:8
**NIGHTMARE** - 16:25
**NINE** - 113:17, 113:21
**NINE-POINT** - 113:21
**NINETEEN** - 17:17
**NITPICKING** - 89:14
**NON** - 7:16, 61:9, 61:15
**NON-EXCLUSIVE** - 7:16
**NON-INFRINGING** - 61:9, 61:15
**NONE** - 42:10, 42:13, 56:22, 112:4, 115:24, 127:20, 133:1
**NONEXCLUSIVE** - 56:18, 129:24
**NONINFRINGEMENT** - 89:11
**NONINFRINGING** - 8:8, 8:19, 63:15, 79:22, 90:2
**NONINFRINGMENT** - 90:9
**NONINJUNCTION** - 50:24
**NONMOVEMENT** - 99:12, 100:3, 101:4
**NONPATENTED** - 131:9, 134:4
**NONUSE** - 131:5
**NONWILLFULNESS** - 87:23, 88:4

**NORMALLY** - 23:18, 24:7, 24:18, 25:1, 97:18, 100:23
**NORTH** - 94:6
**NORTHERN** - 9:2
**NOTE** - 18:17, 20:3, 46:1, 51:12, 74:14, 102:3, 108:14
**NOTED** - 5:23, 9:6, 77:17, 93:17, 120:18
**NOTES** - 11:11, 17:19, 121:22
**NOTHING** - 48:3, 60:10, 68:21, 72:5, 75:14, 77:14, 88:17, 106:7, 115:20, 119:19, 128:13
**NOTICE** - 23:4
**NOTING** - 80:6
**NOTWITHSTANDING** - 90:16
**NOVELTY** - 99:2
**NOVEMBER** - 102:16
**NOWHERE** - 90:21
**NQ** - 118:15
**NTP** - 8:11
**NUMBER** - 4:10, 14:14, 20:12, 29:6, 37:12, 45:12, 45:20, 53:14, 53:16, 55:1, 56:12, 57:12, 59:1, 59:11, 63:11, 66:20, 72:11, 75:21, 75:25, 76:3, 76:9, 76:10, 82:22, 86:2, 86:3, 89:7, 91:14, 96:5, 98:12, 98:25, 102:18, 102:20, 128:7, 130:23, 131:3, 133:25, 135:11
**NUMBERS** - 54:21, 67:22, 76:2, 97:13, 116:20, 117:24, 128:15
**NUMEROUS** - 92:11
**NYDEGGER** - 1:16

**O**

**O'CLOCK** - 13:10, 28:13
**OATH** - 72:2
**OBJECTED** - 53:17
**OBJECTION** - 28:9, 29:1
**OBLIGATION** - 17:25
**OBSERVATIONS** - 29:10
**OBTAIN** - 68:13, 68:17
**OBTAINED** - 19:19, 89:7
**OBVIOUS** - 110:15, 119:7, 138:7
**OBVIOUSLY** - 6:24, 33:8, 36:9, 45:20, 47:13, 78:21, 79:5, 84:17, 84:24, 96:19, 98:7, 112:12, 113:1, 121:23, 123:9, 129:11, 130:1, 130:18, 130:23, 131:15, 131:19, 131:23, 131:24, 132:22, 135:9, 137:9, 137:22
**OBVIOUSNESS** - 112:21, 113:9, 115:11
**OCCASION** - 40:23, 43:23, 58:4
**OCCUPY** - 8:1
**OCCUR** - 40:22

OCCURRED - 40:17, 138:5
OCCURS - 137:3
ODD - 133:23
ODD - 40:20, 110:3, 135:2
ODETICS - 113:19
OFFER - 7:13, 7:24, 39:13
OFFERED - 45:3, 88:17, 94:15, 97:13
OFFERING - 45:5
OFFERS - 84:8, 94:15, 127:21, 127:22
OFFICE - 10:22, 13:10, 95:7, 97:25, 140:16
OFFICES - 2:2
OFFSET - 95:3
OFTEN - 35:16, 36:2
OLD - 81:2, 81:9, 84:23, 86:6, 86:7, 132:18
OLDER - 119:1
OLIGOPOLY - 30:17
ONCE - 49:10, 81:6, 91:2
ONE - 8:7, 9:4, 10:11, 10:18, 14:6, 15:23, 19:7, 19:22, 21:12, 22:15, 22:24, 23:5, 23:9, 23:11, 23:16, 28:6, 30:6, 30:16, 30:20, 31:1, 31:12, 32:19, 37:25, 38:19, 38:21, 40:3, 40:11, 40:19, 41:24, 43:19, 43:22, 44:20, 46:8, 46:15, 50:9, 50:23, 54:1, 55:16, 56:25, 58:4, 59:3, 61:14, 64:1, 64:22, 64:23, 65:3, 65:23, 67:20, 68:3, 72:14, 72:23, 73:8, 73:9, 73:11, 75:1, 75:3, 75:9, 76:12, 77:8, 82:10, 83:7, 84:4, 84:14, 84:23, 85:5, 86:7, 86:8, 88:12, 89:5, 90:11, 91:21, 91:22, 93:5, 95:11, 97:12, 98:3, 98:17, 98:25, 99:23, 100:18, 100:25, 101:9, 102:15, 110:22, 111:22, 115:2, 116:6, 117:1, 124:21, 125:24, 128:11, 129:6, 131:25, 133:7, 133:21, 134:15, 134:25, 135:1, 137:20, 138:21, 138:22
ONE'S - 127:20
ONES - 112:9, 119:4
ONGOING - 8:24, 49:3, 51:14, 51:19
ONSCREEN - 74:23
OPEN - 4:25
OPENING - 13:13
OPERATE - 68:14
OPERATED - 103:21
OPERATING - 10:23, 35:9, 66:15, 66:16, 66:19, 67:17, 67:23, 116:2, 131:22, 135:1, 136:1
OPERATION - 23:24, 66:15, 117:12
OPERATIONAL - 67:3, 67:10, 67:15, 67:16
OPERATIONS - 66:11, 66:14, 66:22, 67:9
OPINE - 78:5
OPINED - 46:15, 46:21
OPINION - 5:7, 19:1, 19:2, 19:6, 19:7, 19:8, 19:10, 19:14, 19:15, 19:18, 19:22, 19:24, 26:12, 26:16, 27:9, 38:12, 38:16, 39:6, 42:3, 52:13, 52:21, 56:7, 59:17, 74:1, 75:2, 80:13, 88:13, 89:8, 89:10, 89:13, 91:7, 91:9, 91:11, 91:14, 94:3, 103:13, 109:10, 109:20, 109:23, 111:24, 112:1, 112:2, 128:4, 135:7, 138:17
OPINIONS - 109:10, 111:18
OPPORTUNITY - 12:2, 21:13, 24:9, 24:13, 24:17, 31:2, 31:5, 39:16, 109:15
OPPOSE - 93:17
OPPOSED - 24:18, 30:8, 36:16, 95:14, 96:25
OPPOSING - 51:6
OPTIC - 45:2
OPTION - 8:5
OPTIONS - 26:11
ORANGE - 2:5, 140:21
ORBIT - 134:20
ORDER - 51:7, 57:8, 97:22, 117:18, 123:8
ORDERED - 58:14
ORDERS - 58:8
ORGANIZATION - 70:2
ORIGINAL - 56:14
ORIGINALLY - 27:19
ORIGINALS - 98:2, 98:15
OTHERWISE - 49:13, 103:10
OUTCOME - 9:8
OUTLINED - 18:15, 92:9, 96:21
OUTPUT - 54:18, 68:9, 74:5, 87:4
OUTSIDE - 79:7, 109:16, 109:21
OVERALL - 59:16
OVERCOME - 99:15
OVERHEAD - 66:23
OVERLAP - 120:23
OVERRULE - 29:1
OVERTURN - 109:18
OVERTURNED - 92:12
OVERWEIGHS - 15:25
OVERWHELMING - 103:9
OVERWHELMINGLY - 100:18
OWN - 63:6, 63:18, 98:16, 129:12, 130:14
OWNED - 59:14, 132:25
OWNER - 29:14, 38:22, 57:13
OWNER'S - 18:9

P

PACIFIC - 127:3, 127:12, 128:3, 135:16
PACIFIC - 41:24, 63:14
PAGE - 3:2, 5:22, 13:16, 98:9, 100:10, 100:11, 100:21, 101:11, 103:22, 103:24, 108:13, 108:14, 118:12, 118:22, 118:24, 118:25, 126:25
PAGES - 91:14, 113:15
PAID - 8:20, 26:19, 64:23, 65:3, 65:5, 78:11, 83:17, 83:25, 102:19, 128:25, 133:25
PANEL - 108:12
PAPER - 5:18, 50:14, 97:22
PAPERS - 4:9, 17:15, 17:17, 77:13, 96:17
PARADIGM - 56:1, 68:8
PARAGRAPH - 87:11
PARCEL - 100:14
PARK - 1:21
PART - 11:6, 15:25, 18:21, 24:20, 25:9, 26:6, 68:16, 73:3, 75:4, 79:9, 82:21, 85:12, 90:14, 110:7, 123:24, 137:21, 138:3
PARTICULAR - 9:9, 33:7, 41:7, 46:21, 79:16, 94:14, 103:14, 129:10, 130:10, 133:12, 134:15
PARTICULARLY - 66:11, 109:16, 115:10, 120:1
PARTIES - 8:23, 9:8, 15:12, 24:23, 27:15, 29:23, 56:21, 86:20, 90:4, 97:22, 98:1, 103:15, 104:12, 119:23, 121:22, 123:11, 140:9, 140:15
PARTIES' - 22:24
PARTLY - 31:13
PARTNERS - 115:2
PARTS - 71:25, 99:25, 101:24
PARTY - 5:6, 17:13, 18:1, 18:4, 18:5, 22:9, 35:15, 35:17, 80:11, 93:8, 93:9, 93:10, 93:14, 95:2, 100:18, 100:25, 114:8, 118:2, 118:4, 137:14, 140:12
PASSING - 35:12
PAST - 9:18, 12:12, 26:4, 26:14, 31:11, 38:12, 39:8, 49:18, 54:5, 54:7, 60:7, 124:2, 127:14, 127:20, 127:24, 131:14, 136:22, 136:23, 138:2
PATENT - 7:9, 7:12, 7:24, 7:25, 8:3, 9:21, 9:22, 10:20, 10:25, 11:2, 12:12, 13:17, 14:5, 14:18, 14:21, 14:25, 15:23, 16:23, 18:9, 27:4, 27:13, 27:15, 29:11, 35:10, 35:18, 36:13, 38:2, 38:19, 41:14, 42:1, 43:7, 43:16, 43:17, 49:3, 49:11, 50:9, 52:23, 56:18, 56:21, 57:3, 57:13, 57:23, 58:2, 58:7, 59:3, 59:6, 59:7, 59:12, 65:25, 81:6, 81:11, 81:12, 81:25, 83:18, 84:7, 88:1, 89:6, 93:13, 95:5, 95:7, 95:8, 96:13, 98:12, 99:1, 99:3, 99:6, 101:12, 101:13, 104:6, 104:19, 105:2, 106:11, 106:12, 108:8, 108:24, 109:3, 109:23, 110:25, 111:2, 111:14, 113:25, 114:1, 114:15, 115:15, 116:3, 120:6, 121:1, 121:9, 124:1, 124:2, 124:13, 125:16, 126:3, 126:9, 126:16, 127:18, 129:1, 129:10, 129:12, 130:8, 130:10, 131:3, 131:5, 131:13, 131:18, 132:17, 132:24, 135:5, 135:14, 137:22
PATENT'S - 79:25
PATENTED - 10:10, 131:10
PATENTEE - 50:17, 67:4, 126:23, 127:18
PATENTEE'S - 6:1
PATENTS - 5:12, 5:14, 7:18, 12:16, 55:19, 56:16, 59:9, 59:10, 59:11, 60:12, 124:7, 128:8, 128:11, 129:1, 129:4, 131:7, 132:2, 133:23, 134:1, 136:7, 136:8, 136:13, 136:14
PATH - 12:10
PAY - 18:18, 23:6, 39:1, 39:4, 42:22, 64:17, 64:19, 65:5, 68:18, 71:23, 84:1, 90:25, 120:12, 129:8
PAYING - 49:6, 85:10
PAYMENTS - 23:5, 23:7, 23:17
PAYS - 67:3, 68:17
PENALTIES - 78:10, 78:13, 78:18
PENDENCY - 8:9
PENNSYLVANIA - 101:12
PENNY - 126:5
PEOPLE - 76:9, 83:3, 115:1, 120:14, 124:18, 125:22, 126:1, 129:18
PER - 9:22, 20:25, 34:11, 36:10, 38:13, 38:24, 42:22, 45:9, 45:15, 45:16, 53:2, 53:9, 53:20, 54:23, 55:4, 55:18, 59:18, 60:14, 60:22, 62:5, 62:25, 63:4, 63:10, 64:18, 64:19, 72:15, 82:14, 83:12, 84:19, 84:23, 85:2, 85:5, 85:21, 86:17, 94:1, 94:4, 96:20, 122:4, 122:14, 127:5, 129:3, 129:4, 129:5, 129:6, 129:8, 129:13, 132:1, 132:3, 132:10, 132:13, 135:11, 135:12, 136:2, 136:7, 136:16
PERCEIVED - 29:23, 114:12, 119:19
PERCEIVING - 136:12
PERCENT - 20:24, 21:8, 21:25, 22:19, 24:14, 29:14, 31:12, 46:15, 46:17, 50:1, 59:14, 64:18, 64:22, 64:23, 64:24, 65:3, 65:4, 65:6, 65:7, 65:24, 66:2, 67:2, 67:3, 67:5, 67:7, 67:10, 67:18, 67:19, 67:24, 67:25, 70:9, 70:10, 70:21, 70:23, 93:25, 94:4, 96:19, 96:23, 96:24, 111:10, 117:21, 121:22, 122:5, 122:8, 127:4, 128:12, 128:22, 134:17
PERCENTAGE - 34:11, 39:10, 42:11, 42:14, 42:23, 45:8, 55:23, 56:3, 117:23, 132:6
PERCENTAGES - 116:24
PERFECT - 82:6
PERFORM - 20:11
PERFORMED - 41:6
PERFUNCTORY - 113:2, 113:4
PERHAPS - 32:2, 36:21, 37:7, 119:7, 121:10, 123:24, 125:2, 132:21
PERIOD - 26:23, 49:24, 50:3, 51:6, 78:20, 114:5, 114:6, 122:19, 124:20, 127:10
PERMIT - 72:14
PERMITTING - 31:21
PERPETUAL - 11:9, 16:25
PERRICONE - 118:6, 118:10
PERSON - 19:13, 91:8
PERSONAL - 73:10
PERSONS - 100:15
PHARMACEUTICAL - 118:6
PHASE - 10:14, 51:6
PHONETIC - 89:20
PHYSICALLY - 70:13
PICK - 4:24, 50:23
PIECE - 71:1, 90:18
PIECES - 36:3, 47:20
PINEDA - 100:13
PIRATING - 112:7
PLACE - 10:11, 11:12, 14:3, 15:20, 26:22, 26:24, 27:19, 34:3, 37:17, 38:8, 61:10, 70:15, 83:18, 106:17, 124:21, 125:1
PLACED - 35:12, 42:6, 47:5, 47:11, 82:23, 83:1
PLACES - 36:8, 82:23
PLACING - 26:19
PLAIN - 72:19
PLAINTIFF - 1:6, 1:15, 3:3, 4:4, 4:21, 5:12, 5:13, 40:4, 96:23, 96:24, 97:2, 103:3, 103:20, 116:8, 122:6, 123:22, 124:8,

127:2, 138:4
PLAINTIFF'S - 95:12, 138:23
PLAINTIFFS - 53:17, 86:11, 129:15
PLAN - 10:9, 10:13, 10:16, 11:5, 69:13, 116:2
PLANNING - 75:16
PLANS - 36:5, 73:21
PLAY - 10:2, 11:15, 11:18
PLAYER - 29:15
PLUG - 8:6, 8:20
PLUMBING - 100:9
PLUS - 53:4, 122:25, 125:9, 125:10
POACHING - 120:19
POINT - 113:21
POINT - 5:19, 6:19, 7:3, 8:12, 15:22, 23:23, 29:4, 29:15, 30:24, 31:4, 31:17, 32:19, 32:20, 34:13, 36:15, 37:10, 40:8, 48:23, 49:1, 49:15, 50:11, 51:2, 51:4, 54:12, 67:6, 67:8, 67:10, 74:21, 80:5, 81:10, 81:23, 83:10, 83:21, 84:2, 84:20, 86:11, 87:2, 89:16, 93:5, 94:11, 94:25, 95:6, 96:11, 97:12, 99:5, 100:17, 102:25, 103:8, 104:11, 104:15, 137:20, 138:16, 138:22, 138:23
POINTED - 6:13, 7:11, 12:8, 28:5, 78:9, 78:15, 79:24, 88:2, 94:18
POINTS - 6:14, 28:6, 76:25, 77:19, 77:23, 78:1, 90:23, 111:20
POKE - 115:3
POLICIES - 18:21, 117:13
POLICY - 18:8, 24:16, 116:7, 116:10, 116:14, 120:25, 126:13, 130:7
POPULAR - 33:3, 131:19
POPULARITY - 131:19
PORTEC - 18:16, 113:14
PORTFOLIO - 59:6
PORTFOLIOS - 59:7, 59:12
PORTION - 73:17, 81:3, 94:3, 133:11
PORTIONS - 140:8
POSITION - 7:9, 7:10, 8:1, 9:12, 15:18, 15:21, 22:9, 22:21, 24:2, 27:11, 58:6, 77:13, 121:2, 124:12, 138:4
POSITIONING - 29:9
POSSIBILITY - 32:2, 51:8
POSSIBLE - 72:19, 73:7, 96:12, 105:10
POSSIBLY - 31:25
POST - 4:3, 48:20, 51:18, 81:19, 83:22, 84:3, 97:1, 123:1, 139:3
POST-TRIAL - 4:3
POSTED - 17:23

POSTJUDGMENT - 20:16, 20:17
POTENTIAL - 37:14, 79:21, 105:20
POTENTIALLY - 31:5, 119:12
PRACTICAL - 124:5, 135:6
PRACTICE - 5:21, 5:23, 49:3, 50:19, 53:5, 56:4, 59:22
PRACTICING - 5:14
PRECEDING - 138:21
PRECISE - 63:11
PRECISELY - 62:3
PRECLUDE - 99:1, 99:3
PREDICTING - 35:18
PREEXISTING - 57:12
PREFERABLE - 9:10, 96:19
PREGNANCY - 16:7
PREJUDGMENT - 4:17, 20:16, 20:22, 21:15, 21:23, 22:8, 22:12, 22:17, 77:10, 93:3, 93:17, 95:12, 121:4, 121:21, 125:9
PREJUDICE - 103:21, 103:23, 103:25, 104:2, 105:24, 105:25, 106:10, 106:12, 107:3, 119:20
PRELIMINARY - 6:10, 16:3, 16:4
PREMISE - 81:4, 110:17
PREPARED - 20:9, 20:12, 27:20, 35:9
PREPARING - 19:12
PREPONDERANCE - 105:19, 105:22, 107:11, 107:21, 124:9
PRESENT - 4:21, 7:1, 51:23, 69:12, 69:13, 89:2, 97:2, 102:6
PRESENTATION - 110:16
PRESENTED - 27:5, 42:7, 101:22, 101:23
PRESENTS - 25:11
PRESERVE - 130:10
PRESIDENT - 69:10, 106:21
PRESS - 8:16, 44:4, 44:12, 78:6
PRESSED - 126:2
PRESTO - 118:19
PRESUMABLY - 24:12
PRESUMED - 41:25
PRESUMING - 27:6
PRESUMPTION - 27:10, 40:17, 99:15, 105:6, 105:8
PRESUMPTIONS - 105:7
PRETTY - 4:18, 21:6, 29:21, 84:20, 88:20, 100:1, 100:7, 112:13, 121:8, 135:23, 138:7
PREVAIL - 94:25, 126:24
PREVAILED - 18:11, 40:4, 89:23, 92:13, 120:21
PREVAILING - 18:4, 18:5, 93:8, 93:9, 93:10, 93:14, 95:2,

111:10, 118:2, 118:4, 137:14
PREVENT - 44:1
PREVENTED - 104:4
PREVERDICT - 81:20
PREVIOUS - 29:13, 110:18
PREVIOUSLY - 6:9, 35:22, 37:22, 119:24, 126:14
PRICE - 130:24, 132:16, 133:11
PRICELESS - 123:24
PRIMARILY - 40:18, 87:21
PRIMARY - 17:6, 27:25, 33:22, 34:3, 34:5
PRIME - 121:25
PRIMESTAR - 30:3, 31:3
PRINCIPLES - 123:17
PRIVATE - 9:8, 121:12
PRIVILEGE - 109:12
PROBATIVE - 133:9
PROBLEM - 9:21, 10:3, 11:10, 14:18, 15:3, 15:15, 15:19, 19:24, 28:24, 50:19, 51:15, 53:14, 54:3, 54:7, 54:8, 71:1, 82:9, 98:5, 104:10, 129:15, 136:25, 137:9
PROBLEMATIC - 132:7
PROBLEMS - 13:1, 13:21, 13:24, 17:21, 111:9, 135:3
PROCEDURAL - 16:25, 139:7
PROCEDURES - 111:17
PROCEED - 12:3, 30:13, 33:19, 34:25, 36:25
PROCEEDING - 140:13
PROCEEDINGS - 2:6, 140:8
PROCESS - 88:22, 109:16, 118:3, 134:5
PRODUCED - 2:7, 133:1
PRODUCES - 87:4
PRODUCT - 29:17, 43:12, 74:12, 131:17
PRODUCTS - 10:15, 10:22, 16:4, 87:12, 129:25, 131:4
PROFESSIONAL - 114:10, 119:17
PROFESSOR - 104:17
PROFIT - 35:9, 45:17, 65:8, 66:10, 66:22, 66:24, 66:25, 67:8, 67:15, 67:16, 67:18, 117:6, 131:24, 133:4, 133:11, 134:3, 134:23, 135:23, 138:7
PROFITABILITY - 29:17, 29:19, 131:17
PROFITABLE - 29:20, 117:7, 132:14
PROFITS - 29:19, 65:4, 66:14, 66:15, 66:16, 66:19, 66:21, 67:4, 67:10, 67:24,

106:7, 106:8, 125:19, 131:21, 131:22, 133:11, 136:15
PROGRAM - 7:20, 55:20, 59:11, 85:13, 90:17, 105:5, 106:17, 136:8
PROGRAMMING - 65:5, 74:23, 106:25
PROGRAMS - 74:5, 130:7
PROJECTED - 26:23, 36:6
PROJECTING - 35:25
PROJECTION - 35:9
PROJECTIONS - 35:15
PROJECTS - 40:17
PROMOTED - 18:22
PROMOTER - 130:18
PROMOTING - 131:4
PRONG - 13:19
PRONG - 15:23
PROOF - 101:10, 101:13, 103:6, 105:16, 105:20, 113:6, 118:5
PROOFS - 82:20
PROPER - 12:6, 20:24, 56:8
PROPERLY - 17:24, 66:10, 93:1, 129:15
PROPERTY - 9:7, 24:21, 33:15, 68:10, 132:18
PROPOSE - 63:17
PROPOSITION - 50:16
PROTECT - 6:6, 109:14
PROTECTING - 5:24
PROTECTION - 64:17, 99:2, 99:3, 108:24, 113:25
PROVE - 102:5, 103:2, 103:18, 108:5, 124:10
PROVED - 124:8
PROVEN - 30:8
PROVIDE - 71:13, 71:16, 71:18, 74:5, 109:10
PROVIDED - 46:12, 97:5, 101:18
PROVIDER - 44:10, 124:21
PROVIDERS - 36:18, 36:21, 125:22
PROVIDES - 123:15
PROVIDING - 50:13, 85:10
PROVISION - 79:12, 121:7
PUBLIC - 15:23, 15:25, 16:1, 16:5, 16:8, 16:9, 35:22, 51:5, 51:10, 58:19, 78:1, 78:3, 78:17, 126:11, 126:12, 126:13, 126:15, 126:17, 126:18
PULL - 8:6, 8:19
PUNISHABLE - 91:3
PUNITIVE - 88:19, 88:20, 88:21, 89:3, 90:22
PURCHASE - 69:13, 69:17
PURCHASED - 59:8, 59:15, 70:22
PURCHASES -

54:16
PURCHASING - 70:16, 75:5
PURPOSE - 22:8, 112:22
PURPOSES - 124:7
PURSUANT - 17:24
PUSH - 124:24
PUSHING - 124:24
PUT - 7:25, 14:17, 19:3, 19:20, 20:7, 20:15, 22:9, 27:22, 61:9, 78:1, 79:1, 80:19, 88:15, 91:6, 92:25, 97:23, 106:25, 121:1, 138:4
PUTS - 27:11
PUTTING - 80:23, 130:5, 134:9

Q

QUALIFIED - 74:2, 74:7, 109:2, 109:8, 135:8
QUARTERLY - 22:19, 35:20, 35:24, 71:14
QUESTIONING - 73:16, 73:19
QUESTIONS - 17:3, 29:18, 48:4, 53:13, 60:25, 68:2, 68:3, 75:12, 84:10, 118:17
QUIBBLE - 43:8
QUICK - 109:17
QUICKLY - 21:24, 61:9, 71:18, 93:16, 108:9, 139:8
QUITE - 46:13, 88:4, 91:24, 122:10, 131:22
QUOTE - 16:2, 41:2, 90:3
QUOTING - 97:8

R

R&D - 66:23
R3 - 71:6, 71:12
RADAR - 18:20, 20:4
RADICAL - 5:20
RADIO - 57:17
RAISE - 30:22, 132:5
RAISED - 123:23, 135:23
RAISES - 105:1
RAMIFICATIONS - 44:2
RANGE - 54:24, 55:3, 55:7, 55:17, 60:11, 62:21, 63:4, 63:5, 63:9, 63:11, 63:13, 63:15, 63:17, 75:21, 75:24, 129:2, 129:9, 132:16, 133:24, 134:22, 135:6
RANGES - 62:19, 64:17
RANGING - 67:18, 67:24, 108:7
RATE - 21:25, 22:19, 26:19, 27:2, 27:5, 38:9, 40:22, 40:24, 41:5, 41:10, 41:18, 41:21, 46:16, 46:17, 46:18, 46:19, 46:21, 46:23, 47:6, 52:14, 64:14, 64:24, 65:2, 81:19, 82:8, 84:12, 93:18, 93:19, 93:25, 96:19, 121:23, 121:25, 122:1, 122:5, 122:8,

123:2, 130:15, 133:24, 136:2, 136:10
**RATES** - 36:6, 62:12, 63:7, 63:20, 122:1, 128:25, 133:25, 135:11
**RATHER** - 85:5, 99:19, 102:2
**RAW** - 121:14
**RAWLS** - 77:18, 105:9
**RE** - 9:1, 9:2, 80:24
**REACH** - 33:16
**REACQUIRE** - 36:14
**REACT** - 12:2
**READ** - 5:4, 5:5, 5:6, 14:13, 18:16, 91:10, 101:21, 109:23
**READILY** - 54:21
**READY** - 4:4, 4:6, 13:11
**REAL** - 58:21, 65:6, 65:7, 98:5, 105:12, 105:24, 106:9, 107:24, 109:20, 112:21, 112:25, 115:17, 115:21
**REALISTIC** - 32:4
**REALITIES** - 22:4, 24:3, 24:23
**REALITY** - 8:18, 115:6
**REALIZABLE** - 134:23
**REALIZE** - 5:7, 134:3
**REALIZED** - 5:6
**REALIZING** - 131:1
**REALLY** - 5:8, 5:21, 10:4, 11:23, 13:24, 29:10, 39:4, 48:23, 49:7, 50:19, 51:10, 54:12, 58:25, 61:25, 73:3, 73:4, 75:6, 80:2, 88:7, 88:18, 96:15, 96:22, 97:3, 97:7, 97:9, 99:19, 102:12, 105:6, 109:21, 110:8, 111:11, 114:24, 121:15, 123:22, 125:19, 127:22, 128:2, 129:6, 133:15, 133:16, 134:11
**REASON** - 8:15, 16:19, 39:4, 48:19, 114:24, 123:13, 127:15, 131:25, 138:11
**REASONABLE** - 14:11, 41:9, 52:14, 53:8, 53:11, 56:2, 56:20, 58:1, 58:18, 81:20, 88:6, 100:15, 100:19, 100:24, 101:3, 103:9, 112:4, 113:8, 116:10, 117:18, 118:1, 127:4, 127:14, 135:16, 135:17, 135:18, 135:20, 135:23, 136:16, 136:17, 137:24
**REASONABLY** - 88:14, 89:8, 110:12, 116:16, 134:16
**REASONS** - 18:5, 56:12, 59:1, 59:2, 88:12, 92:9, 93:9, 109:11, 114:4, 120:25, 121:17, 126:13, 138:18
**REBUKE** - 5:8, 5:9
**REBUTTAL** - 96:9,
97:14
**REBUTTLE** - 99:17
**RECALCULATION** - 95:11, 122:15, 122:17
**RECALCULATIONS** - 95:13
**RECEIVE** - 23:25, 87:5, 131:16
**RECEIVED** - 4:8, 19:3, 127:18, 127:19
**RECEIVER** - 73:23, 73:25
**RECEIVING** - 126:3
**RECENT** - 8:10, 37:23, 38:5, 127:9
**RECENTLY** - 34:17
**RECESS** - 48:14, 48:15, 139:9, 139:10
**RECITED** - 122:21
**RECOGNITION** - 53:10
**RECOGNIZED** - 84:4, 100:12, 124:22
**RECOGNIZES** - 107:19, 127:12
**RECOLLECTION** - 43:18
**RECONCILE** - 42:2, 42:4, 71:25
**RECONSIDER** - 6:12
**RECORD** - 4:20, 6:15, 6:22, 6:24, 7:1, 21:13, 21:16, 21:20, 31:13, 50:22, 52:8, 65:17, 69:5, 71:8, 138:18
**RECORDED** - 2:6
**RECORDER** - 72:17, 73:8
**RECORDING** - 73:1, 73:9
**RECORPORATION** - 88:9, 88:22, 90:13, 91:1, 91:21, 113:14
**RECOVERY** - 137:14
**REDACTIONS** - 98:9
**REDIRECT** - 3:10, 48:6
**REDISTRIBUTE** - 69:20
**REDISTRIBUTED** - 70:22
**REDUCE** - 138:17
**REDUCED** - 140:9
**REED** - 113:17
**REENTRY** - 79:21
**REEVES** - 100:9, 100:22
**REFER** - 9:1
**REFERENCE** - 74:17, 99:5, 99:9
**REFERENCES** - 112:16
**REFERS** - 13:17, 98:24
**REFLECT** - 56:5
**REFRESH** - 55:13
**REGARD** - 77:16, 77:20, 79:9, 79:11, 83:1, 86:18, 90:24, 93:5, 94:11, 94:14
**REGARDING** - 29:18
**REGARDLESS** - 132:1, 132:2, 132:6
**REGARDS** - 92:10, 92:15
**REGULAR** - 82:25, 140:12, 140:13
**REGULATIONS** - 79:3, 79:12
**REIMBURSE** - 68:19
**REJECTED** - 50:12
**REJECTS** - 95:17
**RELATE** - 59:10, 67:8
**RELATED** - 34:13, 55:19, 129:7, 136:8
**RELATES** - 22:4, 45:11, 45:20
**RELATIONSHIP** - 34:14, 34:20, 38:1, 45:23, 54:17, 68:8, 70:24, 90:4, 130:16
**RELATIVELY** - 10:20, 114:6
**RELEASE** - 10:14, 44:12, 65:2, 78:6
**RELEASES** - 8:16
**RELEVANCE** - 38:6, 47:21
**RELEVANT** - 55:2, 56:13
**RELIANCE** - 19:22, 47:5, 80:24
**RELIED** - 35:16, 46:24, 88:14, 89:9, 91:10
**RELIEF** - 126:24
**RELY** - 9:18
**RELYING** - 19:7, 19:23
**REMAINS** - 83:18, 89:16
**REMAND** - 22:16
**REMANDED** - 80:14
**REMARKS** - 39:14
**REMEDIAL** - 110:25, 115:23
**REMEDIED** - 80:1
**REMEDIES** - 5:25, 125:8
**REMEDY** - 6:6, 9:14, 13:3, 16:24
**REMEMBER** - 4:19, 82:20, 129:19
**REMINDING** - 12:10, 12:15
**REMOVE** - 116:8, 133:21
**REMOVED** - 35:13, 39:2
**REPEAT** - 89:4
**REPEATING** - 77:21
**REPEATS** - 89:10
**REPLACED** - 134:21
**REPORT** - 60:4, 65:18, 66:4, 66:9, 127:9
**REPORTED** - 39:24
**REPORTER** - 2:4, 21:17, 48:13, 103:17, 140:4
**REPORTER'S** - 3:16
**REPORTS** - 5:4, 71:14, 71:16, 71:18, 71:20, 82:25, 85:10
**REPREHENSIBILITY** - 89:2
**REPREHENSIBLE** - 88:21, 90:21, 91:3, 91:4
**REPRESENT** - 59:21, 114:9, 119:16
**REPRESENTS** - 53:4
**REQUEST** - 93:18, 95:9, 126:19, 126:24, 138:1
**REQUESTED** - 140:8
**REQUIRE** - 71:13, 119:2, 120:11
**REQUIRED** - 51:10, 83:22, 105:2
**REQUIREMENT** - 89:9
**REQUIREMENTS** - 32:4
**REQUIRING** - 8:2
**RESEARCH** - 8:11
**RESOLVED** - 85:15, 99:11, 99:13
**RESPECT** - 21:14, 22:3, 22:5, 22:18, 22:23, 28:21, 29:4, 29:22, 33:13, 33:21, 38:16, 39:8, 60:4, 65:11, 78:3, 78:8, 81:13, 83:15, 89:19, 91:18, 129:25
**RESPOND** - 80:17, 97:16, 120:8
**RESPONDENT'S** - 80:10
**RESPONSE** - 8:24, 52:2, 79:8, 81:12, 88:6
**RESPONSIBILITIES** - 69:12
**RESPONSIBILITY** - 69:13, 73:4
**RESPONSIBLE** - 98:2, 98:4, 98:15, 106:24
**REST** - 48:13, 91:19
**RESTRICT** - 130:2
**RESTRICTED** - 129:24
**RESTRICTIONS** - 130:5
**RESULT** - 13:19, 27:9, 27:17, 36:12
**RESULTED** - 84:24
**RESULTING** - 133:4
**RESULTS** - 117:5, 117:6, 125:3, 132:19
**RETAINS** - 137:9
**RETURN** - 126:4
**RETURNED** - 4:4, 77:18
**REVENUE** - 27:3, 27:5, 34:11, 35:9, 38:25, 42:11, 42:14, 42:16, 42:21, 42:23, 45:8, 45:11, 45:12, 45:17, 55:24, 56:3, 67:13, 84:24, 96:18, 117:5, 127:4, 128:5, 128:12, 128:17, 128:18, 128:20, 131:25, 132:4, 132:6, 135:4, 135:10
**REVENUES** - 29:19, 41:20, 42:17, 42:19, 42:20, 42:24, 45:21, 66:21, 106:8, 131:20, 133:3, 133:10, 134:18
**REVERSED** - 80:13
**REVIEW** - 19:11, 27:16, 65:7, 91:8, 100:7, 129:12
**REVIEWED** - 19:4, 19:12, 19:13
**REVIEWING** - 127:3
**RICH** - 51:24
**RICHARD** - 3:7, 52:3, 52:4, 52:9, 52:10
**RICHARDSON** - 81:4
**RID** - 39:3
**RIGHT-HAND** - 74:20
**RIGHTS** - 29:11, 57:18, 59:4, 59:5, 108:8, 108:10, 121:7, 121:9, 121:11, 124:1, 124:3, 137:19
**RIM** - 8:18
**RIPPLE** - 125:21
**RISK** - 24:13, 30:9, 78:25, 115:17, 134:5
**ROAD** - 2:3
**ROBERT** - 106:23
**ROBERTS** - 1:15, 3:14, 4:5, 5:1, 5:23, 7:3, 12:12, 12:24, 13:16, 14:17, 17:6, 20:21, 21:3, 23:23, 24:2, 39:13, 39:17, 43:2, 48:10, 48:17, 49:15, 49:22, 50:6, 51:2, 72:8, 72:9, 73:14, 73:20, 73:21, 74:8, 74:11, 75:12, 87:20, 96:8, 96:11, 97:13, 122:20, 137:20, 138:25
**ROLL** - 73:22
**ROLLS** - 26:18
**RON** - 1:12
**ROOM** - 22:6, 62:11, 82:2, 82:3
**ROUGHLY** - 65:4, 70:10, 70:21
**ROYALTIES** - 9:18, 31:4, 54:24, 85:10, 87:7, 127:18, 127:19
**ROYALTY** - 7:22, 8:7, 8:25, 9:9, 9:11, 9:21, 14:5, 14:12, 20:25, 26:19, 27:2, 34:6, 38:13, 38:24, 39:7, 39:10, 40:21, 40:25, 41:10, 41:18, 45:7, 46:7, 46:16, 47:6, 48:21, 48:22, 49:5, 52:14, 52:18, 52:19, 52:25, 53:6, 53:8, 53:11, 56:20, 57:22, 58:1, 58:14, 58:18, 62:1, 62:12, 63:20, 64:8, 64:14, 64:24, 81:19, 81:20, 82:8, 84:12, 87:3, 116:10, 127:4, 127:14, 127:17, 128:2, 129:13, 136:16
**RPR** - 140:19
**RULE** - 5:17, 17:18, 65:24, 65:25, 66:2, 66:4, 66:10, 67:2, 67:3, 67:5, 67:7, 67:11, 81:2, 119:10, 119:11, 137:17
**RULES** - 10:16, 17:25, 56:25, 137:18
**RULING** - 114:14, 119:21
**RULINGS** - 109:9
**RUN** - 35:19, 42:1, 86:8, 128:13
**RUNNING** - 38:24, 39:7, 39:10, 64:8, 64:13
**RUNS** - 86:7
**RURAL** - 33:4, 33:7, 33:13, 33:16, 126:1

**S**

**S.2D** - 92:7
**SALE** - 84:8, 107:24, 131:4
**SALES** - 39:10, 122:18, 131:9, 131:11
**SALESMAN** - 104:20
**SALT** - 1:17
**SANDERSON** - 100:9

SAP - 71:6, 71:12
SAT - 111:6
SATELLITE - 30:16, 33:3, 42:15, 44:10, 55:23, 57:16, 57:17, 59:18, 74:15, 109:25, 124:21, 125:4, 126:15, 133:18, 134:19, 134:22
SATELLITES - 31:21, 33:8, 105:4, 134:9
SAUSVILLE - 104:5, 104:19, 105:9
SAVIKAS - 1:23, 3:6, 3:9, 3:11, 3:13, 4:7, 28:9, 28:11, 39:18, 39:20, 39:22, 42:12, 43:14, 48:3, 51:23, 52:2, 52:7, 54:2, 54:10, 54:23, 55:22, 60:10, 68:3, 68:6, 68:20, 68:25, 69:4, 72:5, 75:14, 77:4, 86:2, 104:7, 139:5
SAW - 6:22, 8:10, 8:16, 19:2, 19:9, 129:21
SCHEDULING - 123:8
SCHEME - 20:23, 21:8
SCOPE - 108:24, 114:1, 129:24
SCREEN - 18:20, 20:4, 27:22
SEAL - 140:16
SEATED - 4:1
SECOND - 10:19, 30:14, 74:21, 81:10, 87:1, 93:21, 136:20
SECONDLY - 86:15
SECRETS - 119:25
SECTION - 18:8, 22:18, 79:16, 84:7, 92:1, 92:16, 95:7, 116:7, 117:25, 120:10, 121:18, 123:3, 123:15
SECURES - 45:25
SECURITY - 42:21
SEE - 4:23, 8:15, 13:4, 13:18, 19:14, 20:18, 28:11, 35:17, 51:19, 56:23, 58:9, 74:18, 74:23, 84:18, 97:7, 100:19, 105:8, 108:16, 113:15, 118:10, 118:14, 118:19, 122:20, 126:12, 126:18, 127:15, 129:14, 131:5
SEEING - 17:23, 28:14, 135:4
SEEK - 11:22, 12:1
SEEKING - 80:11
SEELEY - 1:16
SEEM - 12:18, 23:16, 47:8, 82:15, 110:8, 122:1, 122:3, 122:13, 125:2, 125:7, 128:18, 128:22, 130:2, 131:9, 131:10, 132:13, 136:14
SEES - 123:12
SELL - 7:24, 9:23, 30:19, 58:7, 58:10, 58:12, 69:19, 69:22, 72:16, 124:3, 127:21, 130:1, 130:12
SELLER - 135:18, 135:20
SELLING - 9:22,
10:22, 32:2, 85:4, 131:3, 133:11
SELLS - 84:8
SEMANTICS - 62:18
SEMINARS - 13:9
SENDING - 25:4
SENSE - 34:19, 101:14, 128:23
SENT - 23:21, 105:14, 109:2
SEPARATE - 12:17
SERIALIZE - 35:10
SERIES - 37:22
SERIOUS - 78:11, 78:19
SERIOUSLY - 118:12
SERVE - 118:18
SERVED - 33:4, 126:12, 126:19
SERVER - 73:22
SERVICE - 32:20, 37:15, 45:20, 82:23, 83:1, 111:8
SERVICES - 59:5, 100:14
SET - 10:9, 12:22, 18:16, 21:1, 32:6, 32:10, 34:12, 34:14, 34:18, 34:21, 36:21, 38:13, 38:25, 39:1, 39:3, 39:5, 42:14, 44:15, 44:18, 45:23, 45:25, 46:3, 46:4, 53:2, 53:9, 53:15, 53:20, 53:21, 54:16, 54:17, 54:19, 54:23, 55:4, 55:6, 55:18, 59:19, 60:2, 60:6, 60:12, 60:20, 62:5, 62:19, 62:25, 63:4, 63:9, 63:10, 68:11, 68:12, 68:16, 68:18, 69:16, 69:17, 70:7, 70:13, 70:19, 70:21, 71:14, 72:11, 72:14, 72:16, 72:19, 72:20, 72:22, 72:25, 73:7, 73:11, 74:1, 74:3, 74:15, 74:25, 75:3, 75:5, 75:7, 75:16, 82:21, 82:22, 83:1, 83:12, 84:14, 84:19, 84:21, 84:22, 85:1, 85:2, 85:3, 85:4, 85:18, 85:21, 86:4, 86:6, 86:7, 86:17, 96:20, 96:21, 98:6, 100:25, 101:10, 104:25, 108:16, 109:8, 111:21, 112:9, 113:13, 113:17, 117:20, 118:5, 121:23, 122:4, 122:11, 127:5, 127:8, 127:10, 128:1, 128:10, 129:13, 129:16, 130:24, 130:25, 131:1, 132:1, 132:3, 132:13, 132:15, 135:15, 136:2, 136:16, 136:25, 137:4, 137:15
SETS - 82:12
SETTLEMENT - 8:17, 8:18
SEVEN - 10:18, 14:8, 55:19, 69:17, 89:24, 90:4, 93:10, 95:1, 95:5, 117:16, 120:6, 120:22, 124:9, 129:4, 136:8
SEVER - 83:19
SEVERAL - 61:9, 82:5, 84:22, 90:8,
115:9, 119:6, 134:11
SEVERE - 108:21
SEVERED - 51:18
SHAKE - 109:17
SHAPE - 36:12
SHARE - 28:7, 29:14, 31:12, 131:25
SHARP - 115:3
SHATTERPROOF - 81:13, 81:14, 81:18, 96:22
SHELF - 126:4
SHIFT - 119:11
SHIFTING - 92:1, 119:22
SHIP - 70:7, 71:12, 74:15
SHIPPED - 71:10, 71:15
SHOES - 7:25
SHORT - 27:20, 50:3, 90:20, 104:20
SHORTCOMING - 33:17
SHORTHAND - 2:6, 99:6, 112:23, 140:4
SHOW - 13:8, 18:20, 20:4, 73:1, 73:2, 73:9, 104:19, 126:2
SHOWED - 128:16
SHOWING - 90:7, 112:25, 114:20, 122:13
SHOWINGS - 89:4
SHOWN - 89:1, 105:18, 105:21, 122:9, 122:12, 122:18
SHOWS - 81:8, 91:4, 96:4
SHUT - 14:21, 78:21, 125:25
SHUT-INS - 125:25
SHUTDOWN - 78:23, 79:19
SHUTS - 14:22
SIDE - 73:18, 103:4, 104:19
SIDES - 6:17, 6:25, 20:23, 92:15, 98:17, 99:9, 104:15, 104:16, 112:12, 114:9, 114:10, 119:15, 122:13, 137:7, 138:8
SIFTING - 118:18
SIGN - 39:1
SIGNAL - 32:14, 44:24
SIGNED - 23:22, 33:24, 34:4, 38:21, 41:4
SIGNIFICANT - 31:16, 134:5
SIGNIFICANTLY - 36:9
SIGNS - 72:10
SILENT - 103:3
SIMILAR - 4:23, 87:17, 88:4, 91:23, 119:4, 132:19, 132:21, 132:22, 134:2
SIMILARLY - 107:19
SIMPLE - 22:1, 81:2, 83:19, 92:1, 93:20, 94:2, 94:5, 94:12, 95:18, 96:4
SIMPLY - 45:8, 125:2
SIMULATE - 8:24, 11:14, 15:21
SIMULTANEOUS - 73:1
SIMULTANEOUSLY
- 73:9, 74:22
SINGLE - 44:10, 74:15, 85:2, 90:18, 99:5
SIRIUS - 57:17
SISTER - 34:17, 59:14
SIT - 27:16, 28:2, 30:6, 34:3, 37:24, 38:3, 38:6, 43:21, 44:19, 56:21
SITS - 9:5, 29:10
SITTING - 27:12, 80:25
SITUATION - 5:11, 6:5, 8:10, 16:7, 18:17, 18:25, 19:18, 30:7, 51:13, 127:14
SITUATIONS - 29:7, 47:14
SIX - 18:1, 20:23, 21:7, 21:25, 24:14, 35:19, 93:25, 94:4, 105:6, 105:11, 121:22, 122:4, 122:8, 131:3, 131:15
SIX-YEAR - 105:6
SIZE - 114:18, 114:22
SKILLED - 102:15, 113:1, 113:3
SLATE - 85:22
SLIDE - 27:24, 29:13, 33:20, 35:1, 37:1
SLIDES - 25:19, 28:25, 43:19
SLIGHTEST - 124:1
SLOW - 120:8
SMALL - 10:25, 18:19
SMALLER - 73:23, 73:25
SMART - 72:23, 104:10
SOCIAL - 121:16
SOFTWARE - 10:21, 87:12
SOLD - 15:12, 34:17, 123:25, 129:25, 135:18
SOLE - 34:10, 124:21
SOLICITOR - 80:8
SOLID - 115:21
SOME-ODD - 133:23
SOMEONE - 7:12, 57:15, 107:25, 113:1, 113:3
SOMETIMES - 102:9, 134:20
SOMEWHAT - 58:25, 87:17, 99:18, 128:5, 130:21, 132:20
SOMEWHERE - 75:21, 76:1, 115:11, 119:8
SON - 118:23
SONY - 68:12
SORRY - 33:12, 40:19, 44:5, 44:8, 46:18, 77:1, 77:5, 86:21, 87:9, 109:23, 111:13, 121:20, 129:20
SORT - 8:24, 32:10, 51:6, 83:22, 89:13, 90:21, 94:22
SORTS - 78:18, 92:9
SOUND - 136:9
SOUNDED - 5:5
SOUTH - 1:16
SOUTHERN - 94:10
SOUTHWESTERN - 94:6, 94:8
SPACE - 98:11
SPEAKER - 21:18
SPECIAL - 130:9
SPECIALITY - 131:4
SPECIFIC - 46:1, 129:7
SPECIFICALLY - 108:13
SPECIFICATION - 68:13
SPECIFIES - 68:11
SPECIFY - 68:13
SPECULATION - 62:10
SPELLED - 21:22
SPENT - 134:12
SPITE - 19:14
SPOKEN - 22:16
SQUARE - 5:17
ST - 74:4
STAFF - 14:15, 109:4
STAKE - 121:10
STAND - 17:11, 20:7, 21:18, 49:16, 52:3
STANDARD - 12:17, 12:22, 58:24, 83:13, 85:19, 99:14, 100:7, 105:20, 123:20
STANDARDS - 87:17, 91:23
STANDING - 7:5
STANDPOINT - 24:21
STANDS - 50:15
STAR - 33:25, 45:7, 58:22, 58:23, 58:25, 59:4, 59:6, 59:7, 59:8, 59:13, 59:15, 60:21, 82:14, 128:9, 129:5, 132:9, 133:19
STARSIGHT - 55:6, 55:11, 55:12, 55:14, 55:19, 57:16, 59:8, 59:9, 60:2, 129:3, 136:7
START - 5:2, 12:18, 12:25, 23:19, 38:18, 87:12, 87:19, 98:20, 108:22
STARTING - 67:6, 67:8, 67:10, 129:2
STARTS - 81:4
STATE - 52:8, 69:5, 88:20, 121:23, 136:24, 140:1, 140:5
STATEMENT - 6:22, 43:4
STATES - 1:2, 1:12, 119:10
STATING - 137:5
STATION - 79:17
STATUTE - 20:18, 20:19, 92:2, 93:25, 94:4, 94:12, 96:12, 96:16, 97:8, 119:14, 138:11, 138:13
STATUTES - 137:15
STATUTORILY - 24:15
STATUTORY - 20:23, 21:8, 21:25, 93:18, 93:19, 93:20, 123:2
STAY - 11:21, 11:22, 12:1, 49:24, 50:5, 76:16
STEALING - 108:11,

| | | | | |
|---|---|---|---|---|
| 112:6, 116:16<br>**STEEL** - 93:15<br>**STENOGRAPH** - 2:6<br>**STEP** - 118:2<br>**STEP** - 26:16, 48:5, 48:8, 68:23, 76:20, 99:23, 99:24, 102:6<br>**STEPS** - 102:1, 112:24<br>**STICK** - 115:4<br>**STILL** - 4:19, 4:24, 14:24, 21:3, 30:10, 32:12, 33:4, 33:13, 38:16, 58:11, 58:12, 59:17, 61:4, 62:17, 66:24, 72:16, 92:2, 101:17, 126:8<br>**STIPULATED** - 90:1<br>**STOP** - 10:17, 11:6, 11:17, 12:10, 12:16<br>**STOPPING** - 37:15<br>**STORAGE** - 98:11, 113:19<br>**STOREY** - 11:10<br>**STRAIGHTFORWARD** - 54:20<br>**STREAM** - 27:6, 36:22, 37:5, 37:16<br>**STREAMING** - 36:19<br>**STREET** - 1:25, 14:9<br>**STRICTLY** - 138:13<br>**STRONG** - 6:15, 77:24, 120:20<br>**STRONGLY** - 100:17, 115:12, 119:8<br>**STRUCK** - 30:25<br>**STRUCTURE** - 34:6, 52:18, 52:25, 53:6, 59:16, 64:8, 132:4, 132:12<br>**STRUCTURED** - 4:16<br>**STUDY** - 101:22<br>**STUFF** - 128:10<br>**SUBJECT** - 49:4, 57:15, 57:17, 57:20, 58:11, 90:11, 137:2<br>**SUBMIT** - 88:8, 138:1<br>**SUBMITTED** - 137:16<br>**SUBPARAGRAPH** - 74:21<br>**SUBSCRIBER** - 29:16, 34:11, 36:11, 38:24, 45:15, 45:16, 45:19, 60:22, 72:10, 75:9, 82:15, 82:17, 83:7, 85:5, 129:6, 132:10<br>**SUBSCRIBERS** - 23:5, 32:21, 36:2, 36:6, 36:12, 36:14, 45:12, 45:20, 76:3, 76:8, 76:10, 83:6<br>**SUBSEQUENT** - 57:19<br>**SUBSEQUENTLY** - 69:20<br>**SUBSTANTIAL** - 61:15, 110:11, 117:3, 117:5, 117:6, 125:10<br>**SUBSTITUTE** - 13:3, 15:4<br>**SUBTRACT** - 65:5<br>**SUCCESS** - 124:2, 131:18, 132:23<br>**SUCCESSFUL** - 43:11, 110:13<br>**SUDDENLY** - 13:9<br>**SUE** - 27:23<br>**SUFFER** - 78:10, | 78:14, 78:16<br>**SUFFICIENT** - 17:9, 99:1, 100:24, 107:15, 108:1, 112:10<br>**SUFFICIENTLY** - 117:9<br>**SUGGEST** - 11:13, 48:18, 98:17<br>**SUGGESTING** - 77:14, 80:7, 81:15, 84:15<br>**SUGGESTION** - 10:4, 11:18, 88:17<br>**SUIT** - 18:11, 44:1, 89:24, 92:14, 96:15, 103:19, 104:4, 105:11, 105:15, 120:1, 124:4, 127:19, 129:2, 137:15<br>**SUITE** - 1:19, 10:22<br>**SUM** - 57:22, 57:25, 58:1, 58:3, 63:10, 67:14, 132:8<br>**SUMMARIES** - 102:1, 102:7<br>**SUMMARIZATION** - 112:23<br>**SUMMARY** - 18:12, 74:20, 89:18, 98:21, 99:10, 100:3, 107:6<br>**SUNNYVALE** - 1:22<br>**SUPP** - 94:2, 94:11, 101:11<br>**SUPPLY** - 69:10, 70:2<br>**SUPPLYING** - 37:9<br>**SUPPORT** - 87:6, 94:17, 114:17, 115:12, 115:22, 115:24, 116:3, 119:8, 119:22, 120:3, 120:15, 120:17, 120:19, 129:13<br>**SUPPORTED** - 111:24<br>**SUPPORTING** - 101:5<br>**SUPPORTS** - 74:22, 114:4<br>**SUPPOSE** - 17:10<br>**SUPPOSED** - 112:8, 123:9<br>**SUPPOSEDLY** - 104:10, 105:25, 106:1<br>**SUPPOSITIONS** - 94:16<br>**SUPREME** - 5:7, 5:16, 5:17, 5:21, 10:24, 12:3, 12:5, 12:9, 12:15, 12:21, 13:17, 50:12, 50:15, 80:19, 81:7, 88:19, 100:10, 100:22, 123:18<br>**SURELY** - 25:4, 79:7, 110:2<br>**SURFING** - 16:11<br>**SURPRISE** - 32:17, 44:15, 46:4<br>**SURPRISED** - 5:3, 31:22<br>**SURPRISING** - 5:24<br>**SURRENDERED** - 7:19<br>**SUSAN** - 33:19, 35:1, 37:1<br>**SUSTAINED** - 88:3<br>**SWORN** - 25:17, 25:23, 52:5, 69:2<br>**SYSTEM** - 2:7, 8:6, 10:23, 11:1, 11:3, 11:16, 34:16, 36:20, 44:22, 44:23, 45:5, 55:16, 63:24, 69:20, | 70:10, 71:3, 71:5, 71:6, 71:7, 71:12, 71:24, 72:3, 73:22, 91:16, 91:18, 91:19, 100:20, 104:9, 105:1, 107:1, 126:16, 128:8, 133:21, 133:23, 136:10, 136:12<br>**SYSTEMS** - 39:4, 45:2, 64:5, 65:12, 65:19, 65:21, 89:21<br><br>**T**<br><br>**T'S** - 19:19<br>**T8** - 93:22<br>**TACTICAL** - 109:11, 109:13, 119:19, 119:20<br>**TALENTS** - 120:19<br>**TALLIES** - 22:25<br>**TALLYING** - 23:1<br>**TAX** - 66:25, 67:1<br>**TEACHES** - 98:25<br>**TECH** - 66:11<br>**TECHNICAL** - 19:10, 19:13, 19:16, 32:17, 75:4, 91:8, 91:15, 114:13<br>**TECHNICALLY** - 103:3<br>**TECHNOLOGIES** - 118:11<br>**TECHNOLOGY** - 11:16, 32:18, 38:2, 38:19, 38:22, 42:15, 42:21, 43:3, 55:14, 56:19, 82:17, 84:20, 84:22, 86:6, 86:19, 105:2, 113:19, 126:17, 132:12<br>**TELETEXT** - 132:20<br>**TELEVISION** - 42:16, 45:2, 55:23, 72:14, 73:2, 87:5<br>**TELEVISIONS** - 74:6, 75:2, 75:10, 87:6<br>**TEN** - 22:19, 55:3, 62:21, 63:4, 126:4<br>**TEND** - 30:22, 130:15, 131:12, 138:12<br>**TENDS** - 113:23<br>**TERM** - 17:17, 36:17, 40:12, 81:16, 126:13<br>**TERMINATE** - 79:20<br>**TERMINATION** - 79:17<br>**TERMS** - 6:21, 12:5, 23:13, 25:10, 31:18, 31:20, 32:4, 32:19, 34:20, 37:12, 37:14, 37:21, 41:7, 67:14, 87:3, 125:5, 127:13, 131:13, 133:10, 137:5<br>**TERRIBLY** - 81:8<br>**TERRITORY** - 129:25, 130:2<br>**TEST** - 135:20<br>**TESTIFIED** - 8:8, 19:12, 25:23, 26:3, 33:25, 38:11, 38:12, 41:9, 42:9, 43:10, 46:6, 46:12, 46:23, 48:19, 52:5, 52:10, 52:25, 54:24, 57:22, 61:18, 62:20, 62:24, 63:7, 65:14, 69:2, 82:24, 106:16, 106:23, 127:9<br>**TESTIFY** - 47:25, 58:22, 61:14, 109:15, | 113:2<br>**TESTIMONY** - 4:19, 6:19, 25:11, 41:16, 42:9, 43:20, 46:12, 46:24, 47:5, 50:10, 51:24, 52:13, 53:5, 58:23, 60:1, 65:9, 77:17, 101:18, 102:1, 102:7, 102:24, 105:25, 106:2, 106:6, 106:19, 106:20, 110:7, 111:3, 112:21, 126:22, 127:21, 128:16, 130:11, 130:22, 132:19, 133:3, 133:14, 135:7, 137:23<br>**TESTING** - 42:12<br>**TEXAS** - 1:2, 1:6, 2:5, 20:23, 21:24, 93:18, 93:19, 93:25, 94:1, 94:4, 94:7, 94:9, 94:10, 94:12, 95:17, 121:23, 140:1, 140:5, 140:19, 140:21<br>**TEXT** - 14:13, 99:20, 99:25, 102:13, 112:20<br>**TEXTBOOK** - 89:21, 98:22<br>**THAD** - 2:2<br>**THAT'LL** - 98:7<br>**THEFT** - 119:24<br>**THEIRS** - 20:25, 33:17<br>**THEMSELVES** - 63:18, 111:20, 130:14<br>**THEORY** - 79:24<br>**THERE'LL** - 122:25<br>**THEREFORE** - 87:5<br>**THEY'VE** - 14:15, 39:2, 46:3, 80:6, 88:16, 129:15<br>**THINKS** - 35:25<br>**THIRD** - 31:23, 35:15, 35:17, 77:2, 129:23<br>**THIRTEEN** - 134:2<br>**THOMAS** - 3:12, 51:24, 68:25, 69:1, 69:6<br>**THOMAS'S** - 80:13<br>**THOMPSON** - 34:18, 60:2, 60:18, 60:19, 68:11, 129:5<br>**THOUSAND** - 86:8, 125:20<br>**THOUSANDS** - 125:20<br>**THREAT** - 57:3<br>**THREE** - 10:16, 25:19, 30:4, 31:3, 34:10, 38:23, 59:7, 59:12, 60:15, 64:16, 64:25, 65:3, 65:6, 70:6, 77:6, 77:10, 82:11, 85:5, 113:11, 116:14, 127:4, 128:21, 134:9, 137:4<br>**THROUGHOUT** - 8:9, 92:19<br>**THUMB** - 65:25, 67:3<br>**TICKET** - 124:12<br>**TIE** - 83:13<br>**TILTS** - 110:22, 111:14<br>**TIPPED** - 78:12<br>**TITLE** - 15:2, 35:4, 69:9, 79:13, 79:14, 95:8<br>**TIVO** - 34:4, 37:22, 37:25, 38:20<br>**TJADEN** - 99:18, 101:25, 102:17 | **TJADEN'S** - 99:21, 101:16<br>**TODAY** - 6:8, 7:5, 7:12, 8:1, 9:12, 19:25, 20:5, 26:6, 27:11, 27:16, 29:10, 31:8, 35:8, 35:9, 35:19, 36:22, 37:24, 38:3, 38:18, 43:21, 44:19, 61:13, 61:16, 64:12, 69:15, 71:3, 74:4, 78:4, 80:2, 83:11, 88:16, 94:16, 126:22, 136:23<br>**TOGETHER** - 59:9, 87:17, 97:23, 115:21<br>**TOMORROW** - 7:24, 10:13<br>**TOOK** - 47:10, 70:17, 88:9, 102:19, 111:17, 114:21<br>**TOOL** - 67:6, 67:8, 126:9<br>**TOOLS** - 42:5<br>**TOP** - 5:1, 21:1, 32:6, 32:10, 34:12, 34:14, 34:18, 34:21, 36:21, 38:13, 39:1, 39:2, 39:3, 39:5, 42:14, 44:15, 44:18, 45:23, 45:25, 46:3, 46:4, 53:2, 53:9, 53:15, 53:20, 53:21, 54:16, 54:17, 54:19, 54:23, 55:4, 55:7, 55:19, 59:19, 60:2, 60:6, 60:20, 62:5, 62:19, 63:1, 63:4, 63:9, 63:10, 68:11, 68:12, 68:16, 68:19, 69:16, 69:17, 70:7, 70:13, 70:19, 70:22, 71:14, 72:11, 72:14, 72:16, 72:19, 72:20, 72:22, 72:25, 73:7, 73:11, 74:1, 74:3, 74:16, 74:25, 75:3, 75:5, 75:7, 75:16, 79:15, 82:21, 82:22, 83:1, 83:12, 84:14, 84:19, 84:21, 84:22, 85:1, 85:2, 85:3, 85:4, 85:19, 85:21, 86:5, 86:6, 86:7, 86:17, 96:20, 96:21, 104:25, 111:21, 122:4, 122:11, 127:5, 127:8, 127:10, 128:1, 128:10, 129:13, 129:16, 132:1, 132:3, 132:13, 136:3, 136:16, 136:25, 137:4<br>**TOTAL** - 53:14, 53:16, 76:3, 76:9, 76:10, 106:2, 117:23, 125:3, 134:24, 136:15<br>**TOTALLY** - 44:16, 71:3<br>**TOUCH** - 21:6<br>**TOUCHED** - 37:22<br>**TOUTON** - 1:24, 86:16, 86:24, 87:1, 87:10, 102:3, 129:21<br>**TOWARD** - 110:22, 113:24<br>**TOWARDS** - 111:14, 133:24<br>**TOWER** - 1:16<br>**TRACK** - 54:21, 71:9, 80:21<br>**TRACKED** - 24:3<br>**TRACKING** - 71:7, 82:13 |

| | | | | |
|---|---|---|---|---|
| TRACKS - 22:10, 23:3<br>TRADEMARK - 95:7<br>TRADEMARKS - 59:5<br>TRADITION - 5:23<br>TRADITIONALLY - 13:18, 13:20, 83:25<br>TRANSACTION - 70:12<br>TRANSCRIPT - 1:11, 2:6<br>TRANSCRIPTION - 140:7<br>TRANSFER - 15:1, 15:2, 116:23<br>TRANSPONDERS - 129:19<br>TREADING - 11:23<br>TREASURY - 24:13<br>TREATING - 87:16<br>TREBLE - 18:24, 49:4, 88:18<br>TREBLED - 20:2, 49:20<br>TREBLING - 20:3, 116:22<br>TREE - 118:21<br>TREMENDOUS - 53:14<br>TRIAL - 4:3<br>TRIAL - 4:19, 10:6, 11:2, 26:3, 27:6, 28:22, 28:23, 29:18, 38:11, 41:9, 42:9, 49:11, 50:8, 51:16, 52:11, 52:22, 53:17, 54:25, 58:3, 63:21, 65:17, 73:17, 76:7, 77:22, 83:11, 83:21, 88:4, 88:24, 90:1, 101:22, 139:4<br>TRIED - 43:22, 130:12<br>TRIES - 111:15<br>TRUE - 106:5, 114:19, 125:18, 140:6, 140:7<br>TRUST - 44:1, 78:2, 124:17, 124:22, 130:4<br>TRY - 11:7, 11:14, 33:9, 47:9, 76:23, 86:10, 95:23, 138:17<br>TRYING - 8:23, 30:19, 51:13, 51:14, 60:6, 79:6, 117:23, 119:18, 121:1, 121:12, 130:13, 130:14<br>TUNERS - 73:12, 75:8<br>TURMOIL - 120:9<br>TURN - 77:12, 77:25, 79:23, 84:12, 87:15, 91:20, 93:16, 95:19<br>TURNED - 5:16, 17:22<br>TURNING - 90:23<br>TV - 33:3, 41:4, 59:8, 72:15, 73:9, 73:23, 82:12, 84:23, 86:7, 105:4, 109:25, 110:1, 111:19, 125:4, 125:23, 126:1, 126:15<br>TV'S - 84:22, 84:25, 137:1<br>TVS - 74:22, 86:8<br>TWIN - 117:13<br>TWO - 6:14, 6:23, 8:23, 10:16, 11:2, 21:23, 22:24, 23:10, 24:11, 25:4, 27:15, 29:15, 32:11, 34:8, | 35:5, 52:24, 64:25, 68:3, 73:11, 73:15, 74:5, 74:22, 75:2, 75:3, 77:4, 77:9, 77:23, 77:25, 80:6, 86:13, 87:6, 87:7, 87:19, 88:12, 88:13, 89:7, 96:8, 103:18, 105:25, 114:3, 118:2, 124:15, 128:25, 133:25, 135:11, 135:23, 137:4<br>TWO-FOLD - 21:23<br>TWO-PLAYER - 29:15<br>TWO-STEP - 118:2<br>TX - 1:19, 2:3<br>TYPE - 16:25, 38:7, 107:14<br>TYPES - 26:15, 37:11, 66:19<br>TYPEWRITING - 140:10<br>TYPICAL - 83:6, 83:9<br>TYPICALLY - 48:21, 76:15<br><br>**U**<br><br>ULTIMATE - 106:25<br>ULTIMATELY - 26:8, 45:10<br>UNABLE - 126:23<br>UNACCEPTED - 127:21<br>UNANIMOUS - 17:8<br>UNCONTESTED - 115:14, 123:25<br>UNCONTRADICTED - 101:6, 101:8<br>UNCONVERTED - 50:10<br>UNDER - 22:18, 27:12, 36:11, 49:6, 51:11, 57:24, 67:2, 67:11, 68:8, 72:2, 74:17, 74:20, 74:21, 86:6, 87:7, 88:22, 90:13, 91:1, 91:22, 93:24, 96:12, 113:10, 113:21, 117:25, 121:6, 121:18, 123:2, 128:3, 131:18, 140:10, 140:16<br>UNDERMINE - 89:14<br>UNDERSTOOD - 99:9<br>UNEXPLAINED - 117:10<br>UNFAIR - 114:22<br>UNFORTUNATELY - 14:7<br>UNIMPEACHED - 101:6, 101:8<br>UNIQUE - 87:4<br>UNIT - 55:4, 60:14, 84:21, 129:4<br>UNITED - 1:2, 1:12, 100:14, 119:9<br>UNITS - 60:15, 73:23, 73:25<br>UNJUSTIFIED - 116:22<br>UNKNOWN - 47:22<br>UNLESS - 49:21, 58:8, 84:10, 96:13<br>UNLIKE - 7:14, 121:11<br>UNLIKELY - 23:16<br>UNPOPULAR - 121:13 | UNPROFESSIONAL - 118:14<br>UNREALITY - 94:19<br>UNREASONABLE - 103:19<br>UNREASONABLY - 50:18<br>UNRELIABILITY - 104:1<br>UNWILLING - 8:19<br>UNWORKABLE - 128:5<br>UP - 4:11, 10:3, 12:19, 18:20, 20:4, 21:18, 24:15, 27:1, 27:6, 27:22, 31:19, 31:21, 41:4, 41:18, 41:19, 49:16, 53:14, 55:4, 57:25, 60:14, 62:23, 62:24, 64:14, 66:3, 72:10, 73:14, 78:24, 82:10, 84:20, 85:14, 86:5, 86:9, 95:14, 95:22, 98:4, 98:11, 99:7, 102:4, 106:10, 109:18, 111:15, 111:18, 112:9, 113:11, 116:13, 127:11, 127:20, 128:22, 128:23, 129:16, 129:18, 129:21, 131:14, 132:19, 134:9, 134:19, 135:23, 136:21, 136:24, 137:3, 137:7, 137:10, 137:16<br>UPDATE - 35:5, 36:10<br>UPDATED - 34:23<br>UPS - 111:16<br>UPSET - 81:7<br>URGE - 22:12, 82:19, 91:13<br>USC - 113:11, 117:25, 123:3, 123:15<br>USEFUL - 35:16, 36:2, 81:8, 86:19, 97:4, 129:22, 132:19<br>USES - 81:15, 113:20<br>USUAL - 10:7, 115:19<br>UT - 1:17<br>UTILITY - 132:17, 132:23<br><br>**V**<br><br>VACATED - 80:14<br>VACATION - 21:17<br>VALID - 56:16, 119:12, 124:7<br>VALIDITY - 27:13, 40:5, 109:20, 112:5<br>VALUATION - 20:11, 81:25, 82:3<br>VALUE - 9:15, 10:1, 13:2, 13:4, 14:1, 14:6, 15:3, 15:5, 15:9, 15:11, 30:22, 36:7, 41:2, 41:7, 48:25, 51:13, 51:14, 57:2, 81:11, 97:6, 130:3, 131:2, 131:8, 131:12, 131:16, 133:9<br>VALUED - 37:13, 81:11<br>VALUING - 13:22<br>VARIANCE - 41:5, 135:9<br>VARIED - 78:7<br>VARIOUS - 4:8, | 4:11, 26:20, 33:1, 47:11, 67:1, 101:13, 114:11, 122:12, 122:16, 134:8<br>VARYING - 108:7<br>VAST - 6:3, 10:17, 12:13, 14:14<br>VASTLY - 33:16<br>VEDERKA - 21:14, 21:21, 21:22, 24:19, 25:2, 25:6, 25:9, 25:14, 25:18, 25:25, 26:2, 27:22, 27:24, 28:15, 28:19, 28:21, 29:3, 29:4, 33:19, 33:21, 34:25, 35:2, 36:25, 37:2, 37:20, 39:12, 43:2, 48:6, 61:1<br>VENTURE - 29:20<br>VERDICT - 4:4, 6:4, 8:13, 9:17, 40:1, 40:10, 40:15, 42:2, 47:7, 47:9, 47:25, 48:20, 50:8, 51:19, 52:20, 77:19, 81:19, 81:24, 82:7, 83:18, 83:23, 84:3, 97:1, 100:19, 103:13, 109:19, 122:22, 124:5, 126:10, 127:23, 133:6, 135:13, 135:22<br>VERIZON - 45:5<br>VERSION - 98:15, 98:16<br>VERSIONS - 98:8<br>VERSUS - 4:2, 8:11, 29:12, 93:22, 94:8, 98:24, 100:9, 100:14, 100:20, 101:4, 101:7, 101:10, 103:16, 108:12, 113:14, 113:16, 113:19, 118:6, 118:11, 118:15, 118:19, 118:21, 118:24, 123:18, 126:24<br>VEVERKA - 1:15, 3:5, 3:10, 61:3, 61:7, 65:11, 67:23, 68:7<br>VICE - 69:10<br>VICTOR - 1:23<br>VIDEO - 72:17, 73:8, 112:19<br>VIDEOTECH - 89:21<br>VIEW - 6:10, 6:12, 6:21, 42:22, 64:18, 64:19, 65:1, 86:17, 98:7, 98:12, 102:25, 104:11, 104:15, 115:10, 125:23, 129:8, 138:23<br>VIEWERS - 111:9, 126:16, 131:20<br>VIOLATION - 9:14, 15:3, 108:10, 108:22, 130:4<br>VIOLATIONS - 17:18<br>VIRGINIA - 108:12<br>VIRTUAL - 8:25, 9:16<br>VIRTUALLY - 40:3, 41:4, 76:17, 90:1, 110:7<br>VIS - 32:23<br>VIS - 32:23<br>VIS-A-VIS - 32:23<br>VOLUME - 5:22, 60:14, 60:16, 129:3, 129:5, 130:22, 130:24, 136:6, 136:11<br>VOLUNTARILY - 7:19, 79:5 | VOLUNTARY - 10:11<br>VS - 1:7<br><br>**W**<br><br>WAIT - 37:3, 78:13<br>WAIVE - 109:12<br>WALLACE - 100:20, 118:24<br>WANDERING - 12:10<br>WANTS - 84:17, 131:23<br>WAREHOUSE - 70:3, 70:13, 70:14, 71:11<br>WAREHOUSES - 70:5, 70:6<br>WAREHOUSING - 69:20, 70:10<br>WASHES - 95:3<br>WASTE - 6:20<br>WASTING - 54:12<br>WATCH - 73:1<br>WATCHING - 73:8<br>WAYS - 85:20<br>WEAK - 127:22<br>WEALTH - 116:23<br>WEEK - 78:23<br>WEEKS - 11:2, 24:11, 25:4<br>WEESLER - 101:4, 101:7<br>WEIGH - 100:8, 103:15<br>WEIGHED - 110:21<br>WEIGHT - 26:22, 26:24, 27:19, 34:1, 34:3, 35:12, 38:8, 38:9, 42:6<br>WEIGHTS - 26:20, 42:6<br>WELL-FUNDED - 114:19, 121:11<br>WEST - 118:20<br>WESTVIEW - 113:16<br>WHATSOEVER - 34:20<br>WHEREAS - 33:1<br>WHEREIN - 15:23, 18:13<br>WHOLE - 8:6, 24:6, 115:3, 126:16<br>WHOLEHEARTEDLY - 30:23<br>WIDE - 135:9<br>WIDGET - 9:22<br>WIDGETS - 7:21, 9:22, 9:23<br>WILDLY - 78:12<br>WILLFUL - 17:8, 18:8, 18:13, 18:23, 49:3, 49:7, 49:8, 49:13, 49:17, 49:20, 84:2, 87:21, 108:4, 108:18, 113:12, 114:3, 116:12, 117:14, 118:13, 120:16<br>WILLFULLY - 27:15<br>WILLFULNESS - 17:9, 27:14, 49:18, 87:25, 88:7, 88:11, 90:10, 91:25, 92:2, 92:12, 108:7, 109:10, 109:19, 110:6, 110:10, 112:5, 112:8, 112:10, 113:22, 115:11, 117:8, 119:7, 120:18<br>WILLINGNESS - 5:12<br>WIN - 121:8<br>WIND - 16:11, |

FINISAR CORPORATION V DIRECTV GROUP, INC.
07/06/06

18

137:16
**WINDOW** - 65:1
**WINDOWS** - 10:14, 10:23
**WINDS** - 24:15, 98:4, 99:7, 137:3
**WIPES** - 78:22
**WISE** - 47:13
**WISH** - 79:14
**WISHES** - 6:1
**WITHDRAW** - 78:23
**WITNESS** - 3:4, 3:7, 3:12, 21:10, 25:17, 30:23, 31:9, 31:15, 31:20, 32:8, 32:16, 33:6, 33:12, 37:6, 48:5, 48:9, 53:23, 53:24, 53:25, 54:12, 54:14, 54:15, 55:12, 55:15, 55:18, 60:13, 60:19, 60:23, 64:16, 64:22, 68:24, 74:8, 75:18, 75:20, 76:5, 76:11, 76:14, 76:19, 77:3, 106:20, 137:21
**WITNESS'S** - 54:13
**WITNESSES** - 82:1, 104:1, 106:13, 112:21, 137:23, 138:14
**WON** - 5:5, 5:6, 93:11
**WONDERING** - 54:6
**WORD** - 89:17, 121:6, 129:20
**WORDED** - 126:7
**WORDS** - 16:5, 24:6, 88:23, 99:7, 138:5, 138:7
**WORKABLE** - 128:17
**WORKMAN** - 1:16
**WORKS** - 23:3, 91:16, 130:20
**WORLD** - 14:10, 31:1
**WORRIED** - 54:5, 82:10
**WORRY** - 82:16
**WORSE** - 111:8
**WORTH** - 5:22, 9:24, 14:20, 14:22, 15:6, 15:7, 15:14, 15:17, 51:14, 80:5, 87:15, 121:10, 136:22
**WRITE** - 64:15
**WRITING** - 85:22, 138:18, 140:8
**WRITTEN** - 138:16

### Y

**YAMALOVA** - 1:20
**YEAR** - 14:13, 26:25, 75:17, 122:14, 127:12, 128:20
**YEAR** - 105:6
**YEARLY** - 22:25
**YEARS** - 8:13, 10:16, 13:7, 35:19, 105:11, 110:2, 126:4, 131:15
**YESTERDAY** - 76:25, 78:1, 78:9, 78:16, 79:24, 90:3, 93:12
**YESTERDAY'S** - 88:2
**YORK** - 93:23
**YOU-ALL** - 122:24
**YOURSELF** - 28:17, 53:15, 125:19

### Z

**Z4** - 10:20, 10:21, 51:18, 80:5
**Z4-CASE** - 10:5, 10:8
**ZENITH** - 40:19
**ZERO** - 64:21, 131:11
**ZIMMERMAN** - 89:8, 91:7, 91:14
**ZIMMERMAN'S** - 89:12