<u>**REDACTED – PUBLIC VERSION**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVOZYMES A/S,<br><br>       Plaintiff<br><br>   v.<br><br>GENENCOR INTERNATIONAL, INC., and ENZYME DEVELOPMENT CORPORATION<br><br>       Defendants | C.A. No. 05-160-KAJ<br><br>**FILED UNDER SEAL - CONTAINS HIGHLY CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER** |

<u>**APPENDIX IN SUPPORT OF PLAINTIFF'S
MOTION FOR PERMANENT INJUNCTION**</u>

|  |  |
|---|---|
|  | **YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP** |
| OF COUNSEL: | |
| Joseph R. Robinson | Josy W. Ingersoll (No. 1088) |
| David Tellekson | Rolin P. Bissell (No. 4478) |
| Robert C. Sullivan, Jr. | Karen E. Keller (No. 4489) |
| **DARBY & DARBY P.C.** | Andrew A. Lundgren (No. 4429) |
| 805 Third Avenue | 1000 West Street, 17th Floor |
| New York, New York 10022 | Wilmington, Delaware 19801 |
| (212) 527-7700 | (302) 571-6600 |
|  | alundgren@ycst.com |
|  |  |
|  | *Attorneys for Plaintiff* |
| Dated:   September 1, 2006 | *Novozymes A/S* |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Case Number: 1:05-cv-00160 (KAJ)
*NOVOZYMES A/S v. GENENCOR INTERNATIONAL, INC. AND ENZYME DEVELOPMENT CORP.*

# TABLE OF CONTENTS
# APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

| Date of Document | Description | Appendix Pages |
|---|---|---|
| 06/22/05 | Declaration Of Gregory K. LeFebvre | A-1 – A-8 |
| 08/15/06 | Selected Pages From The Deposition Transcript of Jeffrey Faller | A-9 – A-15 |
| 08/25/06 | Danisco/Genencor Press Release | A-16 |
| 08/28/06 | Email From Tharan Greg Lanier | A-17 – A-19 |
| 08/29/06 | Selected Pages From The 30(b)(6) Deposition Transcript of Genencor International (Witness: W. Douglas Crabb) | A-20 – A-42 |

{W:\03776\6003018000\00843166.DOC }

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on September 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Donald E. Reid, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 North Market Street
>PO Box 1347
>Wilmington, DE  19899-1347

I further certify that on September 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Tharan Gregory Lanier, Esquire
>Jane Froyd, Esquire
>JONES DAY
>2822 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com

>*Attorneys for Novozymes A/S*