IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-160 KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd of September, 2006 copies of Defendants' Fifth Set Of Interrogatories To Plaintiff Novozymes A/S and Defendants' First Request For Admissions To Plaintiff Novozymes A/S were served by email upon the following counsel:

Andrew A. Lundgren, Esquire (alundgren@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
Darby & Darby P.C.
805 Third Avenue, 27th Floor
New York, NY 10022

David K. Tellekson, Esquire (dtellekson@darbylaw.com)
Darby & Darby P.C.
1191 Second Avenue
Seattle, WA 98101

George Hykal, Esquire (ghykal@darbylaw.com)
Darby & Darby P.C.
803 3rd Avenue
New York, NY 10022

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/ Donald E. Reid
          Donald E. Reid (#1058)
          Jason A. Cincilla (#4232)
          1201 North Market Street

OF COUNSEL:
          18th Floor
          Wilmington, DE 19899-1347
Tharan Gregory Lanier
          (302) 658-9200
Kenneth R. Adamo
          *Attorneys for Defendants*
Jane L. Froyd
          *Genencor International, Inc. and*
JONES DAY
          *Enzyme Development Corporation*
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

Thomas E. Friebel
Margaret B. Brivanlou
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Dated: September 22, 2006