# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 351 9219
302 425 3001 Fax
dreid@mnat.com

October 5, 2006

**BY E-FILING AND**
**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, Delaware  19801

    Re:    *Novozymes A/S v. Genencor International, Inc. et al.*
              C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

        We write to briefly respond to the letter sent yesterday by Plaintiff Novozymes A/S regarding the recent order granting a permanent injunction in *Smith & Nephew, Inc. v. Synthes (U.S.A.)*, No. 02-2873 (W.D. Tenn. Sept. 28, 2006).  Far from being "similar to the captioned matter," *Smith*, like each of the patent cases which has granted an injunction following *eBay Inc. v. MercExchange L.L.C.*, 126 S. Ct. 1837 (2006), involved a patentee who exploited its own patent.  Unlike Novozymes A/S, the patentee in *Smith*, practiced the patent at issue, licensed it for profit (even to competitors), and directly competed in the relevant market.

        We also wish to draw the Court's attention to the fact that on October 3rd the Federal Circuit issued an order staying the permanent injunction in a case which Novozymes had relied upon in its Reply Brief.  See *TiVo Inc. v. EchoStar Communs. Corp.*, No. 2006-1574, slip op. (Fed. Cir. Oct. 3, 2006) (attached as Exhibit A).

        We stand ready to discuss these issues with the Court if it would be assistance.

        Respectfully yours,

        /s/ Donald E. Reid

        Donald E. Reid

DER/amr