# EXHIBIT D

## EXHIBIT D: THE PARTIES' JOINT AND SEPARATE EXHIBITS

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE100 | Certified Copy of U.S. Patent No. 6,867,031 | Novozymes and Genencor/EDC | | | Stipulated |
| TE101 | Certified Copy of the File History for U.S. Patent No. 6,867,031 | Novozymes and Genencor/EDC | | | Stipulated |
| TE102 | "Structural Analysis of a Chimeric Bacterial -Amaylase. High-Resolution Analysis of Native and Ligand Complexes", Brzozowski, Andrej, David M. Lawson Biochemistry 2000, pp. 9009-9107 | Novozymes | Gideon Davies Deposition Exhibit No. 100 | | Stipulated |
| TE103 | Website pages entitled "An Information Portal to Biological Macromolecular Structures" www.rcsb.org | Novozymes | Gideon Davies Deposition Exhibit No. 101 | | Stipulated |
| TE104 | Superposition of BLA domain B in the absence and presences of calcium, viewed from two separate vantage points | Novozymes | Gideon Davies Deposition Exhibit No. 105 | | Stipulate to use as a demonstrative. Reserve right to object under FRE 401-403 (Relevance) if offered as evidence. |
| TE105 | Curriculum Vitae of Gideon J. Davies | Novozymes | Gideon Davies Deposition Exhibit No. 106 | | Stipulated |
| TE106 | "The crystal structure of citrate synthase from the thermophilic Archaeon, | Novozymes and Genencor/EDC | Gideon Davies Deposition Exh. | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | Thermoplasma acidophilum" Rupert JM Russell, David W. Hugh, Michael J. Danson and Garry L. Taylor, (1994) | | 108; Exh. 2 to Second Arnold Declaration; Exh. Q to the Machius Expert Report; Exh. 7 to the Davies Rebuttal | | |
| TE107 | EBS2 -amylase Analytical Report | Novozymes | Frances Hamilton Arnold Deposition Exhibit No. 83 | GCOR072633 - GCOR072642 | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE108 | "Rapid and Sensitive Protein Similarity Searches", David J. Lipman and William R. Pearson, Science, March (1985) | Novozymes and Genencor/EDC | John Rickert Devereux Deposition Exh. No. 21; Devereux Deposition Exh. 21; Exh. 28 to the Second Alber Report; Exh. 2 to the Alber Declaration (APP. 162-170) | | Stipulated |
| TE109 | "A General Method Applicable to the Search for Similarities in the Amino Acid Sequence of Two Proteins" Saul B. Needelman and Christian D. Wunsch, J. | Novozymes and Genencor/EDC | John Rickert Devereux Deposition Exh. No. 22; Devereux | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | Mol. Biol. (1970) | | Deposition Exh. 22 | | |
| TE110 | Email string dated 01/14/04 between Henrik-Bisgard-Frantzen and Jason Garbell regarding UltraphLo revisited | Novozymes | Jason Garbell Deposition Exhibit No. 65 | NV-0200004 - NV-0200007 | Stipulated subject to additional objections arising out of discovery on the "Waived Subjects" |
| TE111 | Email string dated 02/25/04 between Torben Vedel Borhert and Jason Garbell regarding 4318 Divisionals | Novozymes | Jason Garbell Deposition Exhibit No. 66 | NV-0200002 - NV-0200003 | Stipulated subject to additional objections arising out of discovery on the "Waived Subjects" |
| TE112 | Email string dated 06/08/04 between Carsten Andersen and Jason Garbell | Novozymes | Jason Garbell Deposition Exhibit No. 67 | NV-0200001 | Stipulated subject to additional objections arising out of discovery on the "Waived Subjects" |
| TE113 | 8871608.txt installation notes | Novozymes and Genencor/EDC | Pearson Deposition Exh. 71 | | Stipulated |
| TE114 | Data that formed basis of the experiments described in Declaration of Torben V. Borchert under 37 C.F.R. 1.132 dated 09/06/04 Application No. 10/025,648 | Novozymes and Genencor/EDC | Borchert Deposition Exh. 50; Exh. 7 to the Arnold Rebuttal Report; Exh. L to the Klibanov Report | NV-0174630 - NV-0174688 | Stipulated |
| TE115 | "Amino Acid Residues Stabilizing a | Novozymes and | Borchert | | Stipulated |

{W:\03776\60030180000\00876715.DOC *03776600301800000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | Bacilluș -Amylase against Irreversible Thermoinactivation", Suzuki et al., J. Biol. Chem., 1989, 264(32):18933-18938 | Genencor/EDC | Deposition Exh. 52; Exh. H to Defendant's Opposition (APP. 980-985); Exh. 4 to the Second Arnold Declaration (APP. 843 - 848); Exh. 2 to Borchert Declaration; Exh. 4 to the Arnold Rebuttal Report; Exh. 8 to the Davies Rebuttal; Exh. S to the Machius Report; Exh. H to the Klibanov Report | | |
| TE116 | "Mechanisms of Irreversible Thermal Inactivation of Bacilluș -Amylases", Tomazic and Klibanov, J. Biol. Chem., 1988, 263:3086-3091 | Novozymes and Genencor/EDC | Exhibit 219 to the Deposition of Alexander Klibanov; Exh. 9 to the Davies Report; Exh. AC to the Alber Report; Exh. T to the Machius Report; Exh. F to the Klibanov Report | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE117 | "Why is One Bacillus -amylase More Resistant against Irreversible Thermoinactivation Than Another", Susan J. Tomzic and Alexander M. Kilbanov, .The Journal of Biological Chemistry, (1988) Susan J. Tomzic and Alexander M. Kilbanov, The Journal of Biological Chemistry, (1988), 263:3092-3096 | Novozymes and Genencor/EDC | Exh. 220 to the Deposition of Alexander Klibanov; Exh. AD to the Alber Report; Exh. G to the Klibanov Report; Exh. 10 to the Davies Rebuttal; Exh. U to the Machius Expert Report | | Stipulated |
| TE118 | X-ray structure coordinates of the B. lichenformis alpha-amylase described in Machius '95, as downloaded from the Protein DataBank <http://www.pdb.org>, Accession No. 1BPL | Novozymes | Exhibit 12 to Davies Rebuttal Expert Report | | Objection: FRE 401-403 (Relevance) |
| TE119 | X-ray structure coordinates of the B. lichenformis alpha-amylase described in Machius '98, as downloaded from the Protein Data Bank <http://www.pdb.org>, Accession No. 1BL1 | Novozymes | Exhibit 13 to Davies Rebuttal Expert Report | | Objection: FRE 401-403 (Relevance) |
| TE120 | Frances Hamilton Arnold Curriculum Vitae | Novozymes | Exhibit 1 to Frances Hamilton Arnold Expert Report | | Stipulated |
| TE121 | 11/27/01 Document entitled "Production Culture History" | Novozymes | Exhibit 2 to Frances Hamilton Arnold Expert Report | GCOR003611 | Stipulate to use as a demonstrative. Reserve right to |

{W:\03776\600301800000087615.DOC *037766003018000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | | | | | object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE122 | G-Zyme® G997 Alpha Amylase | Novozymes | Exhibit 4 to Frances Hamilton Arnold Expert Report | GCOR08935 - GCOR08936 | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE123 | Sequence of G997 | Novozymes | Exhibit 6 to Frances Hamilton Arnold Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE124 | Gap Alignment: G997 to Seq. ID No. 3 | Novozymes | Exhibit 7 to Frances Hamilton Arnold Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE125 | Spezyme Ethyl®Amino Acid Sequence | Novozymes | Exhibit 9 to Frances Hamilton Arnold Expert Report | | Stipulated |
| TE126 | GAP Alignment: G997 to Spezyme Ethyl | Novozymes | Exhibit 10 to | | Stipulate to use as a |

{W:\03776\600301\8000\00087615.DOC *03776600301800000*}

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | | | Frances Hamilton Arnold Expert Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE127 | GAP Alignment: Seq. ID No:3 to Spezyme Ethyl (Old Matrix) | Novozymes | Exhibit 11 to Frances Hamilton Arnold Expert Report | | Stipulated |
| TE128 | GAP Alignment: Sequence 3 (Figure 1) to Spezyme Ethyl (Old Matrix) | Novozymes | Exhibit 12 to Frances Hamilton Arnold Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE129 | Alpha Amylase Alignments | Novozymes | Exhibit 13 to Frances Hamilton Arnold Expert Report | | Stipulated |
| TE130 | Linear regression plots prepared by me for the experimental data set in the Borchert Declaration | Novozymes | Exhibit 9 to Frances Hamilton Arnold Rebuttal Expert Report | | Stipulated |
| TE131 | Curriculum Vitae of John Devereux | Novozymes | Exhibit 1 to John Devereux Expert Report | | Stipulated |
| TE132 | GAP Alignment: Seq ID No:3 to | Novozymes | Exhibit 4 to John | | Stipulated |

- 7 -

{W:\03776\6003018000\00087615.DOC *03776600301800000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | Spezyme Ethyl (New Matrix) | | Devereux Expert Report | | |
| TE133 | GAP Alignment: G997 to SEQ ID No:3 | Novozymes | Exhibit 8 to John Devereux Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE134 | SPEZYME® ETHYL: High Performance Alpha-Amylase for Fuel Ethanol Processes | Novozymes | Exhibit 2 to Frances Hamilton Arnold Declaration in Support of Plaintiff's Motion for Preliminary Injunction | | Stipulated |
| TE135 | ATCC 31,195 Alpha-Amylase Amino Acid Sequence | Novozymes | Exhibit 4 to Frances Hamilton Arnold Declaration in Support of Plaintiff's Motion for Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE136 | GAP ALIGNMENT: ATCC 31,195 Alpha-Amylase to Spezyme Ethyl (Old Matrix) | Novozymes | Exhibit 5 to Frances Hamilton Arnold Declaration in Support of Plaintiff's Motion for Preliminary | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as |

{W:\03776\60030\18000\00876715.DOC *03776\60030\18000* }

MP1-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | | | Injunction | | evidence. |
| TE137 | GAP ALIGNMENT: ATCC 31,195 Alpha-Amylase to Spezyme Ethyl (New Matrix) | Novozymes | Exhibit 6 to Frances Hamilton Arnold Declaration in Support of Plaintiff's Motion for Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE138 | Webster's Ninth New Collegiate Dictionary (1991), pp. 855, 1304 | Novozymes and Genencor/EDC | Exhibit E to Appendix to Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction | | Stipulated |
| TE139 | Spezyme Ethyl DNA Sequence | Novozymes | Exhibit 2 to Christian Isak Jorgensen Declaration in Support of Plaintiff's Motion for Preliminary Injunction and Exhibit 9 to Second Expert Report of Thomas C. Alber) | | Stipulated |
| TE140 | GenBank Accession No. AF032864 | Novozymes | Exhibit 4 to Christian Isak Jorgensen | | Stipulated |

{W:\03776\6003018000\00876715.DOC *03776600301800000* }

MP1-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Declaration in Support of Plaintiff's Motion for Preliminary Injunction | | |
| TE141 | GenBank Accession NO. AAB86961 | Novozymes | Exhibit 5 to Christian Isak Jorgensen Declaration in Support of Plaintiff's Motion for Preliminary Injunction | | Stipulated |
| TE142 | "Cloning of a Chromosomal -amylase gene from Bacillus stearothermophilus," Jorgensen et al., FEMS Microbiol. Let., 1991, 77:271-276 | Novozymes and Genencor/EDC | Exh. 3 to the S. Jorgensen Declaration i/s/o Plaintiff's Motion for Preliminary Injunction; Exh. 18 to the Second Alber Report | | Stipulated |
| TE143 | Internal Genencor Correspondence ("Notice Documents") | Novozymes | Exhibit J to Novozymes Reply Brief in Support of a Motion for a Preliminary Injunction | GCOR120413, GCOR120472, GCOR119962, GCOR119439 - 119440 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE144 | Genencor Patent Application No 11/102,188 "Mutant -Amylase" | Novozymes | Exhibit R to Novozymes Reply | GCOR005142 - GCOR005196 | Stipulated |

{W:\03776\600\30180000\0087\6715.DOC *03776600301800000* }

MPI-40222v1

- 10 -

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | | | Brief in Support of Motion for a Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 401-403 (Relevance) if offered as evidence. |
| TE145 | "Thermozymes: identifying molecular determinants of protein structural and functional stability", Claire Vieille and J. Gregory Zeikus and Norman R. Pace, Tibtech, (1996) | Novozymes | Exhibit 1 to Second Declaration of Frances Hamilton Arnold in support of Novozymes Reply Brief in Support of Motion for a Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 401-403 (Relevance) if offered as evidence. |
| TE146 | The amino acid sequence of Spezyme ethyl | Novozymes | Exhibit 11 to the Second Declaration of Frances Hamilton Arnold in support of Novozymes Reply Brief in Support of Motion for a Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 401-403 (Relevance) if offered as evidence. |
| TE147 | The amino acid sequence of the ATCC 39,709 (G997) enzyme | Novozymes | Exhibit 11 to Second Declaration of Frances Hamilton Arnold in support of Novozymes Reply | | Stipulate to use as a demonstrative. Reserve right to object under FRE 401-403 (Relevance) if |

- 11 -

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Brief in Support of Motion for a Preliminary Injunction | | offered as evidence. |
| TE148 | The alignment of the amino acid sequence of EBS2 (Spezyme ® Ethyl) and its parents (G997) | Novozymes | Exh. 12 to the Second Declaration of Frances Hamilton Arnold i/s/o Novozymes Reply Brief i/s/o Motion for Preliminary Injunction | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE149 | U.S. Patent Application No. 09/327,563 "-Amylase Mutants" | Novozymes | Exhibit 5 to Torben V. Borchert Declaration | | Stipulated |
| TE150 | Citation Search Reports | Novozymes | Exhibit FF to Novozymes Reply Brief in Support of Motion for a Preliminary Injunction | | Objection: FRE 401-403 (Relevance) |
| TE151 | Spezyme Ethyl Amylase Presentation | Novozymes | Exhibit 6 to Declaration of David J. Teece in support of Genencor's and EDC's Appendix in Opposition to | GCOR011312 - GCOR011401 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |

- 12 -

{W:\03776\600\30180000\0876715.DOC *037766030180000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| TE152 | Winning against Spezyme Ethyl Strategy | Novozymes and Genencor/EDC | Novozymes' Motion for Preliminary Injunction Exh. 23 to Teece Declaration i/s/o Genencor and EDC's Appendix in Opposition to Novozymes' Motion for Preliminary (APP. 2246 - 2252) | NV-0004747 - NV-0004753 | Stipulated |
| TE153 | 12/16/03 & 12/17/03 Emails between Eugenio Ferrari, Beth Concoby and Cees Broekhuizen regarding tier 1 documents | Novozymes | W. Douglas Crabb Deposition Exhibit No. 3 | GCOR079654 - GCOR079655 | Objection: FRE 801-802 (Hearsay) |
| TE154 | Eugenio Ferrari file titled "ETHYL" | Novozymes | W. Douglas Crabb Deposition Exhibit No. 4 | GCOR003607 - GCOR003615 | Objection: FRE 801-802 (Hearsay) |
| TE155 | 12/16/03, 12/17/03 & 12/20/03 Emails between Doug Crabb, Eugenio Ferrari, Beth Concoby and Cees Broekhuizen regarding tier 1 documents | Novozymes | W. Douglas Crabb Deposition Exhibit No. 5 | GCOR079821 - GCOR079823 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE156 | Document titled "EBS-2 product development input - Grain Processing BIT discussion - August 13, 2003 | Novozymes | W. Douglas Crabb Deposition Exhibit No. 6) | GCOR002598 - GCOR002609 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |

{W:\03776\60030180000\00876715.DOC *03776600301800000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE157 | 10/29/02 & 10/30/02 Emails between Kevin Griffith, Doug Crabb, Jodi Henderson and John Gell regarding Non IP Issue Ultra-pHLo | Novozymes | W. Douglas Crabb Deposition Exhibit No. 8 | GCOR136592 - GCOR136593 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE158 | 04/05/05 Judy Chang Report titled "Analytical Characterization of EBS2 | Novozymes | W. Douglas Crabb Deposition Exhibit No. 9 | GCOR003358 - GCOR003376 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE159 | 04/16/03 Email from Doug Crabb to Tom Anderton and Eugenio Ferrari regarding Alignment for EBS2 | Novozymes | W. Douglas Crabb Deposition Exhibit No.10 | GCOR079790 | Objection: FRE 801-802 (Hearsay) |
| TE160 | 06/27/05 Document titled "Sequences and Sources for EBS wt and B.stearthermophilus genes and engineered variants" | Novozymes | W. Douglas Crabb Deposition Exhibit No. 11 | GCOR032513 | Objection: FRE 801-802 (Hearsay) |
| TE161 | 04/19/04 Judy Chang Report titled "EBS2 -amylase Analytical Report - Analytical Characterization of EBS2 molecule" | Novozymes | W. Douglas Crabb Deposition Exhibit No. 12; Thomas C. Alber Deposition Exhibit No. 203; Frances Hamilton Arnold Deposition Exhibit No. 83 | GCOR072633 - GCOR072642 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE162 | Genencor presentation titled "pH 4 - Amylase - Goal: A single pH liquefaction and saccharification process for hydrolyzing starch" | Novozymes | W. Douglas Crabb Deposition Exhibit No. 13 | GCOR037149 - GCOR037161 | Objection: FRE 401-403 (Relevance) FRE 801-802 |

{W:\03776\0003\018000\00087615.DOC *03776600030180000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE163 | 08/18/03 Michelle J. Vernier Presentation titled "EBS2/Fred Upgrade, Alpha Amylase Update" | Novozymes | W. Douglas Crabb Deposition Exhibit No. 14 | GCOR032614 - GCOR032639 | (Hearsay) Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE164 | 03/08/04 Emails between Doug Crabb, Eugenio Ferrari and Cynthia Blumenthal regarding EBS2 | Novozymes | W. Douglas Crabb Deposition Exhibit No. 15 | GCOR072543 - GCOR072545 | Objection: FRE 801-802 (Hearsay) |
| TE165 | 04/19/02 & 04/22/02 Emails between Doug Crabb, Kevin Griffith and Jodi Henderson regarding EBS's Proposed New Ultra-pHLo Product | Novozymes | W. Douglas Crabb Deposition Exhibit No. 16 | GCOR071139 - GCOR071140 | Objection: FRE 801-802 (Hearsay) |
| TE166 | 10/10/02 Email from Doug Crabb to John Gell, John Monks and Volkert Claassen regarding Fred Upgrade Update | Novozymes | W. Douglas Crabb Deposition Exhibit No. 17 | GCOR112536 - GCOR112538 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE167 | 07/07/05 Email from Tom Alber to Brett Lovejoy regarding Genencor | Novozymes | Thomas Alber Deposition Exhibit No. 102 | GCOR167130 - GCOR167132 | Stipulated |
| TE168 | Hand drawing of two sequences of amino acids labeled "A" and "B" with 10 amino acids in a row deleted from the middle of "B" | Novozymes | Thomas Alber Deposition Exhibit No. 103 | | Stipulated |
| TE169 | Handwritten notes of Thomas Alber made when drafting his declaration | Novozymes | Thomas Alber Deposition Exhibit No. 105 | GCOR166891 - GCOR166892 | Stipulated |
| TE170 | 08/08/05 Email from Brett Lovejoy to | Novozymes | Thomas Alber | GCOR166926 - | Stipulated |

- 15 -

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | tom@ucxray.berkeley.edu attaching file titled "CAJD_514823.DOC" | | Deposition Exhibit No. 107 | GCOR166928 | |
| TE171 | Handwritten notes of Thomas Alber describing edits to a late version of his declaration | Novozymes | Thomas Alber Deposition Exhibit No. 109 | GCOR166897 - GCOR166901 | Stipulated |
| TE172 | Genencor Presentation titled "Spezyme® Ethyl/Prime Amylase" | Novozymes | David J. Teece Deposition Exhibit No. 5 | GCOR112335 - GCOR112408 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE173 | "Crystal Structure of Calcium-depleted Bacillus licheniformis -amylase at 2.2 Å Resolution", Machius et al., J. Mol. Biol., 1995, 246:545-559 | Novozymes and Genencor/EDC | Zeikus Deposition Exh. 153; **Machius Deposition Exh. 212 (in color without bates no.**; S. Jorgensen Deposition Exh. 12); S. Jorgensen Deposition Exh. 12; Exh. 6 to the Second Arnold Declaration; Exh. 1 to Borchert Declaration; Borchert Deposition Exh. 57; Exh. H to Defendant's Opposition (APP. | | Stipulated |

- 16 -

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | 1304-1332); Exh. Z to the Alber Report; Exh. M to the Machius Expert Report; Exh. 3 to the Arnold Rebuttal Report; Exh. 5 to the Davies Rebuttal | | |
| TE174 | 09/07/05 Email from Greg Zeikus to Muna Abu-Shaar attaching re-plotted Borchert data | Novozymes | Gregory Zeikus Deposition Exhibit No. 155 | GCOR168937 - GCOR168938 | Stipulated |
| TE175 | "Activation of Bacillus licheniformis $\alpha$-amylase through a disorder$\rightarrow$order transition of the substrate-binding site mediated by a calcium-sodium-calcium metal triad", Machius et al., Structure, 1998, 6(3):281-292 | Novozymes and Genencor/EDC | Zeikus Deposition Exh. 159; Exh. N to the Machius Expert Report; Exh. 6 to the Davies Rebuttal | GCOR168808 - GCOR168819 | Stipulated |
| TE176 | 09/02/05 Email from Gregory Zeikus to Muna Abu Shaar attaching alfa amylase half-lives table | Novozymes | Gregory Zeikus Deposition Exhibit No. 161 | GCOR168950 - GCOR168951 | Stipulated |
| TE177 | Bisgard-Frantzen et al., International Patent Publication No. WO 95/10603 | Novozymes and Genencor/EDC | Mischa Machius Deposition Exhibit No. 205 | | Stipulated |
| TE178 | "Thermozymes: identifying molecular determinants of protein structural and functional stability", Vieille and Zeikus, Trends in Biotechnology, 1996, 14:183-190 | Novozymes and Genencor/EDC | Machius Deposition Exh. 206; Exh. V to the Machius Expert Report; Exh. 11 to the Davies Rebuttal; Exh. 1 to | | Stipulated |

{W:\03776\600030180000\00876715.DOC *03776600030180000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | the Second Arnold Declaration (APP. 865-872) | | Stipulated |
| TE179 | "The Structure of a Thermally Stable 3-Phosphoglycerate Kinase and a Comparison With Its Mesophilic Equivalent", Davies et al., Proteins: Structure, Function, and Genetics, 1993, 15:283-289 | Novozymes and Genencor/EDC | Mischa Machius Deposition Exhibit No. 208; Exh. 3 to the Second Arnold Declaration (APP. 772-779); Exh. 4 to the Davies Rebuttal; Exh. H to the Machius Expert Report | | Stipulated |
| TE180 | Certified Copy of English Translation of the thesis of Mischa Machius titled "Studies on the Structure/Function Relationships of Glutathione S-Transferases and -Amylases" | Novozymes | Mischa Machius Deposition Exhibit No. 209 | | Stipulated |
| TE181 | "Complete Nucleotide Sequence of a Gene Coding for Heat- and pH-Stable -Amylase of Bacillus licheniformis: Comparison of the Amino Acid Sequences of Three Bacterial Liquefying -Amylases Deduced from the DNA Sequences", Yuuki et al., J. Biochem, 1985, 98(5):1147-56 | Novozymes and Genencor/EDC | Mischa Machius Deposition Exhibit No. 211; Exh. Z to the Machius Expert Report | | Stipulated |
| TE182 | Borchert Experimental Data (in color) | Novozymes and Genencor/EDC | | NV200266 | Stipulated |
| TE183 | "Probing Structural Determinants | Novozymes and | Machius Deposition | | Stipulated |

{W:\03776\60030180000\00876715.DOC *0377660030180000* }

MPI-l0222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | Specifying High Thermostability in Bacillus licheniformis -Amylase", Declerck et al., J. Mol. Biol., 2000, 301:1041-1057 | Genencor/EDC | Exh. 213; Exh. AO to the Alber Report | | |
| TE184 | "Hyperthermostabilization of Bacillus licheniformis -amylase and modulation of its stability over a 50°C temperature range", Declerck et al., Protein Engineering, 2003, 16(4):287-293 | Novozymes and Genencor/EDC | Machius Deposition Exh. 215; Exh. AM to the Alber Report; Exh. J to the Machius Expert Report | | Stipulated |
| TE185 | "Hyperthermostable Variants of a Highly Thermostable Alpha-Amylase", Joyet et al., Biotechnology, 1992, 10(12):1579-1583 | Novozymes and Genencor/EDC | Machius Deposition Exh. 216; Exh. K to the Machius Expert Report | | Stipulated |
| TE186 | "Kinetic Stabilization of Bacillus licheniformis -Amylase through Introduction of Hydrophobic Residues at the Surface", Machius et al., The Journal of Biological Chemistry, 2003, 278(13):11546-11553 | Novozymes and Genencor/EDC | Machius Deposition Exh. 217; Exh. AN to the Alber Report | | Stipulated |
| TE187 | Figure 1, an overall view of BLA in the absence of calcium | Novozymes and Genencor/EDC | Exh. D to the Machius Expert Report | | Stipulated |
| TE188 | Enzyme Development Corporation's Responses to Plaintiff Novozymes A/S' First Set of Interrogatories dated 07/22/05 | Novozymes | | | Stipulated |
| TE189 | Genencor International, Inc.'s Responses to Plaintiff Novozymes A/S' First Set of | Novozymes | | | Stipulated |

- 19 -

{W:\03776\600\30180000\00876715.DOC *03776600301800000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | Interrogatories dated 07/22/05 | | | | |
| TE190 | Defendants' Responses to Plaintiff's First Set of Requests for Admissions dated 07/22/05 | Novozymes | | | Stipulated |
| TE191 | 08/09/05 E-mail from Greg Lanier to Robert Sullivan Containing Supplemental Discovery Responses from Genencor and EDC | Novozymes | | | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE192 | Enzyme Development Corporation's Supplemental Responses to Plaintiff Novozymes A/S' First Set of Interrogatories dated 09/16/05 | Novozymes | | | Stipulated |
| TE193 | Genencor International, Inc.'s Second Supplemental Responses to Plaintiff Novozymes A/S' First Set of Interrogatories dated 01/09/06 | Novozymes | | | Stipulated |
| TE194 | Genencor International, Inc.'s Third Supplemental Responses to Plaintiff Novozymes A/S' First Set of Interrogatories dated 01/20/06 | Novozymes | | | Stipulated |
| TE195 | 01/29/02 Memorandum from W. M. Teague to M. Friesema regarding The December 20 alpha-Amylase Mutant Methods of Construction | Novozymes | Exhibit 2 to the Declaration of W. Douglas Crabb in Support of Genencor's and EDC's Opposition to Novozymes' Motion for | GCOR002762 - GCOR002764 | Stipulated |

- 20 -

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Preliminary Injunction | | |
| TE196 | Spezyme Ethyl Sales Data | Novozymes | | GCOR170228 - GCOR170232 | Objection: FRE 401-403 (Relevance) |
| TE197 | Spezyme Fred Sales Data | Novozymes | | GCOR170228 - GCOR170232 | Objection: FRE 401-403 (Relevance) |
| TE198 | Genencor's [1st] Supplemental Response to Novozymes' First Set of Interrogatories dated 9/16/05 | Novozymes | | | Stipulated |
| TE199 | G-ZYME® G997 Amino Acid Sequence | Novozymes | Exhibit 2 to the Second Declaration of Christian Isak Jorgensen dated 12/19/05 | | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Orders |
| TE200 | Genencor International Inc.'s Fourth Supplemental Response to Novozymes' First Set of Interrogatories dated January 31, 2006r | Novozymes | | | Stipulated |
| TE201 | Amino Acid Sequence of Alpha-Amylase Isolated From BSG Strain ATCC 31,195 | Novozymes | Exhibit 3 to the Third Declaration of Isak Jorgensen dated 1/31/06 | | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Orders |

{W:\03776\600301800000\00876715.DOC *03776600301800000* }
MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE202 | United States Patent Applicatio, Pub No. 2006/0014265 A1, titled "Mutant Alpha-Amylases", Ferrari et al. | Novozymes | | | Stipulated |
| TE203 | File History for Patent Application 11/102,188 | Novozymes | | GCOR005142 - GCOR005196; GCOR170233 - GCOR170275 | Stipulated |
| TE204 | Enzyme Development Corporation's Second Supplemental Responses to Plaintiff Novozymes A/S' First Set of Interrogatories dated 1/31/06 | Novozymes | | | Stipulated |
| TE205 | ATCC 31,195 Experimental Protocol | Novozymes | | | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Orders |
| TE206 | G997 Experimental Protocol | Novozymes | | | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Orders |
| TE207 | Pullulanase Activity/Stability Assay | Novozymes | | NV200265 | Objection: FRE 401-403 (Relevance) FRE 801-802 |

{W:\03776\60030180000\00876715.DOC *037766003018000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection (Hearsay) FRCP 26/Court's Scheduling Orders |
|---------|-------------|------------|--------|----------------|--------------------------------------------------------|
| TE208 | Frances Arnold Linear Regression Plots | Novozymes | | NV200267-NV200270 | |
| TE209 | Christian Jorgensen's ATCC 31,195 Database Entry | Novozymes | | NV200281 | |
| TE210 | ATCC 31,195 Database Entry | Novozymes | | NV200282 | |
| TE211 | Christian Jorgensen's G997 Database Entry | Novozymes | | NV200283 | |
| TE212 | G997 Competitive Database Entry | Novozymes | | NV200284 | |
| TE213 | France Arnold Linear Regression Plots (Ice-Zero Data) | Novozymes | | NV200285-NV200287 | |
| TE214 | PHYSICAL EXHIBIT: Sample Novozymes vials used to hold BSG-DEL enzyme sample in the heat incubator/oven during the experiments of Borchert's 132 Declaration | Novozymes | | | |
| TE215 | PHYSICAL EXHIBIT: Sample Novozymes test tubes used to hold enzyme samples in the PCR thermocycler | Novozymes | | | |
| TE216 | PHYSICAL EXHIBIT: Standard eppendorf tubes that are used to hold enzyme sample during the amylase activity assay described in Dr. Borchert's 132 Declaration | Novozymes | | | |
| TE217 | PHYSICAL EXHIBIT: Phadebas amaylase test tablets used as substrate | Novozymes | | | |

{W:\03776\60030\18000\00876715.DOC *03776603018000* }

MPI-4022zvl

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | during the amylase activity assay described in Dr. Borchert's 132 Declaration | | | | |
| TE218 | Jeppe Tams Lab Notebook 13704, pages 070-072 (re: Determination of ½ life for BAN-WT experiment) | Novozymes | Exhibit 113 to Deposition of Jeppe Tams | NV200203-NV200205 | |
| TE219 | Jeppe Tams Lab Notebook 15305, pages 044-046 (re: Determination of ½ life for BAN-WT experiment) | Novozymes | Exhibit 114 to Deposition of Jeppe Tams | NV200200-NV200202 | |
| TE220 | Defendants' English Language Translation of TE207 (Pullulanase Activity/Stability Assay) | Novozymes | Exhibit 307 to Deposition of Frances Arnold (2/28/06) | | |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 227 | NZ | 2/16/05 | Email attaching Ethyl Impact Analysis | NV-0028647 to NV-0028677 | LeFebvre Deposition Exhibit No. 38 | F.R.E. 801-802 |
| 228 | NZ | 9/13/05 | Declaration of W. Douglas Crabb | | Crabb Deposition Exhibit No. 1 | Stipulated |

{W:\03776\6003018000\00887615.DOC *03776600301800000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 229 | NZ | 12/16/03 to 12/20/03 | Genencor Email String, Subject: Tier 1 document | GCOR-079281 to GCOR-079823 | Crabb Deposition Exhibit No. 5 | Stipulated |
| 230 | NZ | 8/13/03 | EBS-2 Product Development Input -- Grain Processing BIT Discussion | GCOR-002598 to GCOR-002609 | Crabb Deposition Exhibit No. 6 | Stipulated |
| 231 | NZ | 9/13/01 | Letter from Steve Carlisle (Common Biotechnologies, Inc.) to Phillip Brumm (EBS) enclosing development package | GCOR-002919 to GCOR-002962 | Crabb Deposition Exhibit No. 7 | Stipulated |
| 232 | NZ | 10/29/02 to 10/30 | Genencor Email String, Subject: Non IP Issue Ultra-pHLo | GCOR-136592 to GCOR-136593 | Crabb Deposition Exhibit No. 8 | Stipulated |
| 233 | NZ | 4/16/03 | Genencor Email, Subject: Alignment for EBS2 | GCOR-079790 | Crabb Deposition Exhibit No. 10 | Stipulated |
| 234 | NZ | 6/27/05 | Sequences and Sources for EBS wt B. stearthermophlius genes and engineered variants | GCOR-032513 | Crabb Deposition Exhibit No. 11 | Stipulated |
| 235 | NZ | 8/18/03 | EBS2/Fred Upgrade Alpha Amylase Update | GCOR-032614 to GCOR-032639 | Crabb Deposition Exhibit No. 14 | Stipulated |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 236 | NZ | 3/8/04 | Genencor Email String, Subject: EBS2 | GCOR-072543 to GCOR-072545 | Crabb Deposition Exhibit No. 15 | Stipulated |
| 237 | NZ | 4/19/02 to 4/22/02 | Genencor Email String, Subject: EBS's Proposed New Ultra-pHLo Product | GCOR-071139 to GCOR-071140 | Crabb Deposition Exhibit No. 16 | Stipulated |
| 238 | NZ | 10/10/02 | Genencor Email String, Subject: Fred Upgrade Update | GCOR-112536 to GCOR-112538 | Crabb Deposition Exhibit No. 17 | Stipulated |
| 239 | NZ/GCOR | | Annual NZAS/NZNA Charge Back Summary Chart | NV-D-0174787 | Olofson Deposition Exhibit No. 504 | Stipulated |
| 240 | NZ/GCOR | 1/1/96 | NZAS/NZNA Technology License Agreement with Amendment | NV-D-0174019 to NV-D-0174024 | Olofson Deposition Exhibit No. 506 | Stipulated |
| 241 | NZ/GCOR | 1/1/05 | NZAS/NZNA Marketing Agreement | NV-D-0174037 to NV-D-0174040 | Olofson Deposition Exhibit No. 507 | Stipulated |
| 242 | NZ/GCOR | 1/1/01 | NZAS/NZNA Framework Agreement For Service with Appendix | NV-D-0174025 to NV-D-0174031 | Olofson Deposition Exhibit No. 508 | Stipulated |

{W:\03776\600301800\00876715.DOC *03776600301800000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 243 | NZ/GCOR | 12/22/04 | NZAS/NZNA Service Agreement | NV-D-0174766 to NV-D-0174769 | Olofson Deposition Exhibit No. 510 | Stipulated |
| 244 | NZ | 9/14/05 | Declaration of David J. Teece | | Teece Deposition Exhibit No. 1 | Stipulated |
| 245 | NZ | 9/13/05 | Declaration of Phillip B. Nelson | | | Stipulated |
| 246 | NZ | 9/13/05 | Declaration of Maurice G. Beto | | | Stipulated |
| 247 | NZ | 7/21/06 | CV of Julie L. Davis, CPA | | Davis Expert Report Exhibit No. 1 | Stipulated |
| 248 | NZ | 7/21/06 | Index of Documents Considered by Julie L. Davis | | Davis Expert Report Exhibit No. 2 | Stipulated |
| 249 | NZ | 7/21/06 | Calculation of Lost Profits and Reasonable Royalty Damages | | Davis Expert Report Exhibit No. 4A | F.R.E. 401-402, 702, 801-802 |

{W:\03776\60030\18000\00876715.DOC *03776600301800 0* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 250 | NZ | 7/21/06 | Calculation of Prejudgment Interest on Lost Profits and Reasonable Royalty Damages | | Davis Expert Report Exhibit No. 4A1 | F.R.E. 401-402, 702, 801-802 |
| 251 | NZ | 7/21/06 | Summary of Lost Profits Calculation | | Davis Expert Report Exhibit No. 4B | F.R.E. 401-402, 702, 801-802 |
| 252 | NZ | 7/21/06 | 2005 Lost Profits Calculation | | Davis Expert Report Exhibit No. 4B1 | F.R.E. 401-402, 702, 801-802 |
| 253 | NZ | 7/21/06 | 2006 Lost Profits Calculation | | Davis Expert Report Exhibit No. 4B2 | F.R.E. 401-402, 702, 801-802 |
| 254 | NZ | 7/21/06 | Reasonable Royalty Calculation assuming Lost Profits | | Davis Expert Report Exhibit No. 4C | F.R.E. 401-402, 702, 801-802 |
| 255 | NZ | 7/21/06 | Sales Included in Reasonable Royalty Damages 2005 | | Davis Expert Report Exhibit No. 4C1 | F.R.E. 401-402, 702, 801-802 |
| 256 | NZ | 7/21/06 | Sales Included in Reasonable Royalty Damages 2006 | | Davis Expert Report Exhibit No. 4C2 | F.R.E. 401-402, 702, 801-802 |

{W:\03776\600301800\00087615.DOC *03776600301800 0*}

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 257 | NZ | 7/21/06 | Calculation of Price Erosion Damages | | Davis Expert Report Exhibit No. 5A | F.R.E. 401-402, 702, 801-802 |
| 258 | NZ | 7/21/06 | Calculation of Prejudgment Interest on Price Erosion Damages | | Davis Expert Report Exhibit No. 5A1 | F.R.E. 401-402, 702, 801-802 |
| 259 | NZ | 7/21/06 | Calculation of Price Erosion Damages on Novozymes' Products | | Davis Expert Report Exhibit No. 5B | F.R.E. 401-402, 702, 801-802 |
| 260 | NZ | 7/21/06 | Calculation of Price Erosion Damages on Novozymes' Products by Month | | Davis Expert Report Exhibit No. 5C | F.R.E. 401-402, 702, 801-802 |
| 260A | NZ | 7/21/06 | Novozymes' Quantity Sold by Product | | Davis Expert Report Exhibit No. 5D | F.R.E. 401-402, 702, 801-802 |
| 261 | NZ | 7/21/06 | Difference in Average Selling Price Per Month | | Davis Expert Report Exhibit No. 5E | F.R.E. 401-402, 702, 801-802 |
| 262 | NZ | 7/21/06 | Novozymes' Average Selling Price Per Product | | Davis Expert Report Exhibit No. 5F | F.R.E. 401-402, 702, 801-802 |

{W:\037766\030180000\0087615.DOC *037766030180000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 263 | NZ | 7/21/06 | Prime Interest Rates | | Davis Expert Report Exhibit No. 6 | F.R.E. 702, 801-802 |
| 264 | NZ | 7/21/06 | Graph of Spezyme Ethyl, Spezyme Fred, and Liquozyme Products Quantity Sold into the Fuel Ethanol Industry | | Davis Expert Report Exhibit No. 7A | F.R.E. 401-402, 702, 801-802 |
| 265 | NZ | 7/21/06 | Graph of Spezyme Ethyl, Spezyme Fred, and Liquozyme Products Dollar Sold into the Fuel Ethanol Industry | | Davis Expert Report Exhibit No. 7B | F.R.E. 401-402, 702, 801-802 |
| 266 | NZ | 7/21/06 | Graph of Average Selling Prices of Liquozyme SC and Spezyme Ethyl | | Davis Expert Report Exhibit No. 7C | F.R.E. 401-402, 702, 801-802 |
| 267 | NZ | 7/21/06 | Data for Graphs A and B: Sales by Month of Spezyme Fred, Spezyme Ethyl, and Liquozyme Products 2003 | | Davis Expert Report Exhibit No. 7A1 | F.R.E. 401-402, 702, 801-802 |
| 268 | NZ | 7/21/06 | Data for Graphs A and B: Sales by Month of Spezyme Fred, Spezyme Ethyl, and Liquozyme Products 2004 | | Davis Expert Report Exhibit No. 7A2 | F.R.E. 401-402, 702, 801-802 |
| 269 | NZ | 7/21/06 | Data for Graphs A and B: Sales by Month of Spezyme Fred, Spezyme Ethyl, and Liquozyme Products 2005 | | Davis Expert Report Exhibit No. 7A3 | F.R.E. 401-402, 702, 801-802 |

{W:\03776\60030\18000\00876715.DOC *037766003018000* }

MPI-00222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 270 | NZ | 7/21/06 | Data for Graphs A and B: Sales by Month of Spezyme Fred, Spezyme Ethyl, and Liquozyme Products 2006 | | Davis Expert Report Exhibit No. 7A4 | F.R.E. 401-402, 702, 801-802 |
| 271 | NZ | 7/21/06 | Data for Graph C: Average Selling Price of Liquozyme SC and Spezyme Ethyl 2004 | | Davis Expert Report Exhibit No. 7B1 | F.R.E. 401-402, 702, 801-802 |
| 272 | NZ | 7/21/06 | Data for Graph C: Average Selling Price of Liquozyme SC and Spezyme Ethyl 2005 | | Davis Expert Report Exhibit No. 7B2 | F.R.E. 401-402, 702, 801-802 |
| 273 | NZ | 7/21/06 | Data for Graph C: Average Selling Price of Liquozyme SC and Spezyme Ethyl 2006 | | Davis Expert Report Exhibit No. 7B3 | F.R.E. 401-402, 702, 801-802 |
| 274 | NZ | 7/21/06 | Genencor Products Manufactured or Sold in the U.S. Summary | | Davis Expert Report Appendix A | F.R.E. 401-402, 702, 801-802 |
| 275 | NZ | 7/21/06 | Genencor Products Manufactured or Sold in the U.S. 2004 Detail by Month | | Davis Expert Report Appendix A1 | F.R.E. 401-402, 702, 801-802 |
| 276 | NZ | 7/21/06 | Genencor Products Manufactured or Sold in the U.S. 2005 Detail by Month | | Davis Expert Report Appendix A2 | F.R.E. 401-402, 702, 801-802 |

{W:\03776\6003018000\00876715.DOC *03776600301 8000* }

MPI-4022v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 277 | NZ | 7/21/06 | Genencor Products Manufactured or Sold in the U.S. 2006 Details by Month | | Davis Expert Report Appendix A3 | F.R.E. 401-402, 702, 801-802 |
| 278 | NZ | 7/21/06 | Genencor Alpha-Amylase Sales Manufactured or Sold in the U.S. by Industry | | Davis Expert Report Appendix B | F.R.E. 401-402, 702, 801-802 |
| 279 | NZ | 7/21/06 | Genencor Alpha-Amylase Sales Manufactured or Sold in the U.S. by Industry 2004 | | Davis Expert Report Appendix B1 | F.R.E. 401-402, 702, 801-802 |
| 280 | NZ | 7/21/06 | Genencor Alpha-Amylase Sales Manufactured or Sold in the U.S. by Industry 2005 | | Davis Expert Report Appendix B2 | F.R.E. 401-402, 702, 801-802 |
| 281 | NZ | 7/21/06 | Genencor Alpha-Amylase Sales Manufactured or Sold in the U.S. by Industry 2006 | | Davis Expert Report Appendix B3 | F.R.E. 401-402, 702, 801-802 |
| 282 | NZ | 2/6/02 | USPTO Notice of Recordation of Assignment Document | | | Stipulated |
| 283 | NZ | 3/13/02 | USPTO Notice of Recordation of Assignment Document | | | Stipulated |

{W:\03776\600301800000\00876715.DOC *03776600301800000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 284 | NZ | 1/30/05 | NZ Email, Subject: Ryan Heuer would like to inform you: For Your Info: | NV-D-0006483 | | F.R.E. 401-402, 801-802 |
| 285 | NZ | 1/26/02 | Quest License Agreement | NV-D-0175437 to NV-D-0175442 | Exh. 6 to the Julie L. Davis Deposition | Stipulated |
| 286 | NZ | 1/25/05 to 1/26/05 | NZ Email, Subject: Consignment Discussion with Finance | NV-D-0006515 to NV-D- 0006516 | | F.R.E. 801-802 |
| 287 | NZ | 1/13/06 to 2/28/06 | NZ Email, Subject: Spezyme Ethyl | NV-D-0002267 to NV-D- 0002272 | | F.R.E. 801-802 |
| 288 | NZ | 10/4/05 | UBS Report: Novozymes A/S | GCOR-474904 to GCOR-474925 | | F.R.E. 801-802 |
| 289 | NZ | 1/30/06 | NZ Email, Subject: Idea: 32-5 - Help Create barrier to entry of GCI's RSH technology at ICM | NV-D-0006485 to NV-D- 0006486 | | F.R.E. 801-802 |
| 290 | NZ | 10/28/05 | Genencor Email, Subject: SPEZYME ETHYL/Liquozyme SC Comparison | GCOR-475013 | | Stipulated |

{W:\03776\03018000\00876715.DOC *03776600301800000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 291 | NZ | | Comparison of SPEZYME® ETHYL and Liquozyme® SC | EDC-025574 to EDC-025575 | | Stipulated |
| 292 | NZ | 1/20/06 | EDC Call Report: Front Range Energy | EDC-027799 to EDC-027800 | | Stipulated |
| 293 | NZ | 6/12/06 | Genencor Email, Subject: RPMG | GCOR-390569 to GCOR-390570 | | Stipulated |
| 294 | NZ | 7/7/05 | NZ Call Visit Reports for Termamyl, Liquizyme or Spezyme | NV-0076373 to NV-0076378 | | F.R.E. 801-802 |
| 295 | NZ/GCOR | 8/12/05 | Genencor Monthly Report June/July 2005 | GCOR-446122 to GCOR-446124 | | Stipulated |
| 296 | NZ/GCOR | | EDC Call Report: Spezyme XTRA | EDC-025862 | | Stipulated |
| 297 | NZ | | BioProducts Program Management Monthly Report April 2005 | GCOR-448757 to GCOR-448764 | | Stipulated |
| 298 | NZ | 12/14/05 to 12/16/05 | Genencor Email, Subject: AA Document, attaching Ethyl Replacement Analysis Memo | GCOR-474963 to GCOR-474972 | | Stipulated |

- 34 -

{W:\03776\6003018000\00876715.DOC *03776603018000* }

MPI-4022v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 299 | NZ | 3/23/06 | EDC Email, Subject: DRAFT - Alpha Outlook | EDC-031782 | | Stipulated |
| 300 | NZ | 3/25/06 | EDC Email, Subject: an ad for HPA | EDC-031769 | | Stipulated |
| 301 | NZ | 4/19/06 | Genencor Email, Subject: GC 100 Supply transition plan | GCOR-389871 | | Stipulated |
| 302 | NZ | 5/4/06 to 5/13/06 | Genencor Email, Subject Spezyme Case, attaching GC 100 Trial Summary | GCOR-456377 to GCOR-456382 | | Stipulated |
| 303 | NZ | 10/5/05 | Genencor Email, Subject: hybrid amylase | GCOR-388041 to GCOR-388054 | | Stipulated |
| 304 | NZ | 1/31/06 | Genencor Email, Subject: Ethyl Backup Prelim. Plan, attaching plan | GCOR-388722 to GCOR-388723 | | Stipulated |
| 305 | NZ | 4/3/06 | EDC Email, Subject: GC 100 Alpha Amylase | EDC-031734 | | Stipulated |
| 306 | NZ | 5/1/06 | EDC April Progress Report | EDC-029851 | | Stipulated |

- 35 -

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 307 | NZ | 5/15/06 to 5/23/06 | Genencor Email, Subject: GC 100 Trial Summary, attaching GC 100 Trial Summary | GCOR-390429 | | Stipulated |
| 308 | NZ | 5/26/06 | Genencor Email, Subject: Ethyl replacement | GCOR-466225 | | Stipulated |
| 309 | NZ | 5/24/06 | FUNCTIONAL GROUP MEETING | EDC-027812 | | Stipulated |
| 310 | NZ | 6/6/06 | EDC Call Report: Golden Grain Energy - GC 100 Trial | EDC-026988 | | Stipulated |
| 311 | NZ | 6/15/06 | Genencor Email, Subject: Denco GC 100 results | GCOR-473870 | | Stipulated |
| 312 | NZ | 7/11/05 to 7/13/05 | Genencor Email, Subject: Diversa/Valley Research Ultra-Thin pH4.5 AA | GCOR-455612 to GCOR-455613 | | Stipulated |
| 313 | NZ | 12/14/05 to 12/16/05 | Genencor Email, Subject: AA Document | GCOR-474963 to GCOR-474964 | | Stipulated |
| 314 | NZ/GCOR | 4/17/06 to 4/18/06 | Genencor Email, Subject: alpha amylase comparison | GCOR-389855 to GCOR-389857 | | Stipulated |

- 36 -

{W:\03776\6003\0180000\00887615.DOC *03776600301800000* }

MP1-40022v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 315 | NZ | 5/9/06 | EDC Call Report: US Energy Partners | EDC-030822 | | Stipulated |
| 316 | NZ | 5/17/06 to 6/2/06 | Genencor Email: Repeat Items for GCOR BoD Meetings | GCOR-387661 to GCOR-387663 | | Stipulated |
| 317 | NZ | | Applications Review: GP Group Meeting - September 10/11 2003, Beloit | GCOR-173223 to GCOR-173267 | | Stipulated |
| 318 | NZ | 9/11/03 | EDC Call Report: Genencor | EDC-029831 to EDC-029833 | | Stipulated |
| 319 | NZ | 1/28/04 to 1/29/04 | Genencor Email, Subject: Profitability Project Update - Draft Presentation for SMT | GCOR-390600 to GCOR-390602 | | Stipulated |
| 320 | NZ | 9/29/04 | NZ Letter to GCI re Spezyme Ethyl with Enclosures (allowed claims and published patent application) | NV-0001057 | | Stipulated |

{W:\037776\00030180000\00087615.DOC *037776003018000* }

MPI-40222v1