| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 321 | NZ | 7/9/02 | FN4 License Agreement | NV-D-0175443 to NV-D-0175455 | Exh. 7 to the Julie L. Davis Deposition; Exh. 4 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 322 | NZ | 1/2/02 | Phytase License Agreement | NV-D-0175456 to NV-D-0175476 | Exh. 8 to the Julie L. Davis Deposition; Exh. 7 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 323 | NZ | 7/9/02 | Settlement Agreement between Genencor International, Inc. and Novozymes A/S | GCOR-171612 to GCOR-171613 | | F.R.E. 401-402, 408 |
| 324 | NZ | 7/9/02 | FN4 License Agreement between Genencor International, Inc. and Novozymes A/S | GCOR-171614 to GCOR-171626 | | Stipulated |
| 325 | NZ | 7/9/02 | Carezyme License Agreement between Genencor International, Inc. and Novozymes A/S | GCOR-171627 to GCOR-171638 | | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 326 | NZ | 7/9/02 | Kannase License Agreement between Genencor International, Inc. and Novozymes A/S | GCOR-171639 to GCOR-171649 | | Stipulated |
| 327 | NZ | 7/9/02 | Amylase License Agreement between Genencor International, Inc. and Novozymes A/S | GCOR-171650 to GCOR-171659 | | Stipulated |
| 328 | NZ | 3/23/98 | Settlement Agreement between Novo Nordisk A/S, Novo Nordisk of N.A., Inc., Novo Nordisk Biochem N.A. and Genencor International, Inc. (with the attached Second Amendment to Filamentous Fungi License Agreement, Release relating to Tolling Agreement, Protease License Agreement, Bacillus License Agreement, DURAMYL License Agreement, Color Clarification License Agreement, and Alpha-Amylase / Gluco-amylaseLicense Agreement) | GCOR-171660 to GCOR-171704 | | Partial Stipulation; object to portions of collective exhibits. See GCOR TE 733-735 |

| T.E. #. | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 329 | NZ | 8/16/96 | M222S License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171705 to GCOR-171713 | | Partial Stipulation; object to portions of collective exhibits. See portion of TE 735 |
| 330 | NZ | 8/16/96 | Aspergillus License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171714 to GCOR-171720 | | Stipulated |
| 331 | NZ | 8/16/96 | Tolling Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171721 to GCOR-171726 | | F.R.E. 401-402 |
| 332 | NZ | 6/28/95 | Amendment to Filamentous Fungi License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171727 to GCOR-171728 | | Stipulated |
| 333 | NZ | 6/28/95 | Amendment to *Trichoderma* License Agreement between Novo Nordisk A/S Genencor International, Inc. | GCOR-171729 to GCOR-171730 | | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 334 | NZ/GCOR | 4/3/95 | Durazyme License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171731 to GCOR-171741 | Exh. 13 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 335 | NZ | 4/4/95 | Appendix A: Agreement of Compromise, Settlement and Release between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171742 to GCOR-171747 | | F.R.E. 401-402, 408 |
| 336 | NZ | 11/16/94 | Appendix B: Confidentiality Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171748 to GCOR-171750 | | F.R.E. 401-402, 408 |
| 337 | NZ | | Summary of Novo Agreements | GCOR-171751 | | F.R.E. 401-402, 408 |
| 338 | NZ | 3/23/98 | Schedule 1.2 | GCOR-171752 to GCOR-171753 | | F.R.E. 401-402, 408 |
| 339 | NZ | 2/15/95 | Filamentous Fungi License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171754 to GCOR-171767 | | Stipulated |

| T.E. #. | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 340 | NZ | 2/13/95 | Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171768 to GCOR-171772 | | F.R.E. 401-402, 408 |
| 341 | NZ | | Transaction Summary – GCI / Novo Cross-License | GCOR-171773 | | Stipulated |
| 342 | NZ | 2/15/95 | *Trichoderma* License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR-171774 to GCOR-171784 | | Stipulated |
| 343 | NZ | 1/13/04 | List of Genencor patent applications and granted patents | GCOR-171785 to GCOR- 171789 | | Stipulated |
| 344 | NZ/GCOR | 4/12/06 | License Agreement between The Procter & Gamble Company and Genencor International, Inc.<br>(for detergent compositions comprising proteases and improved amylases) | GCOR-171790 to GCOR- 171806 | Exh. 9 to the Julie L. Davis Deposition | Stipulated |
| 345 | NZ/GCOR | 4/12/06 | License Agreement between The Procter & Gamble Company and Genencor International, Inc.<br>(for patent rights related to detergents comprising mannanase) | GCOR-171807 to GCOR- 171820 | Exh. 10 to the Julie L. Davis Deposition | Stipulated |

| T.E. #. | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 346 | NZ/GCOR | 6/10/04 | Patent License Agreement between The Procter & Gamble Company and Genencor International, Inc. | GCOR-171821 to GCOR- 171829 | Exh. 11 to the Julie L. Davis Deposition | Stipulated |
| 347 | NZ/GCOR | 11/10/03 | License Agreement between The Procter & Gamble Company and Genencor International, Inc. | GCOR-171830 to GCOR- 171846 | Part of Exh. 12 to the Davis Deposition (GCOR171830-171864) | Stipulated |
| 348 | NZ/GCOR | 3/18/05 | Patent License Agreement between The Procter & Gamble Company and Genencor International, Inc. | GCOR-171847 to GCOR- 171864 | Part of Exh. 12 to the Davis Deposition (GCOR171830-171864) | Stipulated |
| 349 | NZ | 11/5/04 | Gluconic Acid License Agreement between Genencor International, Inc. and DSM research B.V. | GCOR-171865 to GCOR- 171878 | | Stipulated |
| 350 | NZ | 10/12/04 | Fungal Lactase License Agreement | GCOR-171879 to GCOR- 171888 | | Stipulated |
| 351 | NZ | 11/1/02 | License Agreement between Genencor International, Inc. and ChemGen Corp. | GCOR-171889 to GCOR- 171904 | | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 352 | NZ | 1/10/02 | Phytase License Agreement | NV-D-0175429 to NV-D-0175436 | Exh. 5 to the Julie L. Davis Deposition | Stipulated |
| 353 | NZ/GCOR | 6/24/05 | Fuel Ethanol Business Analysis | NV-0015305 to NV-0015335 | LeFebvre Deposition Exhibit No. 39; Exh. 514 to the Jeff Faller Deposition; Document cited in David Teece Report | Stipulated |
| 354 | NZ | 5/18/04 | Spezyme Ethyl Commercial Case Review | GCOR-007225 to GCOR-007227 | | Stipulated |
| 355 | NZ | 5/25/04 | Spezyme Ethyl Amylase Sales Presentation | GCOR-011312 to GCOR-011401 | | Stipulated |
| 356 | NZ | | Bid for RPBG Enzyme Business for 1 July 2005 to 30 June 2006 | NV-0000797 to NV-0000801 | | Stipulated |
| 357 | NZ | | Customer Sales Information | NV-0112350 to NV-0112375 | | F.R.E. 801-802 |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 358 | NZ | | http://www.answers.com/topic/novo-nordisk | | | F.R.E.401-402, 801-802 |
| 359 | NZ | 8/18/06 | Expert Report of David J. Teece | | | Stipulated |
| 360 | NZ/GCOR | 8/18/06 | List of Materials Reviewed | | Attachment 3 to Teece Report | Stipulated |
| 361 | NZ/GCOR | 8/18/06 | Base Corrections to Ms. Davis Lost Profits Model | | Teece Report Exhibit No. 1 | Stipulated |
| 362 | NZ/GCOR | 8/18/06 | Spezyme Ethyl Replacement for Fuel ethanol Segment (Not Starch) | | Teece Report Exhibit No. 2 | Stipulated |
| 363 | NZ/GCOR | 8/18/06 | Spezyme Ethyl, Spezyme Fred, and Liquozyme SC Sales (KG) | | Teece Report Exhibit No. 3 | Stipulated |
| 364 | NZ/GCOR | 8/18/06 | Ms. Davis' Lost Profits Model Assuming Alternate But-For Sales Shares | | Teece Report Exhibit No. 4 | Stipulated |
| 365 | NZ/GCOR | 8/18/06 | Actual and But-For Price Comparisons | | Teece Report Exhibit No. 5 | Stipulated |
| 366 | NZ/GCOR | 8/18/06 | Liquozyme SC and Spezyme Ethyl Total Costs and Margins | | Teece Report Exhibit No. 6 | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 367 | NZ/GCOR | 8/18/06 | Spezyme Ethyl's Distribution Costs | | Teece Report Exhibit No. 7 | Stipulated |
| 368 | NZ/GCOR | 8/18/06 | Ms. Davis' Lost Profit Model Assuming Alternate But-For Profit Margins | | Teece Report Exhibit No. 8 | Stipulated |
| 369 | NZ/GCOR | 8/18/06 | Liquozyme SC Actual Average Prices | | Teece Report Exhibit No. 9 | Stipulated |
| 370 | NZ/GCOR | 8/18/06 | Ms. Davis' Lost Profits Model Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 10A | Stipulated |
| 371 | NZ/GCOR | 8/18/06 | Percent Change in Price: Liquozyme SC But-For Average Price vs. Spezyme Ethyl Actual Average Price | | Teece Report Exhibit No. 10B | Stipulated |
| 372 | NZ/GCOR | 8/18/06 | But-For Sales Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 10C | Stipulated |
| 373 | NZ/GCOR | 8/18/06 | Ms. Davis' Price Erosion Model Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 11A | Stipulated |
| 374 | NZ/GCOR | 8/18/06 | Price Erosion Damages Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 11B | Stipulated |

| T.E. #. | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 375 | NZ/GCOR | 8/18/06 | Adjusted But-For Sales (In Units) Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 11C | Stipulated |
| 376 | NZ/GCOR | 8/18/06 | Percent Change in But-For-Sales Assuming Various Price Elasticities of Demand | | Teece Report Exhibit No. 11D | Stipulated |
| 377 | NZ | 8/16/06 | Standard Margin Extract 2006-May through July Spezyme Ethyl.xls | | | Stipulated |
| 378 | NZ | 6/29/06 | GLOSSARY_Contribution Margin Extract 2004-2006 Spezyme Ethyl.xls | | | Stipulated |
| 379 | NZ | 6//26/06 | Contribution Margin Extract 2004-2006 Spezyme Ethyl.xls | | | Stipulated |
| 380 | NZ | 6/26/06 | Freight As Revenue Spezyme Ethyl.xls | | | Stipulated |
| 381 | NZ | 6/26/06 | Standard Margin Extract 2000-2003 Spezyme Ethyl.xls | | | Stipulated |
| 382 | NZ/GCOR | 6/29/06 | Ethanol US Historical Sales_Cost_Profit v4.xls | | | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 383 | NZ/GCOR | 6/29/06 | Ethanol US Historical Sales_Cost_Profit v5.xls | | | Stipulated |
| 384 | NZ/GCOR | 8/21/06 | Trial Balance_2005_June 2006.xls | | | Stipulated |
| 385 | NZ/GCOR | 8/21/06 | Trial Balance_2004_2005.xls | | | Stipulated |
| 386 | NZ | | NZ Customer Survey | NV-D-0174652 to NV-D-0174659 | | F.R.E. 801-802 |
| 387 | NZ/GCOR | | Transport Services - Freight Rates Eff. 8/1/06 | NV-D-0175114 to NV-D-0175115 | | Stipulated |
| 388 | NZ/GCOR | | Standard Balance by Account Group | NV-D-0175116 to NV-D-0175119 | | Stipulated |
| 389 | NZ/GCOR | | Quarterly Royalties Chart | NV-D-0175112 to NV-D-0175113 | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 390 | NZ | | Novozymes' world wide fermentation capacity outlook in April of 2005 (chart) | NV-D-0175477 to NV-D-0175479 | | F.R.E. 801-802; F.R.C.P. 26; Court's Scheduling Order; Mooted by Stipulation |
| 391 | NZ | | Plant Diagram Charts | NV-D-0175484 to NV-D-0175485 | | F.R.E. 801-802; Mooted by Stipulation |
| 392 | NZ | 10/2/01 | U.S. Patent No. 6,297,038 for Amylase Variants | | | Stipulated |
| 393 | NZ | 12/4/01 | Novozymes A/S v Enzyme Bio-Systems LTD *et al*, Civ. Action No, 01-804 (D. Del.): Complaint For patent Infringement | | | F.R.E. 401-402, 801-802 |
| 394 | NZ | 1/4/02 | Novozymes A/S v Enzyme Bio-Systems LTD *et al*, Civ. Action No, 01-804 (D. Del.): Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction | | | F.R.E. 401-402, 801-802 |
| 395 | NZ | 1/4/02 | Novozymes A/S v Enzyme Bio-Systems LTD *et al*, Civ. Action No, 01-804 (D. Del.): Appendix to Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction | | | F.R.E. 401-402, 801-802 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 396 | NZ | 1/4/02 | Novozymes A/S v Enzyme Bio-Systems LTD *et al*, Civ. Action No, 01-804 (D. Del.): Plaintiff's Motion for Preliminary Injunction | | | F.R.E. 401-402, 801-802 |
| 397 | NZ | 8/25/06 | Index to Documents Received after July 21, 2006 and Considered in Forming Opinion | | Exhibit 2 to Supplemental Report of Julie L. Davis | Stipulated |
| 398 | NZ | 8/25/06 | Calculation of Lost Profits and Reasonable Royalty Damages | | Exhibit 4A to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 702, 801-802 |
| 399 | NZ | 8/25/06 | Calculation of Prejudgment Interest on Lost Profits and Reasonable Royalty Damages | | Exhibit 4A1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402,702, 801-802 |
| 400 | NZ | 8/25/06 | Summary of Lost Profits Calculation | | Exhibit 4B to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 702, 801-802 |
| 401 | NZ | 8/25/06 | 2005 Lost Profits Calculation | | Exhibit 4B1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 702, 801-802 |

| 402 | NZ | 8/25/06 | 2006 Lost Profits Calculation | | Exhibit 4B2 to Supplemental Report of Julie L. Davis | F.R.E., 401-402, 702, 801-802 |
|---|---|---|---|---|---|---|
| 403 | NZ | 8/25/06 | Reasonable Royalty Calculation of Infringing Sales Made Outside the U.S. Fuel Ethanol Industry | | Exhibit 4C to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 702, 801-802 |
| 404 | NZ | 8/25/06 | Royalty Base Calculation on Infringing Sales Made Outside the U.S. Fuel Ethanol Industry | | Exhibit 4C1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 702, 801-802 |
| 405 | NZ | 8/25/06 | Infringing Sales Made Outside the U.S. Fuel Ethanol Industry 2005 | | Exhibit 4C2 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 406 | NZ | 8/25/06 | Infringing Sales Made Outside the U.S. Fuel Ethanol Industry 2006 | | Exhibit 4C3 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 407 | NZ | 8/25/06 | Calculation of Price Erosion Damages | | Exhibit 5A to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 408 | NZ | 8/25/06 | Calculation of Prejudgment Interest on Price Erosion Damages | | Exhibit 5A1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 409 | NZ | 8/25/06 | Calculation of Price Erosion Damages on Novozymes' Products | | Exhibit 5B to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 410 | NZ | 8/25/06 | Calculation of Price Erosion Damages on Novozymes' Products by Month | | Exhibit 5C to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 411 | NZ | 8/25/06 | Novozymes' Quantity Sold by Product | | Exhibit 5D to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 412 | NZ | 8/25/06 | Difference in Average Selling Price per Month | | Exhibit 5E to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 413 | NZ | 8/25/06 | Novozymes' Average Selling Price Per Product | | Exhibit 5F to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 414 | NZ | 8/25/06 | Prime Interest Rates | | Exhibit 6 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 415 | NZ | 8/25/06 | Calculation of Reasonable Royalty Damages Assuming No Lost Profits | | Exhibit 8A to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 416 | NZ | 8/25/06 | Calculation of Prejudgment Interest on Reasonable Royalty Damages Assuming No Lost Profits | | Exhibit 8A1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 417 | NZ | 8/25/06 | Reasonable Royalty Damages on Spezyme Ethyl Sold to the U.S. Fuel Ethanol Industry | | Exhibit 8B to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 418 | NZ | 8/25/06 | Reasonable Royalty Base Calculation Assuming No Lost Profits | | Exhibit 8B1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 419 | NZ | 8/25/06 | Infringing Sales Made in the U.S. Fuel Ethanol Industry 2005 | | Exhibit 8B2 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 420 | NZ | 8/25/06 | Infringing Sales Made in the U.S. Fuel Ethanol Industry 2006 | | Exhibit 8B3 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 421 | NZ | 8/25/06 | Reasonable Royalty Calculation on Infringing Sales Made Outside the U.S. Fuel Ethanol Market | | Exhibit 8C to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 422 | NZ | 8/25/06 | Royalty Base Calculation on Infringing Sales Made Outside the U.S. Fuel Ethanol Market | | Exhibit 8C1 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 422A | NZ | 8/25/06 | Infringing Sales Made Outside the U.S. Fuel Ethanol Industry 2005 | | Exhibit 8C2 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 423 | NZ | 8/25/06 | Infringing Sales Made Outside the U.S. Fuel Ethanol Industry 2006 | | Exhibit 8C3 to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |
| 424 | NZ | 8/25/06 | Genencor Six Month Margin Analysis of Spezyme Fred and Spezyme Ethyl | | Exhibit 8D to Supplemental Report of Julie L. Davis | F.R.E. 401-402, 701, 801-802 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 425 | NZ | | Novozymes Enzyme Supply Agreements | NV-D-0174041 to NV-D-0174539 | | F.R.C.P. 26; Scheduling Order |
| 426 | | | Space Reserved | | | |
| 427 | | | Space Reserved | | | Intentionally Left Open |
| 428 | NZ | 6/13/06 | EDC/Genencor email, Subject: Re: Albert City | EDC-032371 | | Stipulated |
| 429 | NZ | 6/8/06 | EDC/Genencor email, Subject: CR Golden Grain Energy | EDC-032385 | | Stipulated |
| 430 | NZ | 6/6/06 | EDC Call Report -- Golden Grain Energy, GC100 Trial | EDC-032634 to EDC-032636 | | Stipulated |
| 431 | NZ | 2/1/06 | Internal Genencor email, Subject: Ethyl 4 (GC 100) Meeting Update | GCOR-388727 to GCOR-388729 | | Stipulated |
| 432 | NZ | 4/3/06 | Customer email to EDC, Subject: Re: GC100 Alpha Amylase | EDC-036541 | | Stipulated |
| 433 | NZ | 6/2/06 | EDC/Genencor email, Subject: Fw: Plant Trial of GC 100 | EDC-032701 to EDC-032703 | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 434 | NZ | 3/27/06 | Internal Genencor email, Subject: Fw: GC 100 | GCOR-389787 to GCOR-389790 | | Stipulated |
| 435 | NZ | 4/19/06 | Internal Genencor email, Subject: GC 100 Supply Transition Plan | GCOR-389858 | | Stipulated |
| 436 | NZ | 4/19/06 | Internal Genencor email, Subject: Re: GC 100 Supply Transition Plan | GCOR-456369 to GCOR-456370 | | Stipulated |
| 437 | NZ | 5/26/06 | Internal Genencor email, Subject: Re: Info Needed | GCOR-456399 to GCOR-456402 | | Stipulated |
| 438 | NZ | | RPMG Enzyme Supply Proposal July 1, 2006 to June 30, 2007 | GCOR-456414 | | Stipulated |
| 439 | NZ | 4/13/06 | Internal Genencor email, Subject: Ethyl 3 and GC 100 | GCOR-465926 to GCOR-465927 | | Stipulated |
| 440 | NZ | 5/25/06 | Internal Genencor email, Subject: GC100 as a product | GCOR-465949 to GCOR-465955 | | Stipulated |
| 441 | | | Space Reserved | | | |
| 442 | NZ | | GC 100 Trial Summary | GCOR-471193 to GCOR-471198 | | Stipulated |
| 443 | NZ | 5/18/06 | Internal Genencor email, Subject: GC 100 Sales | GCOR-471211 to GCOR-471212 | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 444 | NZ | 6/8/06 | EDC/Genencor email, Subject: Golden Grain Info | EDC-031953 to EDC-031954 | | Stipulated |
| 445 | NZ | 6/6/06 | EDC/Genencor email, Subject: Hypothesis on thew slower fermentors | EDC-032374 | | Stipulated |
| 446 | NZ | | Space Reserved | | | |
| 447 | NZ | 2/1/06 | Internal Genencor email, Subject: NZ | GCOR-388730 | | Stipulated |
| 448 | NZ | | Fourth Quarter Highlights Innovation | GCOR-390484 to GCOR-390493 | | Stipulated |
| 449 | NZ | 5/23/06 | Internal Genencor email, Subject: Spezyme ethyl | GCOR-456394 to GCOR-456398 | | Stipulated |
| 450 | NZ | 6/12/06 | Internal Genencor email, Subject: RPMG | GCOR-456412 to GCOR-456413 | | Stipulated |
| 451 | NZ | 4/17/06 | Internal Genencor email, Subject: alpha amylase comparison | GCOR-389804 | | Stipulated |
| 452 | NZ | | June 2005 Monthly Report | GCOR-337742 to GCOR-337744 | | Stipulated |
| 453 | NZ | 3/14/06 | EDC Call Report (US Energy Partners -- Russell, KS) | EDC-030821 | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 454 | NZ | 4/14/06 | Internal Genencor email, Subject: Panda Notes | GCOR-469740 | | Stipulated |
| 455 | NZ/GCOR | 2003 | Advance Pricing Agreement | NV-D-174798 to NV-D-175111 | | Stipulated |
| 456 | NZ | | 2005 Novozymes Annual Report | NV-D-174540 to NV-D-174648 | | F.R.E. 801-802 |
| 457 | NZ | 8/25/06 | Genencor Int'l, Inc.'s Responses to Plaintiff Novozymes A/S' Fourth Set of Interrogatories | | | Stipulated |
| 458 | NZ | 8/1/06 | Genencor Int'l, Inc.'s Responses to Plaintiff Novozymes A/S' Third Set of Interrogatories | | | Stipulated |
| 459 | NZ | 8/1/06 | Defendant Enzyme Development Corporation's Responses to Plaintiff Novozymes A/S' Third Set of Interrogatories | | | Stipulated |
| 460 | NZ | 7/17/06 | Defendant Enzyme Development Corporation's Responses to Plaintiff Novozymes A/S' Second Set of Interrogatories | | | Stipulated |
| 461 | NZ | 7/17/06 | Genencor Int'l, Inc.'s Responses to Plaintiff Novozymes A/S' Second Set of Interrogatories | | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 462 | NZ/GCOR | 8/25/06 | Standard Margin Extract 2006-May thru August Spezyme Xtra-HPA-Alpha.xls | | 8/25/06 Email from J. Froyd to A. Lundgren, S. Woodley, D. Tellekson, R. Sullivan, and G Hykal | Stipulated |
| 463 | NZ | 9/13/06 | Enzyme Development Corporation Inventory Sales History Report | EDC-041125 to EDC-041141 | 9/14/06 Email from J. Froyd to D. Tellekson, R. Sullivan, and G Hykal | Stipulated |
| 464 | NZ/GCOR | 8/25/06 | Contribution Margin Extract 2004-2006 Spezyme Xtra-HPA-Alpha.xls | | 8/25/06 Email from J. Froyd to A. Lundgren, S. Woodley, D. Tellekson, R. Sullivan, and G Hykal | Stipulated |
| 465 | NZ | 6/9/06 | Enzyme Development Corporation Inventory Sales History Report | EDC-011304 to EDC-011328 | | Stipulated |
| 466 | NZ | | Enzyme Development Corporation Inventory Sales Analysis | EDC-011329 to EDC-011334 | | Stipulated |
| 467 | NZ | 1/9/06 | Enzyme Development Corporation Inventory Sales Analysis | EDC-011335 to EDC-011339 | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 468 | NZ | 1/7/05 | Enzyme Development Corporation Inventory Sales Analysis | EDC-011340 to EDC-011344 | | Stipulated |
| 469 | NZ | 1/5/04 | Enzyme Development Corporation Inventory Sales Analysis | EDC-011345 to EDC-011348 | | Stipulated |
| 470 | NZ | 1/3/03 | Enzyme Development Corporation Inventory Sales Analysis | EDC-011349 to EDC-011350 | | Stipulated |
| 471 | NZ | 6/2004 | Spezyme Ethyl Product Information | EDC-005363 to EDC-005364 | | Stipulated |
| 472 | NZ | 6/7/05 | Inventory Sales History Report | EDC006464 to EDC006471 | | Stipulated |
| 473 | NZ | 7/21/06 | Expert Report and Disclosure of Julie L. Davis | | | F.R.E. 401-402, 701-702, 801-802 |
| 474 | NZ | 8/25/06 | Supplemental Expert Report and Disclosure of Julie L. Davis | EDC-031734 | | F.R.E. 401-402, 701-702, 801-802 |
| 475 | NZ | 8/24/06 | Ethanol US Volumes.xls | | | Stipulated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 476 | NZ (proffered only for Spezyme® Ethyl Data) | 10/5/06 | Enzyme Development Corp. Inventory Sales History Report | EDC-041142 to EDC-041162 | | Stipulated |
| 477 | NZ | 10/5/06 | Standard Margin Extract 2006-May thru September Spezyme Ethyl.xls | | | Stipulated |
| 478 | NZ | 10/4/06 | Ethanol US Historical Sales_Costs_Profit YTD Oct. 2006.xls | | | Stipulated |
| 479 | NZ | 10/4/06 | Ethanol US Historical Sales_Volumes YTD Oct. 2006.xls | | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE501 | File History of U.S. Application No. 09/354,191, filed July 15, 1999 | Genencor/EDC | | | Stipulated |
| TE502 | File History of U.S. Application No. 08/600,656, filed February 13, 1996 | Genencor/EDC | | | Stipulated |
| TE503 | File History of U.S. Application No. 09/902,188, filed July 10, 2001 | Genencor/EDC | | | Stipulated |
| TE504 | PCT Publication No. WO 96/23873, entitled Amylase Variants, by Bisgard-Frantzen et al., published August 8, 1996 | Genencor/EDC | | | Stipulated |
| TE505 | Declaration of Christian Isak Jorgensen, dated June 16, 2005) (with exhibits) | Genencor/EDC | C. Jorgensen Deposition Exh. 1; Exh. F to Memorandum of Law i/s/o Plaintiff's Motion | | Stipulated |
| TE506 | Email dated August 3, 2005 from A. Vikso-Nielsen to C. Sonksen et al., re: spezyme ethyl GCI characterization | Genencor/EDC | C. Jorgensen Deposition Exh. 3 | NV-0070872 | Stipulated |
| TE507 | Email dated May 24, 2005 from D. Boyce to T. Burns et al., re Com Plus - Visit To Customer - 5/24/2005 | Genencor/EDC | LeFebvre Deposition Exh. 27; Exh. O to Defendant's Opposition (APP. 1735 - 1737) | NV-0053244 - NV-0053246 | Objection: FRE 801-802 (Hearsay) |
| TE508 | Declaration of Torben V. Borchert, dated September 7, 2004 | Genencor/EDC | Arnold Deposition Exh. 43; Exh. H to the Memorandum of Law i/s/o | NV-0154096 - NV-0154113 | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Plaintiff's Motion; Exh. I to Defendant's Opposition (APP. 1426-1443); Exh. C to the Machius Expert Report; Exh. C to the Klibanov Report; Exh. 5 to the Arnold Rebuttal Report | | |
| TE509 | *A Truncated, thermostable Bacillus steadothemophilus alpha amylase* (1987) | Genencor/EDC | Arnold Deposition Exh. 45 | NV-0154314 | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE510 | United States Patent Application Publication No. US 2003/0228673 A1, dated December 11, 2003 | Genencor/EDC | Arnold Deposition Exh. 47 | | Stipulated |
| TE511 | Declaration of Frances H. Arnold in Novozymes A/S v. Enzyme Bio-Systems Ltd. et al., dated January 4, 2002 | Genencor/EDC | Arnold Deposition Exh. 48 | NV-0026897 - NV-0026924 | Stipulated |
| TE512 | Preliminary Amendment re Bisgard-Frantzen Application, dated December 19, 2001. | Genencor/EDC | Borchert Deposition Exh. 51A; Exh. H to Defendant's | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Opposition (APP. 935-940) | | |
| TE513 | Office Action Summary re Application no: 10/025,648, dated July 29, 2003. | Genencor/EDC | Borchert Deposition Exh. 51B; Exh. H to Defendant's Opposition (APP. 941-951) | | Stipulated |
| TE514 | Amendment to Claims re application no: 10/025,648, dated September 7, 2004. | Genencor/EDC | Borchert Deposition Exh. 51C; Exh. H to Defendant's Opposition (APP. 952-956) | | Stipulated |
| TE515 | Office Action Summary re Application no: 10/025,648, dated April 6, 2004. | Genencor/EDC | Borchert Deposition Exh. 51D; Exh. H to Defendant's Opposition (APP. 958-969) | | Stipulated |
| TE516 | Email dated August 11, 2004 from T. Borchert to K. Brown et al., re Spezyme deletion area detected | Genencor/EDC | Borchert Deposition Exh. 51E; Exh. H to Defendant's Opposition (APP. 970) | NV-0105362 | Stipulated |
| TE517 | Examiner-Initiated Interview Summary re application no: 10/025,648 | Genencor/EDC | Borchert Deposition Exh. 51F; Exh. H to | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Defendant's Opposition (APP. 971-972) | | |
| TE518 | Amendment to Claims re application no: 10/025,648 | Genencor/EDC | Borchert Deposition Exh. 51G; Exh. H to Defendant's Opposition (APP. 973-978) | | Stipulated |
| TE519 | Email from H. Bisgard-Frantzen to A. Norgaard et al., re Spezyme Ethyl | Genencor/EDC | Borchert Deposition Exh. 51H; Exh. H to Defendant's Opposition (APP. 979) | NV-0104922 | Stipulated |
| TE520 | Foreign Patent Application No: PA 1995 00126, filed February 3, 1995. | Genencor/EDC | Borchert Deposition Exh. 53; Exh. H to Defendant's Opposition (APP. 986-1047) | | Stipulated |
| TE521 | Foreign Patent Application No: PA 1995 00336, filed March 29, 1995. | Genencor/EDC | Borchert Deposition Exh. 54; Exh. H to Defendant's Opposition (APP. 1048-1128) | | Stipulated |
| TE522 | Foreign Patent Application No: PA 1995 01097, filed September 29, 1995. | Genencor/EDC | Borchert Deposition Exh. 55; | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Exh. H to Defendant's Opposition (APP. 1129-1215) | | |
| TE523 | Foreign Patent Application No: PA 1995 01121, filed October 6, 1995. | Genencor/EDC | Borchert Deposition Exh. 56; Exh. H to Defendant's Opposition (APP. 1216-1303) | | Stipulated |
| TE524 | Declaration of Torben V. Borchert - Patent Interference No. 105, 206(JTM) | Genencor/EDC | Borchert Deposition Exh. 58; Exh. H to Defendant's Opposition (APP. 1333-1413); Exh. 3 to Borchert Declaration | NV-0021407 - NV-0021435 | Stipulated |
| TE525 | Deposition Transcript of the Deposition of Torben Borchert, Ph.D., dated September 27, 2004 | Genencor/EDC | Borchert Deposition Exh. 59 | NV-0173970 - NV-0174050 | Stipulated |
| TE526 | SR1 Spezyme Ethyl SM Action Plan - Proposal, dated August 20 to November 30, 2004 | Genencor/EDC | Garbell Deposition Exh. 64 | NV-0004794 - NV-004796 | Stipulated |
| TE527 | Declaration of William R. Pearson, dated September 8, 2005 (with exhibits) | Genencor/EDC | Pearson Deposition Exh. 69; Exh. D to Defendant's Opposition (APP. 446-491) | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE528 | Email dated October 25, 2005 from W. Pearson to S. Wang re: Sequence alignment by the Align Program. | Genencor/EDC | Pearson Deposition Exh. 70 | | Stipulated |
| TE529 | Declaration of Xiaoqiu Huang, dated September 8, 2005 (with exhibits) | Genencor/EDC | Huang Deposition Exh. 79; Exh. E to Defendant's Opposition (APP 492-524) | | Stipulated |
| TE530 | O. Salazar *et al.*, *Thermostabilization of a Cytochrome P450 Peroxygenase*, ChemBioChem, pp. 891 - 893. | Genencor/EDC | Second Arnold Deposition Exh. 85 | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE531 | P. L. Wintrode *et al.*, *Cold Adaptation of a Mesophilic Subtilism-like Protease by Laboratory Evolution*, Journal of Biological Chemistry, Vol. 275, No. 41, pp. 31635 - 31640 (2000). | Genencor/EDC | Second Arnold Deposition Exh. 86 | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE532 | Curriculum Vitae of Thomas Clifford Alber | Genencor/EDC | Exh. 1 to the Alber Declaration (APP. 152-161); Exh. A to the Alber Report | | Stipulated |
| TE533 | Spezyme Ethyl Amino Acid Sequence | Genencor/EDC | Exh. 3 to the Alber Declaration (APP. 171); Exh. 3 to the | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Second Devereux Declaration; Exh. 9 to the Second Alber Report; Exh. 9 to the Arnold Report; Exh. 2 to the Devereux Report | | |
| TE534 | The File Fastal16c32.shar.Z for FASTA Version1.6 as Downloaded from the URL: ftp.virginia.edu/pub/fasta/tmp/fasta16c32 .shar.Z (On Compact Disk) | Genencor/EDC | Exh. 5 to the Alber Declaration (APP. 174) | | Objection: FRE 801-802 (Hearsay) |
| TE535 | The File Fastal16c32.shar.Z for FASTA Version1.6 as Downloaded from the URL: ftp.virginia.edu/pub/fasta/tmp/fasta16c32 .shar.Z (On Compact Disk) | Genencor/EDC | Exh. 5A to the Alber Declaration (APP. 175) | | Objection: FRE 801-802 (Hearsay) |
| TE536 | Executable ALIGN Program from FASTA version 1.6 (On Compact Disc) | Genencor/EDC | Exh. 5B to the Alber Declaration (APP. 176); Exh. 56 to the Second Alber Report | | Objection: FRE 801-802 (Hearsay) |
| TE537 | Compact disk | Genencor/EDC | Exh. 7 to the Alber Declaration (APP.179) | | Objection: FRE 801-802 (Hearsay) |
| TE538 | GAP (Huang) Source Cofe File gap.c available at ftp://cs.mtu.edu/pub/huang | Genencor/EDC | Exh. 7A to the Alber Declaration (APP. 180) | | Objection: FRE 801-802 (Hearsay) |
| TE539 | Executable GAP (Huang) Program (on | Genencor/EDC | Exh. 7B to the | | Stipulate to use as a |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | compact disk) | | Alber Declaration (APP. 181); Exh. 59 to the Second Alber Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE540 | GAP (Huang) Alignment: SEQ ID No: 3 to spezyme Ethyl | Genencor/EDC | Exh. 8 to the Alber Declaration (APP. 182 - 184) | | Objection: FRE 801-802 (Hearsay) |
| TE541 | Hypothetical Alpha-Amylase Amino Acid Sequence | Genencor/EDC | Exh. 9 to the Alber Declaration (APP. 185) | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE542 | GAP (GCG) Alignment: SEQ ID No. 3 to Hypothetical alpha-amylase | Genencor/EDC | Exh. 10 to the Alber Declaration (APP. 186 - 187) | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE543 | ATCC 31,195 Alpha-Amylase Variant Amid Acid Sequence | Genencor/EDC | Exh. 11 to the Alber Declaration (APP. 188) | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | | | evidence. |
| TE544 | GAP (GCG) Alignment: Spezyme Ethyl to ATCC 31,195 alpha-amylase Variant | Genencor/EDC | Exh. 12 to the Alber Declaration (APP. 189 -190) | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE545 | Caenepeel, S. *et al.*, *The mouse kinome: Discovery and comparative genomics of all mouse protein kinases,* PROC NATL. ACAD. SCI. USA 101, pp. 11707 - 11712 (2004). | Genencor/EDC | Exh. 13 to the Alber Declaration (APP-192-197); Exh. 29 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE546 | Stedman, H. *et al.*, *Myosin gene mutation correlates with anatomical changes in the human lineage,* NATURE, Vol. 428, pp. 415-418 (2004). | Genencor/EDC | Exh. 14 to the Alber Declaration (APP. 199-202); Exh. 30 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE547 | Satoh, H. *et al.*,*Evidence for Movement of the alpha-amylase Gene in Two Phylogenetically Distant Bacillus stearothermophilus Strains,* JOURNAL OF BACTERIOLOGY, Vol. 170 No. 3, pp. 1034-1040 (1998). | Genencor/EDC | Exh. 15 to the Alber Declaration (APP. 203 - 210); Exh. 31 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE548 | Janecek, S., *Sequence similarities and evolutionary relationships of microbial, plant and animal alpha-amylase*, EUROPEAN JOURNAL BIOCHEM, 224, pp. 519-524 (1994). | Genencor/EDC | Exh. 16 to the Alber Declaration (APP. 211 - 217); Exh. 32 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE549 | Janecek, S. *et al.*, *Domain Evolution in the alpha-amylase Family,* JOURNAL OF MOLECULAR EVOLUTION, 45, pp. 322 - 331 (1997). | Genencor/EDC | Exh. 17 to the Alber Declaration (APP. 218-228); Exh. 33 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE550 | Dauter, Z. *et al.*,,*X-ray Structure of Novamyl, the Five-Domain "Maltogenic" alpha-amylase from Bacillus stearothermphilius: Maltose and Acarbose Complexes at 1.7 A Resolution,* BIOCHEMISTRY, 38, pp. 8385 - 8392 (1999). | Genencor/EDC | Exh. 18 to the Alber Declaration (APP. 229-237); Exh. 34 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE551 | Crick, F.H.C., *On the Genetic Code*, SCIENCE, NEW SERIES, Vol. 139, No. 3554, p. 461-464 (1963). | Genencor/EDC | Exh. 19 to the Alber Declaration (APP. 238-243); Exh. 35 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE552 | Benzer, S., Champe, S. P., *A Change* | Genencor/EDC | Exh. 20 to the | | Stipulate to use as a |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | *from Nonsense to Sense in the Genetic Code,* PROC NATL. ACAD. SCI. USA, Vol. 42, No. 7, pp. 1114-1121 (1962). | | Alber Declaration (APP.244 - 253); Exh. 36 to the Second Alber Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE553 | J. H. Miller *et al.*, *Genetic Studies of the lac Repressor*, JOURNAL OF MOLECULAR BIOLOGY, Vol. 131, pp. 191-222 (1979). | Genencor/EDC | Exh. 21 to the Alber Declaration (APP. 254-290); Exh. 37 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE554 | Miller, J. H., *Use of Nonsense Suppression to Generate Altered Proteins,* METHODS OF ENZYMOLOGY, Vol. 208, pp. 543 - 563 (1991). | Genencor/EDC | Exh. 22 to the Alber Declaration (APP. 291-311); Exh. 38 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE555 | Poteete, A., Hardy, L., *MINIREVIEW: Genetic Analysis of Bacteriophage T4 Lysozyme Structure and Function,* JOURNAL OF BACTERIOLOGY, Vol. 176, No. 22, pp. 6783 - 6788 (1994). | Genencor/EDC | Exh. 23 to the Alber Declaration (APP.312 - 318); Exh. J to the Alber Report; Exh. 39 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE556 | Platt, T. *et al.*, *Translational Restarts: AUG Reinitiation of a lac Repressor* | Genencor/EDC | Exh. 24 to the Alber Declaration | | Stipulate to use as a demonstrative. |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | *Fragment*, PROC NATL. ACAD. SCI. USA, Vol. 69, No. 4, pp. 897 - 901 (1972). | | (APP.319 -324); Exh. 40 to the Second Alber Report | | Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE557 | Files, J. *et al.*, *Translational Reinitiation of lac Repressor Fragments at Three Internal Sites Early in the lac i gene of Escherichia coli*, PROC. NAT. ACAD. SCI USA, Vol. 71, No. 3, pp. 667-670 (1974). | Genencor/EDC | Exh. 25 to the Alber Declaration (APP. 326-329); Exh. 41 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE558 | Gene, Nagase, H., and Nakamura, Y., *Mutations of the APC (Adenomatous Polyposis Coli)*, HUMAN MUTATION, Vol. 2, pp. 425-434 (1993). | Genencor/EDC | Exh. 26 to the Alber Declaration (APP.331-340); Exh. 42 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE559 | Dayhoff, M., *Protein Data Introduction,* ATLAS OF PROTEIN SEQUENCE AND STRUCTURE, D-1 -D-10 (1972). | Genencor/EDC | Exh. 27 to the Alber Declaration (APP. 341 - 353); Exh. 43 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE560 | Linzen *et al.*, *The Structure of Arthopod Hemocyanins,* SCIENCE, Vol. 229, No. 4713, pp. 519 - 524 (1985). | Genencor/EDC | Exh. 28 to the Alber Declaration (APP. 356 - 361); | | Stipulate to use as a demonstrative. Reserve right to |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | Exh. 44 to the Second Alber Report | | object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE561 | Byrant-Greenwood, G., Schwabe, C., *Human Relaxins: Chemistry and Biology*, ENDOCRINE REVIEWS, Vol. 15, No. 1, pp. 5 - 26 (1994). | Genencor/EDC | Exh. 29 to the Alber Declaration (APP. 362 -384); Exh. 45 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE562 | Dickerson, R.E., Geis, I., The Structure and Action of Proteins, Harper & Row, New York. pp. 52-66 (1969). | Genencor/EDC | Exh. 30 to the Alber Declaration (APP. 385-401); Exh. 46 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE563 | Sambrook, Fritsch and Maniatis, Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Springs Harbor Laboratory Press, Cold Spring Harbor, NY, pp. 5.73-5.77 (1989). | Genencor/EDC | Exh. 31 to the Alber Declaration (APP. 402 - 407) | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE564 | Astromoff, AN., Ptashne, M., *A Variant of lambda Repressor with an Altered Patterned of Cooperative Binding to DNA Sites*, PROC NATL. ACAD. SCI. | Genencor/EDC | Exh. 32 to the Alber Declaration (APP. 408-414); Exh. 48 to the | | Stipulate to use as a demonstrative. Reserve right to object under FRE |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | USA, Vol. 92, No. 19, pp. 8110-8114 (1995). | | Second Alber Report | | 801-802 (Hearsay) if offered as evidence. |
| TE565 | Nye, J. *et al.*, *Interaction of Murine Ets-1 with GGA-binding sites establishes the ETS domain as a new DNA-binding motif*, GENES & DEVELOPMENT, Vol. 6, pp. 975 - 990 (1992). | Genencor/EDC | Exh. 33 to the Alber Declaration (APP. 415-430); Exh. 49 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE566 | Glumoff, T. *et al.*, *A Truncated, Thermostable Bacillus stearothermophilus alpha-amylase*, PROTEIN ENGINEERING, p. 241 (1987). | Genencor/EDC | Exh. 34 to the Alber Declaration (APP.431-432); Exh. 50 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE567 | M. Vihinen *et al.*, *C-Terminal truncations of a Thermostable Bacillus Strearothermophilus alpha amylase*, PROTEIN ENGINEERING, Vol. 7, No. 10, pp. 1255 - 1259 (1994). | Genencor/EDC | Exh. 35 to the Alber Declaration (APP. 433-438); Arnold Deposition Exh. 46; Second Alber Deposition Exh. 202; Exh. AQ to the Alber Report; Exh. 24 to the Second Alber Report | NV-0154302 - NV-0154306 | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE568 | Nakajima, R. *et al.*, *Nucleotide Sequence* | Genencor/EDC | Exh. 36 to the | | Stipulate to use as a |