| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | *of the Bacillus stearothermophilus alpha-Amylase Gene*, JOURNAL OF BACTERIOLOGY, Vol. 163, No. 1, pp. 401 -406 (1985). | | Alber Declaration (APP.439-445); Exh. 15 to the Second Alber Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE569 | Lindgren and McElrath, Introduction to Probability and Statistics, Macmillan, New York, 1959, pp. 7-10 (1959). | Genencor/EDC | Exh. C to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE570 | M. H. Hecht et al., *Effect of single amino acid replacements on the thermal stability of NH2-terminal domain of phage lambda repressor*, PROCEEDINGS OF NATIONAL ACADEMY OF SCIENCE, Vol. 81, pp. 5685-5689 (1984). | Genencor/EDC | Exh. D to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE571 | T. Alber et al., *Replacements of Pro 86 in phage T4 Lysozyme Extend an alpha-Helix But Do Not Alter Protein Stability*, SCIENCE, Vol. 239, pp. 631 – 635 (1988). | Genencor/EDC | Exh. E to the Alber Report; Exh. 3 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE572 | D. W. Heinz et al., *Folding and function of a T4 lysozyme containing 10* | Genencor/EDC | Exh. F to the Alber Report | | Stipulate to use as a demonstrative. |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | consecutive alanines illustrate the redundancy of information in an amino acid sequence, PROCEEDINGS OF NATIONAL ACADEMY SCIENCE, Vol. 89, pp. 3751-3755 (1992). | | | | Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE573 | J. F. Reidhaar-Olson et al., Combinatorial Cassette Mutagenesis as a Probe of the Informational Content of Protein Sequences, RESEARCH ARTICLES, Vol.241, pp. 53 - 57 (1998). | Genencor/EDC | Exh. G to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE574 | J. U. Bowie et al., Deciphering the Message in Protein Sequences: Tolerance to Amino Acid Substitutions, SCIENCE, Vol. 247, pp. 1306-1310 (1990). | Genencor/EDC | Exh. H to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE575 | J. A. Ybe et al., Sequence replacements in the central beta-turn of plastocyanin, PROTEIN SCIENCE, pp. 814 - 824 (1996). | Genencor/EDC | Exh. I to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE576 | P. Markiewicz et al., Genetic Studies of the lac Repressor - Analysis of 4000 Altered Escherichia coli lac Repressors | Genencor/EDC | Exh. K to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | *Reveals Essential and Non-essential Residues, as well as "Spacers" which do not Require a Specific Sequence, pp. 421-433 (1994).* | | | | object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE577 | *W. A. Lim, et al., The Crystal structure of a mutant protein with altered but improved hydrophobic core packing,* Vol. 31, pp. 423-427 (1994). | Genencor/EDC | Exh. L to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE578 | *W. A. Lim et al., Structural and Energetic Consequences of Disruptive Mutations in a Protein Core,* BIOCHEMISTRY, Vol. 31, No. 17, pp. 4324 - 4333 (1992). | Genencor/EDC | Exh. M to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE579 | *W. A. Lim, Alternative packing arrangements in the hydrophobic core of the lambda repressor,* NATURE, Vol. 339, pp. 31 - 36 (1989). | Genencor/EDC | Exh. N to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE580 | *E.P. Baldwin, et al., The Role of Backbone Flexibility of Variants That Repack the Core of T4 Lysozyme,* SCIENCE, Vol. 262, pp. 1715 - 1718 | Genencor/EDC | Exh. O to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | (1993). | | | | 801-802 (Hearsay) if offered as evidence. |
| TE581 | P. B. Harbury et al., *A Switch Between Two-, Three-, and Four-Stranded Coiled Coils in GCN4 Leucine Zipper Mutants,* SCIENCE, Vol. 262, pp. 1401 - 1407 (1993). | Genencor/EDC | Exh. P to the Alber Report; Exh. 5 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE582 | J. R. Desjarlais et al., *De Novo design of the hydrophobic cores of proteins,* PROTEIN SCIENCE, pp. 2006 - 2018 (1995). | Genencor/EDC | Exh. Q to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE583 | F. H. Arnold, *When blind is better: Protein design by evolution,* NATURE BIOTECHNOLOGY, Vol. 16, pp. 617 - 618 (1998). | Genencor/EDC | Exh. R to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE584 | H. H. Guo, et al., *Protein tolerance to random amino acid change,* PNAS, Vol. 101, No. 25, pp. 9205-9210 (2004). | Genencor/EDC | Exh. S to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) |

{W:\037766003018000\00876715.DOC *037766003018000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE585 | J. D. Bloom, *et al., Thermodynamic prediction of protein neutrality*, PNAS, Vol. 102, No. 3, pp. 606 - 611 (2005). | Genencor/EDC | Exh. T to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE586 | D. A. Drummond, *et al., Why High-error-rate Random Mutagenesis Libraries are Enriched in Functional and Improved Proteins*, JOURNAL OF MOLECULAR BIOLOGY, pp. 806 - 816 (2005). | Genencor/EDC | Exh. U to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE587 | S. Kamtekar *et al., Protein Design by Binary Patterning of Polar and Nonpolar Amino Acids*, SCIENCE, Vol. 262, pp. 1680 - 1685 (1993). | Genencor/EDC | Exh. V to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE588 | N. Declerck *et al., Use of Amber Suppressors to Investigate the Thermostability of Bacillus licheniformis alpha-amylase*, JOURNAL OF BIOLOGICAL CHEMISTRY, Vol. 265, No. 26, pp. 15481 - 15488 (1990). | Genencor/EDC | Exh. W to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as |

{W:\0377\66003018000\0087\66715.DOC *0377\66003018000* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| TE589 | B. Matthews, *Structural and Genetic Analysis of Protein Stability*, ANNUAL REVIEWS, pp. 139 - 160 (1993). | Genencor/EDC | Exh. X to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE590 | P. L. Wintrode et al., *Patterns of adaptation in a laboratory evolved thermophilic enzyme*, BIOCHIMICA ET BIOPHYSICA ACTA, pp. 1-8 (2001). | Genencor/EDC | Exh. Y to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE591 | F. H. Arnold, *Engineering proteins for nomatural environments*, FASEB, pp. 744 -749 (1993). | Genencor/EDC | Exh. AA to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE592 | F. H. Arnold, *Enzyme engineering reaches the boiling point*, PROCEEDINGS OF NATIONAL ACADEMY OF SCIENCE, Vol. 95, pp. 2035-2036 (1998). | Genencor/EDC | Exh. AB to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |

{W:\037766003018000\00876715.DOC *037766003018000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE593 | T. J. Ahern et al., *The Mechanisms of Irreversible Enzyme Inactivation at 100 degrees*, SCIENCE, Vol. 228, pp. 1280 - 1284 (1985). | Genencor/EDC | Exh. AE to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE594 | M. Matsumura et al., *Stabilization of phage T4 lysozyme by engineered disulfide bonds*, PROCEEDINGS OF NATIONAL ACADEMY OF SCIENCE, Vol. 86, pp. 6562-6566 (1989). | Genencor/EDC | Exh. AF to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE595 | T. Zhang et al., *Entropic effects of disulphide bonds on protein stability*, STRUCTURAL BIOLOGY, Vol. 1, No. 7, pp. 434 - 438 (1994). | Genencor/EDC | Exh. AG to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE596 | A. Pakula et al., *Reverse hydrophobic effects relieved by amino-acid substitutions at a protein surface*, NATURE, Vol. 344, pp. 363 - 364 (1990). | Genencor/EDC | Exh. AH to the Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE597 | A. Pakula et al., *Amino Acid* | Genencor/EDC | Exh. AI to the | | Stipulate to use as a |

{W:\03776600301\8000\00876715.DOC *03776600301\8000* }

MPI-0222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
|  | Substitutions that Increases the Thermal Stability of the lambda Cro Protein, PROTEINS: STRUCTURE, FUNCTION, AND GENETICS, pp. 202 - 210 (1989). |  | Alber Report |  | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE598 | B.W. Matthews et al., Enhanced protein thermostability from site-directed mutations that decrease the entropy of unfolding, PROCEEDING OF THE NATIONAL ACADEMY OF SCIENCE, Vol. 84, pp. 6663 - 6667 (1987). | Genencor/EDC | Exh. AJ to the Alber Report |  | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE599 | M. Blaber, Determination of alpha-Helix Propensity within the Context of a Folded Protein - Sites 44 and 131 in Bacteriophage T4 Lysozyme, JOURNAL OF MOLECULAR BIOLOGY, pp. 600 - 624 (1994). | Genencor/EDC | Exh. AK to the Alber Report |  | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE600 | M. Blaber et al., Structural Basis of Amino Acid a Helix Propensity, SCIENCE, Vol. 260, pp. 1637 - 1640 (1993). | Genencor/EDC | Exh. AL to the Alber Report |  | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE601 | N. Declerck, et al., Hyperthermostable mutants of Bacillus licheniformis alpha- | Genencor/EDC | Exh. AP to the Alber Report |  | Stipulate to use as a demonstrative. |

{W:\03776\600301\8000\00876715.DOC *03776600301800 0* }

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | *amylase: thermodynamic studies and structural interpretation*, PROTEIN ENGINEERING, Vol. 10, No. 5, pp. 541-548 (1997). | | | | Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE602 | Curriculum Vitae of Mischa Christian Machius | Genencor/EDC | Exh. A to the Machius Expert Report | | Stipulated |
| TE603 | Figure 2, showing the superposition of domain B of BLA in the absence of calcium and presence of calcium | Genencor/EDC | Exh. E to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE604 | M. P. Brosnan et al., *Investigation of the mechanisms of irreversible thermoinactivation of Bacillus stearothermophilus alpha-amylase*, EUROPEAN JOURNAL OF BIOCHEM, Vol. 2003, pp. 225-231 (1992). | Genencor/EDC | Exh. F to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE605 | P.J. Brumm et al., *Purification and Properties of a New, Commercial, Thermostable Bacillus stearothermophilus alpha-Amylase*, FOOD BIOTECHNOLOGY, pp. 67-80 (1988). | Genencor/EDC | Exh. G. to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |

MPI-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE606 | N. Declerck et al., *Hyperthermostable mutants of Bacillus licheniformis alpha-amylase: multiple amino acid replacement and molecular modelling*, PROTEIN ENGINEERING, Vol. 8, No. 10, pp. 1029-1037 (1995). | Genencor/EDC | Exh. I to the Machius Expert Report | | Stipulated |
| TE607 | A. Kulipulos et al., *Localization of the Affinity Peptide-Substrate Inactivation Site on Recombinant Vitamin K-dependent Carboxylase*, JOURNAL OF BIOLOGICAL CHEMISTRY, Vol. 269, No. 33, pp. 21364 - 21370 (1994). | Genencor/EDC | Exh. L to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE608 | V. V. Mozhaev, *Mechanism-based strategies for protein thermostabilization*, TRENDS BIOTECHNOLOGY, pp. 88-95 (1993). | Genencor/EDC | Exh. O to the Machius Expert Report; Exh. J to the Klibanov Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE609 | M. W. Pantoliano et al., *Large Increases in General Stability for Subtilism BPN' through Incremental Changes in the Free Energy of Unfolding*, BIOCHEMISTRY, pp. 7205 - 7213 (1989). | Genencor/EDC | Exh. P to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE610 | L. Serrano et al., *The Folding of an Enzyme: Structure of the Transition* | Genencor/EDC | Exh. R to the Machius Expert | | Stipulate to use as a demonstrative. |

{W:\03776600301800000876715.DOC *03776600301800000* }

MPI-00222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | *State for Unfolding of Barnase Analysed by a Protein Engineering Procedure,* JOURNAL OF BIOLOGY, pp. 805 - 818 (1992). | | Report | | Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE611 | U.S. Patent No. 6,297,038 B1, Bisgard Franzen et al. | Genencor/EDC | | | Stipulated |
| TE612 | M. Vihinen et al., *Characterization of a Thermostable Bacillus stearothermophilus alpha-amylase,* BIOTECHNOLOGY AND APPLIED BIOCHEMISTRY, pp. 427 - 435 (1990). | Genencor/EDC | Exh. W to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE613 | G. Vriend et al., *Stabilization of the neutral protease of Bacillus stearothermophilus by removal of a buried water molecule,* PROTEIN ENGINEERING, Col. 4, No. 8, pp. 941 - 945 (1991). | Genencor/EDC | Exh. X to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE614 | Q. Xu et al., *Identification of Surface-Exposed Domains on the Reducing Side of Photosystem,* PLANT PHYSIOLOGY, pp. 617 - 624 (1994). | Genencor/EDC | Exh. Y to the Machius Expert Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE615 | Curriculum Vitae of Alexander M. | Genencor/EDC | Exh. A to the | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | Klibanov | | Klibanov Report | | |
| TE616 | Chapter 18 of a textbook entitled, "Analysis of Messy Data," G. Milliken and D. Johnson, Chapman & Hall/CRC, 2002) | Genencor/EDC | Exh. D to the Klibanov Report | | Objection: FRE 801-802 (Hearsay) |
| TE617 | U.S. Federal Policy on Research Misconduct | Genencor/EDC | Exh. E to the Klibanov Report | | Objection: FRE 801-802 (Hearsay) |
| TE618 | Linear regression plots for the experimental data set in the Borchert Declaration (Exh. 1 to 19) | Genencor/EDC | Exh. 1 to the Klibanov Report | | Stipulated |
| TE619 | Curriculum Vitae of Thomas C. Alber | Genencor/EDC | Exh. 1 to the Second Alber Report | | Stipulated |
| TE620 | T. Alber et al., Contributions of hydrogen bonds of Thr 157 to the thermodynamic stability of phage T4 lysozyme, NATURE, Vol. 330, pp. 41 - 46 (1987). | Genencor/EDC | Exh. 2 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE621 | T. Alber, Mutation Effect on Protein Stability, ANNUAL REVIEW BIOCHEM, Vol. 58, pp. 765 - 798 (1989). | Genencor/EDC | Exh. 4 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE622 | P. Harbury et al., High-Resolution | Genencor/EDC | Exh. 6 to the | | Stipulate to use as a |

- 87 -

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | *Protein Design with Backbone Freedom*, SCIENCE, Vol. 282, pp. 1462 - 1467 (1998). | | Second Alber Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE623 | S. Crowder et al., *Covariance Analysis of RNA Recognition Motifs Identifies Functionally Linked Amino Acids*, JOURNAL OF MOLECULAR BIOLOGY, Vol. 310, pp. 793 - 800 (2001). | Genencor/EDC | Exh. 7 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE624 | J. Holton, T. Alber, *Automated protein crystal structure determination using ELVES*, PNAS, Vol. 101, No. 6, pp. 1537 - 1542 (2004). | Genencor/EDC | Exh. 8 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE625 | G997 Alpha-Amylase Amino Acid Sequence | Genencor/EDC | Exh. 11 to the Second Alber Report | | Objection: FRE 801-802 (Hearsay) |
| TE626 | Amino Acid Sequence of SEQ ID No:3 | Genencor/EDC | Exh. 12 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| TE627 | The Amino Acid Sequence of Seq 3 from Figure 1 in '031 patent | Genencor/EDC | Exh. 13 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE628 | H. Ihara et al., Complete Nucleotide Sequence of a Thermophilic alpha-amylase Gene: Homology between Prokaryotic and Eukaryotic alpha-Amylases at the Active Sites, JOURNAL OF BIOCHEM, Vol. 98, No. 1, pp. 95 - 103 (1985). | Genencor/EDC | Exh. 14 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE629 | G. Gray et al., Structural Genes Encoding the Thermophilic alpha-Amylase of Bacillus stearothermophilus and Bacillus licheniformis, JOURNAL OF BACTERIOLOGY, Vol. 166, No. 2, pp. 635 - 643 (1986). | Genencor/EDC | Exh. 16 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE630 | I. Suominen et al., Thermostable Alpha Amylase of Bacillus Stearothermophilus: Cloning, Expression, and Secretion by Escherichia Coli, Extracellular Enzymes of Microorganisms, J. Chaloupka and V. Krumphanzl, eds., pp. 129-137 (1987). | Genencor/EDC | Exh. 17 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| TE631 | G. Manning et al., *Thermostable alpha - Amylase of Bacillus stearothermophilus - Physical Properties and Molecular Weight*, JOURNAL OF BIOLOGICAL CHEMISTRY, Vol. 236, No. 11, pp. 2958 - 2961 (1961). | Genencor/EDC | Exh. 19 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE632 | S. Pfueller, W. H. Elliott, *The Extracellular alpha-Amylase of Bacillus stearothermophilus*, JOURNAL OF BIOLOGICAL CHEMISTRY, Vol. 244, No. 1, pp.48 - 54 (1969). | Genencor/EDC | Exh. 20 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE633 | N. Tsukagoshi et al., *Cloning and Expression of a Thermophilic alpha-amylase Gene from Bacillus stearothermophilus in Escherichia coli*, MOL. GEN. GENET., 193:58-63 (1984) | Genencor/EDC | Exh. 21 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE634 | N. Tsukagoshi et al., *Efficient Synthesis and Secretion of a Thermophilic alpha-Amylase by Protein-Producing Bacillus brevis 47 Carrying the Bacillus strearothermophilus Amylase Gene*, JOURNAL OF BACTERIOLOGY, Vol. 164, No. 3, pp. 1182-1187 (1985). | Genencor/EDC | Exh. 22 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE635 | A. Egelseer et al., *The S-Layer from* | Genencor/EDC | Exh. 23 to the | | Stipulate to use as a |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | *Bacillus stearothermophilis DSM 2358 Function as an Adhesion Site for a High-Molecular-Weight Amylase*, JOURNAL OF BACTERIOLOGY, Vol. 177, No. 6, pp. 1444 - 1451 (1995). | | Second Alber Report | | demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE636 | C-Terminal truncation of a Bacillus strearothermophilus alpha-amylase wildtype and variants expressed in Bacillus subtillis and Bacillus licheniformis | Genencor/EDC | Exh. 25 to the Second Alber Report | NV-0003976 - NV-0003979 | Stipulated |
| TE637 | ATCC 31,195 alpha-Amylase Variant Sequence | Genencor/EDC | Exh. 26 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE638 | Nucleases - Nuclease BAL 31, Enzymes Used in Molecular Cloning, pp. 5.73 - 5.80 | Genencor/EDC | Exh. 47 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE639 | GAP (GCG) Alignment: SEQ ID NO: 3 to Spezyme Ethyl | Genencor/EDC | Exh. 51 to the Second Alber Report; Exh. 4 to the Alber | | Stipulated |

{W:\03776600301800000087615.DOC *03776600301800000* }

MP1-40222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|-----------|--------|----------------|-----------|
| | | | Declaration (APP.172-173) | | |
| TE640 | GAP (GCG) Alignment: N-terminal 20 amino acid of SEQ ID NO:3 to SEQ ID NO:3 | Genencor/EDC | Exh. 52 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE641 | Hypothetical alpha-amylase | Genencor/EDC | Exh. 53 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE642 | GAP (GCG) Alignment: SEQ ID NO.: 3 to Hypothetical alpha-amylase | Genencor/EDC | Exh. 54 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE643 | ftp.virginia.edu/pub/fasta/tmp/fasta16c32.sshr.Z | Genencor/EDC | Exh. 55 to the Second Alber Report | | Objection: FRE 801-802 (Hearsay) |
| TE644 | ALIGN Alignment SEQ ID NO.: 3 to Spezyme Ethyl | Genencor/EDC | Exh. 57 to the Second Alber Report; Exh. 6 to | | Stipulate to use as a demonstrative. Reserve right to |

{W:\037760\030180000\00876715.DOC *037766003018000* }

MPI-0222v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | | | the Alber Declaration (APP. 177-178) | | object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE645 | GAP (Huang) Source Code File gap.c - available at ftp://cs.mtu/edu/pub/huang/ | Genencor/EDC | Exh. 58 to the Second Alber Report | | Stipulated |
| TE646 | GAP (Huang) Alignment: SEQ ID NO.: 3 to Spezyme Ethyl | Genencor/EDC | Exh. 60 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE647 | ALIGN Alignment Spezyme Ethyl to G997 | Genencor/EDC | Exh. 62 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE648 | GAP (Huang) Alignment: Spezyme ethyl to G997 | Genencor/EDC | Exh. 63 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE649 | GAP (GCG) Alignment: Spezyme ethyl | Genencor/EDC | Exh. 64 to the | | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| | to Seq 3 of Figure 1 from '031 Patent | | Second Alber Report | | |
| TE650 | ALIGN Alignment: Spezyme ethyl to Seq 3 of Figure 1 from '031 Patent | Genencor/EDC | Exh. 65 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE651 | GAP (Huang) Alignment: Spezyme ethyl to Seq 3 of Figure 1 from '031 Patent | Genencor/EDC | Exh. 66 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence. |
| TE652 | Excerpts of U.S. Patent No. 6,867,031 File History | Genencor/EDC | Exh. B to Defendant's Opposition (APP. 40-130) | | Stipulated |
| TE653 | Email dated November 14, 2004 from C. Shapiro to J. Garbell re: Wyoming Ethanol - Phone Call - 11/11/2004 | Genencor/EDC | Exh. 24 to the Teece Declaration (APP. 2253 - 2254) | NV-0004573 - NV-0004574 | Objection: FRE 401-403 (Relevance) FRE 801-802 (Hearsay) |
| TE654 | Email string dated April 27, 2005 from P. Skagerlind to J. Garbell re Stability of 2aa deletion | Genencor/EDC | Exh. Q to Defendant's Opposition (APP. 2269-2271) | NV-0004048 - NV-0004050 | Stipulated |

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---------|-------------|------------|--------|----------------|-----------|
| TE655 | Document titled, Spezyme Ethyl Status, dated August 13, 2004 | Genencor/EDC | Exh. R to Defendant's Opposition (APP. 2272) | NV-0081594 | Stipulated |
| TE656 | Email dated June 29, 2004 from T. Borchert to A. Viksnilsen, H. Bisgard-Frantzen re Got Spezyme Ethyl sample in China | Genencor/EDC | Exh. T to Defendant's Opposition (APP. 2290-2292) | NV-0105106 - NV-0105108 | Stipulated |
| TE657 | Email dated July 23, 2004 from J. Cherry to C. Fuglsang et al., re spezyme ethyl characterization work | Genencor/EDC | Exh. U to Defendant's Opposition (APP. 2293) | NV-0105470 | Stipulated |
| TE658 | Email dated August 17, 2004 from C. Sonksen to J. Cherry re Spezyme Ethyl Status - 9th August 04.ppt | Genencor/EDC | Exh. V to Defendant's Opposition (APP. 2294-2295) | NV-0104995 - NV-0104996 | Stipulated |
| TE659 | Photographs of Borchert's technician's notebook pages | Genencor/EDC | | NV-0028120 - NV-0028150 | Stipulated |
| TE660 | Gray, U.S. Patent No. 5,093,257, entitled "Hybrid Prokaryotic Polypeptides by in vivo Homologous Recombination," (1992) | Genencor/EDC | | | Stipulated |
| TE661 | Plaintiff's Responses to Defendant's Interrogatories | Genencor/EDC | | | Stipulated |
| TE662 | Plaintiff's Supplemental Responses to Defendants' Interrogatories | Genencor/EDC | | | Stipulated |
| TE663 | Plaintiff's Second Supplemental Response to Defendants' Interrogatories | Genencor/EDC | | | Stipulated |
| TE664 | Slides from Torben Borchert's 1996 | Genencor/EDC | | GCOR170278 - | Objection: |

{W:\037776\030\18000\00876715.DOC *037776003018000* }

MPI-4022v1

| Exhibit | Description | Offered By | Source | Production No. | Objection |
|---|---|---|---|---|---|
| | presentation at the AOCS meeting in Indianapolis | | | GCOR170291 | FRE 401-403 (Relevance) FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Order |
| TE665 | Amendment to Claims re application no: 08/683,838 | Genencor/EDC | | NV-0094695 - NV-0094720 | Stipulated |
| TE666 | Collection of pages printed from Genbank website for the following Accession Numbers: AAB86961, A24549, AAU10478, AAA22235, 1713273A, 1107236A, ABC18196, CAA26547, CAB93517, and AAA22227. | Genencor/EDC | | GCOR170292 - GCOR170302 | Objection: FRE 801-802 (Hearsay) FRCP 26/Court's Scheduling Order |
| TE667 | GAP (GCG) Alignment: Spezyme ethyl to G997 alpha-Amylase to Spezyme Ethyl | Genencor/EDC | Exh. 61 to the Second Alber Report | | Stipulate to use as a demonstrative. Reserve right to object under FRE 801-802 (Hearsay) if offered as evidence and FRCP 26/Court's Scheduling Order |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|

{W:\03776\6003018000\00876715.DOC *03776600301800 0* }

MPI-40222v1

- 96 -

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|--------|-----------|------|-------------|----------------|-----------|--------------|
| 679 | GCOR/EDC | 07/21/06 | Defendants' Amended Notice of Deposition of Plaintiff Novozymes A/S Pursuant to Fed. R. Civ. Proc. 30(b)(6) | | Exh. 501 to the Richard Olofson Deposition | Stipulated |
| 680 | GCOR/EDC | | Excerpts of Spreadsheets from Ethanol US Historical Sales Costs Profit v4 | | Exh. 502 to the Richard Olofson Deposition | Stipulated |
| 681 | GCOR/EDC | | Excerpts of Spreadsheets from Ethanol US Historical Sales Costs Profit v5 | | Exh. 503 to the Richard Olofson Deposition | Stipulated |
| 682 | GCOR/EDC | 07/25/06 | Plaintiff's Response to Defendants' Fourth Set of Interrogatories | | Exh. 505 to the Richard Olofson Deposition | Stipulated |
| 683 | GCOR/EDC | | Document titled, "Funding and Rights Assignment Agreement Concerning Novozymes' Growth Bubbles" between Novozymes North America and Novozymes A/S | NV-D-0174032 - NV-D-0174036 | Exh. 509 to the Richard Olofson Deposition | Stipulated |
| 684 | GCOR/EDC | | Document titled, "Distribution Agreement" between Novozymes North America and Novozymes A/S | NV-D-0174747 – NV-D-0174753 | Exh. 511 to the Richard Olofson Deposition | Stipulated |

MPI-0222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 685 | GCOR/EDC | | Novozymes presentation titled, "Monthly Business Report North America Ethanol, April 2005" | NV-D-0019134 - NV-D-0019138 | Exh. 513 to the Jeff Faller Deposition | Stipulated |
| 686 | GCOR/EDC | | Document titled, "Mounting a Successful RPBG Bid for 2005-06" | NV-0015224 - NV-0015228 | Exh. 515 to the Jeff Faller Deposition | Stipulated |
| 687 | GCOR/EDC | | Email dated April 28, 2006 from Jeff Faller to NZNA DL Fuel Industry Group, B. Savage, T. Gill, S. Schnurrer, G. Lefebvre, and J. Helms re Spezyme Ethyl .ppt -- How to sell against various alpha amylases | NV-D-0126375 - NV-D-0126396 | Exh. 516 to the Jeff Faller Deposition; document cited in David Teece Report | Stipulated |
| 688 | GCOR/EDC | 03/06/06 | Email from K. Gamble to J. Faller re Diversa 2005 Financial Results - Key elements | NV-D-0120495 - NV-D-0120498 | Exh. 517 to the Jeff Faller Deposition | Stipulated |
| 689 | GCOR/EDC | 06/07/06 | Email from R. Soto to NZNA DL Fuel Sales Team; NZNA DL Fuel Group R&D; NZNA DL Fuel Extended re Valley Research on Ultra-Thin-Corn Util Tech Conf (CUTC) | NV-D-0121921 | Exh. 518 to the Jeff Faller Deposition | Stipulated |

{W:\037766\0030\18000\00876715.DOC *037766003018000* }

MPI-40222v1

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 690 | GCOR/EDC | 09/30/04 | Document titled, "ICM working with Genencor on a raw starch to ethanol process" | NV-0001060 - NV-0001062 | Exh. 519 to the Jeff Faller Deposition | F.R.E. 801-802 |
| 691 | GCOR/EDC | | Email from D. Boyce to T. Burns, S. Schurrer, S. Norris, R. Heuer, N. Briggi, M. Mueller, L. Locke, L. Williams, L. Pechous, J. Jump, T. Schmidt, J. Matthews, J. Faller, T. Gill, D. Duhart, C. Veit, S. Steckfuss, C. Belaski, D. Boyce and B. Savage, re Ace Ethanol LLC - Phone Call - 11/10/2004 | NV-D-0092172 - NV-D-0092173 | Exh. 520 to the Jeff Faller Deposition | F.R.E. 801-802 |
| 692 | GCOR/EDC | 01/11/05 | Email from C. Streckfuss to C. Steckfuss, T. Burns, S. Schurrer, S. Norris, R. Heuer, M. Mueller, L. Locke, L. Williams, L. Pechous, J. Jump, T. Schmidt, J. Matthews, J. Faller, T. Gill, D. Duhart, C. Veit, C. Steckfuss, C. Belaski, D. Boyce and B. Savage re Glacial Lakes Energy, LLC - Visit to Customer - 1/10/2005 | NV-0096786 - NV-0096787 | Exh. 521 to the Jeff Faller Deposition; Exh. 28 to the Gregory LeFebvre Deposition 08/19/05 | F.R.E. 801-802 |
| 693 | GCOR/EDC | | Email to C. Veit and D. Boyce re Chippewa Valley Ethanol Co-Visit to Customer - 1/13/2005 | NV-0029239 - NV-0029242 | Exh. 522 to the Jeff Faller Deposition; Document cited in David Teece | F.R.E. 801-802 |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| | | | | | Report; Exh. 29 to the Gregory LeFebvre Deposition 08/19/05 | |
| 694 | GCOR/EDC | 08/18/06 | Curriculum Vitae of David J. Teece | | Attachment 1 to the David Teece Report | Stipulate as demonstrative; reserve right to object to admissibility |
| 695 | GCOR/EDC | | Document titled, Expert Testimony of David J. Teece | | Attachment 2 to the David Teece Report | Stipulate as demonstrative; reserve right to object to admissibility |
| 696 | GCOR/EDC | 05/25/06 | Email from B. Strohm to M. Beto et al., re GC 100>>Spezyme Xtra | GCOR390511 - GCOR390512 | Document cited in David Teece Report | F.R.E. 801-802 |
| 697 | GCOR/EDC | 10/29/04 | Email from R. Heuer to J. Faller et al., re my take on the ICM game | NV-0013321 - NV-0013324 | Document cited in David Teece Report | Stipulated |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 698 | GCOR/EDC | 09/30/04 | Email from D. Boyce to TJB@novozymes et al. re Corn Plus - Visit To Customer - 9/30/2004; with attachment | NV-0039459-NV-0039467; APP. 2138 - APP. 2146 | Document cited in David Teece Report; Exh. 14 to the Teece Declaration in support of Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 699 | GCOR/EDC | 04/00/05 | Document titled, Fuel Liquefaction Liquozyme/Termamyl Analysis., version 0.2 (NV-0065216, NV-0065220, NV-0065223) | NV-0065215 - NV-0065229; APP. 2171 - APP. 2185 | Document cited in David Teece Report; Exh. 18 to the Teece Declaration in support of Opposition to Novozymes' Motion for Preliminary Injunction | Stipulated |
| 700 | GCOR/EDC | 01/27/05 | Email from D. Boyce to TJB@novozymes et al. re KAAPA - Visit To Customer - 1/27/2005; with | NV-D-0050385 - NV-D-0050387 | Document cited in David Teece Report | F.R.E. 801-802 |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| | | | attachment | | | |
| 701 | GCOR/EDC | 02/28/06 | Document titled, Fuel Ethanol Spirizyme V2 Project Alignment of Actions (NV-D-0065223) | NV-D-0065221 - NV-D-0065226 | Document cited in David Teece Report | Stipulated |
| 702 | GCOR/EDC | 01/06/06 | Email from D. Boyce to J. Faller et al. re Sales Action - FW: Diversa restructuring its organization for cost reduction and product revenue generation | NV-D-0096376 - NV-D-0096380 | Document cited in David Teece Report | Stipulated |
| 703 | GCOR/EDC | 03/14/06 | Novozymes presentation titled, Industry: Fuel Ethanol Competitive Analysis | NV-D-0120592 - NV-D-0120598 | Document cited in David Teece Report | Stipulated |
| 704 | GCOR/EDC | 01/30/06 | Plaintiff's Response to Defendants' Second Set of Interrogatories | | | Stipulated |
| 705 | GCOR/EDC | 07/10/06 | Plaintiff's Response to Defendant's Third Set of Interrogatories | | | Stipulated |
| 706 | GCOR/EDC | 05/15/06 | Email from D. Bates to T. Pekich, B. Strohm, M. Beto et al. re GC100 Trial Summary | GCOR456376 - GCOR456382 | | F.R.E. 801-802 |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 707 | GCOR/EDC | 2005 | J.M. Seagraves, et al., *Valley "Ultra-Thin" - A novel alpha-amylase for true pH 4.5 Liquefaction*, International Sugar Journal, Vol. 107., No. 1283, pp. 616-621. | NV-D-0025877 - NV-D-0025881 | | F.R.E. 801-802 |
| 708 | GCOR/EDC | 05/10/05 | Emailfrom D. Boyce to TJB@novozymes et al. re Denco LLC - Visit To Customer - 5/10/2005 | NV-D-0054169 - NV-D-0054170 | | F.R.E. 801-802 |
| 709 | GCOR/EDC | 03/01/06 | Call report from P. Chrisman re Midwest Renewable Energy (Sutherland, NE) | EDC023683 | | F.R.E. 801-802 |
| 710 | GCOR/EDC | 03/09/06 | Email from J. Faller to C. Veit et al. re Diversa Ultra-Thin Approved by CVM on March 8, 2006 | NV-D-0122979 | | Stipulated |
| 711 | GCOR/EDC | 05/26/06 | Email from T. Pekick to B. Strohm re GC 100>>Spezyme Xtra 9D30969694E77D258825718D003B1FD A | GCOR390521 - GCOR390522 | | F.R.E. 801-802 |
| 712 | GCOR/EDC | 01/19/05 | Document titled, Grain Call Report for Glacial Lakes Energy | GCOR054925- GCOR054926; APP. 1529 - APP. 1530 | Exh. 2 to the Maurice Beto Declaration in support of the Opposition to Novozymes' | F.R.E. 801-802 |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| | | | | | Motion for Preliminary Injunction | |
| 713 | GCOR/EDC | | Document titled, Homegrown for the Homeland Ethanol Industry Outlook 2005 | APP. 2114 - APP. 2133 | Exh. 12 to the Declaration of David J. Teece in support of the Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 714 | GCOR/EDC | | Document titled, Contribution of Ethanol Industry to the Economy | APP. 2134 - APP. 2137 | Exh. 13 to the Declaration of David J. Teece in support of the Opposition to Novozymes' Motion for Preliminary Injunction | Stipulated |

- 104 -

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 715 | GCOR/EDC | 06/30/05 | Valley Research Press Release, Diversa and Valley Research Launch New Enzyme for More Efficient Ethanol Production | APP. 2146A - APP. 2148 | Exh. 15 to the Declaration of David J. Teece in support of the Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 716 | GCOR/EDC | 12/02/04 | Email from J. Faller to NZNA DL Fuel Family et al. re ICM, Inc. - Phone Call - 11/30/2004 | NV-0004554 - NV-0004558; APP. 2264 - APP- 2268 | Exh. 26 to the Declaration of David J. Teece in support of the Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 717 | GCOR/EDC | | Novozymes' spreadsheets titled, Ethanol US Historical Sales Volumes v2.xls | | | Stipulated |
| 718 | GCOR/EDC | | Novozymes' spreadsheets titled, Ethanol US Historical Sales Cost Profit v3.xls | | | Stipulated |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 719 | GCOR/EDC | 01/29/02 | Correspondence from W.M. Teague to M. Friesema re The December 20 alpha-Amylase Mutant | GCOR002762 - GCOR002764; APP. 1487 - APP. 1489 | Exh. 2 to the Crabb Declaration in support of Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 720 | GCOR/EDC | | Document titled, Construction, characterization/identification of the EBS2 production strain: BML612-EBS2c1 | GCOR000025 - GCOR000029; APP.-1490 - APP. 1494 | Exh. 3 to the Crabb Declaration in support of Opposition to Novozymes' Motion for Preliminary Injunction | F.R.E. 801-802 |
| 721 | GCOR/EDC | | Document titled, Product Information Spezyme Fred, Low Calcium, Lo pH, Thermostable Alpha-Amylase | GCOR475895 - GCOR475896 | | F.R.E. 801-802 |
| 722 | GCOR/EDC | | Document titled, Product Information Spezyme Fred-L, Low Calcium, Low pH, Thermostable Alpha-Amylase | GCOR475897 - GCOR475898 | | F.R.E. 801-802 |

MPI-40222v1

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| 723 | GCOR/EDC | | Document titled, Product Information Spezyme HPA, High Performance Alpha-Amylase Containing Phytase for Fuel Ethanol Processes | GCOR475899 - GCOR475900 | | F.R.E. 801-802 |
| 724 | GCOR/EDC | | Document titled, Product Information Spezyme Ethyl, High Performance Alpha-Amylase for Fuel Ethanol Processes | GCOR475901 - GCOR475902 | | F.R.E. 801-802 |
| 725 | GCOR/EDC | | Document titled, Product Information Spezyme Ethyl Technical Grade, High Performance Alpha-Amylase for Fuel Ethanol Processes | GCOR475903 - GCOR475904 | | F.R.E. 801-802 |
| 726 | GCOR/EDC | | Document titled, Description of the Strain | GCOR475905 | | F.R.E. 801-802 |
| 727 | GCOR/EDC | | Document titled, Construction of Ethyl 4 and Ethyl 5 production strains (Monthly report August/September 2005) | GCOR447256 - GCOR447257 | | F.R.E. 801-802 |
| 728 | GCOR/EDC | 08/11/99 | License Agreement between Novo Nordisk and Proctor & Gamble | NV-D-0174788 – NV-D-0174794 | Exh. 2 to the Marianne-Weile Nonboe Deposition | FRE 401, 402, 408 |
| 729 | GCOR/EDC | 08/11/99 | License Agreement between Novo Nordisk and Proctor & Gamble | NV-D-0174795 - NV-D-0174797 | Exh. 3 to the Marianne-Weile | FRE 401, 402, 408 |

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| | | | | | Nonboe Deposition | |
| 730 | GCOR/EDC | 10/10/03 | Enzyme Supply Agreement between Novozymes A/S and Verasun | NV-D-0174041 - NV-D-0174048 | Exh. 5 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 731 | GCOR/EDC | 01/10/02 | Phytase License Agreement between Novozymes A/S and Roche Vitamins Ltd. | NV-D-0175429 - NV-D-0175436 | Exh. 6 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 732 | GCOR/EDC | 03/23/98 | Duramyl License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR171686 - GCOR171692 | Exh. 9 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 733 | GCOR/EDC | 03/23/98 | Color Clarification License Agreement between Novo Nordisk A/S and Genencor International | GCOR171693 - GCOR171698 | Exh. 10 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 734 | GCOR/EDC | 03/23/98 | Alpha-Amylase/Glucoamylase License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR171699 - GCOR171713 | Exh. 11 to the Marianne-Weile Nonboe Deposition | Stipulated |

{W:\03776\60030\18000\00876715.DOC *037766003018000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|--------|-----------|------|-------------|----------------|-----------|--------------|
| 735 | GCOR/EDC | 04/04/95 | Durazyme License Agreement between Novo Nordisk A/S and Genencor International, Inc. | GCOR117731 - GCOR117753 | Exh. 13 to the Marianne-Weile Nonboe Deposition | Stipulated |
| 736 | GCOR/EDC | 09/04/06 | Press Release titled, President Bush Honors American Work Force on Labor Day | APP. 265-267 | Appendix to the Opposition to Permanent Injunction | Stipulated |
| 737 | GCOR/EDC | 01/31/06 | Press Release titled, President Bush Delivers State of the Union Address | APP. 268-279 | Appendix to the Opposition to Permanent Injunction | Stipulated |
| 738 | GCOR/EDC | 04/24/02 | Email titled, FW: Transcript of President Bush speech at Dakota Ethanol | NV-D-0076883 - NV-D-0076884; APP. 280-281 | Appendix to the Opposition to Permanent Injunction | Stipulated |
| 739 | GCOR/EDC | 04/12/05 | Governors' Ethanol Coalition Letter | NV-D-0005864 - NV-D-0005865; APP. 282-283 | Appendix to the Opposition to Permanent Injunction | Stipulated |
| 740 | GCOR/EDC | 08/29/03 | Correspondence from Matthew Frank of the Internal Revenue Service to Richard | NV-D-0174798 - NV-D-0174904 | | FRE 801-802 |

| T.E. # | Offered By | Date | Description | Production No. | Source(s) | Objection(s) |
|---|---|---|---|---|---|---|
| | | | Olofson re executed Advanced Pricing Agreement between Novozyes US, Inc. and Novozymes North America, Inc. | | | |
| 741 | GCOR/EDC | 09/28/06 | Novozymes's A/S' Responses to Defendants' First Request for Admissions (Nos. 1-26) | | | Stipulated |
| 742 | GCOR/EDC | 09/28/06 | Novozymes A/S' Response to Defendants' Fifth Set of Interrogatories | | | Stipulated |
| 743 | GCOR/EDC | | Space Reserved | | | |
| 744 | GCOR/EDC | | Genencor's spreadsheet titled, Standard Margin Extract 2006-May through August Spezyme Ethyl.xls | | | Stipulated |
| 745 | GCOR/EDC | | Space Reserved | | | |
| 746 | GCOR/EDC | | Genencor's spreadsheet titled, Standard Margin Extract 2006-May thru July Spezyme Xtra-HPA-Alpha.xls | | | Stipulated |

{W:\0377660030\18000\00876715.DOC *0377660030\18000* }

MPI-40222v1

| T.E. # | OFFERED BY | DATE | DESCRIPTION | PRODUCTION NO. | SOURCE(S) | OBJECTION(S) |
|---|---|---|---|---|---|---|
| 747 | GCOR | | Document titled, Product Information Spezyme XTRA, High Performance Alpha-Amylase for Starch Hydrolysis | GCOR476454 - GCOR476455 | | FRE 401-403 |
| 748 | GCOR | | Genencor's spreadsheet titled, Standard Margin Extract 2006-May thru September Spezyme Xtra-HPA-Alpha.xls | | | FRE 401-403 |

{W:\03776\6003018000\00876715.DOC *03776600301800 0* }

MPI-40222v1