1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br><br>ENZYME DEVELOPMENT CORPORATION<br><br>Defendants | C.A. No. 05-160-KAJ |

## STIPULATED SCHEDULING ORDER FOR CONDUCT OF DAMAGES PHASE

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1.     The party with the burden of proof on any damages issue shall serve any expert reports on or before **July 21, 2006**, and answering or rebuttal reports shall be served on or before **August 11, 2006**.

2.     All discovery relating to the damages issues in this case, including any expert discovery relating to the damages issues, shall be initiated so that it will be completed on or before **August 25, 2006**.

3.     The proposed final pretrial order with respect to the Phase II (damages) trial shall be filed with the Court on or before **August 28, 2006**.

4.     All other deadlines as set forth in the Court's October 28, 2005 First Amended Scheduling Order (D.I. 70) regarding Phase II of this matter shall remain in effect.

RESPECTFULLY SUBMITTED UPON AGREEMENT AND STIPULATION:

NOVOZYMES A/S
By its attorneys

GENENCOR INTERNATIONAL INC.
AND ENZYME DEVELOPMENT
CORPORATION
By their attorneys:

_____
Karen E. Keller (#4489)
YOUNG CONAWAY
STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiff*

_____/s/ Donald E. Reid_____
Donald E. Reid (#1058)
MORRIS NICHOLS
ARSHT & TUNNELL
1201 N. Market Street
PO Box 1347
Wilmington, Delaware 19899
(302) 575-7219
*Attorneys for Defendants*

SO ORDERED on this _____ day of _____, 2006.

_____
Kent A. Jordan
United States District Court Judge

## Other Documents
1:05-cv-00160-KAJ Novozymes A/S v. Genencor International, Inc. et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Keller, Karen entered on 6/30/2006 at 10:57 AM EDT and
filed on 6/30/2006

| | |
|---|---|
| **Case Name:** | Novozymes A/S v. Genencor International, Inc. et al |
| **Case Number:** | 1:05-cv-160 |
| **Filer:** | Genencor International, Inc. |
| | Novozymes A/S |
| | Enzyme Development Corporation |

**Document Number:** 133

**Docket Text:**
Joint STIPULATION Regarding Scheduling Order for Conduct of Damages Phase by Novozymes A/S,
Genencor International, Inc., Enzyme Development Corporation. (Keller, Karen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/30/2006] [FileNumber=238072-0]
[8ef7e4bdc87787c879a88716fda3823b1ede3c862a372a2572e210b89a8b7fa3c23e
f1f82fd4bddff625dea54f95cff74d7aca9f5915d75087173332048dfa80]]

**1:05-cv-160 Notice will be electronically mailed to:**

Josy W. Ingersoll    jingersoll@ycst.com, corporate@ycst.com; cglover@ycst.com; corpcal@ycst.com

Karen Elizabeth Keller    kkeller@ycst.com, corpcal@ycst.com

Steven E. Lipman    slipman@darbylaw.com,

Donald E. Reid    dreid@mnat.com, aropp@mnat.com

Kevin L. Reiner    kreiner@darbylaw.com,

Joseph R. Robinson    jrobinson@darbylaw.com,

Robert Schaffer    rschaffer@darbylaw.com,

Robert C. Sullivan    rsullivan@darbylaw.com,

Samuel S. Woodley    swoodley@darbylaw.com,

**1:05-cv-160 Notice will be delivered by other means to:**

**2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    Civil Action No. 05-160-KAJ
                                        )
GENENCOR INTERNATIONAL, INC. and        )
ENZYME DEVELOPMENT CORPORATION,         )
                                        )
            Defendants.                 )

### FIRST AMENDED SCHEDULING ORDER

At Wilmington this 28th day of October, 2005,

IT IS ORDERED that the court's July 5, 2005 Scheduling Order (D.I. 32), is

hereby amended as follows:

1.    Case Dispositive Motions.  Case dispositive motions relating to damages,

with opening briefs, and affidavits, if any, shall be served and filed on or before

March 3, 2006.  Briefing will be presented pursuant to the Court's Local Rules.

2.    Hearing on Claim Construction.  The parties have agreed that issues

relating to claim construction will be addressed at the time of the Phase 1 Trial.

3.    Applications by Motion.  Except as otherwise specified herein, any

application to the Court shall be by written motion filed with the Clerk.  Unless otherwise

requested by the Court, counsel shall not deliver copies of papers or correspondence to

Chambers. Any non-dispositive motion should contain the statement required by Local

Rule 7.1.1.

4.    Phase 1 Pretrial Conference.  On February 1, 2006, the Court will hold a

Final Pretrial Conference in Chambers with counsel beginning at 2:00 p.m., on issues

of liability, including infringement, validity, and unenforceability. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before January 3, 2006.

    5.    Phase 2 Pretrial Conference. If warranted following the Phase 1 Trial, the Court will hold on September 12, 2006 a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m., on issues related to damages. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before August 14, 2006.

    6.    Motions in Limine. Motions in limine shall not be separately filed. All in limine requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five in limine requests, unless otherwise permitted by the Court. The in limine request and any response shall contain the authorities relied upon; each in limine request may be supported by a maximum of five pages of argument and may be opposed by a maximum of five pages of argument. If more than one party is supporting or opposing an in limine request, such support or opposition shall be combined in a single five (5) page submission, unless otherwise ordered by the Court.

2

No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

7.    Phase 1 Trial.  This matter is scheduled for a 3 day bench trial on liability issues, including infringement, validity, and unenforceability, beginning at 9:00 a.m. on March 6, 2006.  On March 8, 2006, trial will not resume until 1:30 p.m.  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 9 hours to present their case.

8.    Phase 2 Trial.  If necessary following the findings and conclusions reached after the Phase 1 Trial, a 3 day bench trial beginning at 9:00 a.m. on October 10, 2006.  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 9 hours to present their case.

All other deadlines as set forth in the Court's July 5, 2005 Scheduling Order (D.I. 32) shall remain in effect.

UNITED STATES DISTRICT JUDGE

3

**3**



"Hykal, George E."
<ghykal@Darbylaw.com>

09/20/2006 04:50 PM

To   "Jane L Froyd" <jfroyd@JonesDay.com>

cc   "Greg Lanier" <tglanier@JonesDay.com>

bcc

Subject   RE: Pretrial Order and Exhibits

History:            ⊠ This message has been replied to and forwarded.

Jane,

I do not know of any new documents at the moment.  I was just
speculating that with new witnesses, there might be new documents.

As far as new witnesses, we have identified Benny Loft.  He's a
Novozymes A/S employee, who I believe works in the finance/accounting
department.  I also believe that he's Richard Olofson's boss.  He's
available on October 5th here in New York.  We're in the process of
determining if there are any other witnesses, and will let you know
tomorrow.

--George

George E. Hykal
Attorney at Law
Darby & Darby P.C.
805 Third Avenue
New York, NY 10022
212.527.7697 | Direct
212.527.7701 | Fax

http://www.darbylaw.com

CONFIDENTIALITY NOTICE. This email message and any attachments may be
confidential and may be subject to the attorney-client privilege or
other privilege. If you are not the intended recipient, please do not
read, copy or re-send this email message or its attachments; immediately
notify the sender by reply email or by collect call to 212.527.7700 or
206.262.8900; and delete this email message and any attachments. Thank
you for your assistance.


-----Original Message-----
From: Jane L Froyd [mailto:jfroyd@JonesDay.com]
Sent: Wednesday, September 20, 2006 6:10 PM
To: Hykal, George E.
Cc: Greg Lanier
Subject: Fw: Pretrial Order and Exhibits


George,

I received your voicemail message responding to my email below, stating
that you will not be providing us with the requested documents until
next Tuesday.  While we do not understand why it will take this long, we
will live with that date if we must.  Please have them scanned and sent
to us first thing Tuesday morning, so that we can meet and confer

regarding all exhibit issues that afternoon.

Your voicemail also indicated that you are considering adding new exhibits to the list.  Please let us know what these documents are as soon as possible.  We certainly do not understand Judge Jordan's order permitting Defendants to take additional discovery on the issue of NZNA as permitting Novozymes to produce and rely on new documents in support of its position.

Regards,

Jane

_____

Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

----- Forwarded by Jane L Froyd/JonesDay on 09/20/2006 02:50 PM -----

|  | Jane L |  |
|---|---|---|
|  | Froyd/JonesDay |  |
|  | Extension 33937 |  |
| To |  | "Hykal, George E." |
| 09/20/2006 01:36 |  | <ghykal@Darbylaw.com> |
|  | PM |  |
| cc |  |  |
|  |  | Greg Lanier/JonesDay@JonesDay |
| Subject |  |  |
|  |  | Fw: Pretrial Order and Exhibits |

George,

We need to set up a time to meet and confer regarding the exhibit list.
Before we have this meeting, however, we need to get from you the
exhibits listed below (for which no production numbers or source were
indicated on your exhibit list).  Please send these to us as soon as
possible.  We should also discuss when the parties will exchange marked
exhibits.

Additionally, we will need to update the Pretrial Order.  We would like
to file this by October 5th, so we will need to set a date prior to the
5th for exchanging revisions to the joint statement, exhibit list,
deposition designations, etc.  How about October 2nd?

Regards,

Jane
_____

Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

----- Forwarded by Jane L Froyd/JonesDay on 09/20/2006 01:30 PM -----

|  | Jane L | |
|---|---|---|
|  | Froyd/JonesDay | |
|  | Extension 33937 | |
| To |  | |
|  |  | "Hykal, George E." |
|  | 09/08/2006 03:12 | <ghykal@Darbylaw.com> |
|  | PM | |
| cc |  | |
|  |  | "Greg Lanier" |
|  |  | <tglanier@JonesDay.com> |
| Subject |  | |
|  |  | Pretrial Order and |
| Exhibits(Document |  | |
|  |  | link: Jane L Froyd) |

George,

Per our telephone conversation, the parties agree that we will file an amended joint pretrial submission after the pretrial hearing, as we did in the liability phase of this case.

Also, here is the list of Novozymes exhibits that do not have a production number or a source indication associated therewith on the exhibit list. Please provide us with this information for each exhibit, or send us a copy of the exhibit.

TE282
TE283
TE285
TE358
TE392
TE393
TE394
TE395
TE396

Regards,

Jane

————————————————————
Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========


==========
This e-mail (including any attachments) may contain information that is

private, confidential, or protected by attorney-client or other
privilege. If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so
that our records can be corrected. ==========

**4**



"Hykal, George E."
<ghykal@Darbylaw.com>

09/21/2006 01:14 PM

To  "Jane L Froyd" <jfroyd@JonesDay.com>

cc  "Greg Lanier" <tglanier@JonesDay.com>

bcc

Subject  RE: Pretrial Order and Exhibits

History:    📨 This message has been replied to and forwarded.

Jane,

We've identified one additional witness on the NZNA issue. His name is
Henrik Meyer, and he is the Vice President of Marketing at NZAS. Mr.
Meyer is available for deposition this coming Tuesday (9/26) in New
York. Both Mr. Loft and Mr. Meyer need to catch flights back to Denmark
on the days of their depositions, so we would need to start the
depositions early in an effort to be done by 3:30.

To be clear, Novozymes may rely on all of its identified witnesses on
the NZNA issue, including Benny Loft, Henrik Meyer, Richard Olofson,
Marianne Weil Nonboe, and Jeff Faller.

--George

George E. Hykal
Attorney at Law
Darby & Darby P.C.
805 Third Avenue
New York, NY 10022
212.527.7697 | Direct
212.527.7701 | Fax

http://www.darbylaw.com

CONFIDENTIALITY NOTICE. This email message and any attachments may be
confidential and may be subject to the attorney-client privilege or
other privilege. If you are not the intended recipient, please do not
read, copy or re-send this email message or its attachments; immediately
notify the sender by reply email or by collect call to 212.527.7700 or
206.262.8900; and delete this email message and any attachments. Thank
you for your assistance.


-----Original Message-----
From: Jane L Froyd [mailto:jfroyd@JonesDay.com]
Sent: Thursday, September 21, 2006 2:47 PM
To: Hykal, George E.
Cc: Greg Lanier
Subject: RE: Pretrial Order and Exhibits


George,

We want to depose Mr. Loft and agree to take his deposition on Oct. 5 in
New York.

We look forward to hearing from  you today whether there are any other
witnesses Novozymes intends to call at trial.

Regards,

Jane

————————————————————

Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

|  |  |  |
|---|---|---|
| To | "Hykal, George E." <ghykal@Darbylaw. com> | "Jane L Froyd" <jfroyd@JonesDay.com> |
| cc | 09/20/2006 04:50 PM | "Greg Lanier" <tglanier@JonesDay.com> |
| Subject |  | RE: Pretrial Order and Exhibits |

Jane,

I do not know of any new documents at the moment.  I was just
speculating that with new witnesses, there might be new documents.

As far as new witnesses, we have identified Benny Loft.  He's a

Novozymes A/S employee, who I believe works in the finance/accounting
department.  I also believe that he's Richard Olofson's boss.  He's
available on October 5th here in New York.  We're in the process of
determining if there are any other witnesses, and will let you know
tomorrow.

--George

George E. Hykal
Attorney at Law
Darby & Darby P.C.
805 Third Avenue
New York, NY 10022
212.527.7697 | Direct
212.527.7701 | Fax

http://www.darbylaw.com

CONFIDENTIALITY NOTICE. This email message and any attachments may be
confidential and may be subject to the attorney-client privilege or
other privilege. If you are not the intended recipient, please do not
read, copy or re-send this email message or its attachments; immediately
notify the sender by reply email or by collect call to 212.527.7700 or
206.262.8900; and delete this email message and any attachments. Thank
you for your assistance.


-----Original Message-----
From: Jane L Froyd [mailto:jfroyd@JonesDay.com]
Sent: Wednesday, September 20, 2006 6:10 PM
To: Hykal, George E.
Cc: Greg Lanier
Subject: Fw: Pretrial Order and Exhibits


George,

I received your voicemail message responding to my email below, stating
that you will not be providing us with the requested documents until
next Tuesday.  While we do not understand why it will take this long, we
will live with that date if we must.  Please have them scanned and sent
to us first thing Tuesday morning, so that we can meet and confer
regarding all exhibit issues that afternoon.

Your voicemail also indicated that you are considering adding new
exhibits to the list.  Please let us know what these documents are as
soon as possible.  We certainly do not understand Judge Jordan's order
permitting Defendants to take additional discovery on the issue of NZNA
as permitting Novozymes to produce and rely on new documents in support
of its position.

Regards,

Jane

_____

Jane L. Froyd
JONES DAY

2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

----- Forwarded by Jane L Froyd/JonesDay on 09/20/2006 02:50 PM -----

|  | Jane L Froyd/JonesDay Extension 33937 09/20/2006 01:36 PM |  |
|---|---|---|
| To |  | "Hykal, George E." <ghykal@Darbylaw.com> |
| cc |  | Greg Lanier/JonesDay@JonesDay |
| Subject |  | Fw: Pretrial Order and Exhibits |

George,

We need to set up a time to meet and confer regarding the exhibit list.
Before we have this meeting, however, we need to get from you the
exhibits listed below (for which no production numbers or source were
indicated on your exhibit list).  Please send these to us as soon as
possible.  We should also discuss when the parties will exchange marked
exhibits.

Additionally, we will need to update the Pretrial Order.  We would like
to file this by October 5th, so we will need to set a date prior to the
5th for exchanging revisions to the joint statement, exhibit list,
deposition designations, etc.  How about October 2nd?

Regards,

Jane
_____

Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

----- Forwarded by Jane L Froyd/JonesDay on 09/20/2006 01:30 PM -----

|  | Jane L |  |
|--|--------|--|
|  | Froyd/JonesDay |  |
|  | Extension 33937 |  |
| To |  | "Hykal, George E." |
| 09/08/2006 03:12 |  | <ghykal@Darbylaw.com> |
| PM |  |  |
| cc |  | "Greg Lanier" |
|  |  | <tglanier@JonesDay.com> |
| Subject |  | Pretrial Order and |
| Exhibits(Document |  | link: Jane L Froyd) |

George,

Per our telephone conversation, the parties agree that we will file an amended joint pretrial submission after the pretrial hearing, as we did in the liability phase of this case.

Also, here is the list of Novozymes exhibits that do not have a production number or a source indication associated therewith on the exhibit list. Please provide us with this information for each exhibit, or send us a copy of the exhibit.

```
TE282
TE283
TE285
TE358
TE392
TE393
TE394
TE395
TE396
```

Regards,

Jane

_____

Jane L. Froyd
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
650.739.3937 (Direct)
650.739.3900 (Fax)
jfroyd@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========



==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========