IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants. | C.A. No. 05-160-KAJ |

## STIPULATION AND ORDER

WHEREAS, Defendants Genencor International Inc. and Enzyme Development Corporation ("Defendants") presented a Motion in Limine to Preclude Testimony of Henrik Meyer and Benny Loft (D.I. 201) and a Motion in Limine to Preclude Novozymes A/S From Renewing Its Motion To Add Novozymes North America As A Co-Plaintiff (D.I. 202) on October 10, 2006, and filed said motions on October 12, 2006;

WHEREAS, the Court orally denied both motions at trial (Oct. 10, 2006 Trial Tr. at 5:01; 7:04-06);

IT IS HEREBY STIPULATED by the parties that Defendants' Motion in Limine to Preclude Testimony of Henrik Meyer and Benny Loft (D.I. 201) and Motion in Limine to Preclude Novozymes A/S From Renewing Its Motion To Add Novozymes North America As A Co-Plaintiff (D.I. 202) have been denied and that no response by Plaintiff Novozymes A/S is necessary.

| NOVOZYMES A/S | GENENCOR INTERNATIONAL INC. AND ENZYME DEVELOPMENT CORPORATION |
|---|---|
| _____<br>Andrew A. Lundgren (No. 4429)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>alundgren@ycst.com<br>*Attorneys for Plaintiff* | _____/s/ Donald E. Reid_____<br>Donald E. Reid (No. 1058)<br>MORRIS NICHOLS<br>ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>dreid@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED on this _____ day of _____, 2006.

_____
Kent A. Jordan
United States District Court Judge