IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC., and<br>ENZYME DEVELOPMENT CORPORATION<br><br>　　　　　　　Defendants | C.A. No. 05-160-KAJ |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. The deadline for Plaintiff to file its **Opening Brief and Proposed Findings of Fact and Conclusions of Law** shall be November 17, 2006.

2. The deadline for Defendants to file their **Responsive Brief and Counter Findings of Fact and Conclusions of Law** shall be December 8, 2006.

3. The deadline for Plaintiff to file its **Reply Brief** shall be December 18, 2006.

NOVOZYMES A/S

_____
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Plaintiff*

GENENCOR INTERNATIONAL INC.
AND ENZYME DEVELOPMENT
CORPORATION

/s/ Donald E. Reid
_____
Donald E. Reid (No. 1058)
MORRIS NICHOLS
ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 575-7219
dreid@mnat.com
*Attorneys for Defendants*

SO ORDERED this _____ day of October, 2006.

_____
United States District Court Judge