IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,

     Plaintiff

     v.

GENENCOR INTERNATIONAL, INC. and
ENZYME DEVELOPMENT
CORPORATION

     Defendants.

)
)
)
)
)
)
) C.A. No. 05-160-***
)
)
)
)
)
)
)

## NOTICE OF FILING WITH CLERK'S OFFICE

  NOTICE IS HEREBY GIVEN that the documents listed below have been

manually filed with the Court because of their voluminous size and are available in paper form

only:

**REDACTED JOINT APPENDIX TO PHASE II (DAMAGES) POST-TRIAL BRIEFS
VOLUMES I AND II**

  The original documents are maintained in the case file in the Clerk's Office.

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*Karen E. Keller*

Josy W. Ingersoll (No. 1088)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
Joseph R. Robinson
Robert C. Sullivan, Jr.
David Tellekson
Steven E. Lipman
Robert Schaffer
George C. Hykal
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
(212) 527-7700

Dated:  December 22, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on December 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on December 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY ELECTRONIC MAIL

> Tharan Gregory Lanier, Esquire
> Jane Froyd, Esquire
> JONES DAY
> 2822 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Novozymes A/S*