# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 351 9219
302 425 3001 Fax
dreid@mnat.com

December 27, 2006

**BY E-FILING AND**
**HAND DELIVERY**

The Honorable Kent A. Jordan
United States Court of Appeals
 for the Third Circuit
844 North King Street
Wilmington, Delaware  19801

        Re:    *Novozymes A/S v. Genencor International, Inc. et al.*
                U.S. District (D.Del.) C.A. No. 05-160 (KAJ)

Dear Judge Jordan:

      Now that the post-trial briefing has been completed and the matter has been reassigned to Your Honor sitting by designation, Genencor International, Inc. respectfully requests that oral argument be scheduled at the convenience of the Court.

                                    Respectfully yours,

                                    Donald E. Reid (#1058)

DER/amr
cc:    Dr. Peter T. Dalleo, Clerk, U.S. District Court
        Karen E. Keller, Esquire

540163