IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   Civil Action No. 05-160-KAJ
                                        )
GENENCOR INTERNATIONAL, INC. and        )
ENZYME DEVELOPMENT CORPORATION,         )
                                        )
        Defendants.                     )

## ORDER

Oral argument on the parties post-trial briefing in the above-captioned action will be heard on **January 30, 2007** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                      /s/ Kent A. Jordan
                                      UNITED STATES CIRCUIT JUDGE*

January 17, 2007
Wilmington, Delaware

_____
    *Sitting by designation.