IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>Defendants. | C.A. No. 05-160 (KAJ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT effective January 15, 2007, the Silicon Valley office of the law firm of Jones Day has relocated. The telephone number and facsimile number remain the same. The updated address and contact information is as follows:

> Jones Day
> 1755 Embarcadero Road
> Palo Alto, CA 94303
> Telephone: (650) 739-3939
> Facsimile: (650) 739-3900

Please revise your service list accordingly.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone:   302.658.9200
   Attorneys for Defendants
   Genencor International, Inc. and
   Enzyme Development Corporation

OF COUNSEL:

JONES DAY
Kenneth R. Adamo (*Pro Hac Vice*)
Tharan Gregory Lanier (*Pro Hac Vice*)
Jane L. Froyd (*Pro Hac Vice*)
1755 Embarcadero Road
Palo Alto, CA 94303

Thomas E. Friebel (*Pro Hac Vice*)
222 East 41st Street
New York, NY 10017-6702

January 18, 2007

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 18th day of January, 2007, a Notice of Change of Address was served by electronic filing or email upon counsel of record:

    Andrew A. Lundgren, Esquire (alundgren@ycst.com)
    Young Conaway Stargatt & Taylor LLP
    1000 West Street
    Wilmington, DE  19801

    Samuel S. Woodley, Esquire (swoodley@darbylaw.com)
    Robert C. Sullivan, Jr., Esquire (rsullivan@darbylaw.com)
    Darby & Darby P.C.
    805 Third Avenue, 27th Floor
    New York, NY 10022

    David K. Tellekson, Esquire (dtellekson@darbylaw.com)
    Darby & Darby P.C.
    1191 Second Avenue
    Seattle, WA 98101

    George Hykal, Esquire (ghykal@darbylaw.com)
    Darby & Darby P.C.
    803 3rd Avenue
    New York, NY 10022

    /s/ Donald E. Reid
    Donald E. Reid (#1058)