# YOUNG CONAWAY STARGATT & TAYLOR, LLP

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 29, 2007

**BY HAND DELIVERY AND E-FILING**

The Honorable Kent A. Jordan
United States Court of Appeals for the Third Circuit
844 North King Street
Wilmington, Delaware 19801

Re:   *Novozymes A/S v. Genencor Int'l Inc.*, C.A. No. 05-160-KAJ

Dear Judge Jordan:

I write on behalf of Plaintiff Novozymes A/S in brief response to Defendant Genencor's January 29, 2007, letter to the Court (D.I. 224). That letter called attention to the District of New Hampshire's recent decision in *Travel Sentry Inc. v. Tropp*, 2006 WL 3478997 (D.N.H. Dec. 1, 2006), which, unlike the licensor-licensee relationship here, involved no license at all. In the interests of minimizing post-trial letter briefing, Novozymes stands ready to address the merits of this non-binding and distinguishable decision at oral argument tomorrow morning.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL:mm

cc:   Dr. Peter T. Dalleo, Clerk, U.S. District Court
      Donald E. Reid, Esquire

DB01:2277490.1

064080.1001