IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-160-KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC. and ) | |
| ENZYME DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the Post-Trial Findings of Fact and Conclusions of Law issued in this matter today,

IT IS HEREBY ORDERED that Plaintiff's Motion to join Novozymes of North America, Inc. as a party plaintiff in this case is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for a Permanent Injunction (D.I. 169) is GRANTED.

IT IS FURTHER ORDERED that the parties shall confer and, within ten days, submit a form of judgment order giving effect to the conclusions set forth in both the accompanying Findings of Fact and Conclusions of Law and the Findings of Fact and Conclusions of Law issued following the liability trial in this case.



UNITED STATES CIRCUIT JUDGE

February 16, 2007
Wilmington, Delaware