IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>             Plaintiff,<br><br>      v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>             Defendants. | C.A. No. 05-160-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The deadline for Novozymes to serve and file its application for attorneys' fees and its bill of costs is extended through and including March 26, 2007;

2. The deadline for Genencor to respond to Novozymes' application is extended through and including April 16, 2007; and

3. The deadline for Novozymes to reply to any response by Genencor is extended through and including April 30, 2007.

4. A timely motion for attorneys fees having been made pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, the Judgment Order

entered by the Court on March 8, 2007 shall not constitute an appealable judgment until such time as the Court enters its final order providing for the amount of attorneys' fees and costs, pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| NOVOZYMES A/S | GENENCOR INTERNATIONAL INC. AND ENZYME DEVELOPMENT CORPORATION |
| /s/ Karen E. Keller<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br>*Attorneys for Plaintiff* | /s/ Donald E. Reid<br>Donald E. Reid (#1058)<br>MORRIS NICHOLS<br>ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>dreid@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED on this _____ day of _____, 2007.

_____
United States District Court Judge