IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants. | C.A. No. 05-160-KAJ |

**STIPULATION AND ORDER**

WHEREAS, the Court entered final judgment in the captioned matter on March 8, 2007 ("Judgment") (D.I. 231);

WHEREAS, the parties deferred by stipulation and order (D.I. 233) the deadline for Plaintiff Novozymes A/S ("Novozymes") to submit its application for attorneys' fees pursuant to the Judgment;

WHEREAS, the parties have agreed in principle to a settlement of all of the outstanding issues in this action, including the issue of attorneys' fees; and

WHEREAS, the parties will likely finalize the terms of settlement after March 26, 2007, the date Novozymes must submit to the Court its application for attorneys' fees;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Novozymes' to submit its fee application to the Court is hereby stayed in view of the pending settlement. Should the parties fail to document the

-2-

settlement, they shall promptly submit to the Court a revised schedule concerning Novozymes' application for attorneys' fees.

| NOVOZYMES A/S | GENENCOR INTERNATIONAL INC. and ENZYME DEVELOPMENT CORPORATION |
|---|---|
| /s/ Andrew A. Lundgren | /s/ Donald E. Reid (#1058) |
| Andrew A. Lundgren (#4489)<br>YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>alundgren@ycst.com<br>*Attorneys for Plaintiff* | Donald E. Reid (#1058)<br>MORRIS NICHOLS<br>ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 575-7219<br>dreid@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED on this _____ day of _____, 2007.

_____
United States Circuit Judge