# YOUNG CONAWAY STARGATT & TAYLOR, LLP

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 13, 2007

**BY HAND DELIVERY AND E-FILING**

The Honorable Kent A. Jordan
United States Court of Appeals for the Third Circuit
844 North King Street
Wilmington, Delaware 19801

    Re: *Novozymes A/S v. Genencor Int'l Inc.*, C.A. No. 05-160-KAJ

Dear Judge Jordan:

    I write on behalf of Plaintiff Novozymes A/S and Defendants Genencor International Inc. and Enzyme Development Corporation. The parties are pleased to inform the Court that they have reached a settlement of all outstanding issues in the captioned matter. As part of that settlement, the parties have stipulated to a proposed Consent Judgment, which is attached hereto for the Court's consideration. Upon entry, the Consent Judgment will resolve all outstanding issues in the case, including the payment of attorneys' fees.

    Should the Court have any questions, the parties are available at the Court's convenience.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL:mm
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk, U.S. District Court
        Donald E. Reid, Esquire