# YOUNG CONAWAY STARGATT & TAYLOR, LLP

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 17, 2007

**BY HAND DELIVERY AND E-FILING**

The Honorable Kent A. Jordan
United States Court of Appeals for the Third Circuit
844 North King Street
Wilmington, Delaware 19801

      Re:    *Novozymes A/S v. Genencor Int'l Inc.*, C.A. No. 05-160-KAJ

Dear Judge Jordan:

    I write on behalf of Plaintiff Novozymes A/S and Defendants Genencor International Inc. and Enzyme Development Corporation. Per the Court's request, attached please find a proposed Order vacating the March 8, 2007 judgment (D.I. 231) in the captioned matter. On entry of the proposed Consent Judgment (D.I. 236), filed on April 13, 2007, all outstanding issues in the case will be resolved.

    Should the Court have any questions, the parties are available at the Court's convenience.

                Respectfully submitted,

                /s/ *Andrew A. Lundgren*
                Andrew A. Lundgren (No. 4429)

AAL:mm
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk, U.S. District Court (By Hand)
       Donald E. Reid, Esquire (By E-filing)