IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>    Plaintiff,<br><br>    v.<br><br>GENENCOR INTERNATIONAL, INC. and<br>ENZYME DEVELOPMENT CORPORATION,<br><br>    Defendants. | C.A. No. 05-160-KAJ |

## ORDER

WHEREAS, the Court entered final judgment in the captioned matter on March 8, 2007 (the "Prior Judgment") (D.I. 231);

WHEREAS, the parties have submitted to the Court a proposed Consent Judgment, which upon entry will resolve all outstanding issues in the case;

NOW, THEREFORE, IT IS ORDERED that the Prior Judgment entered by the Court (D.I. 231) is hereby VACATED.


SO ORDERED on this _____ day of _____, 2007.


_____
United States Circuit Judge