IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVOZYMES A/S,

    Plaintiff,

v.

GENENCOR INTERNATIONAL, INC. and
ENZYME DEVELOPMENT CORPORATION,

    Defendants.

C.A. No. 05-160-KAJ

## ORDER

WHEREAS, the Court entered final judgment in the captioned matter on March 8, 2007 (the "Prior Judgment") (D.I. 231);

WHEREAS, the parties have submitted to the Court a proposed Consent Judgment, which upon entry will resolve all outstanding issues in the case;

NOW, THEREFORE, IT IS ORDERED that the Prior Judgment entered by the Court (D.I. 231) is hereby VACATED.

SO ORDERED on this 17th day of April, 2007.

_____
United States Circuit Judge

DB01:2368824.1

064080.1001